**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

```
MEGAN V. HUNT,                      )
                                    )
            Plaintiff,              )
                                    )
    vs.                             )   Case No. 07-1095
                                    )
MICHAEL I. FORBES, in his           )
individual capacity, and            )
ILLINOIS STATE UNIVERSITY,          )
                                    )
            Defendants.             )
```

**Rule 11.3 Certificate of Interest**

The undersigned counsel of record for MEGAN V. HUNT, furnishes the following in compliance with Rule 11.3 of this Court.

1. Megan V. Hunt

2. Not a Corporation

3. The Janssen Law Center, 333 Main Street, Peoria, Illinois 61602.

April 18, 2006                     s/ Ralph D. Davis
                                   Ralph D. Davis
                                   Illinois Bar #6196388
                                   The Janssen Law Center
                                   333 Main Street
                                   Peoria, IL 61602
                                   309-676-2341
                                   309-676-7678
                                   rdavis@jjlaw.com
                                   ralphddavis@sbcglobal.net