AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

MEGAN V. HUNT,

V.

MICHAEL I. FORBES, in his individual capacity, and ILLINOIS STATE UNIVERSITY,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07-1095

TO: (Name and address of Defendant)

Michael Forbes
56 Waunona Wood Court
Madison, WI  53713

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ralph D. Davis
Janssen Law Center
333 Main Street
Peoria, IL  61602

an answer to the complaint which is served on you with this summons, within \_\_\_\_\_20\_\_\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

\_\_\_\_\_s/ John. M. Waters\_\_\_\_\_      \_\_\_\_\_6/20/07\_\_\_\_\_
CLERK                                     DATE

\_\_\_\_\_s/ S. Marvel\_\_\_\_\_
(By) DEPUTY CLERK