**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| MEGAN V. HUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 07-1095 |
| | ) |
| MICHAEL I. FORBES, in his | ) |
| individual capacity, and | ) |
| ILLINOIS STATE UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |

**RULE 26(f) PROPOSED DISCOVERY PLAN**

Plaintiff MEGAN V. HUNT, by her attorney, Ralph D. Davis, of THE JANSSEN LAW CENTER has met with Defendants, MICHAEL I FORBES and ILLINOIS STATE UNIVERSITY, represented by David A. Herman, of GIFFIN WINNING COHEN & BODEWES PC, and Sarah R. Kerley, ILLINOIS ATTORNEY GENERAL'S OFFICE, respectively.  Counsel for Plaintiff and Defendants have discussed the issues contained in FRCP 26(f), CDIL-LR 16.2 and CDIL-LR 26.2(3).  The following provides this Court with the answers to questions to be considered in the proposed discovery plan along with the proposed discovery plan.

1. The parties have not yet made their initial Rule 26 disclosures.

2. Discovery will be necessary on all issues in the case including the facts of the occurrence, investigations of the occurrence, the depositions of parties and witnesses to the

occurrence, and depositions of local authorities. The parties agree that the case will not be legally complex but may instead have factual complexities. The parties are submitting a discovery plan based upon getting this case to trial within 24 months.

3. The parties do not yet contemplate any changes to the limitations on discovery.
4. The parties do not contemplate any further discovery orders.
5. The parties anticipate electronic discovery to be limited to requests for emails and investigative materials saved as data stored on hardware, DVD, or other easily accessible electronic form. The parties do not anticipate extensive data mining or other broad electronic discovery.
6. Following is the proposed discovery plan pursuant to Rule 26(f):
   a. Parties will provide their respective initial disclosures by September 15, 2007.
   b. Any amendments to the Complaint shall be made on or before February 1, 2008.
   c. All written discovery and depositions of all witnesses will be completed by December 15, 2008.
   d. Plaintiff will disclose his expert witnesses on or before February 1, 2008.
   e. The Defendants will depose Plaintiff's expert witnesses

on or before May 1, 2008.

f.  The Defendants will disclose their expert witnesses on or before July 1, 2008.

g.  The Plaintiff will depose Defendants' expert witnesses or before October 1, 2009.

h.  All discovery will be completed by December 15, 2008.

i.  Dispositive motions may be filed at any time during discovery but shall be filed no later than March 1, 2009 .

j.  The dates for the final pretrial conference and the trial will be set by the Court.  The parties prefer trial dates in either May, 2009 or June, 2009.

The parties agree to the above discovery plan.

                                        For Plaintiff,

S/ Ralph D. Davis

Ralph D. Davis
Illinois Bar #6196388
The Janssen Law Center
333 Main Street
Peoria, IL 61602
309-676-2341 (phone)
309-676-7678 (fax)
rdavis@jjlaw.com

For Defendants,

S/ David A. Herman
David A. Herman, lead counsel
Paulette F. Dove
Philip C. Kaufmann
GIFFIN WINNING COHEN & BODEWES PC

```
                              Suite 600
                              One West Old Capitol Plaza
                              P.O. Box 2117
                              Springfield, IL 62705
                              217-525-1710 (phone)
                              217-525 1710 (fax)
                              dherman@giffinwinning.com
                              pdove@giffinwinning.com
                              pkaufmann@giffinwinning.com


                              S/ Sarah R. Kerley
                              Sarah R. Kerley
                              Illinois Bar #6283449
                              ILLINOIS ATTORNEY GENERAL
                              500 Second St.
                              Springfield, IL 62706
                              217-785-4555 (phone)
                              217-524-5091 (fax)
                              skerley@atg.state.il.us
```

**Proof of Service**

    I hereby certify that on August 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: David A. Herman, dherman@giffinwinning.com, Paulette F. Dove, pdove@giffinwinning.com, Philip C. Kaufmann, pkaufmann@giffinwinning.com, and Sarah R. Kerley, skerley@atg.state.il.us.

                                                  S/ Ralph D. Davis
                                                  Ralph D. Davis
                                                  Illinois Bar #6196388
                                                 The Janssen Law Center
                                                 333 Main Street
                                                 Peoria, IL 61602
                                                 309-676-2341 (phone)
                                                 309-676-7678 (fax)
                                                 rdavis@jjlaw.com