## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| **MEGAN V. HUNT,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| **MICHAEL I. FORBES, in his individual capacity, and ILLINOIS STATE UNIVERSITY,** | ) Case No. 07-1095 ) ) ) ) |
| Defendants. | ) ) |

### CERTIFICATE OF SERVICE OF
### DEFENDANT FORBES' RULE 26(a) DISCLOSURE AND
### RULE 26(b)(5) PRIVILEGE LOG

A copy of the following described documents in this case were mailed to the following named persons at the addresses set forth below, with postage pre-paid, by depositing with the post office in Springfield, Illinois, on this 17th day of September, 2007, and the original is maintained in the file at Giffin, Winning, Cohen & Bodewes PC.

**Titles of the Pleadings Mailed:**

1. Defendant's Rule 26(a) Disclosure, with attached documents; and

2. Defendant's Rune 26(b)(5) Privilege Log.

**Persons to whom Pleadings Mailed:**

Ralph D. Davis
Janssen Law Center
Janssen Building
Main and Jefferson
333 Main Street
Peoria, IL  61602

Sarah Kerley
Assistant Attorney General
Office of the Illinois Attorney General
500 South Second Street
Springfield, IL  62701-1705

Respectfully submitted,

**MICHAEL I. FORBES, Defendant**

By:   s/ David A. Herman

David A. Herman - Lead Counsel
Illinois Bar No. 6211060
Paulette F. Dove
Illinois Bar No. 6242881
Philip C. Kaufmann
Illinois Bar No. 6275246
Attorneys for Defendant
GIFFIN, WINNING, COHEN & BODEWES, P.C.
One West Old State Capitol Plaza
Suite 600, Myers Building
P.O. Box 2117
Springfield, IL  62705
Telephone:  (217) 525-1571
Facsimile:  (217) 525-1710
Email:  dherman@giffinwinning.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following recipients:

>Ralph D Davis
>rdavis@jjlaw.com
>ralphddavis@sbcglobal.net
>
>Sarah R Kerley
>skerley@atg.state.il.us
>bmyers@atg.state.il.us
>jginter@atg.state.il.us
>vharris@atg.state.il.us

I further certify that the original of the foregoing document has been maintained in the file of Giffin, Winning, Cohen & Bodewes PC.

>By:  s/ David A. Herman
>
>David A. Herman - Lead Counsel
>Illinois Bar No. 6211060
>Paulette F. Dove
>Illinois Bar No. 6242881
>Philip C. Kaufmann
>Illinois Bar No. 6275246
>Attorneys for Defendant
>GIFFIN, WINNING, COHEN & BODEWES, P.C.
>One West Old State Capitol Plaza
>Suite 600, Myers Building
>P.O. Box 2117
>Springfield, IL  62705
>Telephone:  (217) 525-1571
>Facsimile:  (217) 525-1710
>Email:  dherman@giffinwinning.com