UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MEGAN V. HUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 07-1095 |
| | ) |
| MICHAEL I. FORBES, in his | ) |
| individual capacity, and | ) |
| ILLINOIS STATE UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO DISCOVERY**

NOW COMES Defendant, ILLINOIS STATE UNIVERSITY, by and through its attorney Lisa Madigan, Attorney General for the State of Illinois, and for their Motion for an Additional Enlargement of Time to Respond to Discovery, state as follows:

1. Co-Defendant Micheal I. Forbes propounded a Request for Production and Interrogatories to Illinois State University on October 12, 2007.

2. Defendant's responses are due on or before November 11, 2007.

3. Despite diligently working to complete the discovery responses, Defendant will not be able to complete the responses on or before November 11, 2007.

4. Defendants respectfully requests a four (4) day enlargement of time to respond to discovery, allowing up to and including November 15, 2007 in which to respond to the discovery requests.

5. Counsel for Plaintiff has no objection to the present motion.

6. The under-signed counsel unsuccessfully attempted to contact Forbes' counsel to determine whether he has an objection to the present motion.

7. This motion is not made for the purpose of undue delay.

WHEREFORE, for the foregoing reasons Defendant, Illinois State University, respectfully requests this honorable Court grant its Motion for Enlargement of Time to Respond to Discovery Propounded by Co-Defendant Forbes.

    Respectfully submitted,

    ILLINOIS STATE UNIVERSITY,

        Defendant,

    LISA MADIGAN, Attorney General,
    State of Illinois,

        Attorney for Defendant.

By:  s/ Sarah R. Kerley
    Sarah R. Kerley, #6283449
    Assistant Attorney General
    Attorney for Defendant
    500 South Second Street
    Springfield, Illinois 62706
    Telephone: (217) 785-4555
    Facsimile: (217) 524-5091
    E-Mail: skerley@atg.state.il.us

**Hunt v. Forbes, et al.**
**USDC-CD Ill. No. 07-1095**

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 9, 2007, I electronically filed the foregoing Motion for Enlargement of Time to Respond to Discovery with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Ralph D. Davis
rdavis@jjlaw.com

David A. Herman
dherman@giffinwinnig.com

and I hereby certify that on November 9, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

    Respectfully Submitted,
    s/ Sarah R. Kerley
    Sarah R. Kerley, #6283449
    Assistant Attorney General
    Attorney for Defendant
    500 South Second Street
    Springfield, Illinois  62706
    Telephone:  (217) 785-4555
    Facsimile:   (217) 524-5091
    E-Mail:  skerley@atg.state.il.us