# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| MEGAN V. HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 07-1095 |
| MICHAEL I. FORBES, in his individual ) | |
| capacity, and ILLINOIS STATE ) | |
| UNIVERSITY, ) | |
| ) | |
| Defendants. ) | |

## DISCOVERY CERTIFICATE OF SERVICE

A copy of the following described document in this case was mailed to the following named persons at the addresses set forth below, with postage pre-paid, by depositing with the post office in Springfield, Illinois, on this 27th day of February, 2008, and the original is maintained in the file at Giffin, Winning, Cohen & Bodewes PC.

**Title of the Pleadings Mailed:**

1. Defendant's Supplemental Rule 26(a) Disclosure.

**Persons to whom Pleadings Mailed:**

> Ralph D. Davis
> Janssen Law Center
> Janssen Building
> Main and Jefferson
> 333 Main Street
> Peoria, IL  61602

Sarah Kerley
Assistant Attorney General
Office of the Illinois Attorney General
500 South Second Street
Springfield, IL  62701-1705

Respectfully submitted,

**MICHAEL I. FORBES, Defendant**

By:   s/ David A. Herman

David A. Herman - Lead Counsel
Illinois Bar No. 6211060
Paulette F. Dove
Illinois Bar No. 6242881
Attorneys for Defendant
GIFFIN, WINNING, COHEN & BODEWES, P.C.
One West Old State Capitol Plaza
Suite 600, Myers Building
P.O. Box 2117
Springfield, IL  62705
Telephone:  (217) 525-1571
Facsimile:  (217) 525-1710
Email:  dherman@giffinwinning.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following recipients:

> Ralph D Davis
> rdavis@jjlaw.com
> ralphddavis@sbcglobal.net
>
> Sarah R Kerley
> skerley@atg.state.il.us
> bmyers@atg.state.il.us
> jginter@atg.state.il.us
> vharris@atg.state.il.us

I further certify that the original of the foregoing document has been maintained in the file of Giffin, Winning, Cohen & Bodewes PC.

> By:    s/ David A. Herman
>
> David A. Herman - Lead Counsel
> Illinois Bar No. 6211060
> Paulette F. Dove
> Illinois Bar No. 6242881
> Attorneys for Defendant
> GIFFIN, WINNING, COHEN & BODEWES, P.C.
> One West Old State Capitol Plaza
> Suite 600, Myers Building
> P.O. Box 2117
> Springfield, IL 62705
> Telephone: (217) 525-1571
> Facsimile: (217) 525-1710
> Email: dherman@giffinwinning.com