E-FILED
Tuesday, 24 June, 2008  11:22:26 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| MEGAN V. HUNT, )<br>)<br>　　　Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL I. FORBES, in his individual )<br>capacity, and ILLINOIS STATE )<br>UNIVERSITY, )<br>)<br>　　　Defendants. )<br>) | Case No. 07-1095<br><br>JURY DEMAND |

### NOTICE OF BANKRUPTCY

TO:　　See Attached Certificate of Service

　　　YOU ARE HEREBY NOTIFIED that on June 20, 2008, Defendant, Michael I. Forbes, filed a Chapter 7 voluntary bankruptcy in the U.S. Bankruptcy Court for the Western District of Wisconsin, and said filing was assigned a case number of 08-13177. Attached hereto as Exhibit A is a copy of the Docket Report in Mr. Forbes' bankruptcy case 08-13177.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**MICHAEL I. FORBES**, Defendant


　　　　　　　　　　　　　　　　　　　　By:　　/s/ Paulette F. Dove
　　　　　　　　　　　　　　　　　　　　　　　　One of his Attorneys

David A. Herman - Reg. #06211060
Paulette F. Dove – Reg. #06242881
GIFFIN, WINNING, COHEN & BODEWES, P.C.
One West Old State Capitol Plaza
Myers Building – Suite 600
P.O. Box 2117
Springfield, IL  62705
Phone: (217) 525-1571
Fax:  (217) 525-1710

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 24th day of June, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following recipients:

    Ralph D Davis
    rdavis@jjlaw.com
    ralphddavis@sbcglobal.net

    Sarah R Kerley
    skerley@atg.state.il.us
    bmyers@atg.state.il.us
    jginter@atg.state.il.us
    vharris@atg.state.il.us

  I further certify that the original of the foregoing document has been maintained in the file of Giffin, Winning, Cohen & Bodewes, P.C.


        /s/ Paulette F. Dove
        Paulette F. Dove

1:07-cv-02244-JAG # 1-6 Page 1 of 2

wiwb CM/ECF Live 3.1.4L6 Database - Docket Report

Page 1 of 2

E-FILED
Tuesday, 24 June, 2008 11:22:59 AM
Clerk, U.S. District Court, ILCD

DebtEd, Form21, EmployeeIncomeRecords, DebtEdNtc, DebtEdJD, EmployeeIncomeRecordsJD, MEANSU

## U.S. Bankruptcy Court
### Western District of Wisconsin - http://www.wiw.uscourts.gov (Madison)
### Bankruptcy Petition #: 3-08-13177-rdm

*Assigned to:* Chief Judge Robert D. Martin
*Hearing Location:* Madison
Chapter 7
Voluntary
No asset

*Date Filed:* 06/20/2008

*Debtor*
**Michael I. Forbes**
56 Waunona Woods Court
Madison, WI 53713
SSN: xxx-xx-2851

represented by **Jeffrey D. Friebert**
KREKELER STROTHER, S.C.
15 N. Pinckney Street, #200
P.O. Box 828
Madison, WI 53701-0828
(608) 258-8555
Fax : (608) 258-8299
Email: jfriebert@ks-lawfirm.com

*Joint Debtor*
**Siiri L. Forbes**
56 Waunona Woods Court
Madison, WI 53713
SSN: xxx-xx-6896

represented by **Jeffrey D. Friebert**
(See above for address)

*Trustee*
**Claire Ann Resop**
von Briesen & Roper, s.c.
One North Pinckney Street, Suite 300
Madison, WI 53703
(608) 441-0300

*U.S. Trustee*
**U.S. Trustee's Office**
U.S. Trustee's Office
Suite 304
780 Regent Street
Madison, WI 53715



| Filing Date | # | Docket Text |
|---|---|---|
| 06/20/2008 | 1 (6 pgs) | Chapter 7 Voluntary Petition [ Fee Amount $ 299] filed by Michael I. Forbes, Siiri L. Forbes. Section 316 Incomplete Filings due 8/4/2008. |

| | | |
|---|---|---|
| | | Summary of Schedules due 7/7/2008. Schedules A-J due 7/7/2008. Statement of Financial Affairs due 7/7/2008. Means Test due 7/7/2008. Employee Income Records due 7/7/2008. Attorney Disclosure of Compensation due 7/7/2008. (Friebert, Jeffrey) (Entered: 06/20/2008) |
| 06/20/2008 | 2 (2 pgs) | Notice to Individual Consumer Debtor filed by Jeffrey D. Friebert on behalf of Michael I. Forbes, Siiri L. Forbes. (Friebert, Jeffrey) (Entered: 06/20/2008) |
| 06/20/2008 | 3 (2 pgs) | Certificate of Credit Counseling for Debtor and Joint Debtor filed by Jeffrey D. Friebert on behalf of Michael I. Forbes, Siiri L. Forbes. (Friebert, Jeffrey) (Entered: 06/20/2008) |
| 06/20/2008 | 4 (4 pgs) | Exhibit D - Individual Debtor's Statement of Compliance with Credit Counseling Requirement for Debtor and Joint Debtor filed by Jeffrey D. Friebert on behalf of Michael I. Forbes, Siiri L. Forbes. (Friebert, Jeffrey) (Entered: 06/20/2008) |
| 06/20/2008 | 5 | Notice of Meeting of Creditors & Notice of Appointment of Interim Trustee Claire Ann Resop with 341(a) meeting to be held on 07/21/2008 at 02:00 PM at U.S. Trustee Meetings. Objections to Discharge due by 09/19/2008. Financial Management Certificate due by 09/04/2008. cc: via BNC to all parties (Entered: 06/20/2008) |

**Case #: 3-08-13177-rdm - Michael I. Forbes and Siiri L. Forbes**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/23/2008 10:36:38 | | | |
| PACER Login: | gw0028 | Client Code: | FORBMI-0701 |
| Description: | Docket Report | Search Criteria: | 3-08-13177-rdm Fil or Ent: filed Doc From: 0 Doc To: 99999999 Format: HTML |
| Billable Pages: | 1 | Cost: | 0.08 |