UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT Peoria

Megan Hunt, )
    Plaintiff )
)
    vs. ) Case No. 07-1095
Michael I. Forbes, and Illinois State University, )
    Defendants )

## ORDER ON CASES WITH INTERVENING BANKRUPTCY

The court has been advised that Michael I. Forbes has filed for protection under bankruptcy, United States Code.

ACCORDINGLY, IT IS ORDERED:

1. The defendant Michael I. Forbes shall file with this Court and serve on all parties within ten (10) days the Notice of Automatic Stay from the bankruptcy proceedings. Failure to file the Stay will result in this Court's proceeding with this case.

2. The parties are also Ruled to Show Cause why this case should not be dismissed as to Michael I. Forbes because of the pending bankruptcy. This Rule is set for hearing by telephone conference call with Honorable Michael M. Mihm , United States District Judge, Peoria, Illinois on January 22, 2009 at 1:00 p.m.

3. If the bankruptcy proceedings are dismissed or if there is any change in the automatic stay affecting this case before the date set for return of the Rule, the parties are ordered to so advise this Court and all of the parties in writing.

4. Failure to comply with this order will result in appropriate sanctions pursuant to Rule 37.

ENTER this 24th day of June, 2008.

                      s/ John A. Gorman

                  JOHN A. GORMAN
        UNITED STATES MAGISTRATE JUDGE