# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| **MEGAN V. HUNT,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 07-1095 |
| **MICHAEL I. FORBES, in his individual capacity, and ILLINOIS STATE UNIVERSITY,** | ) JURY DEMAND |
| **Defendants.** | ) |

## NOTICE OF FILING

TO:   See Attached Certificate of Service

Pursuant to this Court's Order of June 24, 2008, attached hereto as Exhibit A is a copy of Defendant, Michael I. Forbes', Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines, in Mr. Forbes' bankruptcy case no. 08-13177 in the Western District of Wisconsin. The Meeting of Creditors is scheduled for July 21, 2008, at 2:00 p.m.

Respectfully submitted,

**MICHAEL I. FORBES**, Defendant


By:   /s/ Paulette F. Dove
       One of his Attorneys

David A. Herman - Reg. #06211060
Paulette F. Dove – Reg. #06242881
GIFFIN, WINNING, COHEN & BODEWES, P.C.
One West Old State Capitol Plaza
Myers Building – Suite 600
P.O. Box 2117
Springfield, IL  62705
Phone: (217) 525-1571
Fax:  (217) 525-1710

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of June, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following recipients:

>Ralph D Davis
>rdavis@jjlaw.com
>ralphddavis@sbcglobal.net
>
>Sarah R Kerley
>skerley@atg.state.il.us
>bmyers@atg.state.il.us
>jginter@atg.state.il.us
>vharris@atg.state.il.us

I further certify that the original of the foregoing document has been maintained in the file of Giffin, Winning, Cohen & Bodewes, P.C.

>/s/ Paulette F. Dove
>Paulette F. Dove

E-FILED
Wednesday, 25 June, 2008  01:53:18 PM
Clerk, U.S. District Court, ILCD

B9A (Form B9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (10/05)     Case Number 3-08-13177-rdm

# UNITED STATES BANKRUPTCY COURT
## Western District of Wisconsin – http://www.wiw.uscourts.gov

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/20/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Michael I. Forbes<br>56 Waunona Woods Court<br>Madison, WI 53713 | Siiri L. Forbes<br>56 Waunona Woods Court<br>Madison, WI 53713 |
| Case Number:<br>3-08-13177-rdm | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx-xx-2851 – Debtor<br>xxx-xx-6896 – Joint Debtor |
| Attorney for Debtor(s) (name and address):<br>Jeffrey D. Friebert<br>KREKELER STROTHER, S.C.<br>15 N. Pinckney Street, #200<br>P.O. Box 828<br>Madison, WI 53701-0828<br>Telephone number: (608) 258-8555 | Bankruptcy Trustee (name and address):<br>Claire Ann Resop<br>von Briesen & Roper, s.c.<br>One North Pinckney Street, Suite 300<br>Madison, WI 53703<br>Telephone number: (608) 441-0300 |

### Meeting of Creditors
Date: July 21, 2008      Time: **02:00 PM**
Location: U.S. Trustee's Office, 780 Regent Street, Suite 307, Madison, WI 53715

### Presumption of Abuse under 11 U.S.C. § 707(b)
See "Presumption of Abuse" on reverse side.

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 9/19/08**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>U.S. Federal Courthouse<br>120 N. Henry Street<br>P.O. Box 548<br>Madison, WI 53701<br>Telephone number: 608-264-5178 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Marcia M Anderson |
|---|---|
| Hours Open: Monday – Friday 8:00 AM – 4:30 PM | Date: 6/23/08 |



EXHIBIT A

| EXPLANATIONS | | B9A (Official Form 9A) (12/07) |
|---|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. | |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. | |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. | |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. | |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. | |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |
| -- Refer to Other Side for Important Deadlines and Notices -- | | |