1          IN THE CIRCUIT COURT

2       FOR THE ELEVENTH JUDICIAL CIRCUIT

3        McLEAN COUNTY, BLOOMINGTON, ILLINOIS

4   THE PEOPLE OF THE STATE OF          )
    ILLINOIS,                           )
5                                       )
                        Plaintiff,      )
6   vs.                                 )      No. 07 CF 55
                                        )
7   MICHAEL I. FORBES,                  )
                                        )
8                       Defendant.      )

9

10            TESTIMONY OF MEGAN HUNT

11            TRANSCRIPT OF PROCEEDINGS

12         BE IT REMEMBERED and CERTIFIED that on, to wit:

13   the 25th day of October, 2007, the following proceedings were

14   held in the aforesaid cause before The Honorable

15   KEVIN P. FITZGERALD, Circuit Judge.

16   APPEARANCES:

17   MS. M. JANE FOSTER          MR. JOHN G. PRIOR, JR.
     Assistant State's Attorney  Attorney at Law
18   On behalf of the People     On behalf of the Defendant

19

20

21

22   Amy J. Jennings, RPR, CRR
     Rm. 427 Law & Justice Center
23   104 West Front Street
     Bloomington, IL 61701
24   IL CSR No. 084-004135

DEFENDANT'S
EXHIBIT

A

# I N D E X

WITNESS:

## M E G A N   H U N T

Direct Examination by Ms. Foster.......................... 3

Cross Examination by Mr. Prior.......................... 61

Redirect Examination by Ms. Foster...................... 99

Recross Examination by Mr. Prior........................106

```
              *  *  *  *  *  *  *  *  *  *
 1
 2            COURT CLERK:  Raise your right hand, please.
 3                       (Witness sworn).
 4            COURT CLERK:  Be seated right there.
 5            THE COURT:  You may inquire.
 6            MS. FOSTER:  Thank you.
 7                       MEGAN HUNT,
 8              having been first duly sworn, was
 9              examined and testified as follows:
10                     DIRECT EXAMINATION
11                     BY MS. FOSTER:
12       Q.   Could you state your name for the record, please.
13       A.   Megan Hunt.
14       Q.   Megan, where do you live?
15       A.   Right now?
16       Q.   Yes.
17       A.   Arlington, Texas.
18       Q.   Okay.  Now, I want to direct your attention back
19   to the spring semester of 2006.  Were you a student at
20   Illinois State University?
21       A.   Yes.
22       Q.   And what year school were you?
23       A.   I think I was a junior.  Yeah, junior.
24       Q.   All right.  And what was your major?
```

A. Music Education.

Q. All right. And was there a specific instrument that you were studying?

A. Trombone.

Q. Okay. Now, during your time as a student at ISU did you come to know a Michael Forbes?

A. Yes.

Q. And how did you come to know him?

A. Um, he was a Professor of Tuba and Euphonium.

Q. Now, do you see the person you know as Michael Forbes in the courtroom today?

A. Yes.

Q. Could you identify him by a piece of clothing he's wearing?

A. A dark suit with a white and dark striped tie.

MS. FOSTER: Your Honor, I'd ask the record reflect that she's identified the defendant.

THE COURT: The record will reflect the in-court identification.

Q. (By Ms. Foster) Now, while you were a student at ISU, what was Forbes' position within the university?

A. He was the Professor of Tuba and Euphonium -- Assistant Professor. I guess maybe he didn't have tenure. I don't know, I'm not for sure.

Q. Now, within the Music Department is there something called the Brass Faculty?

A. Yes.

Q. Okay. And what is the Brass Faculty?

A. Um, well, there's a faculty for every instrument in the school of music, and there's different types of instruments. There's percussion, string and brass. So the Brass Faculty is horn, trumpet, trombone, tuba and euphonium.

Q. Now, Forbes was part of the Brass Faculty, correct?

A. Yeah.

Q. And your instrument, the trombone, what would it fall under?

A. Brass.

Q. Now, as part of the Brass Faculty, did you believe that Michael Forbes could have an impact on your success as a student at ISU?

A. Grade wise?

Q. Yes.

A. Yeah, he could.

Q. And how could he have had an impact on your grades?

A. Um, well, he taught the low brass methods class,

1  which was a Music Education class that was required. I was
2  in that class. And, um --
3      Q.  So he was actually a professor of a class you
4  took?
5      A.  Yes. And also he sat on some brass juries, some
6  of them.
7      Q.  Okay. Now, what is -- explain for us what a brass
8  jury is.
9      A.  Well, juries is what music students take at the
10  end of every semester. It's like an accumulation of what
11  you've learned on your instrument. You perform a piece.
12  And the way it works, you have to sign up for a time, and
13  you have to have your studio professor present, you have to
14  have your accompanist present, and it has no not interfere
15  with other finals. So, the way --
16      Q.  So, okay, I'm going to stop you there for a
17  second.
18      A.  That's okay.
19      Q.  Now, when you perform for these -- at these
20  juries --
21      A.  Uh-huh.
22      Q.  -- what is the significance of your performance at
23  these juries?
24      A.  Um, it is the part of the grade you get for

applied lessons.  So you sign up for applied lessons, but part of that grade is your jury.

Q.    Okay.  Now, how many -- while you were at ISU, how many juries did you take part in?

A.    One for every semester except for the fall of 2006 which was -- or the spring of 2006, which was my recital instead.

Q.    Okay.  So of the five -- you had approximately five juries, correct?

A.    Um, two, four, five, six -- seven total.

Q.    Seven, okay.  Of the seven total juries you did while you were at ISU, how many of those was Dr. Forbes involved in?

A.    Um, he was definitely a part of the 200 level jury I took, which is a special kind of jury you take your sophomore year.

MR. PRIOR:  Objection, your Honor, foundation. When did this -- oh, sophomore, okay.  I'll withdraw the objection.

THE COURT:  All right.

A.    Um, and I think at least one other one, but it's possible there were more.

Q.    (By Ms. Foster)  Okay.  Now, in addition to the classes you have to take in the Music Department, were you

required to be part of a studio?

    A.   Yes.

    Q.   Okay.  And what -- could you explain to us what a studio is?

    A.   Yeah.  When you're a music major, you are automatically a part of that studio on your instrument, I think automatically.  Like if you go there to study music and you are a trumpet player, you are part of the trumpet studio.

    Q.   You were part of the trombone studio?

    A.   Yes.

    Q.   Now, was Dr. Forbes involved in any way with your studio?

    A.   No, not really.

    Q.   Now, while you were at ISU, were there a series of events involving Dr. Forbes where you believe he demonstrated inappropriate sexual conduct towards you?

    A.   Conduct?

    Q.   Yes.

    A.   Do you mean comments or physical acts?

    Q.   Both.

    A.   Yes, both.

    Q.   And do you recall when the first incident occurred?

1          A.    Um, the first physical incident was at a party at

2    Tuba House after, um, a tuba euphonium conference at

3    Illinois State.

4          Q.    Do you remember what year that was?

5          A.    I think it was 2005.

6          Q.    Do you recall what month?

7          A.    I think February. I'm not sure, though, exactly.

8          Q.    And what happened at this party at the Tuba House?

9          A.    Um, well, it was a party. It was called the Tuba

10   House because there were four tuba students living there.

11         Q.    All right.

12         A.    And the tuba euphonium studio was there, people

13   that helped out at the conference was there, most of the

14   music majors at Illinois State were there plus other tuba

15   euphonium from other universities that come for the

16   conference and Dr. Forbes.

17         Q.    So Dr. Forbes was present at the party?

18         A.    Yes.

19         Q.    And you were present at the party?

20         A.    Yes, I was.

21         Q.    And what specifically happened, or what

22   specifically did the defendant do to you that made you feel

23   that it was inappropriate?

24         A.    Um, well, it was a very, very small house. There

1   were a lot of people there. Kind of hard to walk around.

2   And I remember at one point in the evening I walked past Dr.

3   Forbes and he put his arm kind of on my stomach area, maybe

4   closer to my hips, and said, wow, you feel really good.

5   That was what he said.

6          Q.   And what did you do when he said that?

7          A.   I kind of looked at him, kind of saw that he was

8   little bit intoxicated, and just kind of walked away.

9   Laughed maybe, kind of uncomfortably.

10         Q.   Did you have any physical contact with him at that

11  time?

12         A.   No.

13         Q.   Did you initiate this encounter?

14         A.   No, I just walked by him.

15         Q.   All right. And at the time of this incident, were

16  you in a class that he was teaching?

17         A.   I don't know.

18         Q.   And you said -- you testified that you laughed

19  uncomfortably. Why were you feeling uncomfortable about the

20  situation?

21         A.   Well, for one thing, I wasn't drunk and a lot of

22  people were. That's kind of an uncomfortable situation

23  anyway by itself, but just that he was a professor. So it

24  was kind of weird.

Q. Now, how would you generally characterize the interactions Dr. Forbes had with you during 2005 into the spring of 2006?

A. Um, I'd say, um, very flirty. Um, sometimes making references to what I was wearing. Um, I don't know, he was like that with a lot of people though, couple girls. Um, it was just generally acknowledged that that was what he was like to people.

Q. Okay. Now, during this timeframe, the 2005 into the spring of 2006, were you pursuing a relationship with Dr. Forbes?

A. A relationship?

Q. Yes.

A. No.

Q. Did you want to date Dr. Forbes?

A. No.

Q. Did you want to have any kind of sexual contact with Dr. Forbes?

A. No.

Q. And when you had these interactions with Dr. Forbes that you would characterize as flirty or where he would make comments about what you were wearing, do you recall where they happened?

A. Um, I guess mostly in Cook Hall and around campus.

Q.   Now, is Cook Hall on the Illinois State campus?

A.   That's the music hall, uh-huh.

Q.   Is that where your classes were?

A.   Some of them, yes.

Q.   And how did these comments and the actions by Dr. Forbes make you feel at this time?

A.   Um, uncomfortable.  I -- I remember talking to people about it, about how uncomfortable I was.  And I remember them saying that that was just how he was, kind of creepy and weird but harmless.  That was what they said, harmless.  So just laughed it off, you know, uncomfortably.

Q.   At this time, during this timeframe, the 2005 to 2006, did you believe that you could tell Dr. Forbes to start -- stop acting that way towards you?

A.   Well, I guess I thought that if he really was harmless, you know, that it would just cause a rift.  It would be unnecessary to say something.

Q.   What do you mean by it would cause a rift?

A.   Well, I mean, if he really was just friendly and he really was just trying to be friends with everyone, then to do something like that would -- I guess I don't know how to put it.

Q.   Did you fear --

A.   Alienate, ostracize me from the rest of the Music

1    Department.  Just felt it was harmless.

2        Q.  Did you fear it would affect your success within

3    the Music Department at ISU?

4        A.  In some ways, yes.

5        Q.  Now, were you involved in any type of musical

6    groups outside the university?

7        A.  Yes.

8        Q.  Specifically, were you part of a Brass Band?

9        A.  In the spring of 2006, yes.

10       Q.  How did you come to join that Brass Band?

11       A.  Well, there were some students that were my

12   friends that were in it.  Dakota Pawlicki was in it.  He

13   said they needed a trombone player.  It was a really good

14   opportunity, and Dr. Forbes and myself had conversations

15   about it about it being kind of a neat thing to do.

16       Q.  So Dr. Forbes discussed you joining the Brass

17   Band?

18       A.  At some point he had to of, because otherwise I

19   wouldn't have done it.  He was the Director of the Brass

20   Band.

21       Q.  Did you feel that it was important for your

22   success as a music major at Illinois State to join the Brass

23   Band?

24       A.  I feel that it is important to be successful as a

music student to join as many musical organizations as you can. The opportunities that you're given are important to perform in.

Q. Now, while you were involved with this band that the defendant was the director of, did he ever make any inappropriate comments to you in the context of the Brass Band setting?

A. Yes.

Q. What did he say?

A. Um, well, the Brass Band was going to I think Lexington, Kentucky, for an overnight trip to perform in some sort of Brass Band competition -- I don't really know what it was called -- and I remember him talking about hotel accommodations to the group and saying something like Megan and I are going to be roommates, or something like that, to the group.

Q. And how did that make you feel?

A. Really uncomfortable.

Q. Why did you feel uncomfortable?

A. Just didn't seem very appropriate to me. He was married, you know. And everybody laughed just like everybody always laughed when he said stuff like that, but it just didn't seem very appropriate.

Q. Now, do you recall participating in different

1  performances at the Epiphany Church in Normal?

2  A. Yes.

3  Q. And do you recall what holiday your first

4  performance at Epiphany, what holiday that was on?

5  A. I think it was Christmas Eve.

6  Q. And how did you come to be involved in that

7  performance at Epiphany on Christmas Eve?

8  A. Um, well, I think those performances were mostly

9  done by the Brass Faculty at ISU, that was my understanding,

10  and I believe Dr. Parsons for some reason couldn't do that

11  performance, so I was asked to.

12  Q. Who asked you to fill in?

13  A. I don't remember.

14  Q. Okay. Would this have been Christmas Eve, 2005?

15  A. Uh-huh.

16  Q. Is that a yes?

17  A. Yes.

18  Q. Okay. And do you recall who else was involved in

19  that performance?

20  A. That particular performance I think it was all

21  faculty members. I think it was Dr. Neisler playing horn,

22  Dr. Forbes playing tuba, Dr. Gilreath was playing trumpet,

23  our grad assistant, who I think would have been Ken Wint

24  (phonetic) at the time, playing the other trumpet. There's

```
1   two trumpets in the Brass Quintet.  I could be wrong, but I

2   think that's right.

3       Q.   Did you consider it a privilege to be invited to

4   perform with other members of the faculty at ISU?

5       A.   Very much so.

6       Q.   Did you also believe that it could assist your

7   performance or your success as a student at ISU to be part

8   of these performances with the music faculty?

9       A.   Um, in an indirect way, definitely.  The better

10  players you play with, the better player you become.

11      Q.   Now, did you have rehearsals for this Christmas

12  Eve performance that you were going to do?

13      A.   Yeah, I think so.

14      Q.   Okay.  Do you recall any comments that the

15  defendant made to you after rehearsal for the Christmas Eve

16  performance?

17      A.   Um --

18           MR. PRIOR:  Objection, your Honor, foundation as

19  far as when this happened and where it happened and stuff

20  like that.

21      A.   Well, if it was at --

22           THE COURT:  Sustained.

23           MS. FOSTER:  Okay.

24      Q.   (By Ms. Foster)  We'll strike that.  We'll move
```

1    on.

2         A.    Okay.

3         Q.    Now, were you -- shortly after the -- strike that?

4               Shortly before the Christmas Eve performance, do

5    you recall going to Cook Hall to drop off Dakota Pawlicki.

6         A.    It was after Brass Band rehearsals, we would

7    carpool.

8         Q.    Okay.  And was that in 2005, or was that into the

9    spring semester 2006?

10        A.    I think it was the spring semester of 2006.

11        Q.    So you'd had a rehearsal for Brass Bands?

12        A.    Yes.

13        Q.    And Dakota was in the Brass Band?

14        A.    Yes, uh-huh.

15        Q.    And the defendant was the Director of the Brass

16   Band, correct?

17        A.    Yes, he was.

18        Q.    So, now when you carpooled, who was in your

19   carpool?

20        A.    Just Dakota.

21        Q.    Okay.  And where did you drop Dakota off?

22        A.    Um, Cook Hall.  The way Cook Hall works, the

23   parking lot is in the back of the building, and the front of

24   the building is in the quad.

Q.   Okay.   So did you pull into the parking lot to drop off Dakota?

A.   Yes.

Q.   Okay.   And did you see anybody in the parking lot when you pulled in?

A.   No, not at that time.

Q.   Okay.   And did Dakota exit the car?

A.   Uh-huh.

Q.   Did anybody get into your car at that time?

A.   Um, immediately?   Not immediately, no.

Q.   Okay.   At some point, did someone get into your car with you?

A.   Yes.

Q.   Okay.   And who got in the car with you?

A.   Dr. Forbes.

Q.   Was this still in the parking lot of Cook Hall?

A.   Yes.

Q.   Do you recall what time of the day this was?

A.   It was night, it was very late.

Q.   And why did the defendant get into your car?

A.   Well, initially he had just come up to the passenger side window to talk about I think the Brass Band. Like we were just talking about things in the Brass Band. And I can't remember if it was raining, something like that,

1   and he just asked to get in to sit down to talk about what

2   we were talking about.

3       Q.   So did you let him get in?

4       A.   Yeah.

5       Q.   Okay.  Now, when he was sitting inside your car,

6   did anything happen that made you feel uncomfortable?

7       A.   Yes.

8       Q.   And what was that?

9       A.   Um, well, we started off just talking about the

10  Brass Band, just about stuff with the trip or rehearsal or

11  something.

12           This is hard, sorry.

13      Q.   Take your time.  Let me try and make it a little

14  bit easier for you, okay.

15           Did the defendant say anything to you that made

16  you feel uncomfortable while you were sitting in the car?

17      A.   Yes.  Sorry.

18      Q.   That's okay.  There's a Kleenex right there if you

19  need one, okay.  Do you recall specifically what he said to

20  you that made you feel uncomfortable?

21      A.   Um, I don't remember specifically what he said.  I

22  know he was talking about wanting to do things sexually with

23  me.

24      Q.   Okay.  Do you remember what it was that he wanted

1    to do with you?

2         A.   I don't remember what he said at that time, no.

3         Q.   Okay.  Now, when he was discussing wanting to do

4    things sexually with you, did you tell him that you would

5    like for him to do that?

6         A.   Um, I don't think so.  Um, I think that I

7    continued in the demeanor that I had originally adopted with

8    him, which was just to kind of joke around about it.

9         Q.   Okay.

10        A.   So I don't think I ever said, yeah, I would like

11   that also, that would be great if we could do that, but I

12   think I did laugh about it.

13        Q.   Did you ever offer to perform any type of sexual

14   act upon him?

15        A.   No, no.

16        Q.   Okay.  Was there any type of physical contact

17   while you were in the car in the parking lot of Cook Hall

18   and this conversation was taking place?

19        A.   Yes.

20        Q.   And what was that physical contact?

21        A.   Um, he touched me on my chest, and he --

22             MR. PRIOR:  Your Honor, again, objection,

23   foundation about when the physical contact happened.

24             MS. FOSTER:  I asked her if physical contact took

place while they were in the car in the parking lot of Cook Hall when this conversation was taking place.

MR. PRIOR: Okay, I didn't hear that. I'm sorry.

THE COURT: Okay, overruled.

Q. (By Ms. Foster) So did physical contact take place in your car outside of Cook Hall while this conversation was taking place?

A. Yes.

Q. And what was the physical contact?

A. He touched me on my chest, and he put my hand on his upper thigh.

Q. Now, when he touched you on the chest, did you ask him to do that?

A. No.

Q. Where specifically on your chest did he touch you?

A. On my breast.

Q. Okay, was that over your clothes or under your clothes?

A. Over.

Q. Now, you stated that your hand was on his leg?

A. (Nodded head up and down).

Q. Is that a yes?

A. Yes, I'm sorry, yes.

Q. Did you place your hand on his leg?

1    A.    Um, I don't remember if he asked me to do it or if
2    he put my hand there.  I can't remember.
3    Q.    Okay.  But the physical contact you had with him,
4    is it fair to say, was at his direction?
5    A.    Yes, very much so.
6    Q.    The physical contact he had with you, was it at
7    your direction?
8    A.    No.
9    Q.    And while this was happening inside the car, the
10   physical contact and the discussions about wanting to do
11   sexual things with you, how were you feeling?
12   A.    Trapped.
13   Q.    And how were you -- were you able to get the
14   defendant to eventually leave your car?
15   A.    Eventually.
16   Q.    Okay.  And how were you able to do that?
17   A.    Um, well, throughout the entire conversation
18   almost immediately as soon as he got in I kept telling him
19   that I needed to go home to work on homework.  And finally I
20   think what I told him was that I had an online test due at
21   midnight.  It was like 11:00 maybe, so it was coming up
22   pretty quickly.
23   Q.    Okay.  And is that when he left your car then?
24   A.    Yes, when I finally told him about the test, yes.

1       Q.   Now, did you immediately report this incident to

2  anyone?

3       A.   No.

4       Q.   And why didn't you?

5       A.   Well, I kind of tried to tell someone I thought

6  was a friend about it, but he dismissed it.  So --

7       Q.   And how did that make you feel?

8       A.   Very much like I had felt since my sophomore year,

9  that everybody thought he was harmless, you know.

10      Q.   Did you think that you would be believed if you

11  made a report?

12      A.   No.

13      Q.   Did you believe you would be supported if you made

14  a report?

15      A.   No.

16      Q.   Did you feel that it would have negative impact on

17  your career as a student in the Music Department if you made

18  a report?

19      A.   Yeah.  If I made a report and I wasn't believed,

20  absolutely.

21      Q.   Now, were you asked to be part of a performance at

22  Epiphany Church for the Easter holiday?

23      A.   Yes.

24      Q.   And that was in April of 2006?

1      A.    Is that when Easter was that year?

2      Q.    Okay.  Was it 2006?

3      A.    Yes.

4      Q.    And do you recall who asked you to be part of that

5 group?

6      A.    Um, no, I do not.

7      Q.    Okay.  Was the defendant part of the group that

8 performed?

9      A.    Yes.

10     Q.    Okay.  Did you have discussions with the defendant

11 about this performance?

12     A.    Yeah, I believe so.

13     Q.    Okay.  Did you ever have a discussion with him

14 regarding why you were included as part of the group that

15 would be performing?

16     A.    Um, I don't remember.

17     Q.    Okay.  And the rest of the group that performed or

18 was going to perform at Epiphany for Easter, do you recall

19 who was in the group?

20     A.    Yes.  Um, it was Dr. Gilreath playing trumpet, I

21 think it was, again -- no, it was a different guy.  It was a

22 guy from the Brass Band playing second part trumpet, and a

23 student was playing French horn.  Her name is Kayla.

24     Q.    So, is it fair to say there were some faculty and

some students --

    A.   Yes.

    Q.   -- and some community people?

    A.   I believe so, yes.

    Q.   Okay, okay.  Now, were you paid for participating in this performance?

    A.   Yes.

    Q.   Okay.  And do you recall how much money you got?

    A.   I think it was $250.00.

    Q.   Okay.  And who gave you that money?

    A.   Um, I think Dr. Forbes left a check on his bulletin board for me.

    Q.   Was the check from Dr. Forbes' account?

    A.   No.

    Q.   Was it from the church?

    A.   Yes.

    Q.   Now, after you agreed to participate in the Easter 2006 performance, how did you get the music for that performance?

    A.   Dr. Forbes gave it to me.

    Q.   Okay.  So did you have to go meet with him to get it?

    A.   Yes.

    Q.   And where would you meet with him to pick up this

music?

    A.    Cook Hall.

    Q.    Okay.  And, again, that's on campus?  That's a
university building?

    A.    Uh-huh.

    Q.    Okay.  Now, would you practice this music for the
performance before -- before the Easter performance of 2006?

    A.    Yeah.

    Q.    Was it important to practice?

    A.    Yeah.

    Q.    Okay.  Now, when you would practice, where would
you practice?

    A.    Cook Hall has a basement area that's all practice
rooms and lockers.

    Q.    Okay.  And do you have access to those rooms as a
student?

    A.    Yes.

    Q.    Are those rooms open to the public, do you know?

    A.    Um, at sometimes they are.  During the day they
are, but at night you'd have to use your student ID to get
in the building.

    Q.    Okay.

    A.    Then you can get into the practice rooms.

    Q.    Now, do you recall an occasion where you were down

```
 1    in the practice room and the defendant came to see you?

 2         A.    Several.

 3         Q.    Okay.  I'm talking specifically prior to the

 4    Easter 2006 performance?

 5         A.    Yes.

 6         Q.    And how big are these practice rooms?

 7         A.    Some are large, some are small.

 8         Q.    Okay.  And when the defendant came down to see you

 9    just prior to the Easter 2006 performance, was anyone else

10    there?

11         A.    In the practice room?

12         Q.    Yes.

13         A.    With me?

14         Q.    Yes.

15         A.    No.

16         Q.    So just the two of you?

17         A.    Yes.

18         Q.    And do you recall what, if anything, the defendant

19    said to you about the Easter performance?

20         A.    I think that was the first time he alluded to me

21    owing him.

22         Q.    Do you recall specifically what he said?

23         A.    At that time?

24         Q.    Uh-huh.
```

1  A. No.

2  Q. Okay. But what was the impression you got from

3 the comments he made?

4  A. Um, overall from all the comments he made about it

5 was that I owed him for the $250.00 he got me for playing

6 the gig.

7  Q. Had you ever been contacted personally by Epiphany

8 Church and invited to perform?

9  A. No.

10  Q. Did you have any contacts with Epiphany Church?

11  A. No.

12  Q. After making comments along the lines of you owing

13 him for him getting you involved in this Easter performance,

14 did the defendant ask you to go up to his office?

15  A. At some point I believe he did, yes.

16  Q. Okay. Did you go with him?

17  A. No.

18  Q. Okay. And why didn't you go with him?

19  A. I just didn't want to be alone with him.

20  Q. And why was that?

21  A. Because it made me uncomfortable.

22  Q. Okay. Now, do you recall any statements the

23 defendant made to you after you refused to go up to his

24 office?