## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| MEGAN V. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-1095 |
| | ) | |
| MICHAEL I. FORBES and | ) | |
| ILLINOIS STATE UNIVERSITY, | ) | |
| | ) | |
| Defendants. | ) | |

### PROPOSED REVISED SCHEDULING ORDER

Come now the Plaintiff, MEGAN HUNT, and Defendant, ILLINOIS STATE UNIVERSITY, by and through their attorneys, Ralph D. Davis, of THE JANSSEN LAW CENTER, and Lisa Madigan, ATTORNEY GENERAL, STATE OF ILLINOIS, respectively, and submit their Proposed Revised Scheduling Order.

The parties now inform this court that thirteen (13) depositions remain to be taken in this case.  Rule 26 disclosures have been made.  Written discovery to date has been satisfied.

The parties propose the following:

1.   All discovery is to be closed by November 15, 2009.

2.   Dispositive Motions are to be filed by January 15, 2010.

3.   A final pretrial hearing date and a trial date are to be set by this court.

Respectfully submitted,

s/ Ralph D. Davis

1

Ralph D. Davis
Illinois Bar #6196388
The Janssen Law Center
333 Main Street
Peoria, IL 61602
309-676-2341 (phone)
309-676-7678 (fax)
rdavis@jjlaw.com
ralph.d.davis@gmail.com

s/ Sarah R. Kerley
Illinois Bar #6283449
Assistant Attorney
General
500 S. Second St.
Springfield, IL 62706
217-782-2077 (phone)
217-524-5091 (fax)
skerley@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Sarah R. Kerley, skerley@atg.state.il.us , bmyers@atg.state.il.us , jginter@atg.state.il.us , vharris@atg.state.il.us .

s/ Ralph D. Davis

Ralph D. Davis
Illinois Bar #6196388
The Janssen Law Center
333 Main Street
Peoria, IL 61602
309-676-2341 phone
309-676-7678 fax
rdavis@jjlaw.com