1

1

2                    IN THE UNITED STATES DISTRICT COURT
              FOR THE CENTRAL DISTRICT OF ILLINOIS
3                           PEORIA DIVISION

4     MEGAN V. HUNT,                    )
                                        )
5          Plaintiff,                   )
                                        )
6          -vs-                         )07-1095
                                        )
7     MICHAEL I. FORBES, in his         )
      individual capacity, and         )
8     ILLINOIS STATE UNIVERSITY,        )
                                        )
9          Defendants.                  )

10

11            The deposition of MEGAN V. HUNT, Plaintiff,

12     taken on behalf of the Defendant in the

13     above-entitled cause pending in the District Court

14     of the United States for the Central District of

15     Illinois, pursuant to notice, before Lorraine K.

16     McCreight, C.S.R., at ██████████, in the City

17     of Peoria, County of Peoria, State of Illinois, at

18     the hour of 9:30 A.M., on the August 6, 2009.

19

20

21

22                          COPY

23

2

```
 1
 2      PRESENT:                JANSSEN LAW CENTER
                                BY:  RALPH DAVIS, ESQ.
 3                              ███████████████
                                Peoria, IL  61602
 4                                Attorney for the Plaintiff;

 5      LISA MADIGAN, ATTORNEY GENERAL,
                                STATE OF ILLINOIS
        BY:   SARAH R. KERLEY, ESQ.
 6                              ███████████████████
                                Springfield, IL  62706
 7                                Attorney for the Defendant.

 8

 9

10                          I N D E X

11      EXAMINATION BY MS. KERLEY               3

12      EXAMINATION BY MR. DAVIS              225

13

14

15

16

17

18

19

20

21

22

23
```

3

1                         MEGAN V. HUNT,
                             Witness,
2
                   After being first duly sworn,
3                  upon her oath, testified as
                      follows in response to --
4

5

6                       DIRECT EXAMINATION

7       BY MS. KERLEY:

8          Q.  Good morning, Miss Hunt.  I think I

9       introduced myself off the record, and if not I will

10      now.  My name is Sarah Kerley with the Illinois

11      Attorney General's Office, and I represent ISU in

12      the case that you have filed here in the Central

13      District of Illinois.

14          You are represented today by counsel, Mr.

15      Davis, correct?

16          A.  Yes.

17          Q.  Okay.  You have just been sworn, correct?

18          A.  Yes.

19          Q.  Have you ever had a deposition taken before?

20          A.  No.

21          Q.  Okay.  Let me tell you a little bit about

22      what you can expect today and give you some

23      guidelines to make life easier for everyone as we go

4

1     through, and if you have any questions at that

2     point, we will start, I'll pause and let you ask any

3     questions before we get going.  Deal?

4        A.  Yes.

5        Q.  I am going to ask you a series of questions,

6     and when I am done Mr. Davis will get an opportunity

7     to ask you questions, and then I'll get an

8     opportunity and we will go back and forth until

9     neither of us has any questions.  Because we have a

10    court reporter here who you were introduced to,

11    she's taking down everything that is said, it's

12    important that you make your answers audible by

13    saying yes or no, or whatever the appropriate

14    response is, but not shaking your head yes or no or

15    shrugging.  Is that agreeable?

16       A.  Yes.

17       Q.  Okay.  Similarly, I am going to ask that you

18    attempt to avoid two phrases that make the

19    transcript very difficult to read, and those are

20    uh-huh and huh-uh.  There is a bunch of U's and H's

21    that show up on the transcript and it's difficult to

22    discern what your response is.

23       If you do use those phrases, Mr. Davis and I

5

1     will both attempt to help you remember by asking is

2     that a yes or no and we will clarify it that way.

3     Is that agreeable?

4          A.  Yes.

5          Q.  The next guideline is something that is out

6     of the ordinary course of human conversation, which

7     is I am going to ask you to try to let me finish my

8     complete question before you begin your answer even

9     if you know what I am -- even if you know what I am

10    going to ask you and you know what the answer is, I

11    am going to ask you to allow me to get my entire

12    question out so that the court reporter doesn't have

13    to take two people's voices at the same time.  Is

14    that agreeable?

15         A.  Yes.

16         Q.  The same context, I will attempt to do my

17    very best to let you finish your answer before I

18    start my next question.

19         If at any point you don't understand a question

20    that I have asked, please stop me and tell me that

21    you don't understand.  I will attempt to rephrase,

22    ask the question a different way so that you

23    understand the question I am asking.  Is that

6

1      agreeable?

2          A.   Yes.

3          Q.   Okay.   If you answer a question that I ask,

4      I am going to assume that you understand the

5      question as I have asked it and that you are

6      responding to the question as asked.

7          A.   Okay.

8          Q.   If at any point we have moved on from one

9      area of questioning and we are on to another area of

10     questioning and you recall information or a response

11     that is responsive to a question I have asked in a

12     previous series of questions, I want you to stop me,

13     tell me that you have remembered something

14     responsive to an earlier question and I'll give you

15     an opportunity to provide me that information so

16     that you are given an opportunity to completely give

17     your recollection.   Is that agreeable?

18         A.   Yes.

19         Q.   Okay.   If you need to break for any reason,

20     cramp in your foot, go to the bathroom, take a

21     break, compose yourself, talk to your attorney, as

22     long as there is not a question pending you are

23     welcome to do so and take as much time as you want.

7

1      A.  Okay.

2      Q.  Okay.  We will -- there will be a break in

3   the morning, a break in the afternoon, and we will

4   probably break for lunch, but if you need any

5   additional breaks, let us know.  Okay?

6      A.  Yes.

7      Q.  Do you have any questions about the process

8   before we get going?

9      A.  No.

10      Q.  Okay.  Miss Hunt, where do you currently

11   reside?

12      A.  Arlington, Texas.

13      Q.  What's your address?

14      A.  ████████████, which is████████████

15   Road, ███████████, Arlington, Texas, 76006.

16      Q.  How long have you lived there?

17      A.  Coming on two years this month or next.

18      Q.  Do you attend school in Texas?

19      A.  I do, yes.

20      Q.  Where?

21      A.  University of Texas at Arlington.

22      Q.  Do I understand then that fall of 2007 was

23   your first semester there?

8

1          A.  No, that's -- it was last fall.

2          Q.  So fall of 2008?

3          A.  Yes, that's correct.

4          Q.  So you lived in Texas before beginning

5     classes at Arlington, University of Texas at

6     Arlington?

7          A.  Yes.

8          Q.  You lived in Texas for approximately one

9     year before beginning your course work at University

10    of Texas, Arlington?

11         A.  Yes.

12         Q.  What is your hometown?  Where did you attend

13    high school?

14         A.  I attended high school in East Moline.  I

15    was raised, lived in Silvis, Illinois.

16         Q.  What was the name of your high school?

17         A.  United Township High School.

18         Q.  What year did you graduate?

19         A.  2003.

20         Q.  Does your family still reside in Silvis?

21         A.  Yes.

22         Q.  Does anyone reside with you in Texas?

23         A.  No.

9

1       Q.  You live by yourself?

2       A.  I do.

3       Q.  Have you always lived by yourself in Texas?

4       A.  No.

5       Q.  Who else has lived with you?

6       A.  I lived with a boyfriend.

7       Q.  Who is that?

8       A.  Tyler Orbison.

9       Q.  When did you and Mr. Orbison live together

10  in Texas?

11      A.  From January of 2008 to April of 2008

12  approximately.

13      Q.  Did you live together at the ████████

14  address?

15      A.  Yes.

16      Q.  Are you no longer involved with Mr. Orbison,

17  is that why you no longer live together?

18      A.  That's correct.

19      Q.  Since April of 2008 you have lived by

20  yourself?

21      A.  Yes.

22      Q.  When did you first attend college?

23      A.  Fall of 2003.

10

1       Q.   Where did you attend college?

2       A.   Illinois State University.

3       Q.   What was -- did you have a major when you

4    started?

5       A.   I did.

6       Q.   What was your major?

7       A.   Music education.

8       Q.   Did you have any minors?

9       A.   Yes, I did.

10      Q.   Which was?

11      A.   Spanish.

12      Q.   Did you continue on with that minor?

13      A.   I'm not sure if I understand the question.

14      Q.   Okay.  I'll ask it a different way.  We will

15   come back to that question.

16          With respect to your Spanish minor, did you

17   begin course work toward that minor in the fall of

18   2003?

19      A.   I'm not sure if it was fall 2003, but at

20   some point.

21      Q.   Okay.  What was the last semester of courses

22   you took at ISU?

23      A.   Spring 2007.

11

1        Q.   You were a junior?

2        A.   Senior.

3        Q.   You were a senior.  So your senior spring?

4        A.   Yes, that's correct.

5        Q.   Okay.  Did you come in with any credits?

6   Come into ISU with any college credits?

7        A.   No, I don't think so.

8        Q.   Did you graduate from ISU?

9        A.   I did not.

10        Q.   Why did you not graduate?

11        A.   I transferred.

12        Q.   Where did you transfer?

13        A.   University of Texas at Arlington.

14        Q.   As we have described, your first semester

15   was fall of 2008?

16        A.   That's correct.

17        Q.   So do I understand then that you took two

18   semesters off?

19        A.   That's correct.

20        Q.   So do I understand you were -- you were

21   credits short of graduation at ISU, or was it -- let

22   me ask you a different question.  Strike that.

23          So you were at ISU for fall 2003, spring 2004?

12

1        A.  That's correct.

2        Q.  Fall 2004, spring 2005?

3        A.  That's correct.

4        Q.  Fall 2005, spring 2006?

5        A.  That's correct.

6        Q.  And fall 2006, spring 2007?

7        A.  Correct.

8        Q.  So do we agree that's four academic years?

9        A.  Yes.

10       Q.  And in those four academic years were you

11   shy of the necessary credits to graduate?

12       A.  Yes.

13       Q.  Do you know how short you were?

14       A.  A guesstimate?

15       Q.  That's fine.

16       A.  It's a five year tract.  Music education is

17   a five year tract, so a year of credits.

18       Q.  So you were otherwise on -- you had

19   successfully completed four of the five years of the

20   music education program?

21       A.  I believe so.

22       Q.  Did you know music education was a five year

23   program when you selected it as a major?

13

1        A.  I did.  I'm sorry, might be a four and a
2   half year tract.  I am not sure if it's four and a
3   half or five.
4        Q.  But your understanding is that it is assumed
5   that completing a Bachelor's Degree in music
6   education will take you more than four academic
7   years?
8        A.  Yes.
9        Q.  Okay.  Is there a student teaching component
10   to the music education program?
11        A.  Yes.
12        Q.  Is that expected to be your last semester?
13        A.  Yes.
14        Q.  Had you prepared to do student teaching?
15        A.  I'm not sure I understand the question.
16        Q.  You indicated that you had been there for
17   four academic years.  Were you in the process of
18   getting ready to student teach as part of the ISU
19   music education program?
20        A.  I'm still not sure I understand the
21   question.
22        Q.  I'll ask it a different way.
23         So you indicated that student teaching is

14

1      expected to be your last semester?

2          A.  That's correct.

3          Q.  Okay.  Did you understand that you were --

4      that when you left ISU in spring of 2007 that fall

5      2007 would be your last semester that you would be

6      expected to student teach?

7          A.  No.

8          Q.  Did you have any expectation of when you

9      would -- looking forward, when you would be prepared

10     to do the student teaching?

11         A.  I believe it was either spring of 2008 or

12     fall of 2008.

13         Q.  Had you registered for classes for fall of

14     2007 at ISU?

15         A.  No.

16         Q.  When did you decide that you would not be

17     returning for fall 2007?

18         A.  That's a very difficult question to answer.

19     I think it was a process decision.  I think it took

20     me a while to come to that decision.

21         Q.  Okay.  That a while, what kind of time frame

22     are we talking about?

23         A.  Maybe a year to a year and a half.

15

1          Q.  When in the spring semester would you

2     normally begin looking at registering for fall

3     classes, do you remember?

4          A.  As a senior, probably the middle of the

5     semester.

6          Q.  Okay.

7          A.  I'm not sure though.

8          Q.  So maybe does that sound like late March,

9     early April?

10          Is that your recollection?

11          A.  It's possible that's when registration is.

12          Q.  You just don't recall?

13          A.  That's correct.

14          Q.  Do you recall that it was later than

15     February?

16          A.  I'm honestly not sure.

17          Q.  Okay.  Do you recall that it was earlier

18     than May?

19          A.  I believe registration is open until the

20     first week of classes of the semester.

21          Q.  Do you believe that the first -- when

22     registration is originally opened, when it's first

23     opened for the fall semester, would that first

16

1       opening, the first time you are able to register,

2       would that happen -- is it your recollection that

3       that would occur earlier than May of the spring

4       semester?

5           A.  It's possible.  I don't remember.

6           Q.  As you sit here you just have no

7       recollection of when registration started?

8           A.  That's correct.

9           Q.  Okay.  In the year between ISU and

10      University of Texas Arlington, did you take any

11      college courses?

12          A.  I did not.

13          Q.  Did you work?

14          A.  I did.

15          Q.  Where did you work?

16          A.  The Cheesecake Factory.

17          Q.  Where is the Cheesecake Factory?

18          A.  Arlington, Texas.

19          Q.  When did you begin employment at the

20      Cheesecake Factory?

21          A.  November of 2007.

22          Q.  When did you stop working at the Cheesecake

23      Factory?

17

1    A.  October, perhaps.  October of 2008.

2    Q.  Since October 2008 have you been employed?

3    A.  Yes, I have.

4    Q.  Where?

5    A.  Beef O'Brady's.

6    Q.  Is that a restaurant?

7    A.  Yes.

8    Q.  Where is that restaurant?

9    A.  There is one that I worked at in North

10   Richland Hills, Texas, and there is one in

11   Arlington, Texas.

12   Q.  You have worked at both of those?

13   A.  That's correct.

14   Q.  When did you work at Beef O'Brady's?

15   A.  I think I started at the beginning of the

16   summer.

17   Q.  Of 2009?

18   A.  Correct.

19   Q.  Are you still working at Beef O'Brady's?

20   A.  Correct.

21   Q.  Do you intend to work there during the

22   school year?

23   A.  I haven't decided.

18

1        Q.  Okay.  Who's your supervisor at Beef

2    O'Brady's?

3        A.  Her name is Pam.

4        Q.  Does Pam have a last name?

5        A.  Yes.  I don't know it.

6        Q.  Okay.  Is there any supervisor or manager at

7    Beef O'Brady's that you do know their first and last

8    names?

9        A.  Pam's the owner and the manager.

10       Q.  Okay.  Who's your supervisor at the

11   Cheesecake Factory?

12       A.  I had several.

13       Q.  Do you know any of their first or last

14   names?

15       A.  Allen is one.  Keith is the general manager.

16   Sandy is another one.

17       Q.  Okay.

18       A.  I think that that is all from -- that were

19   there, from when I worked there that are still

20   there.

21       Q.  Okay.

22       A.  Sorry, I also had two other jobs when I

23   first moved down.

19

1          Q.   Okay.   What were those jobs?

2          A.   I worked at Bath and Body Works for maybe

3     two months.

4          Q.   What two months do you think that that may

5     have been, or the season?

6          A.   Oh, it was around Christmastime.

7          Q.   Where was the Bath and Body Works at?

8          A.   Arlington, Texas.

9          Q.   Okay.   You indicated you had two other jobs.

10    Where was the other job?

11         A.   I worked at Buffalo Wild Wings.

12         Q.   Where was the Buffalo Wild Wings?

13         A.   Arlington, Texas.

14         Q.   When did you work there?

15         A.   Summer of 2008.

16         Q.   Do I understand that you worked both at

17    Buffalo Wild Wings and Cheesecake Factory during the

18    summer of 2008?

19         A.   That's correct.

20         Q.   Who was your supervisor at Bath and Body

21    Works?

22         A.   I'm sorry, I don't remember.

23         Q.   Who was your supervisor at Buffalo Wild

20

1       Wings?

2            A.   I don't remember.

3            Q.   Do I understand that you are a waitress at

4       Cheesecake Factory, Beef O'Brady's and Buffalo Wild

5       Wings?

6            A.   That is one capacity I have worked in, yes.

7            Q.   What capacity did you work in at the

8       Cheesecake Factory?

9            A.   I was also a hostess.   Sorry, they call them

10      front desk workers, not hostesses there.

11           Q.   Front desk workers do the job of hostess?

12           A.   Right.

13           Q.   Thank you.

14           A.   And occasionally I would also cashier there

15      if they needed someone to fill in, and I was a

16      trainer.

17           Q.   Okay.   How about Beef O'Brady's?

18           A.   Just a server.   They are training me to bar

19      tend.

20           Q.   Bath and Body Works, were you a sales

21      associate?

22           A.   That's correct.

23           Q.   Or some other words that mean sales

21

1       associate?

2            A.   Yes.

3            Q.   Buffalo Wild Wings?

4            A.   Server.

5            Q.   Okay.  Have you had any other employment

6       since spring 2007?

7            A.   Could you define employment?

8            Q.   Yes.  Any work for which you were paid?

9            A.   Yes.

10           Q.   Okay.  What other employment?

11           A.   I helped teach the University of Texas at

12      Arlington marching bands for which I got a small

13      stipend of money towards tuition.

14           Q.   Is that a student assistant position or --

15           A.   I'm not sure I understand the question.

16           Q.   Well, I am familiar with the term grad

17      assistantships which are university work that goes

18      towards stipends for tuition or room and board or

19      money stipends.  Is there a similar type of program

20      for undergraduate programs at the University of

21      Texas, Arlington for which your work with the

22      marching band falls into?

23           A.   I don't think it's a program.

22

1          Q.  Do you get paid by -- do you get a check or

2     do they just take it off your tuition bill?

3          A.  I don't remember.

4          Q.  When did you help teach the marching band?

5          A.  Fall of 2008.

6          Q.  So when you said that you were paid some

7     small amount that went to help pay tuition, you

8     don't know whether or not the University gave you

9     money which you then gave back to them for tuition

10    or whether it was just a deduction on your tuition

11    bill, correct?

12         A.  That's correct.

13         Q.  Who's the director of the marching band?

14         A.  Matt Luttrell.  L-U-T-T-R-E-L-L.

15         Q.  Do you play in the marching band at the

16    University of Texas?

17         A.  I do not.

18         Q.  Have you ever?

19         A.  Have I ever what?

20         Q.  Played in the marching band at the

21    University of Texas, Arlington?

22         A.  I have not.

23         Q.  Okay.  What is your course of study at the

23

1      University of Texas, Arlington?

2           A.   Music education.

3           Q.   Is the music education program at the

4      University of Texas, Arlington similar to that of

5      ISU's in that it is expected to take longer than

6      four academic years?

7           A.   Since I transferred in, I am not sure what

8      the expected tract year is.

9           Q.   Okay.  You have attended two semesters, is

10     that correct?

11          A.   Spring and fall and a minimester class,

12     which is like a summer class.  Called a minimester.

13     I guess I should say fall and spring is the correct

14     way to say that.

15          Q.   Fall of 2008 and spring of 2009?

16          A.   That's correct, yes.

17          Q.   Okay.  Do I understand that the minimester

18     is some kind of mid semester accelerated time

19     program where you get a whole -- you get a class

20     done in a number of weeks rather than a number of

21     months?

22          A.   That's correct.

23          Q.   How many classes did you take in a

24

1      minimester?

2            A.   One.   You can only take one.

3            Q.   Okay.   Does the University of Texas,

4      Arlington music education program also have a

5      student teaching component?

6            A.   It does.

7            Q.   Have you done any student teaching?

8            A.   No, I have not.

9            Q.   Are you expected to begin student teaching

10     in the fall?

11           A.   Which fall?

12           Q.   Fall of 2009?

13           A.   I am not.

14           Q.   Do you have an expectation of when you will

15     begin student teaching?

16           A.   Yes.

17           Q.   When is that?

18           A.   Fall of 2010.

19           Q.   Okay.   Do you expect to graduate December of

20     2010?

21           A.   That's correct.

22           Q.   Did you have any issues or difficulties with

23     credits transferring from ISU to University of

25

1       Texas, Arlington?

2           A.   Could you explain what you mean by issues or

3       difficulties?

4           Q.   Sure.  Did all of your -- in fact, I'll ask

5       a different question.

6            Did all of your ISU credits transfer to

7       University of Texas, Arlington?

8           A.   No, they did not.

9           Q.   Do you know why not?

10          A.   Different reasons depending on the class.

11          Q.   Approximately how many credits did not

12      transfer?

13          A.   I'm not sure I know.

14          Q.   A guesstimate is fine, but approximately how

15      much time do you think you have to repeat due to

16      your transfer?

17           Is it a semester's worth of classes?

18          A.   At least a semester total.  I would say at

19      least 12 hours, maybe more.

20

21               (Discussion held off the record.)

22

23

26

1       BY MS. KERLEY:

2           Q.  Back on the record.

3            Do you have a specialization in the music

4       education program?

5           A.  I'm not sure I know what you mean.

6           Q.  Well, first of all, are there

7       specializations under the University of Texas,

8       Arlington's music education program?

9           A.  What kind of specialization?

10          Q.  Voice, band, brass, woodwind, percussion?

11      Are there specializations like that within the

12      program?

13          A.  I will be certified to teach K through 12

14      music.  Certified to teach all music classes, K

15      through 12.

16          Q.  Would that include choir and chorus and

17      things like that?

18          A.  It could.

19          Q.  Is there a different certification for post

20      secondary teaching?

21          A.  Is that college?

22          Q.  Yes.

23          A.  I'm not sure how that works.

27

1          Q.   Okay.   Other than the loss of credit hours

2     due to your transfer -- actually, strike that.

3          Why did you decide to move to Texas?

4          Meaning not why did you leave Illinois, but how

5     did you pick Texas?

6          Do you understand the difference between those

7     questions?

8          A.   (Indicating.)

9          Q.   Okay.

10         A.   It was the only city I knew people in.

11         Q.   Meaning Arlington, Texas?

12         A.   (Indicating).

13         Q.   Who did you know in Arlington, Texas?

14         A.   I knew Tyler Orbison and a few other people

15    I had taught with.

16         Q.   What do you mean, taught with?

17         A.   Taught a drum and bugle corps over the

18    summers, and I had taught with them there.

19         Q.   Where was the drum and bugle corps that you

20    taught?

21         A.   It was based out of Milwaukee, Wisconsin.

22         Q.   Did you do camps in Milwaukee or were you

23    sent out to different schools and universities to

28

1     teach the drum and bugle corps at different remote

2     locations?

3          A.  I believe all of the camps I taught were in

4     Milwaukee.

5          Q.  Were you dating Mr. Orbison prior to your

6     transfer to Texas?

7

8          MR. DAVIS:  I object on relevance.  Go

9     ahead and answer.

10          THE WITNESS:  I'm not sure I understand

11     what you mean by transfer.

12

13     BY MS. KERLEY:

14          Q.  Sorry.  Were you dating Tyler before you

15     relocated your residence from Illinois to Texas?

16

17          MR. DAVIS:  Object, relevance.

18

19     THE WITNESS:

20          A.  Yes.

21

22     BY MS. KERLEY:

23          Q.  Did you make any attempts or any inquiries

29

1      to other universities besides the University of

2      Texas, Arlington to inquire about transferring to

3      those, to any other University?

4          A.  I did not.

5          Q.  So you don't know whether or not your

6      credits would have transferred at some other

7      University because you didn't make any attempts to

8      go anywhere besides the University of Texas,

9      Arlington, correct?

10         A.  That's correct.

11         Q.  Okay.

12

13             MR. DAVIS:  I object on relevance.

14

15     BY MS. KERLEY:

16         Q.  Okay.  Did you work while you attended ISU?

17             Actually, let me ask that a different way.

18             Did you work during the time period that you

19     were at ISU, meaning from fall of 2003 through

20     spring of 2007?  So we can agree -- when I say time

21     at ISU, I mean August 2003 through May of 2007.

22             Is that agreeable?

23         A.  I did --

30

1        Q.  Is that agreeable?

2        A.  Yes.

3        Q.  In that time frame were you employed?

4        A.  Yes.

5        Q.  Where?

6        A.  Pioneer Drum and Bugle Corps.

7        Q.  Is that the Milwaukee based organization

8  that you were just talking about?

9        A.  Yes.

10        Q.  When did you do work with Pioneer Drum and

11  Bugle Corps?

12        A.  January of 2006 to August of 2007.

13        Q.  Do I understand that -- what part of January

14  2006 through August of 2007, what parts of that

15  stretch were you working for them?  I mean were you

16  actually performing tasks for them?

17        A.  It varied month to month.

18        Q.  Okay.  Describe what kind of work you did

19  for them.

20        A.  I taught camps and there were summer tours.

21        Q.  Were camps at all different times of the

22  year?

23        A.  Yes.

31

1        Q.  Were they on weekends?

2        A.  Yes.

3        Q.  You said summer tours.  What are summer

4    tours?

5        A.  It's a performing organization.  They go on

6    the road during the summer.

7        Q.  So do I understand that you would travel

8    with a group of musicians and perform during the

9    summer?

10        A.  I did not perform, no.

11        Q.  What would you do -- describe your

12    interaction or your involvement in these summer

13    tours?

14        A.  I helped teach the group that was

15    performing.

16        Q.  Okay.  What age musicians are we talking

17    about?

18        A.  14 to 21, 22.

19        Q.  Had you ever performed as part of the

20    Pioneer Drum and Bugle Corps summer tours?

21        A.  No.

22        Q.  How did you get in touch with the Pioneer

23    Drum and Bugle Corps organization?

32

1          A.   The Caption Head was a student at ISU.

2          Q.   Sorry, you said the Caption Head?

3          A.   Yes.

4          Q.   What's a Caption Head?

5          A.   This is hard to describe.  It's the person

6     that is in charge of a certain area.

7          Q.   I am going to need more words to understand

8     the role or what is a Caption Head or the role it

9     plays in the Pioneer Drum and Bugle Corps

10    organization.

11         A.   The brass Caption Head is in charge of the

12    brass line.  He hires -- he or she hires staff

13    members to help teach the brass portion, oversees

14    them.  There are other Caption Heads for other areas

15    as an example.

16         Q.   Okay.  Who is the student that was the

17    Caption Head of the brass for the Pioneer Drum and

18    Bugle Corps?

19         A.   Dan Hiles.

20         Q.   How do you spell Mr. Hiles' last name?

21         A.   H-I-L-E-S.

22         Q.   What instrument did Mr. Hiles play?

23         A.   Trumpet.

33

1      Q.  I can't believe we have gotten this far in

2    the day without asking you what instrument you play.

3      A.  I play several instruments.

4      Q.  What is your primary instrument?

5      A.  Trombone.

6      Q.  What other instruments do you play?

7      A.  Could you define play?  Could you define

8    play?

9      Q.  Well, why don't you tell me which ones that

10   you consider yourself to be semi-proficient in and

11   then I'll ask if there is any others that you are

12   less proficient in, and then you can give me the

13   whole breadth of musical instruments that you can

14   make out a tune on.

15     A.  The other instrument I would consider myself

16   most proficient in is piano.

17     Q.  Okay.  I understand that -- for some reason

18   I believe that trombones don't always march with

19   trombones.  Trombone players do not always march

20   much with trombones, is that correct?

21     A.  I'm not sure I understand your question.

22     Q.  When you were in the marching band do you

23   march much with a different instrument?

34

1        A.  You can.

2        Q.  Do you?

3        A.  I'm not in a marching band.

4        Q.  Have you ever been in a marching band?

5        A.  I have.

6        Q.  Have you ever marched with a different

7    instrument than a trombone?

8        A.  I have.

9        Q.  What instrument would that be?

10       A.  I have been a drum major, a trombone player

11   and a marching baritone player.

12       Q.  So would I -- do you agree with me that you

13   are sufficient on the baritone or the marching

14   baritone?

15       A.  The marching baritone, yes.

16       Q.  Do you play the concert baritone?

17       A.  I do not.

18       Q.  Are there any other instruments that you

19   play, using the broadest definition in your mind of

20   play?

21       A.  I'm sorry, concert baritones aren't usually

22   used anymore.  I can play euphonium.

23           I think that might be what you mean maybe.

35

1       Q.  Sure.

2       A.  As a music education student you have to

3    take classes in all instruments.  You have to learn

4    how to play all instruments so you are proficient in

5    teaching them.

6       Q.  Okay.

7       A.   In that sense I have learned every concert

8    and orchestral instrument and I have also been

9    taught to teach choir.

10

11           MR. DAVIS:  Off the record.

12

13           (Discussion held off the record.)

14

15   BY MS. KERLEY:

16       Q.  Back on the record.

17        Miss Hunt, you indicated that you have been

18   trained to teach a plethora of instruments, correct?

19       A.  That's correct.

20       Q.  Do you also have some component of

21   performance in your educational background, music

22   performance?

23       A.   I do.

36

1        Q.  Okay.  What instruments do you perform with?

2        A.  I'm not sure I know what you mean when you

3    say do you perform with.

4        Q.  Have you ever performed with the trombone?

5        A.  I have.

6        Q.  Have you ever performed with the marching

7    euphonium or the marching baritone?

8        A.  I have.

9        Q.  Have you ever performed with the euphonium?

10       A.  I have.

11       Q.  Have you ever performed with the piano?

12       A.  I have.

13       Q.  Are there any instruments, any other

14   instrument that you have performed with?

15       A.  If you consider conducting a performance,

16   then conducting.

17       Q.  Okay.  Anything else?  Any other

18   instruments?

19       A.  Could you define perform?

20       Q.  You tell me what you think of performance

21   and then you tell me whether or not you have

22   performed any --

23       A.  That's all I would say for performance.  I

37

1    played guitar messing around with friends, but that

2    doesn't help.

3         Q.   Kazoo I don't care about either or

4    recorders.

5         A.   Then we are good.

6         Q.   Okay.  We have identified all of the

7    instruments that you have given a musical

8    performance with, correct?

9         A.   Yes.

10        Q.   Okay.  What is your birth date?

11        A.   ████████████ 1985.

12        Q.   How old were you when you began at ISU?

13        A.   I'm sorry, I am terrible at math.

14        Q.   Were you 18?  Did you turn 18 during your

15   senior year or were you 18 before you started your

16   senior year?

17        A.   I turned 18 in January of 2003.

18        Q.   Okay.  So fall of 2003 when you began your

19   education, your college course work at ISU, you were

20   18 years old?

21        A.   That's correct.

22        Q.   Okay.  And before classes started in the

23   spring of '04 you would have turned 19?

38

1          A.  Can you define spring of '04?

2          Q.  Spring semester.

3          A.  Before spring semester I turned 19.

4          Q.  Before spring semester classes started?

5          A.  That's correct.

6          Q.  You would have turned 19?

7          A.  That's correct.

8          Q.  It's a very good thing they don't start

9     classes on New Year's Day, correct?

10         A.  Yes.

11         Q.  Okay.  I am going to direct your attention

12    to the music education program at ISU.

13            Would you agree with me that the music

14    education program has -- strike that.

15            What kinds of courses make up the music

16    education program at ISU?

17         A.  Many different kinds.

18         Q.  Okay.  Like what?

19         A.  Like music courses and non music courses.

20         Q.  I am going to direct your attention to the

21    music courses.

22            Well, actually by non music courses you mean

23    math, English, things kind of general education type

39

1      courses, is that accurate?

2          A.  That's correct.

3          Q.  Okay.  Looking at the music courses, what

4      kinds of different music courses are there in the

5      music education program at ISU?

6          A.  Classes that you perform in, classes that

7      you learn in.

8           That's kind of the breakdown, I think.

9          Q.  The learn in classes, what kind of classes

10     are those?

11         A.  You learn how to teach.  You have to take

12     theory in your training for piano.

13         Q.  Sorry, theory for piano?

14         A.  Your training theory and group piano.

15         Q.  How to teach, music theory and group piano,

16     are those --

17         A.  No, no.

18         Q.  Okay.  You are saying two things or three

19     things?

20         A.  Three things.

21         Q.  Okay.  First thing --

22         A.  Well, four things.  The first thing is how

23     to teach music classes.

40

1      Q.  Okay.

2      A.  It's a good general grouping.  Your training

3  in music theory is another grouping.

4      Q.  Okay.

5      A.  I guess group piano would fit somewhere in

6  the learn to teach.

7      Q.  Okay.

8      A.  Yes.

9      Q.  And what's a third category?

10     A.  Performing.  But you said just to focus on

11  the learning.

12     Q.  How to teach music, would those courses be

13  the ones that you kind of alluded to with respect to

14  learning how to play reed instruments and learning

15  how to play string instruments and learning how to

16  play/teach percussion instruments?

17     A.  That's part of it.

18     Q.  Okay, that would be part of it.  What other

19  types of courses would fall in the how to teach

20  music kind of courses?

21     A.  You learn how to teach ensembles, entire

22  ensembles.  You learn how to conduct ensembles.

23     Q.  Anything else that you think falls under the

41

1      how to teach music category?

2          A.   I think it's hard to separate between the

3      performing aspect and the how to teach aspect.  You

4      learn a lot by watching your teachers teach.  As a

5      music education student, as someone who wanted to

6      teach band, I learned a lot by sitting in bands with

7      good band directors.

8          Q.   What bands did you sit in during the time

9      you were at ISU, again, August 2003 through May of

10     2007?

11         A.   The entire list of every ensembles I was in?

12         Q.   Start big, work your way down.

13         A.   I think it would be safe to say that I have

14     performed in every musical group on ISU's campus

15     except for orchestra and the top jazz band.  I don't

16     like jazz.

17         Q.   Did I hear you correctly you don't like

18     jazz?

19         A.   I don't like to play it.

20         Q.   Well, I don't like to listen to it so we are

21     a good team.

22             MR. DAVIS:  I'm the odd person out.

23         Q.   So do I understand that you were -- you

42

1     played in the marching band?

2         A.   That's correct.

3         Q.   Is there some -- what's the -- is there some

4     big --

5         A.   Define big.

6         Q.   -- University band?  Some kind of --

7

8              MR. DAVIS:  Like a concert band?

9

10    BY MS. KERLEY:

11        Q.   Like a concert band or something that would

12    be similar or similar in size to the orchestra?

13        A.   Several.

14        Q.   Okay.  Why don't you go ahead and do your

15    best to give me an exhaustive list of the groups,

16    bands, ensembles, et cetera, that you would have

17    played with or in.

18        A.   University band, symphonic band, symphonic

19    winds.

20        Q.   I am breaking my own rule of not letting you

21    finish your answer, but so we don't see flames

22    flying from her fingers you need to speak more

23    slowly.

43

1        A.  Sorry.

2        Q.  You indicated marching band.  You started

3     with the University band, and then continue from

4     there, and I will not interrupt you this time.

5        A.  Symphonic band, symphonic winds, wind

6     symphony, second jazz band.  We said marching band,

7     right?

8        Q.  Yes.

9        A.  Several brass quintets, off campus

10    performances.

11       Q.  For this response to this question I would

12    like you to focus on -- I just want to hear the

13    University sponsored or campus bands.

14        Is that agreeable?

15       A.  Just bands?

16       Q.  Or bands and ensembles and groups that are

17    University groups.

18       A.  Okay.  Also the University choir.  Whatever

19    the bottom choir is.  It was a mandatory thing.

20       Q.  Remedial choir, got you.  Okay.  Which is

21    the remedial choir filled with music education

22    majors that play instruments?

23       A.  No, that's not what it is.  There is

44

1 community people in it.  There is vocal students in

2 it who just want to have an extra performance

3 opportunity.  It was offered as instead of taking a

4 group choir class you could sing in the choir.

5  Q.  Okay.

6  A.  And then trombone choir, I also performed in

7 that.

8  Q.  Have I given you an opportunity to at least

9 exhaust your recollection as of this instance of the

10 University bands, ensembles and groups that you

11 would have performed with from August 2003 through

12 May of 2007?

13  A.  I believe so.

14  Q.  Okay.  The marching band is made up of

15 students, is that correct?

16  A.  That's correct.

17  Q.  Okay.  Is the University band similarly made

18 up of all students?

19  A.  No, that's not correct.

20  Q.  Who is in the University band?

21  A.  Students and community members.

22  Q.  Are there faculty members on that band?

23  A.  I'm not sure what you mean by on.

45

1          Q.  Members, I mean playing in the band.  Not

2     necessarily -- I don't mean -- not necessarily

3     directing the University band, but actually playing

4     as part of the --

5          A.  Faculty members neither directed nor played

6     in that band.

7          Q.  Okay.

8

9               (Discussion held off the record.)

10

11         Q.  Back on the record.

12          You indicated the symphonic band.  Was that

13     comprised of students and community members as well?

14         A.  No.

15         Q.  Who was on the symphonic band?

16         A.  Sorry, what do you mean by on it?

17         Q.  When I say on the band, I mean sitting in

18     the band.

19          So in and on for the purpose of this series of

20     questions are interchangeable, if that is

21     understandable.

22         A.  No faculty members were in the band.

23         Q.  Did faculty members direct the band?

46

1          A.  Yes.

2          Q.  Okay.  Who directed the band while you

3     were -- while you sat in it or on it?

4          A.  Several people.

5          Q.  Okay.  Ever Michael Forbes?

6          A.  Yes.

7          Q.  When would he have directed the symphonic

8     band?

9          A.  We played a piece that he wrote in rehearsal

10    once.  Maybe more than once.  But he has conducted

11    it.

12         Q.  So it's not -- there is not one set

13    conductor for the symphony?

14         A.  There is.

15         Q.  Okay.  That was not Professor Forbes or Dr.

16    Forbes?

17         A.  No.

18         Q.  Okay.  So he was a guest conductor?

19         A.  For a rehearsal, not for a performance.

20         Q.  Do you know, do you recall what semester

21    that would have -- that guest conducting would have

22    taken place?

23         A.  No.

47

1      Q.  Okay.  I believe you indicated a second

2  symphonic group.

3      A.  Yes.

4      Q.  Which was what?

5      A.  Symphonic winds.

6      Q.  Okay.  Who played on the symphonic winds?

7      A.  Students and sometimes faculty guest

8  performed.

9      Q.  Did Dr. Forbes ever guest perform with that

10  group?

11      A.  I'm not sure.  I'm not sure.

12      Q.  Do you ever recall him guest performing when

13  you played on it?

14      A.  I don't think so.

15      Q.  Okay.  Brass quintets, were those student

16  groups?

17      A.  What do you mean by students?

18      Q.  ISU students.

19      A.  Doing what?

20      Q.  Playing.

21      A.  Some.

22      Q.  Okay.  Who else would have made up the brass

23  quintets?

48

1          A.  There was a faculty brass quintet also.

2          Q.  Okay.  So you played in several -- you

3     played both on student brass quintets and also do I

4     understand you guest played on a faculty brass

5     quintet?

6          A.  I have played with members of the brass --

7     faculty brass quintet.

8          Q.  At an ISU sponsored performance?

9          A.  I am not sure what you mean by that.

10         Q.  Why don't you tell me when you played with

11    the members of the faculty brass quintet?

12         A.  Church, church gigs.

13         Q.  Okay.  So that wouldn't have been a faculty

14    brass quintet performance per se, it would have been

15    members of that ensemble playing in some other

16    capacity, correct?

17         A.  I'm not sure I understand.

18         Q.  You indicated that you played with them at a

19    performance at a church?

20         A.  That's correct.  Several.

21         Q.  Okay.  Several different performances at the

22    same church or several church performances, is that

23    accurate?

49

1       A.  Yes.

2       Q.  Those church performances, were those billed

3  as a faculty brass quintet performance at so-and-so

4  church separate, that's a distinction from Easter

5  mass at church which happens to have players that

6  included members of the brass faculty or the faculty

7  brass quintet?

8       A.  I am not sure what it was billed as.

9       Q.  Okay.  What was your understanding of the

10  performance?

11     Which of those -- do you have an understanding

12  between the two -- do you understand the two

13  distinctions I just made?

14       A.  No.

15       Q.  Did you ever -- let me ask it a different

16  way.

17     Did you ever play with the faculty brass

18  quintet on ISU campus?

19       A.  No.

20       Q.  Did you ever play with the faculty brass

21  quintet at an event or at a performance that you

22  understood was a -- was being billed as a faculty

23  brass quintet performance?

50

1        A.   It's possible that on the church bulletin it

2   was listed as ISU faculty, ISU brass faculty, but I

3   am not sure.

4        Q.   Okay.  I'll ask you about -- other than the

5   church events, did you perform with the faculty

6   brass quintet any other time?

7        A.   I don't think so.

8        Q.   Okay.  The trombone choir, was that made up

9   of students, faculty, community members?

10        A.   Students, grad students, sometimes faculty

11   members, sometimes community members.

12        Q.   Did Dr. Forbes ever play on the trombone

13   choir that you recall?

14        A.   I'm not sure I understand your question.

15        Q.   You said that the trombone choir was made up

16   of students, sometimes faculty and sometimes

17   community members, correct?

18        A.   Sometimes the trombone choir would join with

19   the tuba and we would do a joint performance, and

20   sometimes Dr. Forbes would play in those

21   performances.

22        Q.   So sometimes --

23        A.   Sometimes.

51

1          Q.   Sometimes when you were performing as part

2     of a trombone choir you may have been performing at

3     the same event when Dr. Forbes was performing, part

4     of the same ensemble group?

5          A.   Part of the same group and under his

6     direction.

7          Q.   Okay.  When was that?

8          A.   I don't know.  We did do an opening for a

9     children's museum.  I do know that for sure.

10          We also -- there was at least one time, maybe

11     more than that, times when we gave joint recitals in

12     the music hall.  Sometimes we would do collective

13     pieces together in which -- I mean sometimes Dr.

14     Forbes would play and sometimes he would conduct.

15          Q.   Okay.  Did you understand that the opening

16     of the children's museum was an ISU function or were

17     you guys being paid independently from your

18     performance as part of ISU groups?

19          A.   I don't think I got paid.

20          Q.   Okay.  Did you -- was it something that was

21     expected of you for school?

22          A.   I remember many of us being there and many

23     of us being -- we had to be in concert attire.

52

```
 1            That's the best answer I can give you.

 2       Q.  Who would have given you that direction to

 3  be present and be in concert attire?

 4       A.  Dr. Forbes and Dr. Parsons.

 5       Q.  Dr. Parsons is the trombone professor,

 6  correct?

 7       A.  Not anymore.

 8       Q.  Was he when you were there?

 9       A.  Yes.

10       Q.  Okay.

11       A.  That was one of his job capacities.

12       Q.  What is Dr. Parson's first name?

13       A.  Steve.  Stephen with a P-, I think.

14       Q.  Was he the trombone professor from August

15  2003 through May of 2007?

16       A.  That was one of his jobs, yes.

17       Q.  What were his other jobs?

18       A.  Associate Director of the School of Music.

19       Q.  Were the majority of your interactions with

20  Dr. Parsons in his capacity as the trombone

21  professor?

22       A.  Yes.

23       Q.  Did Dr. Forbes ever conduct or perform with
```

53

1      you when you were a member of the University choir?

2          A.  No.

3          Q.  Okay.  The other category of courses that

4      you discussed with respect to the learn in courses

5      were training and theory.

6              MR. DAVIS:  Is that a question?

7          Q.  That's a comma.  What kind of courses would

8      make up that category as you understand it, the

9      training and theory courses?

10         A.  Your training one through four, music theory

11     one through four.

12          Sorry to go back, but Dr. Forbes also conducted

13     some of the student brass quintets I was on.  He was

14     the official coach.

15         Q.  Okay.

16         A.  He also sat in -- he was also the faculty

17     member on several of my brass juries.

18         Q.  We will get to juries, because that's

19     something different than ensembles, correct?

20         A.  Correct.

21         Q.  Okay.  When was Dr. Forbes a coach to the

22     brass or to a brass quintet that you sat on?

23         A.  I am not sure I remember the semester.

54

1        Q.  Do you believe he was the coach for more
2    than one semester?
3        A.  It's possible.  I don't believe he was the
4    coach for more than two semesters.
5        Q.  Okay.  Do you believe that those semesters
6    were in the first half of your time at ISU, the
7    second half of your time at ISU, the middle half of
8    your time at ISU?
9        A.  Sorry, I have no idea.
10       Q.  Could have been spring of '06 and it could
11   have been fall of '03?
12       A.  Doubtful that it was 2003.  A faculty member
13   as a coach is prestigious.  It's prestigious.
14       Q.  Do you believe it was something that it
15   would have been unlikely as a freshman?
16       A.  Correct.
17       Q.  Unlikely as a sophomore as well?
18       A.  I would not say that.  It's possible as a
19   sophomore.
20       Q.  And you don't recall whether it was
21   sophomore, junior or senior year?
22       A.  I do not, no.
23       Q.  Okay.  You said music theory one through

55

1    four, and what was the other?

2         A.  Your training one through four.  That's a

3    general name.  The fourth semester of both of those

4    classes have different names depending on which way

5    you go.

6         Q.  Okay.  How about the perform in courses,

7    what makes up the perform in courses?

8         A.  Ensembles.

9         Q.  So that would be a course?  Music Ed 320

10   might be --

11        A.  No, that's not correct.

12        Q.  Explain to me.

13        A.  There is no music education name for a

14   course.  It would just be music.

15        Q.  Music 320 might be for -- understanding that

16   I am making up that number -- Music 320 may be a

17   wind ensemble or a brass quintet?

18        A.  That's correct.

19        Q.  Okay.  Other than ensemble courses, were

20   there other perform in courses?

21        A.  Yes.

22        Q.  What were those?

23        A.  Lessons.

56

1          Q.   Okay.

2          Who were your lessons with?

3           Is the lesson the same thing as a studio?

4          A.   Yes.

5          Q.   Okay.  So lessons and studio, those are

6     interchangeable terms with respect to course work?

7          A.   The studio you are in -- no, I wouldn't say

8     that.

9          Q.   Okay.  How are they different or how do they

10    interact?

11         A.   You have a studio teacher.  Every week you

12    go to your studio teacher and take a lesson.  The

13    studio you are in is also -- like trombone choir,

14    that was the trombone studio and then sometimes

15    extra people, community members, faculty, extra

16    students who aren't registered for lessons, grad

17    students.

18         Q.   So you were in the trombone studio?

19         A.   Yes.

20         Q.   And did Dr. Parsons teach the trombone

21    studio?

22         A.   Sometimes.

23         Q.   Was he the primary faculty member for the

57

1         trombone studio?

2             A.   He was, yes.

3             Q.   Who else taught the trombone studio?

4             A.   He went on sabbatical for a semester.   Gary

5         Hollander took his place.

6             Q.   Gary?

7             A.   Uh-huh.

8             Q.   Okay.   Other than Dr. Parsons or Gary

9         Hollander, did you have any other faculty member who

10        taught your trombone studio?

11            A.   I wouldn't call them -- I wouldn't say that

12        they taught the studio, no.   I would not say that.

13            Q.   Did you have lessons with any other faculty

14        members?

15            A.   I don't know.   It's possible.

16            Q.   But as you sit here you don't recall any?

17            A.   Faculty members, no.

18            Q.   Did you have lessons with grad students?

19            A.   It's possible.

20            Q.   But as you sit here you don't recall?

21            A.   If I did, it was once or twice over four

22        years.

23            Q.   You used the term jury.   What is a jury in

58

1      the realm of music education and/or music Bachelor's

2      program?

3          A.  Jury is like a final for your lessons.

4          Q.  So for your trombone studio course, if that

5      was -- Music 320 was actually the trombone studio,

6      for instance, your -- instead of having an exam like

7      you would in American History 20th Century or

8      whatever, you would have a jury?

9         Is that an accurate --

10     A.  That's correct.

11     Q.  Did you have a jury every year?

12     A.  Every semester.

13     Q.  Were there some semesters when you didn't

14    have juries?

15     A.  Yes.

16     Q.  When would you not have juries?

17     A.  If you had a recital that semester.

18     Q.  What semester did you have a recital?

19     A.  Spring of 2006.

20     Q.  Is that the only semester you had a recital?

21     A.  Yes.

22     Q.  So for fall 2003, spring and fall 2004,

23    spring and fall 2005 and fall 2006 you would have

59

1          had juries for your trombone studio?

2                 A.  And also spring 2007.

3                 Q.  And spring 2007, is that correct?

4                 A.  Yes.

5                 Q.  So you would have had seven juries over your

6          time at ISU?

7                 A.  Yes.

8                 Q.  How do you go about -- strike that.

9                  Who sits on these juries?

10                A.  It depends on what semester.

11                Q.  Okay.  What makes the semesters different?

12                A.  Sophomore year you take a 200 level jury.

13         Every member of the brass faculty and I think also

14         the director of bands sits in on that jury.

15                 It's not always -- sorry, I shouldn't say that.

16         It's not always sophomore year.  It depends on the

17         person.  Mine was spring of my sophomore year.

18                Q.  So whatever point you are taking the 200

19         level?

20                A.  Yes.

21                Q.  The final for the 200 level studio course,

22         is that accurate or is it -- it's all the studio,

23         but whenever you are taking your 200 level jury it's

60

1      all the members of the brass faculty and the

2      director of bands?

3          A.  When you registered for classes there are

4      different levels of studio course work.  400 is grad

5      student, 100 is beginning, 200 is after 200 level

6      jury.

7          Q.  Okay.  You had your 200 level jury in the

8      spring of your sophomore year?

9          A.  That's correct.

10         Q.  And you indicated that every member of the

11     brass faculty sat on that jury, correct?

12         A.  I believe so.

13         Q.  Is that because you played a brass

14     instrument?

15         A.  Yes.

16         Q.  So a clarinet player wouldn't necessarily

17     have every member of the brass faculty on their

18     jury?

19         A.  That's correct.

20         Q.  Okay.  The spring of your sophomore year was

21     Dr. Forbes a member of the brass faculty?

22         A.  Yes.

23         Q.  So he sat on your 200 level jury?

61

1       A.   Yes.

2       Q.   Do you get to see the jury's comment sheets?

3       A.   Yes.

4       Q.   Do you recall how Dr. Forbes graded you?

5       A.   On my 200 level?

6       Q.   Yes.

7       A.   My guess would be a C.

8       Q.   Did you get a C on your 200 level jury?

9       A.   I don't think so.

10      Q.   Do you recall what your final grade was?

11      A.   Probably a B or an A.

12      Q.   Why do you think that Dr. Forbes gave you a

13   C?

14      A.   He was on several of my juries, and that was

15   usually the grade I got from him on my juries.

16      Q.   And do you remember other than spring of

17   your sophomore year, which would have been 2005,

18   spring '05, do you remember any other specific

19   semesters that Forbes sat on your juries?

20      A.   Not specific, but there were several.

21      Q.   Did he sit on a jury for you fall of 2005,

22   the semester before your recital?

23      A.   The semester before my recital, that's

62

1       possible.

2           Q.   But as you sit here you don't recall.

3           A.   I don't recall.

4           Q.   It's your understanding or your recollection

5       that Forbes generally gave you a C on your juries?

6           A.   Generally a B or a C.

7           Q.   Was that -- do you recall Forbes' grade on

8       your jury being lower than that of other faculty

9       members?

10          A.   I would say so, yes.

11          Q.   Did he ever -- did you ever get an

12      understanding or impression why he graded you lower

13      than other faculty members?

14          A.   I never had a conversation with him about

15      it.

16          Q.   So you didn't -- there was never a time when

17      upon receiving the comments and he graded you lower

18      that you sought out and said what can I improve on?

19      That was just a conversation that you didn't have?

20          A.   Not with him.

21          Q.   Okay.  Would you have conversations about

22      all of the different jury comments with your studio

23      professor?

63

1          A.  Dr. Parsons, yes.

2          Q.  Did Dr. Parsons ever -- did any conversation

3     with Dr. Parsons lead to you having an understanding

4     as to why Dr. Forbes graded you lower than other

5     faculty members?

6          A.  No.

7          Q.  Okay.

8          A.  I should say I don't recall.  I'm pretty

9     sure that the answer is a no.

10         Q.  Okay.  Other than the 200 level jury that

11    you described, how do you -- strike that.  Let me

12    start again.

13          You indicated that for your 200 level jury

14    there are specific faculty members that sit on that

15    jury, the brass faculty and the director of bands,

16    correct?

17         A.  It's possible.  I am not sure about the

18    director of bands, honestly, but all brass faculty,

19    yes.

20         Q.  Okay.  All brass faculty, and you recall the

21    director of bands, and that may or may not be 100

22    percent accurate?

23         A.  Maybe, yes.

64

1       Q.  For any other juries was there any other set

2    faculty members that needed to be on your jury?

3       A.  Yes.

4       Q.  Okay.  Who?

5       A.  Dr. Parsons.

6       Q.  How many faculty members sat on juries?

7       A.  Depended.  It depended on things.

8       Q.  What kind of things?

9       A.  What time you signed up, whether it was

10    before or after a 200 level jury, whether it was

11    before or after a graduate jury.  Sometimes extra

12    people would be in the room.

13       Q.  Do I understand correctly that there was

14    some sort of sign-up sheet that listed time slots

15    and the faculty members that would be sitting in on

16    a jury in a specific time slot?

17       A.  Yes.

18       Q.  And that students could then go to the sheet

19    and sign up for time slots and they would know -- at

20    least have an expectation of what faculty members

21    would be on that, sitting on that jury at that time?

22       A.  Yes.

23       Q.  Okay.  Did you ever have an occasion to sign

1          up for a jury with faculty members that did not

2          include Dr. Forbes when Dr. Forbes appeared and was

3          in the room during your jury?

4              A.  I don't recall.

5              Q.  You don't recall that ever happening?

6              A.  I am not sure if it did.

7              Q.  But as you sit here you don't have a

8          specific recollection of that occurring, is that

9          correct?

10             A.  I don't remember, no.

11             Q.  Okay.  You don't remember that ever

12         happening, right?

13             A.  I don't remember.

14             Q.  Okay.  This would be a good place to stop to

15         take at least a short break.  It's just before 11.

16              Off the record.

17

18              (Discussion held off the record.)

19

20         BY MS. KERLEY:

21             Q.  Back on the record after a short break.

22              Miss Hunt, while we were off the record did you

23         recall anything, any information that was responsive

66

1    to a question that I have asked earlier in the day

2    that you didn't give me at the time of the question?

3        A.  Could you please define what you meant when

4    you said lived with someone?

5        Q.  Sure.  I meant did you share a residence

6    with anyone?

7        A.  What do you mean?

8        Q.  Like a roommate, living with your mother,

9    you and your boyfriend sharing a residence.

10       A.  Are you -- do you mean a lease?

11       Q.  Well, I mean just if you just had the lease

12   but you let someone live with you for four months, I

13   want to know that as well.

14       A.  That's that answer then, that's all.

15       Q.  Did you share a lease with anyone else?

16       A.  No.

17       Q.  Okay.  You didn't let anyone other than

18   Tyler Orbison live with you for a period of time?

19       A.  No.

20       Q.  Okay.  Miss Hunt, in this case you allege

21   that you were subjected to sexual harassment by

22   Michael Forbes, correct?

23       A.  Yes.

67

1          Q.  Okay.  During this next series and several

2    series of questions I am going to be asking you

3    about conduct.  And in so much as I ask you about

4    conduct that you contend was sexually harassing I

5    want to know your personal definition of sexual

6    harassment.

7          I am not asking you for a legal conclusion, but

8    when you are responding to a question, what do you

9    believe was sexually harassing conduct?

10         I want to know what your personal definition is

11   of sexual harassment.

12         A.  Okay.

13         Q.  What is your personal definition of sexual

14   harassment?

15         A.  I think anything that makes me feel

16   uncomfortable or unable to perform -- I guess we are

17   speaking of being at Illinois State, so unable to

18   perform my duties academically to the best of my

19   ability.

20         Q.  So, obviously, we are going to have a

21   transcript but I don't have it simultaneously so I

22   am going to repeat this back to you, and if I don't

23   have it correct, will you let me know?

68

1   A. (Indicating.)

2   Q. Yes?

3   A. Yes.  Sorry.

4   Q. Okay.  Your personal definition of sexual

5 harassment is anything that makes you feel

6 uncomfortable or unable to perform academically to

7 the best of your abilities?

8   A. Yeah.  I mean, any -- any attention that is

9 unwanted that makes me feel uncomfortable, yeah.

10 Yes.

11   Q. So including unwanted attention that makes

12 you uncomfortable, that is your personal definition

13 of sexual harassment?

14   A. Yes.

15   Q. Okay.  How did you come to know Michael

16 Forbes?

17   A. As a faculty member at Illinois State.

18   Q. Was he employed by ISU before you began your

19 college career there in August of 2003?

20   A. I am not sure.

21   Q. Was he employed by ISU in August of 2003?

22   A. Yes, I believe so.

23   Q. What is Dr. Forbes' primary instrument?

69

1          A.   Tuba, I think.

2          Q.   Is that also a brass instrument?

3          A.   Yes.

4          Q.   I say also, meaning tuba and also trombone,

5     is that correct?

6          A.   Yes.

7          Q.   Dr. Forbes also plays the euphonium, is that

8     correct?

9          A.   I'm not sure.  That's why I answered the

10    primary instrument question the way I did.

11         Q.   Okay.

12         A.   I am not sure.

13         Q.   You are not sure if he plays the euphonium

14    or not?

15         A.   I am sure he does.  He teaches it.  Tuba and

16    euphonium are usually taught together.

17         Q.   As you sit here you don't know whether or

18    not he would consider himself to be extraordinarily

19    proficient in euphonium such that it would be

20    another primary instrument?

21         A.   Correct.

22         Q.   When did you first meet Dr. Forbes?

23         A.   I'm not sure.

70

1          Q.  What academic interaction did you have with

2     Dr. Forbes?

3           You have already testified about his

4     interaction on juries, correct?

5          A.  Yes.

6          Q.  Did you have courses, any other courses that

7     Dr. Forbes taught?

8          A.  Yes.

9          Q.  What were those?

10         A.  Low Brass Methods.

11         Q.  When did you take Low Brass Methods?

12         A.  I am not sure.

13         Q.  Is that a lower level course or an upper

14    level course?

15         A.  Lower level.

16         Q.  So do you believe that it may have been in

17    your first two years at ISU?

18         A.  I think that it was possibly in my second or

19    my third year at ISU.  You don't take method classes

20    your first year.

21

22         MS. KERLEY:  Off the record.

23

71

1                    (Discussion held off the record.)

2

3        BY MS. KERLEY:

4            Q.   Back on the record.

5            Miss Hunt, showing you what's been marked as

6        Exhibit Number 1, I am going to direct you to the

7        second page of that exhibit in the section and I

8        direct you to grades for the spring 2005 term.

9            Do you see that section?

10           A.   Yes.

11           Q.   Okay.  Do you see Music 112, Group

12       Instruction in Low Brass, Instructor Michael Forbes?

13           A.   Yes.

14           Q.   Does that help refresh your recollection as

15       to when you would have taken Low Brass Methods with

16       Dr. Forbes?

17           A.   Yes.

18           Q.   So it would have been spring 2005?

19           A.   Yes.

20           Q.   Did you take any other courses with him,

21       where Dr. Forbes was the Professor?

22           A.   Can you define courses?

23           Q.   Yes.  Anything that has a course number.

72

1          A.   The chamber wind ensemble's listed in here

2      with the brass quintets.   Although the director of

3      bands is listed as the instructor, he never --

4      that's not how it worked.   Steven Steel never

5      directed a brass quintet.   It was a faculty member

6      or a grad student.

7          Q.   Okay.

8          A.   So as I said earlier --

9          Q.   As you sit here, you don't know which

10     semester that may have been?

11         A.   Right.   Which of those he taught, I am not

12     sure.

13         Q.   Okay.   Whether he guest conducted or whether

14     he was the primary instructor, correct?

15         A.   Correct.

16         Q.   On Exhibit 1, can you please show me where

17     brass quintets --

18         A.   Yes.   It's listed as chamber wind ensembles.

19     So specifically --

20         Q.   Like Music 283, on the top of that second

21     page and in the fall of 2005?

22         A.   That would be one.   That would be another.

23     (Indicating.)

73

1      Q.  Fall 2005 and spring 2006?

2      A.  There is also a spring 2005 music 183.  This

3   was what I was referring to when I said 200 level

4   juries.  The ensemble I was in was 183 because I

5   hadn't passed my 200 level jury yet.  So it was not

6   283.  But anywhere where it says chamber wind

7   ensemble, that refers to brass quintet.

8      Q.  So those are not two different things?

9      A.  No, it's the same.

10     Q.  Thank you.  You already talked about studios

11  and that you were not in Dr. Forbes' studio.

12     A.  Correct.

13     Q.  Okay.  I believe momentarily we are going to

14  talk about an incident that occurred on April 22nd,

15  2006.  Do you recall whether or not you were

16  registered for fall 2007 -- sorry, fall 2006 courses

17  prior to April 22nd, 2006?

18     A.  I don't recall.

19     Q.  Do you recall whether or not you had

20  registered for any courses with Dr. Forbes for the

21  upcoming fall?

22     A.  I don't recall.

23     Q.  For fall 2006?

74

1      A.  I don't recall.

2      Q.  Were there other courses that Dr. Forbes

3  taught that would have been in the normal course of

4  your education as a trombone player, a trombone

5  music education major, that like upper level courses

6  that he taught that you probably would have taken

7  had you remained at ISU?

8      A.  I don't know.

9      Q.  Other than Low Brass Methods, do you know of

10  any other courses that Forbes taught?

11      A.  He taught the tuba and euphonium lessons.

12  He taught brass quintet.  I'm not sure about any

13  other ones.  I'm sorry.

14      Q.  Okay.  All I am trying to figure out is

15  there is not like -- like Low Brass Methods, all low

16  brass players were going to take Low Brass Methods,

17  correct?

18      A.  Every music education student takes Low

19  Brass Methods.  That's a group method course.

20      Q.  Okay.  Was Dr. Forbes the only person who

21  taught Low Brass Methods?

22      A.  I don't remember.

23      Q.  Other than Low Brass Methods and perhaps a

75

1       brass quintet, did you have any other purely

2       academic interactions with Dr. Forbes?

3            A.  I'm sorry to correct you, but for sure he

4       was my faculty adviser on one brass quintet.  I am

5       not sure if there were more.  But he also sat in on

6       juries.  He was also on my juries.

7            Q.  Right.  Anything else?

8            A.  I don't recall.

9            Q.  Okay.  If you do recall anything, you will

10      be sure to stop me and I'll give you an opportunity

11      to tell me?

12           A.  Certainly.

13           Q.  Is that agreeable?

14           A.  Thank you.

15           Q.  Okay.  What other interactions did you have

16      with Dr. Forbes?

17           A.  Can you define what you mean by

18      interactions, please?

19           Q.  I am using that term in its broadest sense.

20           A.  The same interactions I had with many of my

21      music professors.

22           Q.  Okay.  Like what?

23           A.  When you are a music student, and now that I

76

1       am at UTA I know that this is broad and not just

2       ISU, the music world is based on contacts.  You --

3       even student teaching, where you student teach can

4       affect what kind of school you end up teaching at.

5       So your music professors help you make contacts in

6       the music world.

7            So in that sense he was one of the professors

8       that helped me make contacts.

9            Q.  Okay.  How did you interact with him that

10      allowed him to help you make contacts?

11           A.  He conducted a community brass band that I

12      was a member of.

13           Q.  When were you a member of the community

14      brass band?

15           A.  Spring of 2006.

16           Q.  So that allowed you to make contacts with

17      community members, correct?

18           A.  Correct.

19           Q.  Any other interactions with Dr. Forbes that

20      allowed you to make contacts in the music world?

21           A.  Well, he's the one that offered the gigs to

22      me with the rest of the faculty members so in that

23      sense, yes, gave me the opportunity to better myself

77

1       as a performer by playing with good musicians.

2            Q.  Are you talking about the church gigs?

3            A.  Yes.

4            Q.  Okay.  Did any other faculty members offer

5       you or did any other faculty members provide

6       contacts in the music world?

7            A.  Yes.  Dr. Parsons especially.  I think that

8       he actually asked me to fill in for him one time on

9       the brass faculty quintet and one year we did a

10      Sousa band, the top band did a Sousa band thing and

11      it was a group decision between the band director

12      and Dr. Parsons to put me in that ensemble to put me

13      with better players to better myself.  And --

14           Q.  Who was the band director?

15           A.  Dr. Steel.  Dr. Parsons would have been the

16      one to give -- or one of the ones I should say.  He

17      helped students sometimes sub for him in the

18      Illinois Symphony Orchestra, although I never did

19      that.

20            And then the band directors, the assistant band

21      director, Dr. Belongia, got me a job teaching at

22      Normal West, teaching a marching band.  And they are

23      the ones that ultimately decided, along with some

1    other faculty members, where you would student

2    teach.  Which, as I said, is a very important

3    decision.

4        Q.  You said they.  Who is they?

5        A.  I think it was -- I'm not sure, honestly.

6    But faculty, the music faculty are the ones that

7    decided that, not the education faculty.

8        Q.  So it was the music faculty that would match

9    the music education students who were getting ready

10   to student teach --

11       A.  Yes.

12       Q.  -- with their requested schools or their

13   favorite schools or what they were looking for in a

14   school, plus the schools that were looking for

15   student teachers, is that accurate?

16       A.  You didn't really get to request where you

17   student teach at ISU.

18       Q.  Okay.  Any other professors that helped you

19   make contacts in the music world?

20       A.  I can't recall any other specific incidents

21   at this time.

22       Q.  Okay.  If you do recall, you'll let me know,

23   correct?

79

1          A.   Yes.

2          Q.   Was Dr. Forbes, did you consider him to be

3     well connected in the music world?

4          A.   Very much so.

5          Q.   Was he -- would you consider him to be one

6     of the most well connected music faculty members?

7          A.   In a sense, yes.

8          Q.   What do you mean, in a sense?

9          A.   He was -- his works were very well published

10    for tuba and euphonium ensembles, as well as solos,

11    as well as band pieces.

12         He was in -- is in, I am not sure about the

13    tense on that -- a tuba euphonium company called

14    Soda Voce that is very well respected.  They get a

15    lot of performances.

16         He had performed I think with the -- I want to

17    say the Marine band.  He had done a lot of

18    performing before he came to teach.

19         So in that sense, yes, he was well connected.

20         Q.   Other than making -- interactions where he

21    helped make contacts in the music world, including

22    the community brass band and offering the church

23    gigs to you, did you have any other non academic

80

1        interactions with Forbes?

2            A.  Can you be more specific about what you

3        mean?

4            Q.  Any other interactions that you had with

5        Forbes that we haven't talked about?

6             I'll direct that from August 2003 prior to

7        April 22nd, 2006.

8            A.  Yes.

9            Q.  Okay.  What were those?

10           A.  I babysat for him and his wife on occasion.

11           Q.  When did you first babysit?

12           A.  I am not sure.

13           Q.  How long of a span of time did you babysit

14       for him and his wife?

15           A.  I'm not sure.

16           Q.  How old was the Forbes' children or child?

17           A.  I am not sure how old Sasha was.  I would

18       guess between one and three.  Not really talking yet

19       but able to walk.  Not potty trained.

20           Q.  She was that old in the spring of 2006?

21           A.  Yes.

22           Q.  What you have described, her behaviors, were

23       in spring of 2006?

81

1       A.  Yes.

2       Q.  So you don't believe you babysat for them

3  for three years?

4       A.  No.

5       Q.  Okay.  Do you believe you babysat for them

6  prior to the fall 2005, that academic year fall

7  2005, spring 2006 academic year?

8       A.  I'm 90 percent sure I did not.

9       Q.  How did you come to babysit for them?

10      A.  He asked me.

11      Q.  Where were you when he asked you?

12      A.  Where was I?  On what occasion are you

13  referring to?

14      Q.  The very first time.

15      A.  I am not sure.  I don't remember.

16      Q.  Do you recall how it came up?

17      A.  No.

18      Q.  Do you know when other students babysat for

19  him?

20      A.  I do.

21      Q.  What other students babysat for him?

22      A.  Kayla Jenke.

23      Q.  Is that the only other student that you know

82

1    that babysat for the Forbes'?

2        A.  I think one or two other girls did also.  I

3    don't recall who they were, but I think I remember

4    it being referenced once or twice in a conversation.

5    Just a random conversation about how someone would

6    babysit for him once in a while.

7        Q.  A conversation with Forbes or with other

8    students?

9        A.  Both.

10       Q.  Okay.  So based on your conversations both

11   with Dr. Forbes and with other students in the music

12   department you had an understanding that in addition

13   to yourself and Kayla Jenke one or two other female

14   music students babysat for the Forbes'?

15       A.  Yes.

16       Q.  What instrument does Kayla Jenke play?

17       A.  Her last name is Price now.  She played

18   French horn.

19       Q.  Was Jenke her maiden name?

20       A.  Yes.

21       Q.  Is French horn considered low brass?

22       A.  It is considered brass.  High brass.

23       Q.  Were French horn players included in brass

83

1      quintets?

2          A.  Yes.

3          Q.  Okay.  What instruments make up a quintet, a

4      brass quintet?

5          A.  Trumpets, French horn, traditionally

6      trombone and tuba.  Two trumpets.  Certainly

7      composers write for any combination of those

8      instruments.  As long as there is five brass

9      players, it's considered a brass quintet.

10         Q.  But what you have described is the

11     traditional make-up?

12         A.  Traditional, yes.

13         Q.  Okay.  Other than babysitting for Dr.

14     Forbes, what other interactions did you have with

15     him from August 2003 and April 21st, through April

16     21st, 2006, that we haven't already described or you

17     haven't already told me about?

18         A.  I'm not sure I understand the question.

19     Could you be more specific?

20         Q.  Sure.  You described your academic and in

21     course, course work and juries, academic

22     interactions with Forbes.  You indicated that

23     babysitting was an additional interaction that you

1 had with Forbes during the time period of August

2 2003 through April 21st, 2006.  I am asking you what

3 other interactions did you have with him?

4  Did you -- was there a group of music students

5 and faculty members that bowled?

6  Did you play chess?

7  Did you seek out private lessons?

8  Any other interaction that you haven't

9 described?

10  A.  Dr. Parsons and I at one point my freshman

11 or sophomore year discussed me dual performing on

12 euphonium and trombone.  I did not pursue that

13 option.

14  The trombone studio and tuba/euphonium studio

15 every semester played a softball game together

16 outside of school with both of the faculty team

17 members present.

18  Dr. Forbes was at one house party I went to

19 while I was a student at ISU.

20  Q.  When was the house party?

21  A.  February of 2005.

22  Q.  Did you interact with Dr. Forbes at that

23 house party?

85

1          A.   Yes, I did.

2          Q.   Describe that interaction.

3          A.   Small house, very crowded.  I walked by him.

4     He bumped up against me, put his hand on my stomach

5     and told me that I felt good.  I believe his exact

6     words were "you feel really good."

7          Q.   And what house were you at?

8           Was it --

9          A.   It was called the tuba/euphonium house.   The

10    tube/euphonium students lived there.

11         Q.   What occasion was the party thrown?

12         A.   A tuba/euphonium conference.

13         Q.   Were other students there?

14         A.   Many.

15         Q.   Were students from other schools there?

16         A.   Yes.

17         Q.   Were there other faculty members there?

18         A.   Not ISU.

19         Q.   Were there faculty members from other

20    colleges or universities there?

21         A.   I did not see them.

22         Q.   Okay.

23         A.   After the fact I have been made aware that

1    it's possible that they were, but I never saw them

2    or knew they were there at the time.

3        Q.  How did you learn of the possibility that

4    other faculty members were there?

5        A.  At trial.  At my criminal trial.

6        Q.  Let's clarify that for the record.

7         You do not have any criminal charges against

8    you, correct?

9        A.  Correct.

10       Q.  When you say criminal trial, are you

11   referring to the official misconduct trial or the

12   criminal trial on charges of official misconduct

13   that were brought by the McLean County State's

14   Attorney against Michael Forbes?

15       A.  Yes.

16       Q.  Okay.  Do you understand that based on

17   questions that you were asked in that trial --

18   strike that.

19       You were a witness in that criminal proceeding?

20       A.  Correct.

21       Q.  And you gave testimony under oath?

22       A.  Yes.

23       Q.  Was that -- does October 24, 2007 sound

87

1       accurate, an accurate date for your testimony?

2            A.  It was October-ish, yes, 2007.

3            Q.  I am not going to mark this but I am going

4       to go ahead and show it to the witness.

5            Miss Hunt, I am not going to mark this as an

6       exhibit, but I am showing you what I am telling you

7       is the first page of a transcript of the proceeding

8       People of the State of Illinois versus Michael

9       Forbes, McLean County Illinois Case Number 07-CF-55.

10           In reviewing the first page, this document,

11      does it help refresh your recollection as to when

12      you gave -- when your testimony was?

13           A.  Yes.

14           Q.  When was it?

15           A.  The 25th of October, 2007.

16           Q.  Okay.  In that matter did you testify fully,

17      truthfully and accurately?

18           A.  To the best of my knowledge at the time,

19      yes, I did.

20           Q.  Would you agree that your memory was better

21      in 2007 than it is in 2009?

22           A.  Not necessarily.

23           Q.  Have you ever had an opportunity to review

1      the transcript of your trial testimony?

2          A.   I have.

3          Q.   Okay.  Did you find any inaccuracies in your

4      trial testimony?

5          A.   Some.

6          Q.   What were those?

7          A.   Mostly relating to specific instances or

8      specific times when they happened between the

9      defendant of that case and myself.

10         Q.   Okay.  What inaccuracies specifically?

11         A.   Specifically about actions that he did or

12     asked me to perform, specific things that were said.

13         Q.   Okay.  What do you recall was inaccurate

14     about your testimony and what your present

15     recollection is?

16         A.   Specifically what I remember right now is I

17     testified that I did not recall him fondling me or

18     touching me inappropriately.

19         Q.   Is this on April 22nd, 2006?

20         A.   Yes, and also the incident in February or

21     March in my car.

22         Q.   How is your recollection different today

23     than it was when you testified?

89

1          A.   The defense attorney at that time did ask me

2      if it happened and I said that I did not recall, but

3      he did fondle me both above and under my shirt,

4      above, on top of my shirt in my car, under on the

5      22nd of April, and on top of my -- through my pants

6      on the 22nd of April.

7          Q.   How did you come to recall that between

8      October 25th, 2007 and today?

9          A.   I watched the -- I don't know what it is

10     called -- the DVD of my police interview.

11         Q.   The DVD, it's your contention that the DVD

12     of your police interview refreshed your recollection

13     or that you recalled saying that then?

14         A.   It refreshed my recollection.

15         Q.   So it was just something that you had

16     forgotten between April 2006 and October 2007?

17         A.   Yes.

18         Q.   Any other inaccuracies that you noted in

19     your trial transcript testimony?

20         A.   Inaccuracies, no.

21         Q.   Anything else that you noted in the trial

22     transcript that you didn't believe to be full or

23     complete or otherwise accurate?

90

1      A.  Something I would like to clarify was when

2      the defendant's attorney asked me if I had been

3      drinking at the party.  I did drink at the party but

4      after the incident with Dr. Forbes.  I had not been

5      drinking before the time of that incident.

6      Q.  Anything else --

7      A.  Not that I can remember right now.

8      Q.  -- about the trial testimony inaccuracies or

9      anything?

10     A.  No, not at this time.

11     Q.  If you think of anything else you will be

12     sure to let me know?

13     A.  I will.  Thank you.

14     Q.  Okay.  Back to that party.  You said

15     February 2005.

16      Who did you attend the party with?

17     A.  I am not sure I understand the question.

18     Q.  Did you come with anyone else to the party?

19     A.  There were people there I knew.  I don't

20     recall who I specifically walked to the house with.

21     Q.  Okay.  So it's not like you and your

22     roommate left your house at the same time and walked

23     into the party together?

1     A.  No.  It was after the last events of the
2   conference, so I am sure that there were people in
3   my sorority I walked over with since we were taking
4   down the stage where the conference was.

5     Q.  You believe you went to the party with
6   members of your sorority?

7     A.  It's probable.

8     Q.  What sorority?

9     A.  Tau Beta Sigma.

10     Q.  How did Tau Beta Sigma get the task of
11   tearing down the stage at the end of the conference?

12     A.  It's our job.  That's one of the band
13   service sororities, so we serve the bands.

14     Q.  So it's not a part of the ISU Greek system?

15     A.  Sorry, it is.

16     Q.  Is it a member of the Panhellenic --

17     A.  I am not sure.

18     Q.  -- Council and --

19     A.  I am not sure.

20     Q.  Okay.  But it's primarily a service
21   organization?

22     A.  Correct.

23     Q.  Okay.

92

1          A.   Primarily a band service organization.

2          Q.   Okay.  When this incident that occurred

3     with -- that you have described with Dr. Forbes, was

4     anyone else present?

5           I mean, obviously, there were people at the

6     house.  Was there anyone in the immediate vicinity?

7          A.   Several.  It was very crowded.

8          Q.   Were there any individuals that were in the

9     immediate vicinity that you contend witnessed the

10    interaction with Forbes?

11         A.   Not that I can think of.

12         Q.   Did you ever ask anyone if they witnessed

13    the interaction with Forbes?

14         A.   I remember talking to someone about it

15    afterwards.

16         Q.   Who did you talk to about it?

17         A.   Dakota Pawlicki.

18         Q.   Who is Dakota?

19         A.   A tuba student.

20         Q.   When did you talk to Dakota?

21         A.   I am not sure.

22         Q.   Was it at the party?

23         A.   No.

93

1        Q.  Was it the same night as the party?

2        A.  Doubtful.

3        Q.  Was it in close proximity, within a week of

4   the party?

5        A.  I would say probably.

6        Q.  What did you tell Dakota and what do you

7   remember him telling you?

8        A.  I told him what happened with Dr. Forbes.  I

9   told him that it made me uncomfortable, and I told

10   him that I was thinking about going to -- I don't

11   want to say authorities, not the police, but someone

12   in the ISU school system about what happened, the

13   inappropriateness of it.

14        Q.  What did Dakota say to you?

15        A.  He told me it wasn't a big deal.

16        Q.  Anything else?

17        A.  Specifically to my face about it, no.

18        Q.  Do you understand that Dakota had

19   discussions with other people about this incident?

20        A.  I do.

21        Q.  Okay.  What do you understand Dakota to have

22   told others?

23        A.  I understand that he sent an e-mail to Dr.

94

1       Forbes about it.

2           Q.  How do you come to understand that?

3           A.  The anonymous name that was used at the end

4       of the e-mail.

5           Q.  I don't know what you mean when you say

6       anonymous name.

7           A.  The e-mail was supposed to be anonymous,

8       from an anonymous student to Dr. Forbes.  It was

9       signed like Zeek Pinkerton or something.

10          Q.  Okay.

11          A.  Dakota had once told me that his given name

12      was Zachariah and that his father was somehow -- I

13      don't know, it's very complicated -- somehow that

14      his father ran an organization similar to what the

15      Pinkertons used to do, which was a private detective

16      agency.

17          Q.  You understood Zeek Pinkerton to be Dakota

18      Pawlicki?

19          A.  Yes.  That's one of the ways that I

20      understood it to be him.

21          Q.  Did he tell you --

22          A.  No.

23          Q.  -- that he sent an e-mail?

95

1      A.  No.  But he's also the only one that I told

2      about the incident at the time.

3      Q.  Okay.  How did you come to be in possession

4      of -- strike that.

5        Mark that.

6

7         (Exhibit 2 marked for identification)

8

9      Q.  Miss Hunt, I am showing you what's been

10     marked as Exhibit 2.

11       Do you recognize that document?

12     A.  I do.

13     Q.  What is it?

14     A.  An e-mail between Dr. Forbes and myself --

15     from Dr. Forbes to myself.

16     Q.  Is it actually an e-mail string, meaning

17     that there is an e-mail from Forbes to you and then

18     an e-mail from a Zeek Pinkerton to Dr. Forbes?

19     A.  Yes.

20     Q.  Okay.  And is that the e-mail that you have

21     been talking about?

22     A.  Yes.

23     Q.  Which I will tell you how it was disposed to

1      me, there is a second page that is blank with all

2      but a --

3          A.  Yes.

4          Q.  Does Exhibit 2 contain all of the text of

5      the e-mail string as you understand it?

6          A.  Yes.

7          Q.  Okay.  Other than the e-mail which

8      contained -- that you understood Zeek Pinkerton to

9      be Dakota and that's the only person you told about

10     that, do you have any other information that Dakota

11     Pawlicki talked to others or told others about the

12     incident?

13         A.  I do not.

14         Q.  Did you ever tell anyone in a position of

15     authority or any other ISU employee about the

16     February 2005 incident?

17         A.  I did.

18         Q.  Who did you tell?

19         A.  Shane McCreery.

20         Q.  When did you tell Shane McCreery about the

21     February 2005 incident?

22         A.  Spring.

23         Q.  At the time you told Shane -- did you tell

97

1      anyone other than Shane?

2          A.  I don't think so.  It's hard to remember.

3          Q.  Did you tell anyone in the music department

4      faculty or music department administration?

5          A.  About?

6          Q.  About the February 2005 incident at the

7      house party?

8          A.  It's possible that Dr. Majors was in that

9      particular meeting when I told Shane.

10         Q.  That would have been again in spring 2005?

11         A.  Correct.

12         Q.  Anyone else?

13         A.  I don't think so.  I don't remember.

14         Q.  Okay.  Do you remember telling anyone other

15     than Dakota about the incident in February of 2005,

16     meaning --

17         A.  No.

18         Q.  Not the incident of 2005, but in the month

19     of February 2005 did you tell anyone other than

20     Dakota about the house party incident?

21         A.  I don't believe so.

22         Q.  Okay.  You have talked about babysitting and

23     this incident at the party.  Did you have any other

98

1    non-academic interaction generally with Dr. Forbes?

2        A.   I saw him almost every day, if that is what

3    you mean.

4        Q.   Okay.   That was just because of your

5    participation in the music department?

6        A.   Correct.

7        Q.   Did you respond to Dr. Forbes' e-mail that

8    is Exhibit 2?

9        A.   I don't recall.   I don't think I responded

10   in e-mail form.

11       The chat that he's referring to in the first

12   line of this e-mail, at some point Dr. Forbes did

13   come down into a practice room I was practicing in

14   and talk to me about the incident.

15       Q.   What did he say to you in the practice

16   room -- actually, first when did he come to you in

17   the practice room?

18       A.   Sometime soon after the party.   Sometime

19   between the party and I guess around February 21st,

20   which is when this e-mail was sent from him to me.

21       Q.   Okay.   What did he say to you and what did

22   you say to him?

23       A.   I don't recall specifically.   He said that

99

1    he was sorry if he offended me, that he thought that

2    we were all in party mode and everyone was having a

3    good time.  He told me at that time that, you know,

4    he thought he was just hanging out with all of the

5    students.

6        Apparently there was a picture taken of him

7    kissing another student on the cheek that ended up

8    on Facebook at some point.  It was just a general

9    chat about it.

10       Q.  Did he ever indicate what conduct of his he

11   thought may have offended you?

12       A.  No.

13       Q.  Who was the student that there is apparently

14   a picture of him kissing on the cheek?

15       A.  Trumpet player, Laura.  I don't know her

16   last name.  I never saw the picture.  I learned

17   about it from him.

18       Q.  What did he tell you about the picture?

19       A.  Oh, that it existed.  That he thought we

20   were all just hanging out and that that was what his

21   mode was at the party.

22       I don't really know what you mean.

23       Q.  Was there anything else he told you about

100

1        the picture or about Laura?

2            A.   That he told Siiri about it and she didn't

3        think it was a big deal.

4            Q.   Did Dr. Forbes tell you that he had also

5        talked to Laura?

6            A.   No, he did not say that.

7            Q.   Do you have any reason to believe that he

8        did also talk to Laura?

9            A.   It's possible.

10           Q.   Okay.  But you don't know?

11           A.   I don't know.

12           Q.   Okay.  What was your response to him?

13           A.   I don't remember honestly at this point.

14           Q.   Did you tell him that he had made you

15       uncomfortable?

16           A.   I don't remember.

17           Q.   Did you tell him that you didn't ever want

18       to have an interaction with him again at a party?

19           A.   I don't remember.

20           Q.   Did you tell him that you thought he had

21       touched you inappropriately?

22           A.   I don't remember.

23           Q.   Do you have any recollection of not -- maybe

1    not the specific words used but what you conveyed to

2    Dr. Forbes in that practice room?

3         A.  I think, if I understand it, like most of

4    our interactions, he just did most of the talking.

5    He said he was sorry if he offended me.  That he

6    never meant to make me uncomfortable.  And this was

7    I guess going off the anonymous e-mail that he had

8    gotten that he said these things, and that's what I

9    remember of it.

10        That he came down in the practice room where I

11   was practicing and came into the practice room and

12   talked to me.

13        Q.  Were you uncomfortable with him coming to

14   talk to you?

15        A.  Yes.

16        Q.  And why were you uncomfortable with him

17   coming to talk to you?

18        A.  Practice room is a very small space.

19        Q.  So it was a personal space issue?

20        A.  That's part of it.

21        Q.  What's the other part?

22        A.  I think part of it is the personal space

23   issue and part of it was the subject matter.

102

1        Q.   Did you ever tell him that he was making you

2   uncomfortable by talking to you -- by attempting to

3   apologize to you in --

4        A.   I don't remember.

5        Q.   Okay.  You don't remember in any manner you

6   indicating to him your discomfort?

7        A.   I don't remember.

8        Q.   Okay.  At the party how did you respond

9   to -- did you make a response, and if so what was

10   it, to Dr. Forbes' touching your stomach and telling

11   you that you feel good?

12        A.   Well, he was behind me when he did it so I

13   turned around to see who it was.  And when I saw

14   that it was him I just walked away.

15        Q.   So you didn't -- you didn't tell him

16   anything?

17        A.   No.  It was really loud.

18        Q.   Okay.  Other than the conversation in the

19   practice room that we talked about and the e-mail

20   that is marked as Exhibit 2, did you have any other

21   conversations with Dr. Forbes relating to the

22   February 2005 party?

23        A.   I think that that was brought up at some

103

1    point in the spring of 2007.

2        Q.   Okay.  When do you think that it was brought

3    up?

4        A.   I think it was brought up in one of the

5    recorded conversations with him.

6        Q.   Okay.  Are you talking about -- you are

7    talking about the court ordered overhears as part of

8    the criminal matter?

9        A.   The ISU police recorded them.  I am not sure

10   about the answer.

11       Q.   You wore a wire?

12       A.   Yes.

13       Q.   And did you understand that that was related

14   to the criminal proceeding?

15       A.   Yes.

16       Q.   Okay.  And you indicated you had two such

17   conversations?

18       A.   I think more than two.  One was in person

19   and then there were a series of them done over the

20   telephone.

21       Q.   Okay.

22       A.   Perhaps two or three over the phone.

23       Q.   And then other than the party of -- the tuba

1        house party maybe coming up in one of the recorded

2        conversations, have you described all other

3        conversations you had with Dr. Forbes that related

4        to the February 2005 tuba house party?

5            A.   I think so.

6            Q.   Okay.  And if you think of any others, let

7        me know.

8            A.   Okay.

9            Q.   Okay.  Am I correct that you believe that --

10       I believe that us talking about this February 2005

11       party may be responsive to another question, and I

12       want to make sure that that is correct.

13           I am going to ask you now about -- I am going

14       to give you an opportunity to tell me each and every

15       incident, any piece of conduct by Forbes or anything

16       else that you allege to be sexually harassing

17       behavior that you were subjected to.  Okay?

18           A.   Okay.

19           Q.   Would the incident you have described with

20       respect to the February 2005 tuba house party fall

21       under that category of sexually harassing, what you

22       allege to be sexually harassing behavior that you

23       were subjected to by Forbes?

105

1          A.  Yes, it was the start.

2          Q.  So you contend that this tuba house party

3     was the first instance of sexually harassing

4     behavior that Forbes directed at you?

5          A.  I think so.

6          Q.  Okay.  And if it's agreeable with you, we

7     can attempt to go chronologically, but if we get out

8     of order, that's fine.  Okay?

9          A.  Okay.

10         Q.  After the February 2005 tuba house party,

11    what do you contend is the next incident or instance

12    of sexually harassing behavior that you were

13    subjected to by Forbes?

14         A.  I only have four or five exact dates.

15         Q.  Okay.

16         A.  Those would be starting with the tuba house.

17    There would be a Christmas gig at Epiphany Church,

18    which happened I think Christmas of 2005 but maybe

19    2006.

20         Q.  Okay.

21         A.  Might have been both.  And then another

22    Easter gig that was in 2006.

23         Another specific incident would be February-ish

1      of 2006.  And then April 22nd.

2          Q.  The February-ish 2006, was that an incident

3      in your car?

4          A.  Yes, correct.

5          Q.  And then April 22nd, '06.

6           Let's talk about the Christmas gig at Epiphany

7      Church.  You said Christmas 2005 or Christmas 2006.

8           Well, let's for the moment think backwards.

9      Would you agree that Dr. Forbes was not employed at

10     ISU beyond the spring 2006 semester?

11         A.  No.

12         Q.  When was the last semester that Forbes was

13     employed at ISU as far as you understand?

14         A.  Oh, spring of 2006 --

15         Q.  Keeping in mind the April 22nd, 2006.

16         A.  Yeah, I guess that's right, spring of 2006

17     was his last semester.

18         Q.  Okay.  Does that help you gauge whether or

19     not it was Christmas 2005 or Christmas 2006?

20         A.  I honestly don't remember.

21         Q.  Well, did you see Dr. Forbes -- have you

22     ever set eyes on Dr. Forbes other than the criminal

23     trial, after spring semester 2006?

107

1        A.  Oh, I see where you are going.

2        Q.  Yes.

3        A.  Okay.  So maybe it was Christmas '04 or '05

4    is what I mean.  Not '06.  Not Christmas 2006.

5        Q.  We know for sure it wasn't Christmas 2006?

6        A.  Right.

7        Q.  Okay.  Let's talk about the Christmas gig

8    and perhaps we can tease out a date from there.

9        A.  Okay.

10        Q.  Agreeable?

11        A.  Okay.

12        Q.  Okay.

13        What regarding the Christmas gig at Epiphany

14    Church do you contend was sexually harassing?

15        A.  Well, at this point in our interaction,

16    pretty normal for him to tell me that I looked good

17    in what I am wearing.  I would say pretty normal for

18    him to touch me either on the shoulder, put his arm

19    around me, put his hands on my waist from behind.

20    So any of the above behaviors at a Christmas gig,

21    you know, in a parking lot, in a rehearsal.  Those

22    are just milestones I know of.

23        Q.  Okay.  Let's talk about between February

108

1     2005 at the party and Christmas 2005.  Is there

2     conduct which you allege occurred during this time

3     frame that was sexually harassing?

4          A.  Yes, I think so.

5          Q.  What was that?

6          A.  What I have described above.

7          I had a lot of classes in the music building

8     where he was.  As we said, he taught a Low Brass

9     Methods.  Sometimes I would meet him on the stairway

10    going from one class while he was leaving his or

11    vice versa.  He would sometimes come down to the

12    practice room when I was practicing to talk to me.

13         Just in general almost every time he saw me he

14    had a comment or a touch for me.

15         Q.  How often in an average week would you guess

16    that you would see Forbes?

17         A.  Just see him from a distance?  Up close?

18    What do you mean?

19         Q.  How often would you be in close enough

20    contact to share greetings?

21         A.  Perhaps two or three times a week.

22         Q.  Okay.  And if you saw Forbes in the hallway,

23    on the stairwell, et cetera, would you greet him?

109

1          A.   Sometimes.

2          Q.   Would he greet you?

3          A.   Sometimes.

4          Q.   Do you recall any comments, any specific

5     comments other than that you look good or that he

6     liked what you were wearing?

7          A.   Yes.

8          Q.   What else?

9          A.   One time in a brass band rehearsal -- the

10    brass band was going to go on a trip to Lexington,

11    Kentucky.   He made a comment in front of the entire

12    group about how he and I were going to room

13    together.   He was joking but -- that's a comment I

14    remember.

15          He made -- I mean there were several

16    conversations that took place.   Conversation

17    happened in my car in February of 2007.   A

18    conversation happened --

19          Q.   I am going to stop you right there.

20          A.   That's fine.

21          Q.   In the car, do we agree it was February

22    2006?

23          A.   Sorry, yes.   Sorry.

110

1       Q.  Go ahead.

2       A.  Conversations happened April of -- April

3    22nd, 2007 and April 24th -- sorry, 2006.  2006.

4       Q.  Okay.  Other than the conversations, which I

5    will give you an opportunity to testify about, the

6    car February 2006, April 22nd, '06 and April 24,

7    '06, do you recall any other specific comments that

8    he made to you other than what you described?

9       A.  He would ask me how things are going.  Ask

10   me how relationships I was in were going.  Comments

11   of a specific nature.

12      Q.  Okay.  Did you often date other music

13   students?

14      A.  I'm not sure I understand the question.

15      Q.  During the February 2005 through December

16   2005 time frame that we are looking at were you in

17   relationships with other music students?

18      A.  Yes.

19      Q.  Okay.  So did Forbes know both you and the

20   music student that you were dating?

21      A.  Yes.

22      Q.  Okay.  Who was that?

23      A.  Brian Flick and John Damore.  I shouldn't

111

1    say and.  It's an or.  Not at the same time.  But I

2    think --

3         Q.  Did you say Damore?

4         A.  Damore, yes.

5         Q.  So those were the two other music students

6    that you dated?

7         A.  I think so.

8         Q.  Somewhere in and around this time?

9         A.  Yes.

10         Q.  Or that you recall Forbes asking you about?

11         A.  He never really said anything about John,

12    but he would ask me about Brian.  Brian was a former

13    student of his.

14         Q.  Okay.  So did you understand him to be

15    asking you about a person that you knew in common?

16         A.  No.

17         Q.  Okay.  What -- now, did you date Brian Flick

18    during the time frame between February 2005 and

19    December 2005?

20         A.  I don't think so.

21         Q.  Okay.  So we will get back to him in the

22    2006.

23         A.  Okay.

1      Q.  So do you recall Forbes making any comments

2   about relationships, your relationship or how a

3   relationship was going between February 2005 and

4   December 2005?

5      A.  I don't remember.  I don't think so.

6      Q.  Okay.  Do you recall any other specific

7   comments that you believe Forbes made between

8   February 2005 and December 2005?

9      A.  I don't remember.

10      Q.  Okay.  You don't remember any others?

11      A.  Right.

12      Q.  If as we go through questioning in the

13   afternoon you think of any other comments and that

14   you believe that they will fall within this time

15   period, please stop me and let me know so we can set

16   the appropriate time frame for them.

17      A.  Okay.

18      Q.  Okay.  The time frame of February 2005

19   through December 2005, how many times do you think

20   that he came to the practice room to talk to you?

21      A.  Two or three maybe.  That's an estimate.

22      Q.  Okay.  Were you at ISU during the summer of

23   2005?

113

1      A.  I was not.

2      Q.  So whenever I am directing you to the time

3  frame of February 2005 through December of 2005,

4  that actually encompasses two smaller time frames of

5  February to somewhere May, early June-ish 2005 and

6  August to December of 2005, is that accurate?

7      A.  Yes.

8      Q.  Okay.  It is now almost 12:30.  If it's

9  agreeable to counsel, let's take a break and then we

10  will come back and forge ahead in 2006.

11      Is there anything before we do take that break,

12  Miss Hunt, is there anything else that you recall

13  about February -- about from February 2005 through

14  the end of 2005 that we haven't discussed?

15      A.  I don't think so.

16      Q.  Okay.

17      A.  I don't remember.

18      Q.  Were there any specific comments otherwise,

19  or interactions that you otherwise thought were

20  sexually harassing with respect to the Christmas gig

21  at Epiphany, or that was just a place marker?

22      A.  A place marker.  At one of the gigs, it

23  might have been Easter 2006, I am not sure which

114

1    one, honestly --

2        Q.  Okay.

3        A.  -- but he did come out to my car with me

4    after rehearsal, just outside in the parking lot,

5    and he wanted to come over to my place.  But I'm not

6    sure if that was Christmas of '05 or Easter of '06.

7        Q.  Okay.  What was your response to that?

8        A.  No.

9        Q.  What was his response to your no?

10       A.  I think he let it go at that time.

11       Q.  Okay.  Was the mood light when that

12   conversation was occurring?

13       A.  It started that way.  I think my exact words

14   to him were, I don't think that's a good idea.  I

15   don't think that I am comfortable with that is my

16   best estimates of what I said to him.

17       Q.  He accepted that without challenge?

18       A.  I doubt that that was the end of that

19   conversation, but I don't recall him saying anything

20   else about it.

21       Q.  Okay.  With that, we will go off the record

22   and break for lunch.

23

115

1              (Discussion held off the record.)

2

3      BY MS. KERLEY:

4          Q.  Back on the record.

5          Miss Hunt, we are back from lunch.  Before we

6      move on to 2006 as promised before break, I did want

7      to clarify one thing.

8          You had indicated a question of what -- of the

9      year of the Christmas gig that was a marker, a place

10     marker in the time of your -- the conduct you

11     alleged sexually harassing by the Forbes.

12         Do you recall having the question over the

13     year?

14         A.  Yes.

15         Q.  Through your testimony and the questions and

16     answers, do you feel comfortable that the Christmas

17     gig to which acts as a place marker is Christmas

18     2005?

19         A.  I'm still not sure.

20         Q.  Okay.  Did you perform more than one

21     Christmas at Epiphany Church?

22         A.  I either performed two Easters or two

23     Christmases.  I think I did three gigs there, but

116

1    it's possible only two.

2        It definitely wasn't Christmas 2006.

3        Q.  You know that you for sure performed Easter

4    2006?

5        A.  Yes.

6        Q.  And do you know for sure that you performed

7    Christmas 2005?

8        A.  Either Christmas 2005 or 2004.

9        Q.  Okay.  Well, if it was -- you indicated --

10       A.  Or both.

11       Q.  You indicated that the party was February

12   2005 and that that was the first interaction or

13   incident of sexual harassing behavior, correct?

14       A.  Correct.

15       Q.  Had you performed Christmas 2004 it was not

16   noteworthy -- no sexually harassing conduct?

17       A.  Yes.

18       Q.  You don't specifically recall any sexually

19   harassing conduct at Christmas 2005, just that there

20   was a conversation in the parking lot outside the

21   church that was either Christmas or Easter?

22       A.  Correct.

23       Q.  If you had performed Christmas 2004 and not

117

1      Christmas 2005, then that conversation would have

2      taken place at an Easter gig?

3          A.  Correct.

4          Q.  Okay.  If you had performed at the Epiphany

5      Church Easter 2005, would that similarly have been

6      not noteworthy?  No sexually harassing conduct?  Not

7      noteworthy to our inquiry here?

8          A.  No, if I had performed Easter 2005 I am sure

9      the standard amount of comments would have been made

10     by Dr. Forbes.

11         Q.  You have no independent recollection of

12     performing at Epiphany Church Easter 2005?

13         A.  It's possible.

14         Q.  But you don't recall it as you sit here?

15         A.  Right.

16         Q.  And you don't specifically recall any

17     inappropriate comments or comments or touching in or

18     around Easter 2005?

19         A.  I'm not sure.

20         Q.  Okay.  When you say you are not sure, you

21     mean you have no specific recollection?

22         A.  Correct.

23         Q.  Okay.  Moving on to 2006.

1          First, did you go home or did you go away from

2     the Bloomington/Normal area during the break between

3     the fall and spring semesters?

4          A.   Yes.

5          Q.   Where did you go home to?

6          A.   Quad Cities.

7          Q.   Would you have gone to the Quad Cities after

8     the Christmas gig at Epiphany Church?

9          A.   Yes.

10          Q.   The conversation that you described prior to

11     the lunch break with respect to Dr. Forbes following

12     you to the parking lot, making a comment about

13     coming to your place and you said it wasn't a good

14     idea and that was kind of the end of that issue,

15     that conversation, did you tell anyone about that

16     conversation?

17          A.   When are you referring to?

18          Q.   Any time.

19          That's the conversation you are not sure

20     happened Christmas '05 or Easter '06, right?

21          A.   Correct.

22          Q.   Did you ever tell anyone -- did you ever

23     report that conversation to anyone?

119

1        A.  Yes.

2        Q.  Who did you tell?

3        A.  That was part of the police testimony that I

4    gave.  I don't know if testimony is the right word.

5        Q.  Let meet back up.

6         You indicated earlier that a DVD statement

7    caused you to recollect something.

8         Do you remember that testimony?

9        A.  Yes.

10        Q.  Do I understand correctly that you had an

11    interview with a member of the ISU Police Department

12    that was videotaped and subsequently memorialized on

13    a DVD?

14        A.  It was both with Don Knapp from the ISU

15    Police Department and Shane McCreery.  And yes, it

16    was an interview that was videotaped.

17        Q.  You believe that Shane McCreery was in the

18    room with Don Knapp when you were interviewed and

19    videotaped?

20        A.  He was, and he was asking questions.  It's

21    on the video.

22        Q.  Where did that take place?

23        A.  The ISU Police Department.

120

1       Q.  So when you were indicating that you told

2   someone about the conversation about going to your

3   apartment and you didn't -- your response you didn't

4   think that was a good idea, you told Don Knapp and

5   Shane McCreery during your videotaped interview?

6       A.  Correct.

7       Q.  Did you tell anyone else?

8       A.  I don't remember.  This is the hard part.  I

9   don't remember if I told anyone specifically about

10   that incident.

11      Q.  Do you specifically recall that prior to

12   this interview that you had or any conversations

13   with Don Knapp or Shane McCreery, do you

14   specifically recall that you did not tell any member

15   of the ISU faculty or administration about that

16   conversation?

17      A.  Can you repeat that question?

18      Q.  Sure.  Let me ask it a different way.

19       I understand that per chance you don't -- for

20   instance, you don't understand whether or not you

21   related that conversation to a friend or a cousin or

22   a neighbor or, you know, in, "man, you will never

23   believe" kind of situation.  What I want to ask you

121

1       is whether you have any specific recollection about

2       whether or not you told a faculty member, someone in

3       Forbes' chain of command or any other member of ISU

4       administration about this conversation prior to

5       giving your videotaped statement to Don Knapp and

6       Shane McCreery?

7           A.  Not a faculty member, no.  Not someone like

8       that.

9            It would have been a friend within the music

10      department, if anyone.

11          Q.  Okay.  After you returned to

12      Bloomington/Normal following break, winter break,

13      and directing you to that time period forward.  Are

14      you with me time period wise?

15          A.  Yes.

16          Q.  Okay.  That being 2006, if I didn't say

17      that.

18           What is the next alleged incident of sexually

19      harassing behavior?

20          A.  I would say about the time I joined the

21      brass band that he conducted was the time that the

22      comments and the incidents really picked up.

23          Q.  When did you join brass band?

122

1        A.   Either January or February.

2        Q.   Would it have been before school started?

3        A.   No, I don't think so.

4        Q.   So at the beginning of the spring 2006

5  semester?

6        A.   Probably.

7        Q.   Okay.  So prior to joining the brass band,

8  how often, say, in an average month would Dr. Forbes

9  make a comment to you that you looked nice or he

10  liked what you were wearing or --

11       A.   I guess it would depend on the situation.

12  If it was a situation in which he was alone with me

13  or there weren't a lot of people around he was more

14  inclined to make those comments.

15     So I can't really give an average per month.

16       Q.   How often per month would you -- on an

17  average month do you think you would find yourself

18  alone with Dr. Forbes prior to the start of the

19  spring 2006 semester?

20       A.   Sorry, can you give me one second?

21       Q.   Sure.

22       A.   In the fall of 2005, fairly often.  I had a

23  class that was on the third floor and it intersected

123

1    the changing time between his class.  This was the

2    incidents that I referred to earlier about the

3    hallway, the stairwell.

4        So I would say if I wasn't careful and made

5    sure that he wasn't in the stairwell or had already

6    left for class -- it took a great deal of

7    planning -- that I could potentially meet him on the

8    stairwell every day that I had the class, every day

9    of the week.

10       Q.  When did you have that class?

11       A.  It was a Monday, Wednesday -- it would be --

12       Q.  For the record, the witness is utilizing

13   Exhibit 1 as a reference.

14       A.  Fall of 2005, basic conducting with Dr.

15   Belongia, two hour credit course, so twice a week.

16       Q.  Okay.  What efforts did you make to avoid

17   Dr. Forbes?

18       A.  There are two stairwells in Cook.  The

19   parking lot is in the back.  The back stairwell is

20   much more -- what's the word I am looking for --

21   isolated.

22       Q.  Okay.

23       A.  Just a back stairwell that spirals up.  So I

124

1      tried to get there in time to go around and up the

2      front stairs.  Sometimes I would be late to class

3      because I would try to wait until he had already

4      left his other class.  Or sometimes I wouldn't go to

5      that class at all.

6           Q.  Did you end up having an attendance problem

7      in that class?

8           A.  I did.  It was discussed with this teacher

9      at midterm.

10          Q.  Your attendance?

11          A.  Yes.

12          Q.  Did you indicate to Dr. Belongia why you had

13     an attendance problem?

14          A.  Not at that time, no.

15          Q.  What did you do to rectify your attendance

16     problem?

17          A.  That was when I mostly started trying to get

18     there earlier and going up the front stairs or

19     trying to go up the stairs when a group of people

20     were going up the stairs.

21          Q.  That would allow you to avoid Forbes all

22     together?

23          A.  Yes.

125

1      Q.  Okay.  So you indicated that two times a

2    week you had to make efforts, or you have indicated

3    that you made efforts to avoid Forbes in the hallway

4    stairway, correct?

5      A.  Yes.

6      Q.  When else would you have seen him during the

7    fall of 2005?

8      A.  Any time I was in the music building.  Any

9    time I was on campus going to a recital.  Any time I

10   had to go to a concert.

11       Any time I was on campus it was possible to see

12   him.

13     Q.  What I am asking is in an average month,

14   say, in the second half of the semester when you are

15   now making, you know, even greater efforts to go

16   with the group or go up the front steps, in an

17   average week towards the end of the semester how

18   often would you interact with Forbes, see him and

19   speak with him.

20     A.  An estimate would maybe be still from a

21   distance in a group two or three times a week I

22   would still see him.

23     Q.  Okay.  How often would you speak to him?

126

1        A.  It would just depend on if there was a

2   conversation.

3        Q.  So something less than on average two to

4   three times a week, because at least some of that

5   two to three times a week would be from a distance,

6   correct?

7        A.  Correct.

8        Q.  And the opportunity for comments that you --

9   about you looking nice or that he liked what you

10   were wearing, also less than two to three times a

11   week because either you are in a group or you were

12   far away, correct?

13        A.  Correct.

14        Q.  Okay.  I should ask you this as well before

15   I get any farther.  During your lunch break did you

16   think of anything, any information that is

17   responsive to the questions that we have already

18   covered, conversations that we have already covered

19   that you need to have an opportunity to provide?

20        A.  Well, just more specifically the start of

21   the semester in the stairwell he sometimes would

22   brush up against me or like grab my hips from the

23   front just while he was making the comments.

127

1   Q. The start of fall 2005?

2   A. Right.  This is in the stairwell.

3   Q. Okay.  Where were you both located in that

4 he was able to grab your hips from the front?

5   A. In the stairwell.  It's a very narrow

6 hallway.

7   Q. Was he steps above you or steps below you?

8   A. Steps above, because he would be coming down

9 from his class when I would be going up.

10   Q. How many times do you think that he made

11 physical contact with you in the stairwell?

12   A. Probably three.  An estimate would be three.

13   Q. Did you tell anyone about the -- about

14 Forbes brushing up against you or touching your hips

15 in the stairwell?

16   A. I don't remember.

17   Q. Do you have a specific recollection of

18 telling any member of ISU music department faculty

19 or administration or anyone in Forbes' chain of

20 command?

21   A. I don't think so.  I don't remember.

22   Q. I am going to -- with respect to telling

23 faculty, anyone in the chain of command or

1    administration, directing your attention to from the

2    beginning of fall 2005 semester through April 21st,

3    2006, which you understand that would be excluding

4    Don Knapp or Shane McCreery or Dr. Majors, after

5    that point, in that time period do you specifically

6    recall whether or not you told any member of the

7    faculty, administration or anyone in Forbes' chain

8    of command?

9        A.  I don't think so.  I don't really remember.

10       Q.  Well, going to a faculty member and telling

11   them that Forbes is brushing up against you and

12   grabbing your hips is something you would probably

13   remember?

14       A.  If it was anything it would be me saying in

15   passing to either one of my ensemble directors or

16   Dr. Parsons.  Those were the three people I was

17   closest to.  Just saying in passing that sometimes

18   he made me uncomfortable.

19       Q.  You don't have any specific recollection of

20   doing so?

21       A.  I don't think so.

22       Q.  Who were your ensemble directors?

23       A.  Dr. Steve Steel and Dr. Daniel Belongia.

129

1      Q.   Okay.  Anything else that you thought of

2   over lunch that is responsive to questions already

3   asked?

4      A.   I don't think so.

5      Q.   Okay.  We were starting to -- or you

6   indicated that when you joined brass band January or

7   February of 2006, at the start of spring 2006

8   semester, that comments and instances increased,

9   correct?

10     A.   Yes.

11     Q.   Okay.  How so?

12     A.   I saw him a lot more out of school within

13  the ensemble setting before and after the

14  rehearsals, before and after and during concerts.  I

15  started babysitting for him.  I wouldn't say

16  frequently but more frequently.

17     Q.   Spring '06, how often would you babysit for

18  the Forbes' in, say, a month?

19     A.   Maybe two or three times.

20     Q.   Okay.

21     A.   Not total.  Each month, two or three times

22  each month.

23     Q.   Okay.  How often did the brass band

130

1      practice?

2          A.   Every week.

3          Q.   Did you have any other friends in the brass

4      band?

5          A.   Define friends.

6          Q.   People that you socialized with.

7          A.   There were other music students in the brass

8      band that I knew.

9          Q.   Where did the brass band practice?

10         A.   A school.  A high school.

11         Q.   What high school?

12         A.   I don't remember.

13         Q.   Is it a high school in Bloomington/Normal?

14         A.   Yes.

15         Q.   Okay.  Not on ISU campus?

16         A.   Correct.

17         Q.   And it's not University High School?

18         A.   It's possible.

19         Q.   Which I am pretty sure U-High is on campus.

20         A.   U-High is down the road from campus.

21         Q.   Okay.  Is that where you met or did you meet

22     at another school?

23         A.   I am not sure.  I don't remember.

131

1     Q.  Okay.  Did you ever -- was it somewhere far

2     enough you had to drive?

3     A.  Yes.

4     Q.  Okay.  Did you ever travel to and from

5     practice with other music students?

6     A.  Yes.

7     Q.  Who did you travel with?

8     A.  Sometimes Dakota, sometimes alone.

9     Q.  Were you and Dakota friends?

10    A.  I thought we were, yeah.

11    Q.  Has something led you to change your opinion

12    of your friendship?

13    A.  Yes.

14    Q.  What's that?

15    A.  After everything happened with Dr. Forbes,

16    he was kind of the spearhead of the rumor mill at

17    ISU.

18    Q.  What did the rumor mill say?

19    A.  Consisted basically that Dr. Forbes and I

20    had had an affair and that I had gotten him fired.

21    Which was what Dr. Forbes contends, his story, I

22    guess.

23    Q.  What do you -- what is your understanding --

1    what forms your understanding of what Dr. Forbes

2    contends?

3         A.  He thinks -- or rather I should say he has

4    said that it was a consensual affair, and -- I don't

5    really understand -- that I got mad or something and

6    had him fired.

7         Q.  Where did you get that understanding?

8         A.  My friends told me that's what they heard.

9         Q.  Who told you that?

10        A.  Kelly, Tiffany, Allison.  I mean, my close

11   friends in music school.

12        Q.  What's Kelly's last name?

13        A.  She just got married.  It used to be

14   Richter.  Now it's Racougas (ph).

15        Q.  Did Kelly and Tiffany say that they had

16   heard that from Forbes or that they heard it through

17   the rumor mill?

18        A.  The rumor mill.  Forbes wasn't on campus at

19   the time.

20        Q.  Okay.  Meaning it was sometime after spring

21   of '06, the end of the spring of '06 semester?

22        A.  Correct.

23        Q.  Okay.

133

1       A.  I should say sometime after the police

2    investigation started.  That's when the rumors

3    started.

4       Q.  Okay.  So during --

5       A.  The last, tail end of spring of '06.

6       Q.  Okay.  And you contend that Forbes was not

7    on campus?

8       A.  No, he was during that point, at that point.

9       Q.  Okay.  Do you have any information that

10   Forbes had started those rumors or that he told

11   someone that?

12      A.  Well, the only information I have is that

13   there were two people involved, and I didn't say

14   anything.

15      Q.  Okay.  You did -- you didn't tell Dakota

16   about --

17      A.  I didn't tell anyone about what happened

18   April 22nd, and the rumors that got out were very

19   specific in the nature of the sexual acts that

20   happened.

21      Q.  Okay.  We will get to that.

22       So other than seeing him at brass band practice

23   weekly and before and after performances and

134

1    babysitting for him, was there any other

2    interactions that you had with Forbes spring of

3    2006?

4        A.   Still on campus.  I still saw him around

5    campus.

6        Q.   You didn't have any classes with him?

7        A.   I'm not sure if I was in a brass quintet

8    with him at that time.

9        Q.   Okay.

10       A.   I don't think so.

11       Q.   Okay.  Because he would have then -- you

12   would have then had class with him after April 22nd.

13   You surely don't remember that, correct?

14       A.   Correct.

15       Q.   You didn't have any stairwell incidents or

16   issues for spring of 2006?

17       A.   Not in particular like they were in the

18   spring of 2005.

19       Q.   Not scheduling issues, if you will,

20   scheduling stairwell issues, right?

21       A.   Not that I remember.

22       Q.   Okay.  If you had been uncomfortable with

23   Forbes for almost a year, why did you join the brass

1    band where you knew you would see him so often?

2        A.  It was a good performance opportunity.  I

3    mean, as a music student you are always encouraged

4    to perform as much as possible and to make as many

5    connections as you can.  Especially with -- like a

6    lot of area band directors were in it and a lot of

7    people that I would be colleagues with or trying to

8    get a job from in the future, so it's good to show

9    as many people as you can that, first of all, you

10   are a good musician, that you come to rehearsal

11   prepared and that you are dependable, reliable and

12   responsible.

13       Q.  Was there any specific reason why you

14   continued to babysit and babysit more frequently for

15   his family if he was a person who had been making

16   you feel uncomfortable for over a year?

17       A.  Well, I guess I never thought of it that way

18   before April 22nd.  Usually it was Siiri that I

19   dealt with.  Sometimes they would both be there,

20   sometimes it would just be Siiri.  It was never just

21   Dr. Forbes and I before April 22nd.

22        And it goes back to the whole dependability

23   thing, that feel of the musical community.

1    Especially as a member of that service sorority, we

2    were very -- we were the responsible ones.  We were

3    the ones that band directors called to take care of

4    things.  We took care of everything.  So anything

5    people needed on campus, professors, we took care

6    of.

7        So I guess I mean, for a professor to say, you

8    know, I am in this bind, I need you to do this for

9    me, you know, you want to make a good impression on

10   them.  You want to do a good job and be responsible

11   and show that you are dependable.

12       Q.  You think that being a dependable babysitter

13   would have an impact on your music career?

14       A.  I definitely think that showing that I am

15   responsible could, absolutely, with a musical

16   professor that had good contacts, yeah.

17       Q.  Okay.  Who -- you said you dealt with Siiri.

18   Would Siiri be the one who would call you up and ask

19   you to babysit or would Dr. Forbes set it up and

20   Siiri was at the house?

21       A.  That's usually how it happened.

22       Q.  When you had a contact with Forbes -- Dr.

23   Forbes would contact you, schedule your babysitting

137

1          services, and then when you arrived at the house it

2          was either his wife or he and his wife both there?

3          A.   Correct.

4          Q.   Okay.   Did you work during the spring of

5          2006 other than babysitting?

6          A.   I was still teaching at Pioneer.

7          Q.   That was weekends and summer?

8          A.   Correct.   I guess I shouldn't say I was

9          still teaching.   That's when I began teaching at

10         Pioneer.

11         Q.   Was spring of '06?

12         A.   January of '06.

13         Q.   January of '06, okay.

14         What specific comments do you -- so you

15         indicated that you saw Forbes more because of your

16         involvement in the brass band.

17         What specific comments or incidents or other

18         conduct of sexually harassing nature do you contend

19         following your joining the brass band January or

20         February of 2006?

21         A.   Could you ask a less broad question maybe?

22         I am not sure I understand how to answer that.

23         Q.   I am going to ask you -- I am carrying on

138

1      from before break where I am giving you an

2      opportunity to tell me every single time that you

3      believe that Michael Forbes subjected you to

4      sexually harassing conduct.

5           A.   Okay.

6           Q.   And I believe that I have given you an

7      opportunity to describe every instance of alleged

8      sexually harassing conduct from the first in

9      February 2005 through Christmas 2005, correct?

10          A.   Right.

11          Q.   Now I am directing your attention to

12     January, February '06 forward.

13           You had indicated that you saw him more often

14     because of the brass band.

15          A.   Correct.

16          Q.   So I am asking you what specific --

17     obviously seeing a person is not, does not fit

18     within your personal definition of sexual

19     harassment, so I am now asking you -- you have

20     identified -- I am pointing out you identified

21     increased contact starting January, February.  And

22     now from January -- the beginning of the spring

23     semester forward I am giving you an opportunity to

139

1    tell me each and every time Dr. Forbes made a

2    comment that you think is inappropriate, had an

3    interaction that you believe was inappropriate, or

4    otherwise subjected you to sexually harassing

5    contact.

6        A.  Okay.

7        Q.  Do you understand the question?

8        A.  Yes.

9        Q.  Okay.

10       A.  So there is a car incident that happened one

11   night after brass band rehearsal in February, I

12   think it was.  I car pooled with Dakota that night

13   so I had to drive to drop him off in the parking lot

14   at Cook.  It's behind the building.  And when I

15   dropped him off Forbes was also -- sorry, Dr. Forbes

16   was also in the parking lot.  I don't know, maybe

17   going to his office or something.

18          And he came up to the passenger window and

19   wanted to talk about how brass band rehearsals were

20   going, something about the trip.  Something -- we

21   were talking about brass band.  And it was raining,

22   and he asked if he could get in my car to talk.  And

23   eventually I did let him get in the car.  It was

140

1      raining.

2          So that was the first -- from the time of the

3      party or stairwell instance that he touched me

4      inappropriately.

5          Q.  How did he touch you inappropriately?

6          A.  He told me he was attracted to me.  I

7      remember him specifically saying that -- you know,

8      sexual activities he wanted to do with me.

9          Q.  What did he say as close to his words as you

10     recall?

11         A.  He said that he wanted to perform oral sex

12     on me.

13          Those were his specific words.

14         Q.  What was your response?

15         A.  What my response had always been with him,

16     kind of the joke and laugh it off.

17          What I told him was that that act made me

18     uncomfortable.  I said I did not like it.

19         Q.  So he says that he wants to perform oral sex

20     on you and you say I don't like oral sex?

21         A.  I said that makes me uncomfortable, I don't

22     like that.

23          That's exactly what I said.

141

1      Q.  Okay.  Were you referring to oral sex that
2  makes you uncomfortable and you don't like in the
3  course of the conversation?
4      A.  Both.  Both him asking it and oral sex.
5      Q.  Tell me again how best you recall his
6  statement.
7      A.  His statement was I would like to perform --
8  or I want to perform oral sex on you.  My response
9  was that makes me uncomfortable, I don't like that.
10      Q.  Okay.  What did he say next?
11      A.  This was the start of the conversation of
12  how I couldn't tell anyone about what was happening
13  between us.
14      Q.  What did you understand was happening
15  between the two of us -- the two of you, sorry?
16      A.  What did I understand was happening?
17      Q.  Yes.
18      A.  That he didn't want me to tell anyone about
19  the things he was saying or doing to me.
20      Q.  What was he doing to you?
21      A.  The comments, the brushing up, the grabbing.
22  The things he was saying.  I mean in the car he also
23  touched me on my chest and put my hand on his thigh.

142

1      So after that happened and I told him that I was

2      uncomfortable, that I needed to go, I had to take a

3      test, that's when he started telling me that I

4      couldn't tell anyone.

5          Q.   How long was he in your car?

6          A.   Probably, I don't know, an estimate from the

7      time I dropped Dakota off after brass band

8      rehearsal -- I don't remember what time that ended.

9      I left the parking lot about 11:00.  Right after he

10     got out of my car.

11         Q.   Okay.

12         A.   So he got out of my car around 11:00.

13         Q.   So was it five minutes?

14         A.   No.

15         Q.   15 minutes?  45 minutes?

16         A.   Probably closer to 45.

17         Q.   An hour?  Two hours?

18         A.   Probably 45 is an estimate.

19         Q.   Okay.  One of the first things that he said

20     to you was that he was attracted to you and that he

21     wanted to perform oral sex on you?

22         A.   Yes.

23         Q.   So how long after him making that comment

1        did he stay in your car?

2            A.   Probably 25 minutes.

3            Q.   What were you talking about for the first

4        20, 25 minutes?

5            A.   Brass band.

6            Q.   Okay.  So the first 20 to 25 is brass band

7        talk, correct?

8            A.   Right.

9            Q.   Nothing inappropriate about the first 20 to

10       25 minutes?

11           A.   No.  I think that that was the night that he

12       had said about the comment to the brass band about

13       rooming together.  If you remember that I said that?

14           Q.   Yes.

15           A.   So I think that he said something about, you

16       know, how he was sorry if he embarrassed me or

17       something.

18           Q.   Did you tell him that it embarrassed you?

19           A.   I don't remember.

20           Q.   Did you tell him that you thought it was

21       inappropriate?

22           A.   I don't remember.

23           Q.   Did you tell him that you thought that made

1    you uncomfortable?

2        A.  I don't remember.

3        Q.  Did you laugh at the time he made the

4    comment?

5        A.  In the rehearsal?

6        Q.  Yes.

7        A.  No.

8        Q.  Did anyone else laugh?

9        A.  Yes.

10        Q.  Did everyone else laugh?

11        A.  Yes.

12        Q.  Did he laugh?

13        A.  Yes.

14        Q.  What was your response?

15        A.  Embarrassing.

16        Q.  Did you say anything?

17        A.  No.

18        Q.  Did you say anything to any of your

19    colleagues?

20        A.  I don't remember.

21        Q.  Okay.  But when you were talking about it

22    later you didn't tell him that he had embarrassed

23    you or he had hurt your feelings or he had made you

145

1      uncomfortable?

2           A.  I don't remember.

3           Q.  You run the show on time, so if you need a

4      break, let me know.  Okay?

5           A.  (Indicating.)

6           Q.  So then the next 20 to 25 minutes in that

7      next block, one of the first things he says is the

8      comment about oral sex?

9           A.  He said he was attracted to me and that he

10     wanted to perform oral sex is how that comment went.

11          Q.  Okay.  And you said that that makes you

12     uncomfortable and you don't like it?

13          A.  Yes.

14          Q.  But you didn't -- you didn't say anything

15     that would let him know that you were talking

16     about -- talking about this topic makes me

17     uncomfortable or talking about a personal

18     relationship with you at all makes me uncomfortable,

19     rather than oral sex makes me uncomfortable, is that

20     accurate?

21          A.  Well, I don't remember.

22          Q.  Okay.  And then how long was your hand on

23     his thigh?

146

1        A.  Well, when he first put his hand -- my hand

2    on his thigh he put it down by his knee, and then he

3    said that, you know, something about how he was

4    always coming onto me and I never was coming onto

5    him.  And I said, yeah, that's right, that is

6    correct, you know.  And he said, well, maybe you

7    should move your hand a little higher.  And I --

8    that's when I started to say that I had to go, that

9    I had to leave.

10        Q.  Did he place your hand on his thigh before

11    or after he touched your chest?

12        A.  Before.

13        Q.  When did he touch your chest?

14        A.  Right after that.

15        Q.  What was your response to him touching your

16    chest?

17        A.  The same thing I had been saying for however

18    long those comments -- since he started with the

19    comments in the car, was that I had to go, that I

20    had to go take a test.  You know, I had to go home.

21    He needed to leave.  And I was pushing on his

22    shoulder, you know, to kind of -- not hard, but that

23    he needed to leave.

147

1        Q.  Did he ever make any comment to you

2   indicating that he thought you were playing coy?

3        A.  No.

4        Q.  Anything else that happened in the car that

5   you haven't already discussed?

6        A.  I think that that was the night that he told

7   me about the two other girls that had made

8   allegations against him.  When he was saying that I

9   couldn't tell anyone, he gave me several reasons

10  why, and that was one of them.

11       Q.  What did he tell you?

12       A.  He told me that there was a girl in his

13  studio a while back who was mad about a grade or

14  something and had made an allegation to get him in

15  trouble.  That nothing had come of it.

16        And then he told me the very long story about a

17  girl in Minnesota who had made a police report

18  against him.

19       Q.  What did he tell you about the girl in

20  Minnesota?

21       A.  He said that he was on a campus I guess as a

22  visiting artist and she invited him to dinner, I

23  guess.  He didn't have anywhere to eat.  So like the

148

1  school cafeteria, I guess.  And she was moving

2  something up to her room, or her mom was, or

3  something up to her dorm, and he offered to help her

4  do that.  And by do that, I mean move the thing up

5  to her room.

6   And he said that she alleged that once he got

7  in the room he asked her to give him a blow job, and

8  when she said no he masturbated and made her clean

9  it up.

10   Q.  Did he tell you what happened?

11   A.  Yeah.  He said that he had called her after

12  she made the police report and asked her what was

13  going on and she then dropped the police report.

14   Q.  Did he tell you what really happened in the

15  dorm room?

16   A.  He said that none of that happened.  That he

17  helped her move it up but nothing else happened.

18   Q.  What other things did he tell you about why

19  you couldn't tell anyone what was happening?

20   A.  At that time?

21   Q.  Yes.

22   A.  In the car?

23   Q.  Yes.

1      A.  He said that Siiri would divorce him if she

2    knew.

3         I grew up without a dad, and he knew that, and

4    he told me that he knew that -- he said -- his exact

5    words were that I know you don't want Sasha to grow

6    up the way you did.

7      Q.  How did he know you grew up without a dad?

8      A.  I don't know.

9      Q.  Had you ever told him?

10     A.  I don't think so.  I think that's kind of

11   one of the common knowledge things in professors.  I

12   mean, I was getting a lot of financial aid.  Maybe

13   someone had said that I came from a single parent

14   family at some point.  But he knew.  He said he

15   knew.

16     Q.  How do you believe that you living with your

17   mom only was common knowledge in the music

18   department?

19     A.  I didn't say in the music department, just

20   the faculty.  I don't know.

21     Q.  Had you told any faculty members that you

22   didn't have a dad?  That your dad wasn't around?

23     A.  I don't recall doing that, no.

150

1          Q.  Okay.  How did you believe it was common

2      knowledge?

3          A.  Because I never told him and he knew.

4          Q.  So you don't know if he was guessing, making

5      it up, anything?

6           You never talked --

7          A.  I guess I don't know.  I mean, if he said

8      that and it's true, my first instinct wouldn't be

9      that he guessed it correct.

10         Q.  Had you ever talked to him about your

11     family?

12         A.  No.

13         Q.  What else?  Any other reason why he told you

14     that you shouldn't tell people?

15         A.  He just said that it would cost him his job

16     if I told anyone since he had already gotten

17     disciplinary warnings about the other girls.

18          That's just what he said.

19         Q.  Okay.  Is there anything else that happened

20     in the car that you haven't had an opportunity to

21     tell me?

22         A.  No.

23         Q.  What is the next sexually harassing conduct

1    that you allege?

2         A.  Probably April 22nd is the next major one.

3         Q.  Okay.  I am going to ask you before we go to

4    April 22nd -- well, am I correct that after April

5    22nd -- from April 23rd through the present day you

6    have only spoken to Forbes once?

7         A.  No, that's not correct.

8         Q.  Okay.

9         A.  Wait.

10        Q.  From April 23rd?

11        A.  No, that's not right.

12        Q.  Okay.  I understand from documents that have

13   been turned over that you spoke to him the day of

14   your recital?

15        A.  Correct.

16        Q.  Between -- which was April 24 of 2006,

17   correct?

18        A.  Yes, correct.

19        Q.  From your recital to the present day when

20   have you spoken to him?

21        A.   I think maybe later that week of my recital,

22   everybody -- there was a bunch of people for another

23   recital.  I was there.  He was telling someone that

1    he was moving.  And I overheard him say that.  And

2    he turned around, and like -- I mean it's -- I think

3    he was sitting here and I was sitting in the next

4    row up, or I am not sure how it worked out, but he

5    just turned around and said, "that's the real reason

6    we were selling our house" to me.

7        Q.  Other than that one comment after your

8    recital, have you spoken to him since?

9

10        MR. DAVIS:  Clarify this question.  Is this

11   independent of any cooperation she might have had

12   with the police?

13

14   BY MS. KERLEY:

15       Q.  Yes.  I mean actually speaking to Forbes.

16       A.  Everything else was with the police officers

17   involved.

18       Q.  Not talking about -- yes, the recorded

19   conversations.

20       A.  That's correct, yes.

21       Q.  You testified there were two to three

22   recorded conversations, one in person and one or two

23   on the phone?

153

1        A.   Yeah.   I am not sure how many on the phone.

2        Q.   Okay.

3        A.   More than one, I think.

4        Q.   Okay.  After the recorded conversations you

5   haven't spoken to him since?

6        A.   Correct.

7        Q.   Okay.

8        So now we are going to try and fill in this gap

9   before we get to April 22nd.

10        A.   Right.

11        Q.   From January 2006 to April 22nd, 2006, have

12   you gotten an opportunity to tell me each and every

13   incident, each and every time that you believe

14   Forbes made an inappropriate comment, touched you

15   inappropriately or otherwise engaged in what you

16   contend to be sexually harassing behavior?

17        A.   There was a phone call.  It was St.

18   Patrick's Day weekend.  I was driving home with the

19   two other members of brass staff, the brass staff

20   from Pioneer camp, and he called while I was in the

21   car with them and asked me -- I forget, I don't even

22   remember what the conversation was about, either

23   babysitting or brass band, something about school,

154

1    something, and then at the end of the call he said,

2    and everything is still our little secret, right?

3        I remember that phone call.

4        Q.  Who else were you with?  Sorry.

5        A.  That Dan Hiles guy and also Brian Flick was

6    in the car.

7        Q.  At this point were you dating Brian Flick?

8        A.  I am not sure.

9        Q.  Everything still our little secret you took

10   to refer back to the conversation in the car?

11       A.  Correct.

12       Q.  Okay.  Anything else?

13       A.  The Easter gig.

14       Q.  Okay.  And what happened?

15       A.  Well, that -- on that gig he is the one that

16   offered me the trombone position.  I know that for

17   sure.

18       Like I said before, either it was him or Dr.

19   Parsons that offered it at times.  On this gig it

20   was him.

21       And I mean, as soon as I got the music for it

22   he started to tell me how much I owed him for the

23   gig.

155

1        That was -- those were his exact words, that I

2    owed him for getting me the gig.

3        Q.   Did he ever tell you what you owed him?

4        A.   Not really in words, no.

5        Q.   Okay.  Is there anything other than saying

6    that you owed him, anything else about the Easter

7    gig that you contend is sexually harassing?

8        A.   The night that I got the music from him for

9    the Easter gig I was on campus for a recital again,

10   and I went over to Cook and got the music from him

11   and went down in the basement to go practice right

12   away.  And he followed me down to the basement and

13   came in the practice room with me.

14       He again told me that I owed him for the gig.

15       He asked me if I wanted to go up to his office

16   at that time.  I told him that I was more

17   comfortable in the practice room and that he should

18   go so that I could practice.  And he stayed for

19   about -- an estimate would be three to five more

20   minutes, you know, trying to get me to go up, and I

21   wouldn't go.

22       Q.   Why was he asking you to his office?

23       A.   I don't have the answer to that.

156

1      Q.  He didn't say come up to my office and visit

2  or have a cup of coffee?

3      A.  No.  But I think that -- pretty sure that he

4  meant something physical.

5      Q.  Was that your impression?

6      A.  Yes, very much so.

7      Q.  Okay.  What was your impression based on?

8      A.  The way he was talking to me, the things

9  that he said, the way he was touching me when I was

10  in the practice room.  I mean like on the elbow, on

11  the hip.  Just the things that he would do

12  sometimes.

13      Q.  Okay.  What did he do that -- now you are

14  identifying -- I want to understand your testimony.

15      Are you identifying that the night you picked

16  up the Easter gig music in the practice room he

17  touched your elbow, touched your hip, and that led

18  to your impression that he was asking you to go to

19  his office to do something physical?

20      A.  Well, he -- while he was doing that he said

21  let's go up to my office, you know, you owe me for

22  this gig, at the same time that he was touching me,

23  yes.

157

1      Q.  Okay.  Where were you and where was he?

2          Describe this practice room for me.  How big of

3      a room is it?

4      A.  Not much bigger than an arm span width.  So

5      like this.  (Indicating.)

6      Q.  Okay.

7      A.  And not much more double than that length.

8      It's very small.

9      Q.  So 6 by 10 or 6 by 12?  Something like that?

10     A.  Probably not 6 and probably not 10.  Maybe 5

11     and 8.

12     Q.  Okay.

13     A.  That's an estimate.

14     Q.  What's in the room?

15     A.  A stand and a mirror.

16     Q.  A chair?

17     A.  Not all of them, no.  You can take them out

18     so there is more room.  Trombonists don't usually

19     sit when they practice.

20     Q.  Okay.  So do you recall if there was a chair

21     in your room?

22     A.  There was not one.

23     Q.  Okay.  Where was the music stand compared to

1        you and Forbes?

2            A.   Well, I play trombone, so I need a lot of

3        slide room, so I was in the back corner with the

4        stand in front of me so I could play diagonally.

5        And when he came in, he opened the door and came

6        into that other corner.  So -- sorry.  So if the

7        room is diagonal, I was in --  (Indicating.)

8            Q.   If it's a rectangle and if you are --

9            A.   I am diagonal with the stand immediately in

10       front of me, playing a little to the side, the

11       corner.  He's right here and here's the door.

12       (Indicating.)

13           Q.   Okay.  So if you are in the back, with the

14       door being closest to your body of this room as you

15       are sitting at the chair, as you are sitting in this

16       chair --

17           A.   No chair.

18           Q.   As you are sitting in this chair today.

19           A.   Okay.

20           Q.   And there is a rectangle and the door is

21       closest to you, if you are in the back left corner,

22       the stand is kind of toward the middle of the room?

23           A.   Correct.

1          Q.  And Forbes was between kind of where the

2     stand is and where the door is on the same side of

3     the room as you, is that correct?

4          A.  Straight in a line from me to the door is

5     Forbes.  That's the only space for him to be in that

6     room.

7          Q.  Okay.  Your instrument is in front of you?

8          A.  It's a diagonal, yes.

9          Q.  The stand is in front of you?

10         A.  In the middle of the room.  Not really in

11    front of me.

12         Q.  Okay.  How did he come to touch you?

13         A.  I don't understand the question.

14         Q.  How did he touch you when -- how did that

15    come to be?

16         A.  Well, when he asked me if I was -- I mean,

17    he was talking about the music that I was

18    practicing.  Kind of common for him to put his arm,

19    his hand on my upper arm when he was speaking to me

20    when we weren't around people.  I think that when he

21    said, let's go up to my office, you know, you owe

22    me, he tugged on it a little bit.

23         Q.  Was he looking at the music with you?

160

1      A.  No.  You can't do that unless you turn the

2    stand.

3      Q.  Okay.  The stand was facing you, so the

4    music was facing you?

5      A.  Correct.

6      Q.  Okay.  Which of your arms did he touch?

7      A.  It would be this one.  (Indicating.)

8      Q.  Which is your --

9      A.  Sorry, my right arm.

10     Q.  Thank you.  You said he kind of tugged on

11   it.  He wasn't exerting any actual force, right?

12      I mean, he wasn't yanking you out of the room?

13   That's your contention?

14     A.  No, that's not correct.

15     Q.  Your contention is that he was yanking you

16   out of the room?

17     A.  No.  Sorry.  My contention wasn't that he

18   was yanking me.  I wasn't being dragged out of the

19   room.  It was more like a tug.

20     Q.  Playful in nature?

21     A.  Define playful?

22      I didn't think it was very playful.

23     Q.  Did you get the impression that he thought

161

1       it was playful?

2            A.  I don't know.

3            Q.  Did his tug cause you to lose your balance

4       or move your feet?

5            A.  No.

6            Q.  Okay.  Anything else about the Easter gig

7       that you found to be inappropriate or contend was

8       sexually harassing?

9            A.  I don't think so at this time.

10           Q.  All right.  Again, if you think of anything,

11      just let me know.

12           A.  Okay.

13           Q.  Okay.  Anything between -- so that was -- my

14      question to you was January 2003 through April 22nd,

15      2006.  You identified a phone call over St.

16      Patrick's Day weekend.  You described things

17      surrounding the Easter gig.  Anything else?

18           A.  The car incident and --

19           Q.  Right.

20           A.  -- the comment in the brass band.

21           Q.  Yes.  Okay.  Anything else?

22           A.  After the Easter gig the comments about you

23      owe me, I probably heard that at least once a day

162

1        from him, if not more.

2            Q.  When you say once a day, meaning on a day

3        that you saw him he would say that at least once?

4            A.  No.  I mean I probably saw him every day and

5        he said that to me every day.

6             I was in Cook all of the time preparing for my

7        recital.  I mean like six hours a day in a practice

8        room.

9            Q.  Would he stop by your practice room?

10           A.  Sometimes.  Sometimes he would see me like

11       in a lobby if I was taking a small break.  Just

12       depended on the situation.

13           Q.  Okay.  So did he -- when you saw him every

14       day, did he make any other inappropriate comments or

15       any comments you contend were inappropriate other

16       than the you owe me comments?

17           A.  I am sure -- I mean, it would be a pretty

18       fair assumption to say that at least once or twice

19       he told me that I was attractive, that I looked

20       good.

21           Q.  As you sit here you don't have any specific

22       recollection of him doing so?

23           A.  Not until after April 22nd, no.

163

1      Q.   Okay.  April 22nd, when did you first see

2  Forbes?

3

4           MR. DAVIS:  Can we take a break?

5           MS. KERLEY:  Yes.

6

7           (Discussion held off the record.)

8

9  BY MS. KERLEY:

10     Q.   Miss Hunt, we are back from a little break,

11  but before we move to April 22nd, with respect to

12  the telephone call St. Patrick's Day weekend and the

13  incident surrounding the Easter gig that you

14  described, did you report those to anyone?

15     A.   Could you define report?

16     Q.   Tell.  Did you tell anyone?

17     A.   I never told anyone in specific terms.  I

18  never said -- I don't think I ever said this is what

19  he said and this is what I said.

20      I remember several times over the course of two

21  years talking to people about how he made me

22  uncomfortable.  To other students to be specific.

23  Students to be specific.  The general consensus was

1      that he was real flirty but harmless.  You know,

2      that he was like that with everyone and kind of

3      creepy but he wouldn't hurt anybody.

4          So, yes, I did talk to people about it but I

5      never -- until the April 22nd incident, afterwards I

6      never specifically told anyone what had happened.

7          Q.  So you didn't give anyone any details about,

8      you know, what happened in the car or comments that

9      he made or anything like that?  Just a general you

10     thought he was a little skeevy?

11         A.  Yeah.  I mean, it's possible that I could

12     have told one or two close friends, you know, how he

13     sometimes told me that I looked good.  That's

14     probably as specific as I got.

15         Q.  Okay.  You don't have any specific

16     recollection of telling a friend that he -- that

17     Forbes told you that you looked good?

18         A.  It's very, very possible, but I don't

19     remember specifically.

20         Q.  Okay.  April 22nd, 2006, I understand you

21     babysat for the Forbes that day?

22         A.  Correct.

23         Q.  Okay.  Tell me what happened.

1      A.  I was supposed to be there at noon.  I was

2   running late so I called Dr. Forbes to let him know

3   that I would be late.

4       I think I was maybe five minutes late is when I

5   got there, but it's a habit when I babysit to get

6   there early, 15 minutes early, so I can know what is

7   going on with the kids and everything.

8       So when I got there, the first thing I noticed

9   was Siiri wasn't there at all.  She had always been

10  there.  And Sasha wasn't even around because he had

11  already put her upstairs for her nap.

12     Q.  Do you recall what time Sasha napped?

13     A.  I don't know.

14     Q.  Okay.  What was the next thing you noticed,

15  or what happened next?

16     A.  When I got in the door I am sure that the

17  first words out of my mouth were that I was sorry

18  that I was late, you know.  I don't -- I don't know

19  exactly if he told me then Sasha was already

20  upstairs napping or Siiri was gone, but it was only

21  the two of us downstairs.

22      So when I walked -- the way their house is set

23  up, when you walk in the door, like many houses,

1    straight ahead is the stairs and to the right opens

2    up into the living room area.  So I walked into the

3    living room area.  And he came around me to my other

4    side so that -- it's really hard to explain without

5    making hand gestures.  But I walked to the right

6    into the living room a little ways, and he came I

7    guess up on my left side so that he was to the side

8    of me and a little behind me.  No big deal.  So I

9    turned around so I was facing him so I could talk to

10   him, and that's when he got down on his knees and

11   said that he wanted a closer look at my tattoo.

12   Something along those lines.  Something about my

13   tattoo, wanting to see it.

14        Q.  Where is your tattoo located?

15        A.  On my right hip.

16        Q.  And in the normal -- in your normal school

17   attire is your tattoo visible?

18        A.  The very top of it, yes.

19        Q.  What's it a tattoo of?

20        A.  Eight point star with a V in the middle.  A

21   red V.

22        Q.  Like V as in Victor?

23        A.  Yes, that's correct.

1      Q.   Okay.  So he was on his knees and he said

2      that he wanted a closer look at your tattoo or

3      something to that effect?

4      A.   Yes.

5      Q.   What was your response?

6      A.   I didn't have one at the time when he said

7      that.  He grabbed my hips and then he put his right

8      hand on the top of my jeans and pulled it down so he

9      could see the whole tattoo.

10      Q.   How big is your tattoo?

11      A.   A little bigger than a quarter.

12      So then he asked me if the V stood for virgin.

13      Which he knew what the tattoo was of because it's

14      the musical group I was a part of, and he knows the

15      symbol of that group.  He was also a part of not

16      that musical group but one that is like it.

17      Q.   What musical group?

18      A.   Drum and Bugle Corps.  I was in the Vanguard

19      Drum and Bugle Corps, and when he was younger he

20      marched Blue Coats Drum and Bugle Corps.  So he knew

21      what that V stood for.

22      And he leaned in and kissed it.  And right

23      after he said -- asked me if the V stood for virgin

168

1      and I push on his shoulders, pushed him away and

2      said, you know what that stands for, you know that

3      is a Vanguard star.

4          Q.  Did you push him -- when pushing his

5      shoulder did it cause him to lose his balance or

6      have to shift his weight?

7          A.  I don't know.

8          Q.  Did you push -- did it push yourself away

9      from him?

10         A.  Yes.

11         Q.  How far?

12         A.  Enough that I could take a step back and he

13     let go.

14         Q.  Did you take any further steps back?

15         A.  When he -- when I stepped back he stood up

16     and went and sat on the left end of their couch.  If

17     you are sitting, on the left end.  If you are

18     looking at it, the right end.  And told me that he

19     wanted to talk to me about what was going on with

20     Sasha and the house and so I should go and sit down

21     by him on the couch.  To make myself at home.

22     Something about sitting down on the couch.

23         Q.  Did you sit down?

1      A.   Yeah, I went and sat on the opposite end,

2    very opposite end of the couch.

3      Q.   Are there -- is there other furniture in the

4    house?  I mean in the room.

5      A.   I don't remember.

6      Q.   You don't remember if there was a chair or a

7    love seat or anything of that nature?

8      A.   I don't think so.

9      Sasha had one of those big crawling play things

10   sprawled all across the living room and they had a

11   dining room table in the next room over, the dining

12   room, but I don't think that there was any other --

13   I don't ever remember sitting on anything but the

14   couch when I was in their house ever babysitting.

15     Q.   Okay.  So you sit down on the couch.  Then

16   what happened?

17     A.   He talked to me a little bit about -- they

18   were trying to sell their house, they had people

19   coming in to look for a viewing -- how I should take

20   care of that.  That Sasha had gone down for her nap.

21     And then he -- you know, this whole time since

22   he had -- since I had walked in I had been

23   apologizing for being late, for making him late.

170

1       You know, telling him that he should go, that he was

2       going to be late because of me.

3           It really freaked me out that Siiri wasn't

4       there.  So when I sat down I told him that I --

5       after he told me that, I said, okay, I got it, no

6       problem.  Now you need to go.  You are already late.

7       You are 15 minutes late at this point.  It's my

8       fault.  I don't want to get you in trouble with

9       wherever you need to be.

10          He said if I kissed him he would go.

11          So we argued about it for a while, and I told

12      him that he should just go, you know.

13          Q.  So you argued about it.  What do you mean?

14          A.  Back and forth.  Me just telling him that he

15      just needed to go.  That he was already late.  That

16      I had made him late.  Him saying that he wasn't

17      going to go until I kissed him.

18          Q.  Did you ever tell him that you weren't going

19      to kiss him?

20          A.  What do you mean?

21          Q.  Did you ever say I am not going to kiss you

22      so you might as well just go?

23          A.  I'm sure that I said no, you should just go.

171

1        I don't -- I never used those words.

2            Never said I am not going to kiss you so you

3        should just go, but constantly I said no, you should

4        just go.

5            Q.  Okay.  At some point you did kiss him?

6            A.  Yes.

7            Q.  Where did you kiss him?

8            A.  On his mouth.

9            Q.  How long did the kiss last?

10           A.  A second.

11           Q.  Did you touch any part of him besides his

12       lips with your -- sorry, did you touch any other

13       part of his body other than your lips touching his

14       lips?

15           A.  At that time?

16           Q.  Yes.

17           A.  No.

18           Q.  Where were you sitting and where is he

19       sitting when you kissed him?

20           A.  I had to move closer to him on the sofa.  So

21       still on the sofa but I was more than a person's

22       length away.  I had just leaned in.

23           Q.  Had you kissed him prior to that?

172

1        A.   No.

2        Q.   Ever?

3        A.   No.

4        Q.   What happened after you kissed him?

5        A.   When I kissed him I said, okay, I did it,

6    now you need to go.  And he said that he didn't mean

7    for me to kiss him there, and at that point he

8    unzipped his pants.

9        Q.   Was he wearing boxers or briefs?

10       A.   I assume boxers.

11       Q.   Why would you assume boxers?

12       A.   Because he had his penis out through the

13   zipper of his pants.

14       Q.   So his button was still buttoned?

15       A.   Yes.  The button on his pants was still

16   buttoned, yes.

17       Q.   So he could have been wearing no underwear?

18       A.   It's possible.

19       Q.   Okay.  What kind of pants was he wearing?

20       A.   Khaki shorts.

21       Q.   Was it erect?

22       A.   Yes.

23       Q.   And what did you do in response to his penis

173

1      being in the room?

2          A.  I told him that he needed to go.  I pushed

3      on his shoulder in was like, you need to go now, you

4      need to leave, you are already late.

5           It's kind of what I kept saying, you need to

6      go, you are already late.

7           And he said he wasn't going to leave until I

8      kissed him and that I owed him for the Easter gig.

9          Q.  He said you owe me for the Easter gig?

10         A.  He said, remember, you owe me.

11         Q.  Okay.  After he said that, what did you do?

12         A.  I told him he needed to leave.  He put his

13     hand on the small of my back and pushed me down.

14     And I remember looking up at him -- sorry.  And I

15     said, if I do this do you promise that you will

16     leave?  And he said yes.  So I put his penis in my

17     mouth.

18         Q.  What happened next?

19         A.  I got up from the couch and told him that he

20     needed to leave.

21         Q.  Then what?

22         A.  He asked me if I was going to leave him like

23     that.  If I was going to leave him in that state

174

1      without finishing him off.  And I said, yes, either

2      you need to leave or I will.

3           So he stood up.  And I don't know where he

4      went.  He walked out of the room for a minute.

5      Maybe the kitchen.  I am not sure.  He might have

6      gone upstairs to check on Sasha.  I don't really

7      remember.  But he came back in the room and asked me

8      again if I was going to leave him like that, and I

9      said yes, and he left.

10          Q.  Where was he going?

11          A.  I don't remember.  Or I was never told.  I

12     am not sure.

13          Q.  So you don't remember as you sit here and

14     you don't know if you ever knew?

15          A.  Right.

16          Q.  Where was he sitting on the couch whenever

17     he took his penis out?

18          A.  The left side if you are looking --

19          Q.  The same spot he was?

20          A.  Yes.

21          Q.  Okay.  How big of a couch are we talking?

22          Would you say it's a standard size couch or

23     oversized?

175

1      A.  Overstuffed.  There are three really large

2  cushions on it.

3      Q.  Meaning you as a small/medium size person --

4      A.  Half, a third of a cushion.

5      Q.  A third of a cushion?

6      A.  Maybe closer to half.  I curl my legs under

7  me when I sit usually.

8      Q.  So curling your legs up underneath of you,

9  you would be about half of a cushion?

10     A.  Maybe.

11     Q.  Okay.  Not that I would ever ask a lady her

12 weight, but you agree with my characterization of

13 you as a small/medium person?

14     A.  Yes.

15     Q.  He did leave?

16     A.  Yes.

17     Q.  Did you talk to him again that day?

18     A.  Several times.

19     Q.  Okay.  When was the first time that you

20 talked to him after he left?

21     A.  I don't really know the time frame.  I was

22 there for about two hours, and he probably called me

23 four or five times in those two hours.

176

1     Q.  What did he say?

2     A.  Nothing.  Nothing important.  Reminded me

3     about the house one time.  Reminded me that if Sasha

4     cried to leave her up there.  To let her lie down,

5     stay up there crying.  That they were doing that

6     with her.  I don't know.  Just mundane things.

7     Q.  So mundane, ordinary course babysitting

8     things?

9     A.  Not things that he hadn't already said.

10    Things that he was repeating the five times he

11    called me.

12    Q.  Did you say anything to him during those

13    conversations?

14    A.  I think that I said, yeah, okay, I got it,

15    no problem.  Things like that.

16    Q.  Nothing about what had taken place before he

17    left?

18    A.  No, no.

19    Q.  Okay.  After -- who relieved you from

20    babysitting?

21    A.  Siiri did.  She was early.

22    Q.  Did you understand she had been at work?

23    A.  I don't know.

177

1        Q.  Okay.  Did you have any conversations with

2  Siiri that were non babysitting related?

3        A.  No.

4        Q.  Okay.  After Siiri relieved you did you have

5  any conversations with Dr. Forbes that day?

6        A.  I think that he called one more time after

7  Siiri relieved me, but I am not sure about that.

8        Q.  That conversation similarly would have been

9  mundane babysitting things?

10        A.  Yes.

11        Q.  In fact, from April 22nd to the present the

12  only conversations you have had with Dr. Forbes that

13  relates to the incident before babysitting on April

14  22nd were those that were recorded by the police?

15        A.  Correct.

16        Q.  Okay.  Didn't exchange any e-mails?

17        A.  No.

18        Q.  Okay.

19        A.  Sorry, we did have a conversation on the day

20  of my recital that wasn't recorded.

21        Q.  But it was not about the April 22nd

22  incident, correct?

23        A.  In that it wasn't spoken of, correct.

178

1      Q.  I'll give you an opportunity to tell me

2  about your recital.

3      Is there anything else that happened on the

4  22nd that you believe contributed to or was sexually

5  harassing in nature that you haven't gotten to tell

6  me about?

7      A.  I don't remember.  I know that at some point

8  in the week leading up to my recital he asked me how

9  it was going and he told me that he would be there.

10  Recitals are kind of a big deal.

11      Q.  Was that before or after the 22nd?

12      A.  I don't remember.

13      Q.  Did you --

14      A.  It's possible it was on the 22nd in one of

15  those phone calls or when I first got there.

16      Q.  Okay.  Did you -- was your impression that

17  he was trying to be reassuring, checking up on you,

18  and that he would be sure to be there to support

19  you?

20      A.  No.

21      Q.  How did you take that comment?

22      A.  Well, I still am not sure how -- you get a

23  grade for your recital similar to a jury grade.

179

```
 1        It's not written down.  It's more relaxed than that,

 2        I guess is the word.  Your studio professor gives it

 3        to you.  But usually all of the brass faculty are at

 4        a brass student's recital.  So I think that, you

 5        know, this semester before your recital the jury you

 6        give, you have to perform one and a half of your

 7        recital pieces.  They can tell you whether or not

 8        they are okay with you giving a recital the next

 9        semester.  So I think that they have a conversation

10        with your professor, you know, about how you did at

11        the recital.  And I am not sure if that has anything

12        to do with your lesson grade for the semester or not

13        but it might.

14             Q.  But you don't know --

15             A.  Right.  I guess --

16             Q.  -- as you sit here?

17             A.  Yes.

18             Q.  So actually you assumed that Forbes would be

19        at your recital?

20             A.  He told me he would be there.

21             Q.  Prior to him telling you that had you

22        assumed he would be there?

23             A.  Yes.
```

180

1          Q.  Okay.  Prior to talking with -- in addition

2     to Shane McCreery, Don Knapp and Dr. Majors, was

3     there anyone else that you reported or told about

4     the incident of April 22nd?

5          A.  Yes.

6          Q.  Okay.

7          A.  At that point I was dating Brian.  I told my

8     best friend, Kelly.

9          Q.  Is that Kelly Richter?

10         A.  Yes.

11         Q.  Okay.

12         A.  I told her on a Friday, that next Friday.

13         Q.  Would that have been after your recital?

14         A.  Yes.

15         Q.  Okay.

16         A.  So the 27th is a guess.  Since my recital

17    was a Monday, the 22nd -- I mean the 24th, so Friday

18    the 29th is my best estimate on that date.  But it

19    was the Friday.

20         Q.  Of your recital week?

21         A.  Yes.

22         Q.  Okay.

23         A.  And then she took me -- she was in TBS with

181

1      me.  We were setting up.

2          Q.  What is TBS?

3          A.  The band, the sorority.

4          Q.  Got you.

5          A.  We were setting up Centennial, which is a

6      music building on campus.

7          I told her what happened.  And she took me

8      right away to see Dr. Belongia, who is the Assistant

9      Band Director, because he was there.  We were all

10     setting up.  It was late on a Friday.  Maybe 8:00 at

11     night.

12         So she told him that there was a problem with

13     one of the music faculty and me and that it was Dr.

14     Forbes.  I couldn't really speak because I was kind

15     of crying at that point.  And his reaction was, you

16     know, to -- he printed out the University's

17     standards on sexual harassment and handed me a copy.

18         I think the first step in there is to talk to

19     the person that you are having problems with.

20         So he said here's the guidelines.  If you

21     follow these then you will be fine.

22         And Kelly looked at him and she said that it

23     was more serious than that at this point.

1          So he -- I forget how he got in touch with Dr

2     Majors, but Dr. Majors was on campus at a

3     performance, so he said that he would walk us over

4     to go talk to Dr. Majors.  Dr. Majors was the head

5     of the music department.

6          On the way over there he called Dr. Steel, who

7     was the head band director.  And he said on the

8     phone, he said I have got Megan and Kelly here with

9     me, and Megan had a problem with Dr. Forbes and we

10    are going to see Dr. Majors right now.  And Dr.

11    Steel asked if it was also Kelly that had a problem.

12    And Dr. Belongia said -- looked at us, and Kelly

13    shook her head no, that it was not her, and he said

14    no, just Megan.  You know, we are going to go take

15    care of this.  Dr. Steel's response was, good, it's

16    time we get this ass hole out of here.

17         Q.  Had you ever had a conversation with Dr.

18    Steel that gave you any idea what was behind that

19    comment?

20         A.  No.

21         Q.  And then you talked to Dr. Majors?

22         A.  Yes.

23         Q.  And you talked -- then he had you talk to

1    Shane McCreery as well?

2        A.  He gave me Shane's name and the phone number

3    to set up an appointment.

4        Q.  Okay.

5        A.  I had a lesson Monday morning at 11 and I

6    didn't have time to make the appointment before

7    then.  I was running late for my lesson, so when I

8    showed up it was like 11:05 or something that

9    Monday, the Monday after the 22nd.  And Dr. Majors

10   was waiting for me in Dr. Parson's office.

11       He asked me if I had set up a meeting with

12   Shane yet.  And I said no, that I hadn't had a

13   chance.

14       Dr. Majors said that he had called Shane

15   already and that if it was okay with me we could go

16   see him right then.  I said that's okay with me.

17       And we were in Dr. Parson's office and Dr.

18   Majors asked me if it was okay if he let Dr. Parsons

19   know what happened.  So --

20       Q.  What was your response?

21       A.  I said that was fine.  He said is it okay if

22   I tell Dr. Parsons?  He's the Associate Director of

23   Music.  I said, okay, that's fine.  And I was

184

1     already crying already.  So he told Dr. Parsons that

2     Dr. Forbes had sexually assaulted me and that we

3     were going to go talk to Shane about it.

4         Q.  Had you told Dr. Majors the facts underlying

5     what became your allegations against -- did you tell

6     him about the sexually harassing conduct you had

7     been subjected to?

8         A.  I'm not sure I understand your question.

9         Q.  Well, let me ask it differently.

10      What did you tell Dr. Majors on Friday night?

11        A.  Well, when we went to see him I had Dr.

12     Belongia and Kelly with me.  And it was in the lobby

13     of the performance hall.  That's where he was.  He

14     was in the performance, and he came out to the lobby

15     and we sat down.  Dr. Belongia left then and it was

16     just me and Kelly and Dr. Majors.  And Dr. Majors

17     asked me if I was okay, and I said no.  And he asked

18     me what happened.

19      I said that something had happened between Dr.

20     Forbes and I, and I felt like I was sexually

21     assaulted by him.

22      And he asked me, you know, did he touch you in

23     a way that made you feel uncomfortable?  I said yes.

185

1    He said, did he kiss you?  I said yes.  He said, did

2    he -- I forget the series of questions, but his

3    ultimate question was did he ever remove his penis

4    from his pants?  And I said yes.

5         That was basically the end of the conversation

6    that night.  He said that he would get it taken care

7    of.

8         Q.  Okay.  So he didn't ask for a narrative?

9         A.  No.

10        Q.  Okay.  And you gave a narrative then to

11   Shane and Don Knapp?

12        A.  First we met with Shane.  Kelly went with me

13   that day.  Dr. Majors, Kelly and I at 11 went to go

14   meet with Shane.  I told him that I was sexually

15   assaulted by Dr. Forbes.  That I had been sexually

16   harassed by him for almost two years.

17        And Shane then revealed to us that, you know,

18   they had a file on him already.  That they were just

19   waiting for something like this to happen.  And then

20   over the course of the next few days when I was

21   working with Shane and the University police, Shane

22   kind of went into more detail with everything.

23        I don't know if I ever gave a narrative to just

186

1      Shane or if he just got an overview, but he was

2      there in my police interview.

3          Q.  When you say that he had gone into more

4      detail, Shane had gone into more detail, what was

5      that?

6          A.  About the file and the other girls.  I

7      remember him saying that they had been watching him

8      for a while.  My mom eventually came up to campus,

9      and she said that he showed -- actually showed her

10     the file.  Just pulled it out.  She said it was

11     really thick.  A file on Dr. Forbes' conduct.

12         He said that they had been -- they had just

13     been waiting for something like this to happen.

14     That he was sorry it happened to me but now they

15     could get it taken care of with him.

16         Q.  Did he tell you about any steps they had

17     taken prior to or as a result of the file they had

18     on Forbes?

19         A.  Shane told me that he had written

20     disciplinary letters to Forbes and that the reason

21     Dr. Forbes wasn't coming back in the fall -- he told

22     me that Dr. Majors did not extend his contract after

23     the incident in Minnesota.

187

1          Q.  So you understand from Shane that prior to

2     you raising any allegation and even the April 2006

3     incident, Dr. Forbes had already been let go from

4     the University?

5          A.  Correct.

6          Q.  Okay.  You understand from Shane that Dr.

7     Forbes had been previously disciplined?

8          A.  Yes, that's correct.

9          Q.  Okay.

10         A.  And Dr. Forbes actually, the day I went in

11    to do a live wire tap, pulled out the disciplinary

12    letters from his office drawer and showed them to

13    me.  I didn't read them, but he showed -- physically

14    showed me the envelopes.

15         Q.  How did that come up?

16         A.  Oh, the wire tap was a really long

17    conversation.  I was just trying to get as much

18    information out of him as possible for the police.

19    They told me what to say and how to act.  And most

20    of the conversation was him begging me not to tell

21    anyone what had happened.  And the way it came up

22    was that he pulled out the letters and said, see, I

23    am already in trouble.  If you tell anyone, you

188

1    know, I am going to lose my job.

2        Q.  Did he tell you in that conversation that he

3    had already been non re-appointed?

4        A.  No.

5        Q.  In that conversation did he tell you that he

6    was taking -- already told you he was taking another

7    job?

8        A.  No.

9        Q.  Would it have mattered to you if you knew he

10   was taking another job?

11       A.  Can you explain what you mean by mattered to

12   me?

13       Q.  You can answer it however you understand

14   mattered to me, if it mattered to you?

15       A.  I mean, how much -- he already did a lot of

16   damage.  You know, whether he took another job or

17   not didn't erase the damage that he had done to me

18   already.

19       Q.  So knowing -- you wouldn't have taken any

20   different steps had you known he was not going to be

21   at ISU in the fall?

22       A.  If I had known that he wasn't going to be at

23   ISU in the fall I would have told someone in

189

1    February in the car what happened.

2         The only reason I didn't tell anyone is because

3    he still had the potential to be on my jury for the

4    next two years.  If he was still going to be there

5    and it was just harmless flirtation like everyone

6    said and I was to make that allegation -- looking

7    back it doesn't seem like such a bad thing, but at

8    the time the rift that I thought it would have

9    caused between me and him and then me and the rest

10   of the very ancillary music community, seemed very

11   huge.  To say that you felt uncomfortable by what

12   someone was doing and then saying something coming

13   about, for that to be made untrue or to be made

14   light of, then you are the girl -- you are always

15   the girl that, you know, said something about her

16   teacher making her uncomfortable.

17        Q.  You don't know what his response would have

18   been because you didn't ever bring that up with him?

19        A.  Right.

20        Q.  Okay.

21        A.  Well, I --

22        Q.  Your recital --

23        A.  When we did the live wire tap and I told him

190

1    I was thinking about going -- he did tell me that --

2    I had already gone, obviously, to the police, but at

3    that time he told me that he would just deny it.  He

4    would deny that anything happened.

5        Q.  Okay.

6        A.  That was his response if I were to tell

7    about it.

8        Q.  So if I understand your testimony, you

9    believe that had you told him earlier or at some

10   point before April 22nd that he made you

11   uncomfortable, you think that his response would

12   have been the same as it was on the wire tap, that I

13   would deny anything happened?

14       A.  Absolutely.

15       Q.  Okay.  Recital.  Your recital was Monday,

16   April 24?

17       A.  Correct.

18       Q.  What regarding your recital April 24, 2006

19   do you allege was sexually harassing?

20       A.  When I got done with my first piece of my

21   recital, Dr. Forbes was in the green room.

22       The green room is a room off of the recital

23   stage for the performers to go in in between pieces.

191

1  You can change out your music, take a drink of

2  water, catch your breath before you go out for the

3  rest of your recital.

4   Q.  Did he do anything in the green room that

5  you believe was sexually harassing?

6   A.  Yeah.  He was in the green room.  You are

7  not supposed to be in the green room during the

8  recital.  The only people in there are the student

9  and the recital workers.

10   If something had happened on the first piece

11  and I had gotten completely off track, stopped

12  playing for some reason, you know, the stage had

13  blown up, something like that, Dr. Parsons would

14  have been the one back there to say it's okay, let's

15  keep going, let's do this and I'll see you at the

16  end.  Only Dr. Parsons.

17   I have never heard of anyone being in the green

18  room during the recital.

19   Q.  Were you the only person giving a recital

20  that day?

21   A.  At that time, yes.

22   Q.  Who was on after you?

23   A.  I don't remember.

192

1       Q.  Do you remember it being the group that Dr.

2   Forbes coached?

3       A.  It's possible.  I don't know.

4       Q.  Are you in the green room prior to your

5   recital?

6       A.  Yes.

7       Q.  Okay.  So he didn't make any comments that

8   you believed were sexually harassing or touch you in

9   a way that you believe was inappropriate?  It was

10  his presence in the green room you thought was

11  inappropriate?

12      A.  There was also a recital worker present.  So

13  I mean he never said anything or did anything when

14  other people were that close by.

15       He said, so this is what it looks like behind

16  the scene during a recital.  I said, yeah, this is

17  what it is.  He said, okay, well, I am going to go

18  watch, and he left.

19      Q.  Were there any other students in the green

20  room?

21      A.  There was the one recital worker.  I don't

22  remember who it was.

23      Q.  Okay.  And that was a student?  The recital

193

1        worker was a student?

2            A.  Yes.

3            Q.  Have I given you an opportunity to tell me

4        each and every comment, incident that you allege was

5        sexually harassing?

6            A.  Just in regards to the recital, when he went

7        in and sat down -- it's shaped like a bowl with the

8        stage at the bottom and just one side of seats going

9        up.  When you are on the stage, faculty members

10       always, always, always, always sit in the top left.

11       Always sit in the top left unless it's too full, and

12       then they sometimes sit in the middle.  I didn't

13       really have that many people there.  The front row

14       of seats go right up to a little bit below eye level

15       with the stage.  It's a very intimate performance

16       setting.  When he came in and sat down, he came all

17       of the way to the third or fourth row from the

18       front, right in my line of vision, and sat down.

19       There was no one else anywhere near him.  The seats

20       where the rest of the faculty members were were

21       nowhere near full.

22           Q.  Did he gesture at you?

23           A.  No.

194

1       Q.  Give you dirty looks or anything?

2       A.  I mean, he stared at me.  It was a recital.

3       Q.  He watched?

4       A.  Right.

5       Q.  He wasn't ogling you?

6       A.  I don't know.  I mean, I didn't -- I tried

7   not to see him through my music.

8       Q.  Okay.

9       A.  But he sat right in front of me.

10      Q.  Okay.  Have I given you an opportunity to

11  tell me each and every comment, instance of sexually

12  harassing conduct that you allege?

13      A.  I think so, yes.

14      Q.  Okay.

15

16          MR. DAVIS:  Can we take another quick

17  break?

18          MS. KERLEY:  Sure.

19

20          (Discussion held off the record.)

21

22  BY MS. KERLEY:

23      Q.  Megan, other than -- we are back from a

1       short break.  Other than what Forbes told you about

2       there being allegations by two other women, do you

3       have any firsthand knowledge of Forbes treating

4       other women similarly to how he treated you?

5           A.  There were other girls, several other girls,

6       I mean, who agreed that he was creepy, that he made

7       them uncomfortable.

8           Q.  But --

9           A.  I just remember like being outside the

10      day -- one of the days of the semester when I was

11      in, actually in his Low Brass Methods class, talking

12      to a bunch of people outside the door, and girls

13      being out there, and me saying he makes me really

14      uncomfortable sometimes.  And that's when somebody

15      specifically said, yeah, me too, but he's innocent,

16      he wouldn't hurt anybody, he doesn't mean anything

17      about it, he is just kind of creepy.

18          Q.  Was the consensus you understood from other

19      female students that he was just a creepy faculty

20      member and thought he was cooler and younger than he

21      was?

22          A.  Yeah, and liked to flirt with girls.

23          Q.  Whether he's having a mid life crisis or

196

1          just thought he was cool, he was just creepy?

2              A.   Right.

3              Q.   Okay.  But you never knew of any

4      inappropriate comments, inappropriate touching or

5      similar kissing or other sex acts with any other

6      student?

7              A.   Just besides for the two girls that Shane,

8      Don and Dr. Forbes told me about, no.

9              Q.   You have never spoken to either of the other

10     females?

11             A.   No, no.

12             Q.   Okay.  Other than what you were told by

13     Shane -- well, sorry.

14              Other than Shane and Don, did anyone else ever

15     give you any information that led you to believe

16     that members of the ISU administration were aware of

17     alleged sexual harassment by Forbes?

18             A.   I don't think so.

19             Q.   Okay.  Did Shane or Don -- when you say Don,

20     you mean Don Knapp, correct?

21             A.   Correct.

22             Q.   Did either of them ever tell you why any

23     steps beyond disciplinary action were not taken?

197

1          A.  Shane told me that the reason he was still

2    allowed to teach -- I asked him, you know, after he

3    told me that the contract was not renewed, Shane

4    told me that the reason that he had still been

5    allowed to teach for the final semester was because

6    it was his job and he had a contract and they

7    couldn't just break it in the middle of the

8    semester.  In the middle of the year, I guess.

9          Q.  Did you understand from Shane that Shane had

10   the authority to discipline tenure tract faculty

11   members?

12         A.  Dr. Forbes didn't have tenure.

13         Q.  I said tenure tract.

14         A.  I guess we never really spoke about his

15   direct involvement but just that it was between his

16   office and Dr. Majors.

17         Q.  Okay.

18         A.  But as Shane was the one that wrote the

19   letters, I assumed that it was his job to -- yeah, I

20   guess to discipline him.  And he said that after Dr.

21   Forbes had gotten the job in North Carolina and I

22   talked to him, he said that it would be his office's

23   responsibility to talk to North Carolina so that the

198

1        students there would be protected from him.

2            Q.  Okay.  I am going to go through some of your

3        interrogatory responses.  This doesn't need to be

4        made an exhibit but I am going to have you -- I am

5        showing you what is Plaintiff's Answers to Defendant

6        Forbes Interrogatories, and I am going to ask you to

7        turn to the last page of that document and ask you

8        if you recognize it?

9            A.  Yes.

10           Q.  Okay.  Does that bear your signature?

11           A.  It does.

12           Q.  What is the date on that document?

13           A.  13th of November, 2007.

14           Q.  Okay.  And do you recall reviewing

15       interrogatory responses prior to signing the

16       verification?

17           A.  I think so.  There was a lot of legal

18       documents.

19           Q.  Do you believe that you would have signed

20       something saying you had reviewed it if you hadn't

21       reviewed it?

22           A.  I don't know.

23           Q.  So maybe?

199

1      A.  Doubtful.

2      Q.  Okay.  In response to an interrogatory you

3  identified certain people that you have communicated

4  with about the allegations in the complaint.  I am

5  going to ask you what you talked to each of them

6  about.  Some of the people you are already testified

7  about.  If you have already told me what you talked

8  to them about, you can just say so.  Is that okay?

9      A.  Yes.

10      Q.  Kelly Richter?

11      A.  I think I already told you everything that I

12  spoke to her about.

13      Q.  That would have been in April 2006?

14      A.  She was, is -- was, is my best friend.  So

15  from time to time when Forbes made me uncomfortable,

16  I kind of said Forbes is kind of being creepy right

17  now, he's kind of making me uncomfortable, and she

18  would say just stay away from him, be careful,

19  things like that.

20      Q.  In April 2006 was the first time that you

21  told her any specifics?

22      A.  I believe so.

23      Q.  Okay.  Brian Flick, that was your boyfriend

200

1          in the spring of 2006, correct?

2              A.  Yes.

3              Q.  Have you already -- what did you tell him

4          about?

5              A.  He -- when I went to my -- that same

6          Saturday, the 22nd, I had to go to Kemp Recital Hall

7          to meet with my accompanist and Dr. Parsons.  I had

8          a scheduled rehearsal with them, like a sound check,

9          a dress rehearsal before the recital.  And I called

10         Brian from the parking lot crying and told him that

11         I was really nervous about my recital and I needed

12         him to come to the rehearsal.  So he knew something

13         was wrong.  And over the course of that week we

14         talked about exactly what had happened between Dr.

15         Forbes and I.

16             Q.  Okay.  John -- anything else?

17             A.  I don't believe so, no.

18             Q.  Anything prior to the week of the 22nd?

19         Anything prior to the 22nd?

20             A.  I don't really remember.

21             Q.  John Damore, D-A-M-O-R-E?

22             A.  Yes.

23             Q.  John Damore.

201

1        A.   I dated him after Brian.   And I think I

2    basically told him everything that had happened.

3    This would have been in 2007.

4        Q.   Okay.  Tyler Orbison, is that -- you have

5    testified that he's a later boyfriend?

6        A.   Yes.

7        Q.   Okay.

8        A.   Again, with the specific things, I had a lot

9    of baggage from what happened so it was hard -- when

10   it came to relationships some things were difficult

11   for me.  So conversations have been about what

12   happened, I guess.

13       Q.   Okay.  And you identified Dr. Belongia, Dr.

14   Majors, Dr. Parsons, Shane McCreery and Don Knapp.

15   Did you talk to those individuals all after April

16   22nd, 2006?

17       A.   I believe so, yes.

18       Q.   You testified about what you talked to them

19   about?

20       A.   Yes.

21       Q.   And Dr. Kathy Bailey is a therapist, right?

22       A.   Yes.

23       Q.   Okay.  I am going to -- in fact later in the

202

1    interrogatories you identify different medical and

2    mental health providers, that you have talked to

3    them about the incidents with Mr. Forbes, Dr. Forbes

4    as well, correct?

5        A.  Correct.

6        Q.  Okay.  You list medical providers.  In

7    addition to the medical and mental health providers

8    that you listed you would have also have seen

9    Student Health Services staff, correct?

10       A.  I think prior to this incident.  I am not

11   sure when.

12       Q.  Okay.  Let's talk about medical only.

13       A.  Okay.

14       Q.  You would have -- on medical, not

15   therapeutic or mental health issues, you would have

16   seen Student Health Services doctors in addition to

17   your primary care physician Dr. Cattone, correct?

18       A.  I don't -- I am not sure.

19       Q.  Okay.  I have records from ISU showing you

20   going to some health services for urinary tract

21   infections, yearly gyne appointments?

22       A.  Oh, yes, yes.

23       Q.  Illness and elbow injury, things of that

203

1       nature, correct?

2           A.  Yes.

3           Q.  You don't dispute that you went to Student

4       Health Services?

5           A.  Correct.

6           Q.  Okay.  You also sought mental health

7       treatment or therapy through the University,

8       correct?

9           A.  It's possible.

10          Q.  Do you remember the name Patrick Armstrong?

11          A.  It kind of -- not really.

12          Q.  I believe you saw him first in the fall of

13      2004.

14          A.  Okay.

15          Q.  Does that sound about right?

16          A.  Yes.

17          Q.  Okay.  And that you saw him before break and

18      then again in the spring of 2005 semester?

19          A.  It's possible.  I don't remember.

20          Q.  Not sure?

21           When you did see Patrick Armstrong, do you

22      recall relating to him academic and interpersonal

23      struggles?

1        A.   It's possible.

2        Q.   Do you recall prior to 2005 having academic

3    and interpersonal struggles and depression?

4        A.   Yes.

5        Q.   Do you recall seeking treatment for academic

6    and interpersonal struggles and depression prior to

7    2005?

8        A.   Yes.

9        Q.   In addition to Dr. Cattone?

10       A.   Cattone.

11       Q.   Cattone.  You recall also seeking therapy

12   through ISU?

13       A.   Yes, that's correct.

14       Q.   Okay.

15       A.   That was later though.

16       Q.   I am sorry, what, ISU was later?  Therapy

17   through ISU was later?

18       A.   Can you explain what you mean by therapy

19   through ISU --

20       Q.   Yes.

21       A.   -- specifically?

22       Q.   Okay.  Do you recall there being something

23   called Student Counseling Services --

205

1  A.  Yes.

2  Q.  -- at ISU?

3  A.  Yes.

4  Q.  Do you recall having counseling sessions

5 through Student Counseling Services?

6  A.  I think that was with Patrick Armstrong.

7  Q.  Right.  Okay.  That's what I am referring

8 to.

9  A.  Right.

10  Q.  You weren't sure you knew his name so I was

11 using it generally.

12  So we are talking about the same thing,

13 correct?

14  A.  Yes.

15  Q.  Okay.  In response to interrogatory number

16 five, it asked whether or not you had suffered any

17 psychiatric, psychological and/or emotional injury

18 prior to the occurrences alleged in the complaint.

19  A.  Yes.

20  Q.  And in response to that you indicated that

21 you had been sexually abused as a child at seven

22 years old.

23  A.  Correct.

206

1          Q.  Are there any other psychiatric or

2     psychological or emotional injuries that occurred

3     prior to the allegations in the complaint?

4          A.  It's possible.  Sometimes it's hard to know.

5     There is a guy that I saw fall of my freshman year

6     who, looking back, probably could be classified as a

7     date rape situation.  But that kind of messed me up

8     for a while.

9          Q.  You reported that to the Student Counseling

10    Services, correct?

11         A.  Yes.

12         Q.  The fall of your freshman year would have

13    been fall 2003?

14         A.  Correct.

15         Q.  So if there are references in your medical

16    records regarding an assault at age 19, would that

17    be related to --

18         A.  That would be that, what they are referring

19    to.

20         Q.  The fall or freshman year date rape

21    incident?

22         A.  Right.  I was 18 at the time.  I don't know

23    why it says 19.

207

1     Q.   Okay.  But you were 21 whenever the incident

2     with Forbes occurred, right?

3     A.   February of 2005 --

4     Q.   You would have been 20 and --

5     A.   20.

6     Q.   And then April of 2006 you would have been

7     21?

8     A.   Correct.

9     Q.   Okay.  So any sexual -- if it says sexual

10    assault, anything that you would have characterized

11    as a sexual assault with Forbes would have been when

12    you were 21, is that accurate?

13    A.   I don't know the definition of sexual

14    assault.

15    Q.   What's your definition of sexual assault?

16    A.   Yeah, I guess that's correct, any sexual

17    assault would have happened when I was 21.

18         What happened at the party at the time made me

19    extremely uncomfortable but I don't know if that's

20    consider sexual assault or sexual harassment.

21    Q.   Do you consider what happened at the party

22    to be a sexual assault?

23    A.   No.

208

1      Q.  Okay.  Do you consider what happened in your

2      car to be sexual assault?

3      A.  Yes.

4      Q.  And do you consider what happened on April

5      22nd to be sexual assault?

6      A.  Yes.

7      Q.  What is your definition of a sexual assault?

8      A.  Any unwanted touching or fondling, any time

9      you feel trapped or coerced in any way.

10      Q.  Okay.  Have you ever been engaged?

11      A.  Yes.

12      Q.  To whom were you engaged?

13      A.  His name was John Espy.

14      Q.  E-S-B-Y?

15      A.  E-S-P-Y.

16      Q.  E-S-P-Y, okay.  Were you ever the victim of

17      physical abuse in your relationship with Mr. Espy?

18      A.  Looking back on that relationship, no.  He

19      was sometimes verbally abusive.  One time he put his

20      hands on my throat.  At the time it was pretty

21      traumatic.

22      Q.  Did you report it -- have you reported that

23      to therapists as physical abuse?

209

1        A.   Yes.

2        Q.   That was prior to February 2005?

3        A.   Yes.

4        Q.   Was that while you were in college?

5        A.   Yes.

6        Q.   Was that also your -- was that your freshman

7   year or sophomore year?

8        A.   Freshman.

9        Q.   Have you had any -- I am going to ask you

10   the same questions as the interrogatory but for

11   after April 2006, have you suffered any psychiatric,

12   psychological or emotional injury since 2006?

13        A.   I'm not sure I understand the question.

14        Specifically what do you mean by emotional

15   injury?

16        Q.   Anything that you consider to be injurious

17   to your emotional health?

18        A.   I don't really know how to answer that.

19   Sorry.

20        Q.   What about that causes you problems?

21        I mean if you don't understand the question,

22   let me know that and I can try to ask it a different

23   way.   But if you understand then I am looking for

210

1     any situation that you contend was detrimental to

2     your psychological, psychiatric or emotional health.

3

4            MR. DAVIS:  Off the record.

5

6            (Discussion held off the record.)

7

8     BY MS. KERLEY:

9        Q.  Back on the record.

10       Miss Hunt, you were present during a

11    conversation I had with your counsel, and I will

12    rephrase the question.

13       Again I am directing your attention from the

14    end of April 2006 to the present.

15       Separate and apart from the ongoing litigation

16    and the stress of participating in litigation,

17    having to appear for depositions, being asked about

18    the allegations in the complaint, separate and apart

19    from things about the complaint in this case, have

20    you suffered any psychiatric, psychological or

21    emotional injury?

22       A.  Separate from the litigation but very much

23    tied to the emotional baggage from what happened,

211

1      yes.

2          Q.  What is that?

3          A.  I was in an abusive relationship.

4          Q.  With whom?

5          A.  Tyler Orbison.

6          Q.  Is it your contention that you would not

7      have been in that relationship if it weren't for the

8      allegations of the complaint?  Or how do you contend

9      that the relationship with Tyler relates to the

10     allegations in the complaint?

11         A.  If Dr. Forbes had never been at ISU I never

12     would have left ISU.  I would have already have

13     graduated and be teaching somewhere probably in

14     Illinois.

15          After what happened April 22nd and the ensuing

16     year with the music community at ISU I was in a very

17     terrible -- would be a good word -- place mentally.

18     Also weak would be another place.  And it lead to me

19     getting into that situation.

20         Q.  Was Mr. Orbison physically and verbally

21     abusive?

22         A.  Yes.

23         Q.  Did you ever date Mr. Orbison when you lived

1      in Illinois?

2          A.  We didn't really start dating until summer

3      tour of 2007.

4          Q.  What about the music community at ISU and

5      the ensuing year was different?

6          A.  Well, after the rumors started circulating

7      that I had gotten Dr. Forbes fired pretty much no

8      one would talk to me except for my close friends.

9          Q.  Did you ever tell anyone that actually it

10     was not renewed --

11         A.  No.

12         Q.  You never responded?

13         A.  No.

14         Q.  Did anyone ever ask you about it?

15         A.  No.

16         Q.  Did you ever -- did you tell your friends,

17     hey, I didn't get him fired?

18         A.  I might have had that conversation with

19     Kelly, Tiffany and Allison.  I might -- I did have

20     that conversation with John, but specifically in

21     general to other people --

22         Q.  Was there a reason why you didn't set the

23     record straight?

213

1        A.  Yes.

2        Q.  Which was?

3        A.  I didn't think it was any of their business.

4   I didn't think, like I -- I didn't think that I

5   should have to set the record straight.

6        Q.  You didn't think that it would make life

7   better for you?

8        A.  No.  I thought that it would make it worse.

9   I didn't want to fight with people over what

10  happened.  I knew I was right.  I didn't know where

11  they got their information -- except I did know

12  where they got it.  They got it from Dr. Forbes.  He

13  wasn't even there.  I can't argue with him about it.

14  It just didn't seem worth it to me.  Didn't seem

15  like it would be a productive use of my emotional

16  time.

17       Q.  Okay.  Any other -- other than the abusive

18  relationship, since April 2006 have you suffered any

19  other psychiatric psychological or emotional juries?

20       A.  I don't think so.

21       Q.  Do you recall reporting a sexual assault in

22  late September or early October, meaning I think the

23  night of September 30 into October 1st, 2006, to

214

1      your mental health providers?

2          A.  Yes.

3          Q.  You don't contend that that sexual assault

4      was a psychological or psychiatric or emotional

5      injury?

6          A.  No.

7          Q.  So you think that sexual assault had no

8      affect on your emotional well-being?

9          A.  I think that the emotional state I was

10     already in was very precarious, and if it served to

11     do anything, what it did was get me into counseling

12     sooner for the problems that I was already dealing

13     with.

14         Q.  Okay.  When you -- when were you first

15     diagnosed with bipolar disorder?

16         A.  The first time I saw Dr. Alloju.

17         Q.  That was in Texas?

18         A.  Correct.

19         Q.  Which would have been sometime in 2008?  No,

20     sorry, sometime in 2007?

21         A.  Possibly late '07 or early '08.

22         Q.  Did you report to Dr. Alloju that you had

23     had manic episodes as early as junior high and high

215

1      school?

2          A.   I reported to her that I had periods of

3      depression followed by periods of non-depression.

4      Apparently that is the definition medically of very

5      low grade bipolar disorder.

6          Q.   Are you presently taking medication for --

7          A.   No.

8          Q.   -- bipolar disorder?

9          A.   No.

10         Q.   Have you ever taken medicine for bipolar

11     disorder?

12         A.   Yes.

13         Q.   What were you given, prescribed?

14         A.   I believe Lamictal.  I am not sure if that

15     is what it was.

16         Q.   What caused you to stop taking your bipolar

17     medicine?

18         A.   Didn't make it better.  Made it worse,

19     actually.  Not -- it like made some things worse.

20         Q.   Have you had any episodes of cutting since

21     April 2006?

22         A.   No.

23         Q.   When was the last time prior to April 2006?

216

1       A.  I think I would like a stronger definition

2   of cutting.

3       Q.  Well, you understood it enough to answer

4   that you haven't cut since April 2006.

5       A.  Right.

6       Q.  Using whatever you understand to be cutting.

7       A.  Going off of the, what is conceived to be

8   the public definition of cutting, I have never cut.

9   I have never had an episode of actual cutting.

10      Q.  Okay.  What have you reported to therapists

11  that would have recorded it as cutting?

12      A.  Safety pin or a thumb tack, something like

13  that.

14      Q.  Okay.

15      A.  Never anything sharper or larger.

16      Q.  When was the last time that you used a

17  safety pin or a thumb tack to injure yourself?

18      A.  Freshman year of college.

19      Q.  Okay.  Was that before or after the date

20  rape?

21      A.  After.

22      Q.  Before or after you were physically abused

23  by your fiance?

217

1      A.   After.

2      Q.   Okay.  You were asked all musical

3  performances in which you appeared which you were

4  compensated for from 2004 to the present.

5      In response to that in the interrogatory you

6  responded Christmas mass 2004, Christmas mass 2005,

7  Easter mass 2006.

8      Does that help you refresh your recollection as

9  to when you performed at Epiphany Church?

10     A.   Yes.

11     Q.   So you believe you only did one Easter mass?

12     A.   One Easter mass, two Christmas masses.

13     Q.   Okay.  It also says ISU faculty.  Do you

14 contend that is who paid you?

15     A.   I'm not sure.

16     Q.   Okay.  Who paid you for your three

17 performances, the three Epiphany Church

18 performances?

19     A.   Define paid.

20     Are you asking me who handed me the check or

21 who wrote it out?

22     Q.   Whose money did you end up putting in your

23 bank account?

1        A.   Epiphany Church.

2        Q.   Who handed you the check?

3        A.   The check was given to me by Dr. Forbes.

4        Q.   On all three occasions?

5        A.   On Easter occasion it was on his board,

6    bulletin board outside his door.   On the other two

7    he handed it to me.

8        Q.   Okay.   The videotaped statement that you

9    gave to Don Knapp and Shane McCreery that has now

10   been memorialized in a DVD, did you answer their

11   questions and provide them truthful and accurate

12   information?

13       A.   To the best of my ability at the time, yes.

14       Q.   Other than the fact that Dr. Steel

15   apparently thought Michael Forbes was an ass hole,

16   what other relevance do you think that Dr. Steel has

17   to your case?

18       A.   Dr. Steel was dating an undergraduate music

19   student while I was in college there.

20       Q.   What do you think that has to do with your

21   claim?

22       A.   Well, if ISU allows a teacher who is giving

23   a grade to date a student at the time, and I came

1      along and said that I was feeling uncomfortable by

2      comments made by Dr. Forbes, how -- what was to keep

3      them from saying that it was a consensual adult

4      relationship?  That was completely allowed.  He

5      would have gotten in no trouble for that.

6           Q.  Dr. Steel would have gotten in no trouble?

7           A.  Dr. Forbes would have gotten in no trouble

8      for that.

9           Q.  For having a relationship with you?

10          A.  If that was the way it was viewed or

11     contended by him, then yes, he would have gotten in

12     no trouble.

13          Q.  Was Dr. Steel married when he was dating the

14     undergraduate student?

15          A.  No, I don't think so.

16          Q.  Did anyone tell you that Forbes would get in

17     no trouble if he had a consensual relationship with

18     you?

19          A.  I don't understand the question.

20          I don't think he would have.  Why would he

21     have?

22          The director of bands was dating -- openly

23     dating a student in his class that he was giving

220

1     grades to.  Why would a professor that I only

2     sometimes had grades from get in any trouble?

3         Q.  When did you learn that Dr. Steel was dating

4     an undergraduate music student?

5         A.  Sophomore year maybe.

6         Q.  Do you have any firsthand knowledge of

7     anything that Dr. Steel and/or the student had to do

8     to inform members of the music department

9     administration --

10        A.  Define firsthand.  I know things that were

11    common knowledge.  I was never present in the

12    conversations that happened between them.

13       Q.  So you -- Dr. Steel never told you anything

14    and his -- the undergraduate student he was dating

15    never told you anything?

16       A.  No.

17       Q.  And you never heard Dr. Majors say anything

18    about Dr. Steel or the student?

19       A.  I don't know.  I don't think so.

20       Q.  Okay.  What do you contend was common

21    knowledge?

22       A.  That Andrea was in Dr. Steel's classes.  He

23    would often make comments to her in front of other

1    people.  I saw them together, along with oth

2    people, I am sure.  I have seen them holding hands.

3    I have seen them kissing.  And the common knowledge

4    was that Dr. Steel wasn't technically allowed to

5    give her the grades since they were dating.  But if

6    she was in his ensemble, technically you get a grade

7    for every rehearsal, and I know for a fact Dr.

8    Majors did not sit in every rehearsal.  I know for a

9    fact Dr. Majors did not sit in every Conducting Two

10   class that Andrea had with Dr. Steel in which they

11   got daily grades.

12       Q.  So you do understand that ISU has some

13   procedural safeguards with respect to faculty

14   members and students that may be engaged in a

15   relationship and grading?

16       A.  I understand they had them, but in that case

17   they were largely ignored.

18       Q.  As far as you know?

19       A.  As far as I saw.

20       Q.  Okay.  So you do understand that Dr. Majors

21   was the person who was supposed to be grading Andrea

22   in the classes that she took with Dr. Steel?

23       A.  I do.

222

1      Q.  Okay.  I understand that the music

2  department is somewhat unique in the fact that there

3  are courses that have daily grades.

4      A.  No, I would not say that.

5      Q.  What other majors do you think have daily

6  grades?

7      A.  In every -- most every core general

8  education class I have taken there have been

9  participation points for every day.  Sometimes

10  that's as simple as attendance every day being

11  taken.  Sometimes it's as much as participation in

12  daily discussions, being prepared to answer

13  questions.  But I would say that in many classes I

14  have taken it's -- there have been --

15      Q.  Is that the kind of daily grade that you are

16  talking about?

17      A.  In some ways, yes.

18      Q.  I mean with respect to Andrea and Dr. Steel?

19      A.  In some ways.  She, in order to get a daily

20  grade for rehearsals, she had to be in attendance.

21  She had to have her part learned.  She had to know

22  her music, be prepared for rehearsal.  In the

23  conducting class they actually went up on the

1    podium, every day they traded out until they all got

2    a turn to do the exercise, and Dr. Steel would give

3    them a grade for that exercise that they did.

4         Q.  Any other examples?

5         A.  Of?

6         Q.  Relating to the issues of Andrea or Dr.

7    Steel and grading?

8         A.  No.  I just also know that she was employed

9    by him at the University.

10        Q.  How do you mean?

11        A.  She got paid to be -- I guess the best word

12   is an under secretary.  She had a desk in his

13   office.  She had a full set of keys to the music

14   building and Centennial and she basically did a lot

15   of office work.

16        Q.  Do you understand that she had that position

17   before or after they started dating?

18        A.  I do not know.  I don't know.

19        Q.  Okay.  Any other way that you think Dr.

20   Steel is relevant to your case?

21        A.  Not that I can think of at this time.

22        Q.  We have reached a late hour in the day.

23   Have you had -- you have been asked lots of

224

1     questions.  Are there any -- throughout the day I

2     have given you I think -- would you agree I have

3     given you several opportunities to supplement any

4     responses to questions?  Would you agree?

5         A.  Yes.

6         Q.  As you sit here do you have any other

7     recollection of information responsive to any

8     question that I have asked?

9         A.  I don't think so.

10        Q.  Okay.  Early in your testimony you

11    identified that Dr. Parsons was also, in addition to

12    being the trombone professor, was also an Associate

13    Dean of the School of Music.

14        A.  I think so.

15        Q.  You testified about Dr. Majors giving a

16    brief summary of your situation to Dr. Parsons as

17    Associate Dean of the school.

18         Do you remember that testimony?

19        A.  Yes.

20        Q.  Did you have any other interaction with Dr.

21    Parsons in his capacity as Associate Dean rather

22    than that of trombone professor?

23        A.  I don't believe so.

225

1           MS. KERLEY:  I have no further questions.

2

3                      EXAMINATION

4    BY MR. DAVIS:

5        Q.  I have one area of questions.

6         In Cook Hall in the evening and nighttime

7    hours, could you describe the security of the

8    building?

9        A.  All the outside doors were locked.  You had

10   to have a key card that had been approved to get

11   into the building.

12       Q.  Okay.  And that would be for both a student

13   or a faculty member?

14       A.  Correct.

15       Q.  On evenings and at nighttime if Dr. Forbes

16   were not a professor, would he have access to Cook

17   Hall?

18       A.  If he was a student that had gotten his I.D.

19   approved, in other words, if he was an official

20   music student of the University.

21       Q.  To your knowledge was he an official music

22   student at the University?

23       A.  No.

226

1          Q.  On the occasion of his giving you music for

2     the Easter gig, was that security in force?

3          A.  It was late enough, yes, I believe so.

4          Q.  Okay.  So Dr. Forbes' access to you in a

5     music practice room was only by virtue of his being

6     a faculty member?

7          A.  Correct.

8          Q.  What was the security like during the day?

9          A.  The building was open.  The practice rooms

10    lock, but it's again the same key system, swipe it.

11         Q.  So in practice rooms one would not have

12    access unless one had an approved security key?

13         A.  That's right,

14         Q.  Dr. Forbes had one of those?

15         A.  That's correct.

16         Q.  And you did too?

17         A.  I did, yes.

18              MR. DAVIS:  Okay.  I have no more

19    questions.

20              MS. KERLEY:  None for me.

21         (Deposition concluded at 4:50 P.M.)

22              SIGNATURE WAIVED BY AGREEMENT;

23              FURTHER DEPONENT SAYETH NOT;

227

1

2      STATE OF ILLINOIS  )
                         ) SS

3      COUNTY OF PEORIA  )

4

5            I, LORRAINE K. McCREIGHT, C.S.R., do hereby

6   certify that heretofore, to-wit, on the 6th day of

7   August, 2009, at the hour of 9:30 A.M., personally

8   appeared before me at ███████, in the City of

9   Peoria, County of Peoria, State of Illinois, MEGAN

10  HUNT.

11          I further certify that the said witness was

12  by me first duly sworn to testify to the truth, the

13  whole truth and nothing but the truth in the cause

14  aforesaid, that the testimony then given by said

15  witness was reported stenographically by me in the

16  presence of said witness and afterwards reduced to

17  typewriting, and the foregoing is a true and correct

18  transcript of the testimony so given by said witness

19  as aforesaid.

20          I further certify that the signature of the

21  witness to the deposition was waived by agreement of

22  counsel.

23          I further certify that I am not counsel for

228

1       nor in any way related to any of the parties to this

2       suit, nor am I in any way interested in the outcome

3       thereof.

4

5

6

7

8

9

10

11      _____ CSR

12

13

14

15      CSR License Number 084-003070

16

17

18

19

20

21

22

23

**)**

)07-1095 [1] 1:6

**0**

03 [1] 54:11
04 [3] 37:23 38:1 107:3
05 [4] 61:18 107:3 114:6 118:20
06 [15] 54:10 106:5 107:4 110:6,7 114:6 118:20 129:17 132:21,21 133:5 137:11,12,13 138:12
07 [1] 214:21
07-cf-55 [1] 87:9
08 [1] 214:21
084-003070 [1] 228:15

**1**

1 [3] 71:6 72:16 123:13
10 [2] 157:9,10
100 [2] 60:5 63:21
11 [3] 65:15 183:5 185:13
11:00 [2] 142:9,12
11:05 [1] 183:8
112 [1] 71:11
12 [4] 25:19 26:13,15 157:9
12:30 [1] 113:8
13th [1] 198:13
14 [1] 31:18
15 [3] 142:15 165:6 170:7
18 [6] 37:14,14,15,17,20 206:22
183 [2] 73:2,4
19 [5] 37:23 38:3,6 206:16,23
1985 [1] 37:11
1st [2] 37:11 213:23

**2**

2 [5] 95:7,10 96:4 98:8 102:20
20 [6] 143:4,6,9 145:6 207:4,5
200 [15] 59:12,18,21,23 60:5,5,7, 23 61:5,8 63:10,13 64:10 73:3,5
2003 [21] 8:19 9:23 10:18,19 11: 23 29:19,21 37:17,18 41:9 44:11 52:15 54:12 58:22 68:19,21 80:6 83:15 84:2 161:14 206:13
2004 [9] 11:23 12:2 58:22 116:8, 15,23 203:13 217:4,6
2005 [72] 12:2,4 58:23 61:17,21 71:8,18 72:21 73:1,2 81:6,7 84: 21 90:15 96:16,21 97:6,10,15,18, 19 102:22 104:4,10,20 105:10, 18 106:7,19 108:1,1 110:15,16 111:18,19 112:3,4,8,8,18,19,23 113:3,3,5,6,13,14 115:18 116:7, 8,12,19 117:1,5,8,12,18 122:22 123:14 125:7 127:1 128:2 134: 18 138:9,9 203:18 204:2,7 207:3 209:2 217:6
2006 [75] 12:4,6 30:12,14 58:19, 23 73:1,15,16,17,23 76:15 80:7, 20,23 81:7 83:16 84:2 88:19 89: 16 105:19,22 106:1,2,7,10,14,15, 16,19,23 107:4,5 109:22 110:3,3, 6 111:22 113:10,23 115:6 116:2, 4 117:23 121:16 122:4,19 128:3 129:7,7 134:13,16 137:5,20 151: 16 153:11,11 161:15 164:20 187: 2 190:18 199:13,20 200:1 201: 16 207:6 209:11,12 210:14 213: 18,23 215:21,23 216:4 217:7
2007 [32] 7:22 10:23 12:6 14:4,5,

14,17 16:21 21:6 29:20,21 30:12, 14 41:10 44:12 52:15 59:2,3 73: 16 86:23 87:2,15,21 89:8,16 103: 1 109:17 110:3 198:13 201:3 212:3 214:20
2008 [14] 8:2 9:11,11,19 11:15 14: 11,12 17:1,2 19:15,18 22:5 23: 15 214:19
2009 [6] 1:18 17:17 23:15 24:12 87:21 227:7
2010 [2] 24:18,20
20th [1] 58:7
21 [5] 31:18 207:1,7,12,17
21st [5] 83:15,16 84:2 98:19 128: 2
22 [1] 31:18
225 [1] 12:12
22nd [42] 73:14,17 80:7 88:19 89: 5,6 106:1,5,15 110:3,6 133:18 134:12 135:18,21 151:2,4,5 153: 9,11 161:14 162:23 163:1,11 164:5,20 177:11,14,21 178:4,11, 14 180:4,17 183:9 190:10 200:6, 18,19 201:16 208:5 211:15
23rd [2] 151:5,10
24 [5] 86:23 110:6 151:16 190:16, 18
24th [1] 110:3 180:17
25 [5] 143:2,4,6,10 145:6
25th [2] 87:15 89:8
2708 [1] 7:14
278 [1] 7:15
27th [1] 180:16
283 [2] 72:20 73:6
29th [1] 180:18

**3**

3 [1] 2:11
30 [1] 213:23
320 [4] 55:9,15,16 58:5
333 [2] 1:16 227:8

**4**

4:50 [1] 226:21
400 [1] 60:4
45 [3] 142:15,16,18

**5**

5 [1] 157:10
500 [1] 2:6

**6**

6 [4] 1:18 157:9,9,10
61602 [1] 2:3
6th [1] 227:6

**7**

76006 [1] 7:15

**8**

8 [1] 157:11
8:00 [1] 181:10

**9**

9:30 [2] 1:18 227:7
90 [1] 81:8

**A**

a.m [2] 1:18 227:7
abilities [1] 68:7
ability [2] 67:19 218:13

able [3] 16:1 80:19 127:4
above [6] 89:3,4 107:20 108:6 127:7,8
above-entitled [1] 1:13
absolutely [2] 136:15 190:14
abuse [2] 208:17,23
abused [2] 205:21 216:22
abusive [4] 208:19 211:3,21 213: 17
academic [15] 12:8,10 13:6,17 23:6 70:1 75:2 79:23 81:6,7 83: 20,21 203:22 204:2,5
academically [2] 67:18 68:6
accelerated [1] 23:18
accepted [1] 114:17
access [4] 225:16 226:4,12
accompanist [1] 200:7
account [1] 217:23
accurate [13] 39:1 48:23 58:9 59: 22 63:22 78:15 87:1,1 89:23 113: 6 145:20 207:12 218:11
accurately [1] 87:17
across [1] 169:10
act [2] 140:17 187:19
action [1] 196:23
actions [1] 88:11
activities [1] 140:8
acts [3] 115:17 133:19 196:5
actual [2] 160:11 216:9
actually [16] 27:2 29:17 30:16 38: 22 45:3 58:5 77:8 95:16 98:16 113:4 152:15 179:18 186:9 187: 10 195:11 212:9 215:19 222:23
addition [6] 82:12 180:1 202:7, 16 204:9 224:11
additional [2] 7:5 83:23
address [2] 7:13 9:14
administration [8] 97:4 120:15 121:4 127:19 128:1,7 196:16 220:9
adult [1] 221:23
adviser [1] 175:4
affair [2] 131:20 132:4
affect [2] 76:4 214:8
aforesaid [2] 227:14,19
afternoon [2] 7:3 112:13
afterwards [3] 92:15 164:5 227: 16
age [2] 31:16 206:16
agency [1] 94:16
agree [7] 29:20 34:12 38: 13 87:20 106:9 109:21 175:12 224:2,4
agreeable [12] 4:15 5:3,14 6:1, 17 29:22 30:1 43:14 75:13 105:6 107:10 113:9
agreed [1] 195:6
agreement [2] 226:22 227:21
ahead [6] 28:9 42:14 87:4 110:1 113:10 166:1
aid [1] 149:12
allegation [3] 147:14 187:2 189: 6
allegations [8] 147:8 184:5 195: 2 199:4 206:3 210:18 211:8,10
allege [6] 66:20 104:16,22 108:2 151:1 190:19 193:4 194:12
alleged [6] 115:11 121:18 138:7 148:6 196:17 205:18

allen [1] 18:15
allison [2] 132:10 212:19
alloju [2] 214:16,22
allow [2] 5:11 124:21
allowed [7] 76:10,16,20 197:2,5 219:4 221:4
allows [1] 218:22
alluded [1] 140:13
almost [5] 98:2 108:13 113:8 134: 23 185:16
alone [3] 122:12,18 131:8
already [36] 70:3 73:10 83:16,17 123:5 124:3 126:17,18 129:2 147:5 150:16 165:11,19 170:6, 15 173:4,6 176:9 183:5 184:1,1 185:18 187:3,23 188:3,6,15,18 190:2 199:6,7,11 200:3 211:12 214:10,12
although [2] 72:2 77:18
american [1] 58:7
amount [2] 22:7 117:9
ancillary [1] 189:10
and/or [3] 58:1 205:17 220:7
andrea [5] 220:22 221:10,21 222: 18 223:6
anonymous [5] 94:3,6,7,8 101:7
another [6] 6:9 18:16 40:3 69: 20 72:22 99:7 104:11 105:21,23 130:22 151:22 188:6,10,16 194: 16 211:18
answer [18] 5:8,10,17 6:3 14:18 28:9 42:21 52:1 63:9 66:14 103: 10 137:22 155:23 188:13 209:18 216:3 218:10 222:12
answered [1] 69:9
answers [4] 4:12 115:16 198:5
anybody [2] 164:3 195:16
apart [2] 210:15,18
apartment [2] 7:15 120:3
apologize [1] 102:3
apologizing [1] 169:23
apparently [4] 99:6,13 215:4 218:15
appear [1] 210:17
appeared [3] 65:2 217:3 227:8
appointment [2] 183:3,6
appointments [1] 202:21
appropriate [2] 4:13 112:16
approved [3] 225:10,19 226:12
approximately [4] 8:8 9:12 25: 11,14
april [60] 9:11,19 15:9 73:14,17 80:7 83:15,15 84:2 88:19 89:5,6, 16 106:1,5,15 110:2,2,3,6,6 128: 2 133:18 134:12 135:18,21 151: 2,4,4,5,10,16 153:9,11 161:14 162:23 163:1,11 164:5,20 177: 11,13,21 180:4 187:2 190:10,16, 18 199:13,20 201:15 207:6 208: 4 209:11 210:14 211:15 213:18 215:21,23 216:4
area [8] 6:9,9 32:6 118:2 135:6 166:2,3 225:5
areas [1] 32:14
aren't [2] 34:21 56:16
argue [1] 213:13
argued [2] 170:11,13
arlington [7] 7:12,15,21 8:5,6, 10 11:13 16:10,18 17:11 19:8,13

21:12,21 22:21 23:1,4 24:4 25:1, 7 27:11,13 29:2,9

**arlington's** [1] 26:8

**arm** [5] 107:18 157:4 159:18,19 160:9

**arms** [1] 160:6

**armstrong** [3] 203:10,21 205:6

**around** [19] 6:37:1 98:19 102: 13 107:19 111:8 117:18 122:13 124:1 134:4 142:14 151:24 152: 2,5 159:20 165:10 166:3,9

**arrived** [1] 137:1

**artist** [1] 147:22

**aspect** [2] 41:3,3

**ass** [2] 182:16 218:15

**assault** [14] 206:16 207:10,11,14, 15,17,20,22 208:2,5,7 213:21 214:3,7

**assaulted** [3] 184:2,21 185:15

**assistant** [3] 21:14 77:20 181:8

**assistantships** [1] 21:17

**associate** [7] 20:21 21:1 52:18 183:22 224:12,17,21

**assume** [3] 6:4 172:10,11

**assumed** [4] 13:4 179:18,22 197: 19

**assumption** [1] 162:18

**attempt** [5] 4:18 5:1,16,21 105:7

**attempting** [1] 102:2

**attempts** [2] 28:23 29:7

**attend** [5] 7:18 8:12 9:22 10:1 90: 16

**attendance** [6] 124:6,10,13,15 222:10,20

**attended** [3] 8:14 23:9 29:16

**attention** [7] 38:11,20 68:8,11 128:1 138:11 210:13

**attire** [3] 51:23 52:3 166:17

**attorney** [6] 2:7 3:11 6:21 86:14 89:1 90:2

**attracted** [3] 140:6 142:20 145:9

**attractive** [1] 162:19

**audible** [1] 4:12

**august** [14] 1:18 29:21 30:12,14 41:9 44:11 52:14 68:19,21 80:6 83:15 84:1 113:6 227:7

**authorities** [1] 93:11

**authority** [6] 96:15 197:10

**average** [7] 108:15 122:8,15,17 125:13,17 126:3

**avoid** [4] 4:18 123:16 124:21 125: 3

**aware** [2] 85:23 196:16

**away** [9] 102:14 118:1 126:12 155:12 168:1,8 171:22 181:8 199:18

**B**

**babysat** [8] 80:10 81:2,5,18,21 82:1,14 164:21

**babysit** [9] 80:11,13 81:9 82:6 129:17 135:14,14 136:19 165:5

**babysitter** [1] 136:12

**babysitting** [14] 83:13,23 97:22 129:15 134:1 136:23 137:5 153: 23 169:14 176:7,20 177:2,9,13

**bachelor's** [2] 13:5 58:1

**back** [39] 4:8 10:15 22:9 26:2 35: 16 45:11 53:12 65:21 67:22 71:4

90:14 111:21 113:10 115:4,5 119:5 123:19,19,23 135:22 147: 15 154:10 158:3,13,21 163:10 168:12,14,15 170:14 173:13 174: 7 186:21 189:7 191:14 194:23 206:6 208:18 210:9

**background** [1] 35:21

**backwards** [1] 106:8

**bad** [1] 189:7

**baggage** [2] 201:9 210:23

**bailey** [1] 201:21

**balance** [2] 161:3 168:5

**band** [82] 21:22 22:4,13,15,20 26: 10 33:22 34:3,4 41:6,7,15 42:1,6, 8,11,18,18 43:2,3,5,6,6 44:14,17, 20,22 45:1,3,6,12,15,17,18,22,23 46:2,8 76:11,14 77:10,10,10,11, 14,20,20,22 79:11,17,22 91:12 92:1 109:9,10 121:21,23 122:7 129:6,23 130:4,8,9 133:22 135:1, 6 136:3 137:16,19 138:14 139: 11,19,21 142:7 143:5,6,12 153: 23 161:20 181:3,9 182:7

**bands** [8] 21:12 41:6,8 42:16 43: 13,15,16 44:10 59:14 60:2 63:15, 18,21 72:3 91:13 219:22

**bank** [1] 217:23

**bar** [1] 20:18

**baritone** [6] 34:11,13,14,15,16 36:7

**baritones** [1] 34:21

**based** [6] 27:21 30:7 76:2 82:10 86:16 156:7

**basement** [2] 155:11,12

**basic** [1] 123:14

**basically** [4] 131:19 185:5 201:2 223:14

**bath** [1] 19:2,7,20 20:20

**bathroom** [1] 6:20

**bear** [1] 198:10

**became** [1] 184:5

**beef** [7] 17:5,14,19 18:1,7 20:4,17

**began** [4] 37:12,18 68:18 137:9

**begging** [1] 187:20

**begin** [6] 5:8 10:17 15:2 16:19 24: 9,15

**beginning** [7] 8:4,9 17:15 60:5 122:4 128:2 138:22

**behalf** [1] 1:12

**behavior** [7] 104:17,22 105:4,12 116:13 121:19 153:16

**behaviors** [2] 80:22 107:20

**behind** [6] 102:12 107:19 139:14 166:8 182:18 192:15

**believe** [51] 12:21 14:11 15:19,21 28:3 33:1,18 44:13 47:1 54:1,3,5, 14 60:12 67:9 68:22 70:16 73:13 81:2,5 85:5 89:22 91:5 97:21 100:7 104:9,10 112:7,14 119:17 120:23 138:3,6 139:3 149:16 150:1 153:13 178:4 190:9 191:5 192:9 196:15 198:19 199:22 200: 17 201:17 203:12 215:14 217:11 224:23 226:3

**believed** [1] 192:8

**belongia** [9] 77:21 123:15 124: 12 128:23 181:8 182:12 184:12, 15 201:13

**below** [2] 127:7 193:14

**besides** [4] 29:1,8 171:11 196:7

**best** [5] 17:7 42:15 52:1 67:18 68:7 87:18 114:16 141:5 180:8, 18 199:14 218:13 223:11

**beta** [2] 91:9,10

**better** [6] 76:23 77:13,13 87:20 213:7 215:18

**between** [28] 16:9 27:6 41:2 49: 12 77:11 80:18 88:8 89:7,16 95: 14 98:19 107:23 111:18 112:3,7 118:2 123:1 141:13,15 151:16 159:1 161:13 184:19 189:9 190: 23 197:15 200:14 220:12

**beyond** [2] 106:10 196:23

**big** [11] 42:4,5 93:10 100:3 157:2 166:8 167:10 169:9 174: 21 178:10

**bigger** [2] 157:4 167:11

**bill** [2] 22:2,11

**billed** [3] 49:2,8,22

**bind** [1] 136:8

**bipolar** [5] 214:15 215:5,8,10,16

**birth** [1] 37:10

**bit** [4] 3:21 159:22 169:17 193:14

**blank** [1] 96:1

**block** [1] 145:7

**bloomington/normal** [3] 118:2 121:12 130:13

**blow** [1] 148:7

**blown** [1] 191:13

**blue** [1] 167:20

**board** [3] 21:18 218:5,6

**body** [6] 19:2,7,20 20:20 158:14 171:13

**both** [19] 5:1 17:12 19:16 48:3 55: 3 82:9,10 84:16 89:3 105:21 110: 19 116:10 119:14 127:3 135:19 137:2 141:4,4 225:12

**bottom** [2] 43:19 193:8

**bowl** [1] 193:7

**bowled** [1] 184:5

**boxers** [3] 172:9,10,11

**boyfriend** [4] 9:6 66:9 199:23 201:5

**brass** [98] 26:10 32:11,12,13,17 43:9 47:15,22 48:1,3,4,6,7,11,14 49:3,6,7,17,20,23 50:2,6 53:13, 17,22,22 55:17 59:13 60:1,11,13, 17,21 63:15,18,20 69:2 70:10,11 71:12,15 72:5,5,17 73:7 74:9,12, 15,16,16,19,21,23 75:1,4 76:11, 14 77:9 79:22 82:21,22,22,23 83: 4,8,9 108:8 109:9,10 121:21,23 122:7 129:6,23 130:3,7,9 133:22 134:7,23 137:16,19 138:14 139: 11,19,23 161:20 179:3,4 195:11 197:7 203:17

**breadth** [1] 133:13

**break** [25] 6:19,21 7:2,3,4 65:15, 21 113:9,11 114:22 115:6 118:2, 11 121:12,12 126:15 138:1 145: 4 162:11 163:4,10 194:17 195:1 197:7 203:17

**breakdown** [1] 39:8

**breaking** [1] 42:20

**breaks** [1] 7:5

**breath** [1] 191:2

**brian** [10] 110:23 111:12,12,17 154:5,7 180:7 199:23 200:10

201:1

**brief** [1] 224:16

**briefs** [1] 172:9

**bring** [1] 189:18

**broad** [2] 76:1 137:21

**broadest** [2] 34:19 75:15

**brought** [4] 86:13 102:23 103:2, 4

**brush** [1] 126:22

**brushing** [3] 127:14 128:11 141: 21

**buffalo** [6] 19:11,12,17,23 20:4 21:3

**bugle** [12] 27:17,19 28:1 30:6,11 31:20,23 32:9,18 167:18,19,20

**building** [8] 108:7 125:8 139:14 181:6 223:14 225:8,11 226:9

**bulletin** [2] 50:1 218:6

**bumped** [1] 185:4

**bunch** [3] 4:20 151:22 195:12

**business** [1] 213:3

**button** [2] 172:14,15

**buttoned** [2] 172:14,16

**C**

**c.s.r** [2] 1:16 227:5

**cafeteria** [1] 148:1

**call** [8] 20:9 57:11 136:18 153:17 154:1,3 161:15 163:12

**called** [15] 23:12 79:13 85:9 89: 10 136:3 148:11 153:20 165:2 175:22 176:11 177:6 182:6 183: 14 200:9 204:23

**calls** [1] 178:15

**came** [20] 79:18 81:16 101:10,11 112:20 139:18 149:13 155:13 158:5,5 166:3,6 174:7 184:14 186:8 187:21 193:16,16 201:10 218:23

**camp** [1] 153:20

**camps** [4] 27:22 28:3 30:20,21

**campus** [19] 41:14 43:9,13 49:18 125:9,11 130:15,19,20 132:18 133:7 134:4,5 136:5 147:21 155: 9 181:6 182:2 186:8

**capacities** [1] 52:11

**capacity** [5] 20:6,7 48:16 52:20 224:21

**caption** [7] 32:1,2,4,8,11,14,17

**car** [27] 88:21 89:4 106:3 109:17, 21 110:6 114:3 139:10,12,22,23 141:22 142:5,10,12 143:1 146: 19 147:4 148:22 150:20 153:21 154:6,10 161:18 164:8 189:1 208:2

**card** [1] 225:10

**care** [9] 37:3 136:3,4,5 169:20 182:15 185:6 186:15 202:17

**career** [2] 68:19 136:13

**careful** [2] 123:4 199:18

**carolina** [2] 197:21,23

**carrying** [1] 137:22

**case** [8] 3:12 66:20 87:9 88:9 210:19 218:17 221:16 223:20

**cashier** [1] 20:14

**catch** [1] 191:2

**category** [5] 40:9 41:1 53:3,8 104:21

**cattone** [6] 202:17 204:9,10,11

**cause** [4] 1:13 161:3 168:5 227:13

**caused** [3] 119:7 189:9 215:16

**causes** [1] 209:20

**centennial** [2] 181:5 223:14

**central** [2] 1:14 3:12

**century** [1] 58:7

**certain** [2] 32:6 199:3

**certainly** [2] 75:12 83:6

**certification** [1] 26:19

**certified** [2] 26:13,14

**certify** [4] 227:6,11,20,23

**cetera** [2] 42:16 108:23

**chain** [4] 121:3 127:19,23 128:7

**chair** [7] 157:16,20 158:15,16,17,18 169:6

**challenge** [1] 114:17

**chamber** [3] 72:1,18 73:6

**chance** [2] 120:19 183:13

**change** [2] 131:11 191:1

**changing** [1] 123:1

**characterization** [1] 175:12

**characterized** [1] 207:10

**charge** [2] 32:6,11

**charges** [2] 86:7,12

**chat** [2] 98:11 99:9

**check** [6] 22:1 174:6 200:8 217:20 218:2,3

**checking** [1] 178:17

**cheek** [2] 99:7,14

**cheesecake** [8] 16:16,17,20,22 18:11 19:17 20:4,8

**chess** [1] 84:6

**chest** [4] 141:23 146:11,13,16

**child** [2] 80:16 205:21

**children** [1] 80:16

**children's** [2] 51:9,16

**choir** [26] 16:16 35:9 43:18,19,20,21 44:4,4,6 50:8,13,15,18 51:2 53:1 56:13

**chorus** [1] 26:16

**christmas** [34] 105:17,18 106:6,7,7,19,19 107:3,4,5,7,13,20 108:1 113:20 114:6 115:9,16,17,21 116:2,7,8,15,19,21,23 117:1 118:8,20 138:9 217:6,6,12

**christmases** [1] 115:23

**christmastime** [1] 19:6

**chronologically** [1] 105:7

**church** [23] 48:12,12,19,22,22 49:2,4,5 50:1,5 77:2 79:22 105:17 106:7 107:14 115:21 116:21 117:5,12 118:8 217:9,17 218:6

**circulating** [1] 212:6

**cities** [2] 118:6,7

**city** [3] 1:16 27:10 227:8

**claim** [1] 218:21

**clarify** [5] 5:2 86:6 90:1 115:7 152:10

**clarinet** [1] 60:16

**class** [22] 23:11,12,19 25:10 44:4 108:10 122:23 123:1,6,8,10 124:2,4,5,7 127:9 134:12 195:11 219:23 221:10 222:8,23

**classes** [24] 8:5 14:13 15:3,20 23:23 25:17 26:14 35:3 37:22 38:4,9 39:6,6,9,9 203:22 55:4 60:3 70:19 108:7 134:6 220:22 221:22 222:13

**classified** [1] 206:6

**clean** [1] 148:8

**close** [8] 93:3 108:17,19 132:10 140:9 164:12 192:14 212:8

**closer** [5] 142:16 166:11 167:2 171:20 175:6

**closest** [3] 128:17 158:14,21

**coach** [5] 53:14,21 54:1,4,13

**coached** [1] 192:2

**coats** [1] 167:20

**coerced** [1] 208:9

**coffee** [1] 156:2

**colleagues** [2] 135:7 144:19

**collective** [1] 51:12

**college** [10] 9:22 10:1 11:6 16:11 26:21 37:19 68:19 209:4 216:18 218:19

**colleges** [1] 85:20

**combination** [1] 83:7

**come** [23] 10:15 11:5,6 14:20 68:15 81:9 89:7 90:18 94:2 95:3 98:13,16 108:11 113:10 114:3,5 135:10 147:15 156:1 159:12,15 187:15 200:12

**comfortable** [3] 114:15 115:16 155:17

**coming** [7] 7:17 101:13,17 104:1 118:13 127:8 146:4,4 169:19 186:21 189:12

**comma** [1] 53:7

**command** [4] 121:3 127:20,23 128:8

**comment** [20] 61:2 108:14 109:11,13 118:12 122:9 139:2 142:23 143:12 144:4 145:8,10 147:1 152:7 153:14 161:20 178:21 182:19 193:4 194:11

**comments** [32] 62:17,22 109:4,5 110:7,10 112:1,7,13 113:18 117:9,17,17 121:22 122:14 126:8,23 129:8 137:14,17 141:21 146:18,19 161:22 162:14,15,16 164:8 192:7 196:4 219:2 220:23

**common** [8] 111:15 149:11,17 150:1 159:18 220:11,20 221:3

**communicated** [1] 199:3

**community** [15] 44:1,21 45:13 50:9,11,17 56:15 76:11,13,17 79:22 135:23 189:10 211:16 212:4

**company** [1] 79:13

**compared** [1] 157:23

**compensated** [1] 217:4

**complaint** [7] 199:4 205:18 206:3 210:18,19 211:8,10

**complete** [2] 5:8 89:23

**completed** [1] 12:19

**completely** [3] 6:16 191:11 219:4

**completing** [1] 13:5

**complicated** [1] 94:13

**component** [3] 13:9 24:5 35:20

**compose** [1] 6:21

**composers** [1] 83:7

**comprised** [1] 45:13

**conceived** [1] 216:7

**concert** [8] 34:16,21 35:7 42:8,11 51:23 52:3 125:10

**concerts** [1] 129:14

**concluded** [1] 226:21

**conclusion** [1] 67:7

**conduct** [20] 40:22 51:14 52:23 67:3,4,9 99:10 104:15 108:2 115:10 116:16,19 117:6 137:18 138:4,8 150:23 184:6 186:11 194:12

**conducted** [5] 46:10 53:12 72:13 76:11 121:21

**conducting** [6] 36:15,16 46:21 123:14 221:9 222:2

**conductor** [2] 46:13,18

**conference** [4] 85:12 91:2,4,11

**connected** [5] 79:3,6,19

**connections** [1] 135:5

**consensual** [3] 132:4 219:3,17

**consensus** [2] 163:23 195:18

**consider** [11] 33:10,15 36:15 69:18 79:2,5 207:20,21 208:1,4 209:16

**considered** [3] 82:21,22 83:9

**consisted** [1] 131:19

**constantly** [1] 171:3

**contact** [6] 108:20 127:11 136:22,23 138:21 139:5

**contacts** [10] 76:2,5,8,10,16,20 77:6 78:19 79:21 136:16

**contain** [1] 196:4

**contained** [1] 196:8

**contend** [16] 67:4 92:9 105:2,11 107:14 133:6 137:18 153:16 155:7 161:7 162:15 210:1 211:8 214:3 217:14 220:20

**contended** [1] 219:11

**contends** [2] 131:21 132:2

**contention** [5] 89:11 160:13,15,17 211:6

**context** [1] 5:16

**continue** [2] 10:12 43:3

**continued** [1] 135:14

**contract** [3] 186:22 197:3,6

**contributed** [1] 178:4

**conversation** [40] 5:6 62:14,19 63:22 84:5,7 102:18 109:16,18 114:12,19 116:20 117:1 118:10,15,16,19,23 120:2,16,21 121:4 126:2 141:3,11 153:22 154:10 177:8,19 179:9 182:17 185:5 187:17,20 188:2,5 210:11 212:18,20

**conversations** [21] 62:21 82:10 102:21 103:5,17 104:2,3 109:16 110:2,4 120:12 126:18 152:19,22 153:4 176:13 177:1,5,12 201:11 220:12

**conveyed** [1] 101:1

**cook** [6] 123:18 139:14 155:10 162:6 225:6,16

**cool** [1] 196:1

**cooler** [1] 195:20

**cooperation** [1] 152:11

**copy** [1] 181:17

**core** [1] 222:7

**corner** [4] 158:3,6,11,21

**corps** [12] 27:17,19 28:1 30:6,11 31:20,23 32:9,18 167:18,19,20

**correct** [146] 3:15,17 8:3 9:18 11:4,16,19 12:1,3,5,7 14:2 15:13 16:8 17:13,18,20 19:19 20:22 22:11,12 23:10,13,16,22 24:21 29:9,10 33:20 35:18,19 37:8,21 38:5,7,9

39:2 42:2 44:15,16,19 48:16,20 50:17 52:6 53:19,20 54:16 55:11,18 58:10 59:3 60:9,11,19 63:16 65:9 66:22 67:23 69:5,8,21 70:4 72:14,15 73:12 74:17 75:3 76:17,18 78:23 86:8,9,20 91:22 97:11 98:6 104:9,12 106:4 116:13,14,22 117:3,22 118:21 120:6 125:4 126:6,7,12,13 129:9 130:16 132:22 134:13,14 137:3,8 138:9,15 143:7 146:6 150:9 151:4,7,15,17,18 152:20 153:6 154:11 158:23 159:3 160:5,14 164:22 166:23 177:15,22,23 187:5,8 190:17 196:20,21 200:1 202:4,5,9,17 203:1,5,8 204:13 205:13,23 206:10,14 207:8,16 214:18 225:14 226:7,15 227:17

**correctly** [3] 41:17 64:13 119:10

**cost** [1] 150:15

**couch** [10] 168:16,21,22 169:2,14,15 173:19 174:16,21,22

**couldn't** [6] 141:12 142:4 147:9 148:19 181:14 197:7

**council** [1] 91:18

**counsel** [5] 3:14 113:9 210:11 227:22,23

**counseling** [5] 204:23 205:4,5 206:9 214:11

**county** [5] 1:17 86:13 87:9 227:3,9

**course** [24] 5:6 8:9 10:17 22:23 37:19 55:9,14 56:6 58:4 59:21 60:4 70:13,14 71:23 74:3,19 83:21,21 123:15 141:3 163:20 176:7 185:20 200:13

**courses** [31] 10:21 16:11 38:15,19,19,21,22 39:1,3,4 40:12,19,20 53:3,4,7,9 55:6,7,19,20 70:6,6 71:20,22 73:16,20 74:2,5,10 222:3

**court** [5] 1:2,13 4:10 5:12 103:7

**cousin** [1] 120:21

**covered** [2] 126:18,18

**coy** [1] 147:2

**cramp** [1] 6:20

**crawling** [1] 169:9

**credit** [2] 27:1 123:15

**credits** [7] 11:5,6,21 12:11,17 24:23 25:6,11 29:6

**creepy** [6] 164:3 195:6,17,19 196:1 199:16

**cried** [1] 176:4

**criminal** [8] 86:5,7,10,12,19 103:8,14 106:22

**crisis** [1] 195:23

**crowded** [2] 85:3 92:7

**crying** [4] 176:5 181:15 184:1 200:10

**csr** [2] 228:11,15

**cup** [1] 156:2

**curl** [1] 175:6

**curling** [1] 175:8

**currently** [1] 7:10

**cushion** [3] 175:4,5,9

**cushions** [1] 175:2

**cut** [2] 216:4,8

**cutting** [6] 215:20 216:2,6,8,9,11

**D**

d-a-m-o-r-e [1] 200:21
dad [4] 149:3,7,22,22
daily [6] 221:11 222:3,5,12,15,19
dakota [18] 92:17,18,20 93:6,14,
18,21 94:11,17 96:9,10 97:15,20
131:8,9 133:15 139:12 142:7
damage [2] 188:16,17
damore [5] 110:23 111:3,4 200:
21,23
dan [2] 32:19 154:5
daniel [1] 128:23
date [12] 37:10 87:1 107:8 110:12
111:17 180:18 198:12 206:7,20
211:23 216:19 218:23
dated [2] 111:6 201:1
dates [1] 105:14
dating [14] 28:5,14 110:20 154:7
180:7 212:2 218:18 219:13,22,
22 220:3,14 221:5 223:17
davis [18] 2:2,12 3:15 4:6,23 28:8,
17 29:13 35:11 41:22 42:8 53:6
152:10 163:4 194:16 210:4 225:
4 226:18
day [33] 32:3 38:9 66:1 98:2 123:
8,8 151:5,13,19 153:18 161:16,
23 162:2,2,4,5,7,14 163:12 164:
21 175:17 177:5,19 185:13 187:
10 191:20 195:10 222:9,10 223:
1,22 224:1 226:8 227:6
days [2] 185:20 195:10
deal [6] 4:3 93:15 100:3 123:6
166:8 178:10
dealing [1] 214:12
dealt [2] 135:19 136:17
dean [3] 224:13,17,21
december [8] 24:19 110:15 111:
19 112:4,8,19 113:3,6
decide [2] 14:16 27:3
decided [5] 17:23 77:23 78:7
decision [4] 14:19,20 77:11 78:3
deduction [1] 22:10
defendant [4] 1:12 2:7 88:9 198:
5
defendant's [1] 90:2
defendants [1] 1:9
defense [1] 89:1
define [14] 21:7 33:7,7 36:19 38:
1 42:5 66:3 71:22 75:17 130:5
160:21 163:15 217:19 220:10
definitely [2] 116:2 136:14
definition [13] 34:19 67:5,10,13
68:4,12 138:18 207:13,15 208:7
215:4 216:1,8
degree [1] 13:5
deny [3] 190:3,4,13
department [14] 82:12 97:3,4 98:
5 119:11,15,23 121:10 127:18
149:18,19 182:5 220:8 222:2
depend [2] 122:11 126:1
dependability [1] 135:5
dependable [3] 135:11 136:11,
12
depended [3] 64:7,7 162:12
depending [2] 25:10 55:4
depends [2] 59:10,16
deponent [1] 226:23
deposition [4] 1:11 3:19 226:21

227:21
depositions [1] 210:17
depression [3] 204:3,6 215:3
describe [7] 30:18 31:11 32:5 85:
2 138:7 157:2 225:7
described [5] 11:14 63:11 80:
22 83:10,16,20 84:9 92:3 104:2,
19 108:6 110:8 118:10 161:16
163:14
desk [3] 20:10,11 223:12
detail [3] 185:22 186:4,4
details [1] 164:7
detective [1] 94:15
detrimental [1] 210:1
diagnosed [1] 214:15
diagonal [3] 158:7,9 159:8
diagonally [1] 158:4
difference [1] 27:6
different [13] 5:22 10:14 11:22
13:22 25:5,10 26:19 27:23 28:1
29:17 30:21 33:23 34:6 38:17 39:
1 48:21 49:15 53:19 55:4 56:9
59:11 60:4 62:22 73:8 88:22 120:
18 188:20 202:1 209:22 212:5
differently [1] 184:9
difficult [4] 4:19,21 14:18 201:10
difficulties [2] 24:22 25:3
dining [3] 169:11,11
dinner [1] 147:22
direct [8] 3:6 38:11,20 45:23 71:6,
8 80:6 197:15
directed [5] 45:5 46:2,7 72:5 105:
4
directing [6] 45:3 113:2 121:13
128:1 138:11 210:13
direction [2] 51:6 52:2
director [12] 22:13 52:18 59:14
60:2 63:15,18,21 72:2 77:11,14,
21 181:9 182:7 183:22 224:7
directors [6] 41:7 77:20 128:15,
22 135:6 136:3
dirty [1] 194:1
discern [1] 4:22
disciplinary [4] 150:17 186:20
187:11 196:23
discipline [2] 197:10,20
disciplined [1] 187:7
discomfort [1] 102:6
discussed [5] 53:4 84:11 113:14
124:8 147:5
discussion [9] 25:21 35:13 45:9
65:18 71:1 115:1 163:7 194:20
210:6
discussions [2] 93:19 222:12
disorder [4] 214:15 215:5,8,11
disposed [1] 95:23
dispute [1] 203:3
distance [3] 108:17 125:21 126:
5
distinction [1] 49:4
distinctions [1] 49:13
district [4] 1:2,13,14 3:13
division [1] 1:3
divorce [1] 149:1
doctors [1] 202:16
document [4] 87:10 95:11 198:7,
12
documents [2] 151:12 198:18
doing [9] 47:19 128:20 141:19,20

149:23 156:20 162:22 176:5 189:
12
don [5] 119:14,18 120:4,13 121:
5 128:4 180:2 185:11 196:8,14,
19,19,20 201:14 218:9
done [7] 4:6 23:20 24:7 79:17
103:19 188:17 190:20
door [10] 158:5,11,14,20 159:2,4
165:16,23 195:12 218:6
doors [1] 225:9
dorm [3] 148:3,15
double [1] 157:7
doubt [1] 114:18
doubtful [3] 54:12 93:2 199:1
down [8] 4:11 18:23 41:12 91:4,
11 98:13 101:10 108:11 127:8
130:20 146:2 155:11,12 166:10
167:8 168:20,22,23 169:15,20
170:4 173:13 176:4 179:1 184:
15 193:7,16,18
downstairs [1] 165:21
dragged [1] 160:18
drawer [1] 187:12
dress [1] 200:9
drink [2] 90:3 191:1
drinking [2] 90:3,5
drive [2] 131:2 139:13
driving [1] 153:18
drop [1] 139:13
dropped [3] 139:15 142:7 148:13
drum [13] 27:17,19 28:1 30:6,10
31:20,23 32:9,17 34:10 167:18,
19,20
dual [1] 84:11
due [2] 25:15 27:2
duly [1] 227:12
during [18] 17:21 19:17 29:18 31:
6,8 37:14 41:8 65:3 67:1 84:1
108:2 110:15 111:18 112:22 118:
2 120:5 125:6 126:15 129:14
133:4,8 137:4 176:12 191:7,18
192:16 210:10 226:8
duties [1] 67:18
dvd [6] 89:10,11,11 119:6,13 218:
10

**E**

e-mail [17] 93:23 94:4,7,23 95:14,
16,17,18,20 96:5,7 98:7,10,12,20
101:7 102:19
e-mails [1] 177:16
e-s-b-y [1] 208:14
e-s-p-y [2] 208:15,16
each [9] 104:14 129:21,22 139:1
153:12,13 193:4 194:11 199:5
earlier [9] 6:14 15:17 16:3 66:1
72:8 119:6 123:2 124:18 190:9
early [9] 15:9 113:5 165:6,6 176:
21 213:22 214:21,23 224:10
easier [1] 3:23
east [1] 18:14
easter [27] 49:4 105:22 113:23
114:6 116:3,21 117:2,5,8,12,18
118:20 154:13 155:6,9 156:16
161:6,17,22 163:13 173:8,9 217:
7,11,12 218:5 226:2
easters [1] 115:22
eat [1] 147:23
ed [1] 55:9

education [29] 10:7 12:16,20,22
13:6,10,19 23:2,3 24:4 26:4,8 35:
2 37:19 38:12,14,16,23 39:5 41:
5 43:21 55:13 58:1 74:4,5,18 78:
7,9 222:8
educational [1] 35:21
effect [1] 167:3
efforts [4] 123:16 125:2,3,15
eight [1] 166:20
either [15] 14:11 37:3 107:18 115:
22 116:8,21 122:1 126:11 128:
15 137:2 153:22 154:18 174:1
196:9,22
elbow [3] 156:10,17 202:23
embarrassed [3] 143:16,18 144:
22
embarrassing [1] 144:15
emotional [3] 205:17 206:2 209:
12,14,17 210:2,21,23 213:15,19
214:4,8,9
employed [7] 17:2 30:8 68:18,21
106:9,13 223:8
employee [1] 96:15
employment [4] 16:19 21:5,7,10
encompasses [1] 134:3
encouraged [1] 135:3
end [20] 76:4 91:11 94:3 113:14
114:18 118:14 124:6 125:17 132:
21 133:5 154:1 168:16,17,18
169:1,2 185:5 191:16 210:14
217:22
ended [2] 99:7 142:8
engaged [4] 153:15 208:10,12
221:14
english [1] 38:23
enough [5] 108:19 131:2 168:12
216:3 226:3
ensemble [11] 48:15 51:4 55:17,
19 73:4,7 77:12 128:15,22 129:
13 221:6
ensemble's [1] 172:1
ensembles [11] 40:21,22,22 41:
11 42:16 43:16 44:10 53:19 55:8
72:18 79:10
ensuing [2] 211:15 212:5
entire [4] 5:11 40:21 41:11 109:
11
envelopes [1] 187:14
epiphany [5] 105:17 106:6 107:
13 113:21 115:21 117:4,12 118:
8 217:9,17 218:1
episode [1] 216:9
episodes [2] 214:23 215:20
erase [1] 188:17
erect [1] 172:21
especially [3] 77:7 135:5 136:1
espy [2] 208:13,17
esq [1] 2:2
estimate [8] 112:21 125:20 127:
12 142:6,18 155:19 157:13 180:
18
estimates [1] 114:16
et [2] 42:16 108:23
euphonium [13] 34:22 36:7,9 69:
7,13,16,19 74:11 79:10,13 84:12
165:10 187:2 213:13
evening [1] 225:6
evenings [1] 225:15

**event** [2] 49:21 51:3
**events** [2] 50:5 91:1
**eventually** [2] 139:23 186:8
**everybody** [1] 151:22
**everyone** [5] 3:23 99:2 144:10 164:2 189:5
**everything** [10] 4:11 131:15 136:4 152:16 154:2,9 165:7 185:22 199:11 201:2
**exact** [5] 85:5 105:16 114:13 149:4 155:1
**exactly** [3] 140:23 165:19 200:14
**exam** [1] 58:6
**examination** [4] 2:11,12 3:6 225:3
**example** [1] 32:15
**examples** [1] 223:4
**except** [3] 41:15 212:8 213:11
**exchange** [1] 177:16
**excluding** [1] 128:3
**exercise** [2] 223:2,3
**exerting** [1] 160:11
**exhaust** [1] 44:9
**exhaustive** [1] 42:15
**exhibit** [11] 71:6,7 72:16 87:6 95:7,10 96:4 98:8 102:20 123:13 198:4
**existed** [1] 199:19
**expect** [2] 3:22 24:19
**expectation** [3] 14:8 24:14 64:20
**expected** [7] 13:12 14:1,6 23:5,8 24:9 51:21
**explain** [1] 186:22
**extend** [1] 186:22
**extra** [4] 44:2 56:15,15 64:11
**extraordinarily** [1] 69:18
**extremely** [1] 207:19
**eye** [1] 193:14
**eyes** [1] 106:22

### F

**face** [1] 93:17
**facebook** [1] 99:8
**facing** [2] 160:3,4 166:9
**fact** [8] 25:4 85:23 177:11 201:23 218:14 221:7,9 222:2
**factory** [8] 16:16,17,20,23 18:11 19:17 20:4,8
**facts** [1] 184:4
**faculty** [84] 44:22 45:5,22,23 47:7 48:1,4,7,11,13 49:3,6,6,17,20, 22 50:2,2,5,9,10,16 53:16 54:12 56:15,23 57:9,13,17 59:13 60:1, 11,17,21 62:8,13 63:5,14,15,18, 20 64:2,6,15,20 65:1 68:17 72:5 75:4 76:22 77:4,5,9 78:1,6,6,7,8 79:6 84:5,16 85:17,19 86:4 97:4 120:15 121:2,7 127:18,23 128:7, 10 149:20,21 179:3 181:13 193: 9,20 195:19 197:10 217:13 221: 13 225:13 226:6
**fair** [1] 162:18
**fairly** [1] 122:22
**fall** [58] 7:22 8:1,2 9:23 10:17,19 11:15,23 12:2,4,6 14:4,12,13,17 15:2,23 22:5 23:11,13,15 24:10, 11,12,18 29:19 37:18 40:19 54:

11 58:22,22,23,23 61:21 72:21 73:1,16,16,21,23 81:6,6 104:20 112:14 118:3 122:22 123:14 125: 7 127:1 128:2 186:21 188:21,23 203:12 206:5,12,13,20
**falls** [1] 21:22 40:23
**familiar** [1] 21:16
**family** [4] 8:20 135:15 149:14 150:11
**far** [7] 33:1 106:13 126:12 131:1 168:11 221:18,19
**farther** [1] 126:15
**father** [2] 94:12,14
**fault** [1] 170:8
**favorite** [1] 178:13
**february** [39] 15:15 84:21 88:20 90:15 96:16,21 97:6,15,19 98:19 102:22 104:4,10,20 105:10 107: 23 109:17,21 110:6,15 111:18 112:3,8,18 113:3,5,13,13 116:11 122:1 129:7 137:20 138:9,12,21 139:11 189:1 207:3 209:2
**february-ish** [2] 105:23 106:2
**feel** [10] 67:15 68:5,9 85:6 102:11 115:16 135:16,23 184:23 208:9
**feeling** [1] 219:1
**feelings** [1] 144:23
**feet** [1] 161:4
**felt** [3] 85:5 184:20 189:11
**female** [2] 82:13 195:19
**females** [1] 196:10
**few** [3] 27:14 185:20
**fiance** [1] 216:23
**fight** [1] 213:9
**figure** [1] 174:14
**file** [5] 185:18 186:6,10,11,17
**filed** [1] 3:12
**fill** [3] 20:15 77:8 153:8
**filled** [1] 43:21
**final** [4] 58:3 59:21 61:10 197:5
**financial** [1] 149:12
**find** [2] 88:3 122:17
**fine** [7] 12:15 25:14 105:8 109:20 181:21 183:21,23
**fingers** [1] 42:22
**finish** [5] 5:7,17 42:21
**finishing** [1] 174:1
**fired** [4] 131:20 132:6 212:7,17
**first** [52] 7:23 9:22 11:14 15:20, 21,22,23 16:1 18:7,13,23 26:6 39:21,22 52:12 54:6 69:22 70:17, 20 80:11 81:14 87:7,10 98:11,16 105:3 116:12 118:1 135:9 138:18 140:2 142:19 143:3,6,9 145:7 146:1 150:8 163:1 165:8,17 175: 19 178:15 181:18 185:12 190:20 191:10 199:20 203:12 214:14,16 227:12
**firsthand** [3] 195:3 220:6,10
**fit** [2] 40:5 138:17
**five** [13] 12:16,17,19,22 13:3 83:8 105:14 142:13 155:19 165:4 175: 23 176:10 205:16
**flames** [1] 42:21
**flick** [5] 110:23 111:17 154:5,7 199:23
**flirt** [1] 195:22
**flirtation** [1] 189:5
**flirty** [1] 164:1

**floor** [1] 122:23
**flying** [1] 42:22
**focus** [2] 40:10 43:12
**follow** [1] 181:21
**followed** [2] 155:12 215:3
**following** [3] 118:11 121:12 137: 19
**fondle** [1] 189:3
**fondling** [2] 88:17 208:8
**foot** [1] 6:20
**forbes** [160] 1:7 46:5,15,16 47:9 50:12,20 51:3,14 52:4,23 53:12, 21 60:21 61:4,12,19 62:5 63:4 65:2,2 66:22 68:16 69:7,22 70:2, 7 71:12,16,21 73:20 74:2,10,20 75:2,16 76:19 79:2 80:1,5 82:7, 11 83:14,22 84:1,18,22 86:14 87: 9 90:4 92:3,10,13 93:8 94:1,8 95: 14,15,17,18 98:1,12 100:4 101:2 102:21 104:3,15,23 105:4,13 106:9,12,21,22 108:16,22 110: 11 111:10 112:1,7 115:11 117: 10 118:11 122:8,18 123:17 124: 21 125:3,18 127:14 128:11 131: 15,19,21 132:1,16,18 133:6,10 134:2,23 135:21 136:19,22,23 137:15 138:3 139:1,15,15 151:6 152:15 153:14 158:1 159:1,5 163:2 164:17,21 165:2 177:5,12 179:18 181:14 182:9 184:2,20 185:15 186:18,20,21 187:3,7,10 190:21 192:2 195:1,3 196:8,17 197:12,21 198:6 199:15,16 200: 15 202:3,3 207:2,11 211:11 212: 7 213:12 218:3,15 219:2,7,16 225:15 226:14
**forbes'** [14] 62:7 68:23 73:11 80: 16 82:1,14 98:7 102:10 121:3 127:19 128:7 129:18 186:11 226: 4
**force** [2] 160:11 226:2
**foregoing** [1] 227:17
**forge** [1] 113:10
**forget** [3] 153:21 182:1 185:2
**forgotten** [1] 89:16
**form** [1] 98:10
**former** [1] 111:12
**forms** [1] 132:1
**forth** [2] 4:8 170:14
**forward** [4] 14:9 121:13 138:12, 23
**found** [1] 161:7
**four** [17] 12:8,10,19 13:1,2,6,17 23:6 39:22 53:10,11 55:1,2 57: 21 66:12 105:14 175:23
**fourth** [2] 55:3 193:17
**frame** [9] 14:21 30:3 108:3 110: 16 111:18 112:16,18 113:3 175: 21
**frames** [1] 113:4
**freaked** [1] 170:3
**french** [4] 82:18,21,23 83:5
**frequently** [3] 129:16,16 135:14
**freshman** [8] 54:15 84:10 206:5, 12,20 209:6,8 216:10
**friday** [6] 180:12,12,17,19 181:10 184:10
**friend** [5] 120:21 121:9 164:16 180:8 199:14

**friends** [9] 37:1 130:3,5 131:9 132:8,11 164:12 212:8,16
**friendship** [1] 131:12
**front** [17] 20:10,11 109:17 124:2, 18 125:16 126:23 127:4 158:4, 10 159:7,9,11 193:13,18 194:9 220:23
**full** [4] 89:22 193:11,21 223:13
**fully** [1] 87:16
**function** [1] 51:16
**furniture** [1] 169:3
**further** [6] 168:14 225:1 226:23 227:11,20,23
**future** [1] 135:8

### G

**game** [1] 84:15
**gap** [1] 153:8
**gary** [3] 57:4,6,8
**gauge** [1] 106:18
**gave** [15] 22:8,9 51:11 61:12 62:5 76:23 86:21 87:12 119:4 147:9 182:18 183:2 185:10,23 218:9
**general** [10] 18:15 38:23 40:2 55: 3 99:8 108:13 163:23 164:9 212: 21 222:7
**general's** [1] 3:11
**generally** [4] 62:5,6 98:1 205:11
**gesture** [1] 193:22
**gestures** [1] 166:5
**getting** [5] 13:18 78:9 149:12 155:2 211:19
**gig** [28] 105:17,22 106:6 107:7,13, 14 113:20 115:9,17 117:2 118:8 154:13,15,19,23 155:2,7,9,14 156:16,22 161:6,17,22 163:13 173:8,9 226:2
**gigs** [6] 48:12 76:21 77:2 79:23 113:22 115:23
**girl** [5] 147:12,17,19 189:14,15
**girls** [9] 82:2 147:7 150:17 186:6 195:5,5,12,22 196:7
**give** [28] 3:22 6:14,16 33:12 42: 15 52:1 66:2 75:10 77:16 104:14 110:5 122:15,20 148:7 164:7 178:1 179:6 194:1 196:15 221:5 223:2
**given** [14] 6:16 37:7 44:8 52:2 94: 11 138:6 193:3 194:10 215:13 218:3 224:2,3 227:14,18
**gives** [1] 179:2
**giving** [8] 121:5 138:1,23 179:8 191:19 218:22 219:23 224:15 226:1
**got** [34] 21:12 43:20 51:19 61:15 77:21 132:5,13 133:18 142:10, 12 148:6 154:21 155:8,10 164: 14 165:5,8,16 166:10 170:5 173: 19 176:14 178:15 181:4 182:1,8 186:1 190:20 213:11,12,12 221: 11 223:1,11
**gotten** [14] 33:1 101:8 131:20 150:16 153:12 178:5 191:11 197: 21 212:7 219:5,6,7,11 225:18
**grab** [2] 126:22 127:4
**grabbed** [1] 167:7
**grabbing** [2] 128:12 141:21
**grad** [6] 21:16 50:10 56:16 57:18 60:4 72:6

**grade** [13] 61:10,15 62:7 147:13 178:23,23 179:12 215:5 218:23 221:6 222:15,20 223:3
**graded** [4] 61:4 62:12,17 63:4
**grades** [7] 71:8 220:1,2 221:5,11 222:3,6
**grading** [3] 221:15,21 223:7
**graduate** [6] 8:18 11:8,10 12:11 24:19 64:11
**graduated** [1] 211:13
**graduation** [1] 11:21
**great** [1] 123:6
**greater** [1] 125:15
**greek** [1] 191:14
**green** [9] 190:21,22 191:4,6,7,17 192:4,10,19
**greet** [2] 108:23 109:2
**greetings** [1] 108:20
**grew** [2] 149:3,7
**group** [25] 31:8,14 39:14,15 40:5 41:14 44:4 47:2,10 51:4,5 71:11 74:19 77:11 84:4 109:12 124:19 125:16,21 126:11 167:14,15,16 17 192:1
**grouping** [2] 40:2,3
**groups** [6] 42:15 43:16,17 44:10 47:16 51:18
**grow** [1] 149:5
**guess** [28] 23:13 40:5 61:7 67:16 80:18 98:19 101:7 106:16 108:15 122:11 131:22 135:17 136:7 137:8 147:21,23 148:1 150:7 166:7 179:2,15 180:16 197:8,14, 20 201:12 207:16 223:11
**guessed** [1] 150:9
**guessing** [1] 150:4
**guesstimate** [2] 12:14 25:14
**guest** [7] 46:18,21 47:7,9,12 48:4 72:13
**guideline** [1] 5:5
**guidelines** [3] 3:23 181:20
**guitar** [1] 37:1
**guy** [2] 154:5 206:5
**guys** [1] 51:17
**gyne** [1] 202:21

**H**

**h's** [1] 4:20
**h-i-l-e-s** [1] 32:21
**habit** [1] 165:5
**half** [11] 13:2,3 14:23 54:6,7,7 125:14 175:4,6,9 179:6
**hall** [5] 51:12 184:13 200:6 225:6, 17
**hallway** [4] 108:22 123:3 125:3 127:6
**hand** [11] 85:4 141:23 145:22 146:1,1,7,10 159:19 166:5 167:8 173:13
**handed** [4] 181:17 217:20 218:2, 7
**hands** [3] 107:19 208:20 221:2
**hanging** [2] 99:4,20
**happen** [3] 162:5 185:19 186:13
**happened** [53] 88:8 89:2 93:8,12 105:18 109:17,18 110:2 118:20 131:15 133:17,20 136:21 139:10 142:1 147:4 148:10,14,16,17 150:19 154:14 164:6,8,23 165:

15 169:16 172:4 173:18 178:3 181:7 183:19 184:18,19 186:14 187:21 189:1 190:4,13 191:10 200:14 201:2,9,12 207:17,18,21 208:1,4 210:23 211:15 213:10 220:12
**happening** [6] 65:5,12 141:12, 14,16 148:19
**happens** [1] 49:5
**harassed** [1] 185:16
**harassing** [3] 67:4,9 104:16,21, 22 105:3,12 107:14 108:3 113: 20 115:11 116:13,16,19 117:6 121:19 137:18 138:4,8 139:4 150:23 153:16 155:7 161:8 178: 5 184:6 190:19 191:5 192:8 193: 5 194:12
**harassment** [10] 66:21 67:6,11, 14 68:5,13 138:19 181:17 196: 17 207:20
**hard** [6] 32:5 41:2 97:2 120:8 146: 22 166:4 201:9 206:4
**harmless** [2] 164:1 189:5
**head** [10] 4:14 32:1,2,4,8,11,17 182:4,7,13
**heads** [1] 32:14
**health** [5] 202:2,7,9,15,16,20 203:4,6 209:17 210:2 214:1
**hear** [2] 41:17 43:12
**heard** [6] 132:8,16,16 161:23 191: 17 220:17
**held** [6] 25:21 35:13 45:9 65:18 71:1 115:1 163:7 194:20 210:6
**help** [12] 5:1 22:4,7 32:13 37:2 71: 14 76:5,10 87:11 106:18 148:3 217:8
**helped** [7] 21:11 31:14 76:8 77: 17 78:18 79:21 148:17
**hereby** [1] 227:5
**heretofore** [1] 227:6
**high** [8] 8:13,14,16,17 82:22 130: 10,11,13,17 214:23,23
**higher** [1] 146:7
**hiles** [3] 32:19,22 154:5
**hiles'** [1] 32:20
**hills** [1] 17:10
**himself** [1] 69:18
**hlp** [3] 156:11,17 166:15
**hips** [5] 126:22 127:4,14 128:12 167:7
**hires** [2] 32:12,12
**history** [1] 58:7
**holding** [1] 221:2
**hole** [2] 182:16 218:15
**hollander** [2] 57:5,9
**home** [5] 118:1,5 146:20 153:18 168:21
**hometown** [1] 18:12
**honestly** [6] 15:16 63:18 78:5 100:13 106:20 114:1
**horn** [4] 82:18,21,23 83:5
**hostess** [2] 20:9,11
**hostesses** [1] 20:10
**hour** [5] 1:18 123:15 142:17 223: 22 227:7
**hours** [7] 25:19 27:1 142:17 162: 7 175:22,23 206:7
**house** [26] 84:18,20,23 85:3,7,9 90:20,22 92:6 97:7,20 104:1,4,

20 105:2,10,16 136:20 137:1 152:6 165:22 168:20 169:4,14, 18 176:3
**houses** [1] 165:23
**however** [2] 146:17 188:13
**huge** [1] 189:11
**huh-uh** [1] 4:20
**human** [1] 5:6
**hunt** [16] 1:4,11 3:1,8 7:10 35:17 65:22 66:20 71:5 87:5 95:9 113: 12 115:5 163:10 210:10 227:10
**hurt** [3] 144:23 164:3 195:16

**I**

**i.d** [1] 225:18
**idea** [5] 54:9 114:14 118:14 120:4 182:18
**identification** [1] 95:7
**identified** [7] 37:6 138:20,20 161: 15 199:3 201:13 224:11
**identify** [1] 202:1
**identifying** [2] 156:14,15
**ignored** [1] 221:17
**ii** [1] 2:3
**illinois** [19] 1:8,15,17 2:5 3:10,13 8:15 10:2 27:4 28:15 67:17 68: 17 77:18 87:8,9 211:14 212:1 227:2,9
**illness** [1] 202:23
**immediate** [2] 92:6,9
**immediately** [1] 158:9
**impact** [1] 136:13
**important** [3] 4:12 78:2 176:2
**impression** [7] 62:12 136:9 156: 5,7,18 160:23 178:16
**improve** [1] 62:18
**inaccuracies** [5] 88:3,10 89:18, 20 90:8
**inaccurate** [1] 88:13
**inappropriate** [13] 117:17 139:2, 3 143:9,21 153:14 161:7 162:14, 15 192:9,11 196:4,4
**inappropriately** [5] 88:18 100: 21 140:4,5 153:15
**inappropriateness** [1] 93:13
**incident** [38] 73:14 88:20 90:4,5 92:2 93:19 95:2 96:12,16,21 97: 6,15,18,20,23 98:14 104:15,19 105:11,23 106:2 116:13 120:10 121:18 139:10 153:13 161:18 163:13 164:5 177:13,22 180:4 186:23 187:3 193:4 202:10 206: 21 207:1
**incidents** [6] 78:20 121:22 132:2 134:15 137:17 202:3
**inclined** [1] 122:14
**include** [2] 26:16 65:2
**included** [2] 49:6 82:23
**including** [2] 68:11 79:21
**increased** [2] 32:9 38:13
**independent** [2] 117:11 152:11
**independently** [1] 151:17
**indicate** [2] 99:10 124:12
**indicated** [12] 13:16,23 19:9 35: 17 43:2 45:12 47:1 48:18 60:10 63:13 83:22 103:16 115:8 116:9, 11 119:6 125:1,2 129:6 137:15 138:13 205:20
**indicating** [12] 27:8,12 68:1 72:

23 102:6 120:1 145:5 147:2 157: 5 158:7,12 160:7
**individuals** [2] 92:8 201:15
**infections** [1] 202:21
**inform** [1] 220:8
**information** [12] 6:10,15 65:23 96:10 126:16 133:9,12 187:18 196:15 213:11 218:12 224:7
**injure** [1] 216:17
**injuries** [1] 206:2
**injurious** [1] 209:16
**injury** [6] 202:23 205:17 209:12, 15 210:21 214:5
**innocent** [1] 195:15
**inquire** [1] 28:2
**inquiries** [1] 28:23
**inquiry** [1] 117:7
**instance** [8] 44:9 58:6 105:3,11 120:20 138:7 140:3 194:11
**instances** [2] 88:7 129:8
**instead** [2] 44:3 58:6
**instinct** [1] 150:8
**instruction** [1] 71:12
**instructor** [3] 71:12 72:3,14
**instrument** [8] 32:22 33:2,4,15, 23 34:7,9 35:8 36:14 60:14 68: 23 69:2,10,20 82:16 159:7
**instruments** [17] 33:3,6,13 34: 18 35:3,4,18 36:1,13,18 37:7 40: 14,15,16 43:22 83:3,8
**intend** [1] 117:21
**interact** [4] 56:10 76:9 84:22 125: 18
**interaction** [14] 31:12 70:1,4 83: 23 84:8 85:2 92:10,13 98:1 100: 18 107:15 116:12 139:3 224:20
**interactions** [15] 52:19 75:2,15, 18,20 76:19 79:20 80:1,4 83:14, 22 84:3 101:4 113:19 134:2
**interchangeable** [4] 45:20 56:6
**interested** [1] 228:2
**interpersonal** [3] 203:22 204:3, 6
**interrogatories** [2] 198:6 202:1
**interrogatory** [6] 198:3,15 199:2 205:15 209:10 217:5
**interrupt** [1] 43:4
**intersected** [1] 122:23
**interview** [7] 89:10,12 119:11,16 120:5,12 186:2
**interviewed** [1] 119:18
**intimate** [1] 193:15
**introduced** [2] 3:9 4:10
**investigation** [1] 133:2
**invited** [1] 147:22
**involved** [9] 9:16 133:13 152:17
**involvement** [3] 31:12 137:16 197:15
**isolated** [1] 123:21
**issue** [3] 101:19,23 118:14
**issues** [17] 24:22 25:2 134:16,19, 20 202:15 223:6
**isu** [73] 1:11 10:22 11:6,8,21,23 13:18 14:4,14 16:9 24:23 25:6 29:16,19,21 32:1 37:12,19 38:12, 16 39:5 41:9 47:18 48:8 49:18 50:2,2 51:16,18 54:6,7,8 59:6 68: 18,21 70:17,19 74:7 76:2 76:17 84:19 85:18 91:14 93:12 96:15

103:9 106:10,13 112:22 119:11, 14,23 120:15 121:3 127:18 130: 15 131:17 188:21,23 196:16 202: 19 204:12,16,17,19 205:2 211: 11,12,16 212:4 217:13 218:22 221:12
**isu's** [2] 23:5 41:14

## J

**january** [15] 9:11 30:12,13 37:11, 17 122:1 129:6 137:12,13,19 138:12,21,22 153:11 161:14
**jazz** [4] 41:15,16,18 43:6
**jeans** [1] 167:8
**jenke** [4] 81:22 82:13,16,19
**job** [16] 19:10 20:11 52:11 77:21 91:12 135:8 136:10 148:7 150: 15 188:1,7,10,16 197:6,19,21
**jobs** [5] 18:22 19:1,9 52:16,17
**john** [7] 110:23 111:11 200:16,21, 23 208:13 212:20
**join** [3] 50:18 121:23 134:23
**joined** [2] 121:20 129:6
**joining** [2] 122:7 137:19
**joint** [2] 50:19 51:11
**joke** [1] 140:16
**joking** [1] 109:13
**june-ish** [1] 113:5
**junior** [3] 11:1 54:21 214:23
**juries** [19] 53:17,18 58:14,16 59:1, 5,9 61:14,15,19 62:5 64:1,6 70:4 73:4 75:6,6 83:21 213:19
**jury** [31] 57:23,23 58:3,8,11 59:12, 14,23 60:6,7,11,18,23 61:8,21 62:8,22 63:10,13,15 64:2,10,11, 16,21 65:1,3 73:5 178:23 179:5 189:3
**jury's** [1] 61:2

## K

**kathy** [1] 201:21
**kayla** [3] 81:22 82:13,16
**kazoo** [1] 37:3
**keep** [2] 191:15 219:2
**keeping** [1] 106:15
**keith** [1] 18:15
**kelly** [14] 132:10,15 180:8,9 181: 22 182:8,11,12 184:12,16 185: 12,13 199:10 212:19
**kelly's** [1] 132:12
**kemp** [1] 200:6
**kentucky** [1] 109:11
**kept** [1] 173:5
**kerley** [21] 2:11 3:7,10 26:1 28: 13,22 29:15 35:15 42:10 65:20 70:22 71:3 115:3 152:14 163:5,9 194:18,22 210:8 225:1 226:20
**key** [3] 225:10 226:10,12
**keys** [1] 223:13
**khaki** [1] 172:20
**kids** [1] 165:7
**kind** [36] 14:21 23:18 26:9 30:18 38:23 39:8,9 40:13,20 42:6 53:7 64:8 76:4 118:14 120:23 131:16 140:16 146:22 149:10 158:22 159:1,18 160:10 164:2 172:19 173:5 178:10 181:14 185:22 195: 17 199:16,16,17 203:11 206:7 222:15

**kinds** [3] 38:15,17 39:4
**kiss** [8] 170:19,21 171:2,5,7,9 172:7 185:1
**kissed** [6] 167:22 170:10,17 171: 19,23 172:4,5 173:8
**kissing** [4] 99:7,14 196:5 221:3
**kitchen** [1] 174:5
**knapp** [1] 119:14,18 120:4,13 121:5 128:4 180:2 185:11 196: 20 201:14 218:9
**knee** [1] 146:2
**knees** [2] 166:10 167:1
**knowing** [1] 188:19
**knowledge** [10] 87:18 149:11,17 150:2 195:3 220:6,11,21 221:3 225:21
**known** [2] 188:20,22
**knows** [1] 167:14

## L

**l-a-w-r-e-n-c-e** [1] 7:14
**l-u-t-t-r-e-l-l** [1] 22:14
**lady** [1] 175:11
**lamictal** [1] 215:14
**large** [1] 175:1
**largely** [1] 221:17
**larger** [1] 216:15
**last** [20] 8:1 10:21 13:12 14:1,5 18:4,7,13 32:20 82:17 91:1 99: 16 106:12,17 132:12 133:5 171: 9 198:7 215:23 216:16
**late** [21] 15:8 124:2 165:2,3,4,18 169:23,23 170:2,6,7,15,16 173:4, 6 181:10 183:7 213:22 214:21 223:22 226:3
**later** [8] 15:14 144:22 151:21 201: 5,23 204:15,16,17
**laugh** [5] 140:16 144:3,8,10,12
**laura** [4] 99:15 100:1,5,8
**lawrence** [2] 7:14 9:13
**lead** [2] 63:3 211:18
**leading** [1] 178:8
**leaned** [2] 167:22 171:22
**learn** [11] 35:3 39:7,9,11 40:6,21, 22 41:4 53:4 86:3 220:3
**learned** [4] 35:7 41:6 99:16 222: 21
**learning** [4] 40:11,14,14,15
**lease** [3] 66:10,11,15
**least** [10] 25:18,19 44:8 51:10 64: 20 65:15 126:4 161:23 162:3,18
**leave** [10] 27:4 146:9,21,23 173:4, 7,12,16,20,22,23 174:2,8 175:15 176:4
**leaving** [1] 108:10
**led** [3] 131:11 156:17 196:15
**left** [18] 14:4 90:22 123:6 124:4 142:9 158:21 166:7 168:16,17 174:9,18 175:20 176:17 184:15 192:18 193:10,11 211:12
**legal** [2] 67:7 198:17
**legs** [2] 175:6,8
**length** [2] 157:7 171:22
**less** [4] 33:12 126:3,10 137:21
**lesson** [5] 56:3,12 179:12 183:5, 7
**lessons** [9] 55:23 56:2,5,16 57: 13,18 58:3 74:11 84:7
**letters** [4] 186:20 187:12,22 197:

19
**letting** [1] 42:20
**level** [19] 59:12,19,21,23 60:5,7, 23 61:5,8 63:10,13 64:10 70:13, 14,15 73:3,5 74:5 193:14
**levels** [1] 60:4
**lexington** [1] 109:10
**license** [1] 228:15
**lie** [1] 176:4
**life** [3] 3:23 195:23 213:6
**light** [2] 114:11 189:14
**line** [4] 32:12 98:12 159:4 193:18
**lines** [1] 166:12
**lips** [3] 171:12,13,14
**list** [3] 41:11 42:15 202:6
**listed** [6] 50:2 64:14 72:1,3,18 202:8
**listen** [1] 41:20
**litigation** [3] 210:15,16,22
**little** [13] 3:21 146:7 154:2,9 158: 10 159:22 163:10 164:10 166:6, 8 167:11 169:17 193:14
**live** [8] 9:1,9,13,17 66:12,18 187: 11 189:23
**lived** [7] 17:16 8:4,8,15 9:3,5,6,19 66:4 85:10 211:23
**living** [6] 66:8 149:16 166:2,3,6 169:10
**lobby** [3] 162:11 184:12,14
**located** [2] 127:3 166:14
**locations** [1] 28:2
**lock** [1] 226:10
**locked** [1] 225:9
**long** [16] 6:22 7:16 80:13 83:8 142:5,23 145:22 146:18 147:16 171:9 187:16
**longer** [3] 9:16,17 23:5
**look** [4] 109:5 166:11 167:2 169: 19
**looked** [7] 107:16 122:9 162:19 164:13,17 181:22 182:12
**looking** [14] 14:9 15:2 39:3 78:13, 14 110:16 123:20 126:9 159:23 168:18 173:14 174:18 189:6 206: 6 208:18 209:23
**looks** [2] 192:15 194:1
**lorraine** [2] 1:15 227:5
**lose** [3] 161:3 168:5 188:1
**loss** [1] 27:1
**lot** [24] 41:4,6 79:15,17 107:21 108:7 114:4 116:20 118:12 122: 13 123:19 129:12 135:6,6 139: 13,16 142:9 149:12 158:2 188: 15 198:17 200:10 201:8 223:14
**lots** [1] 223:23
**loud** [1] 102:17
**love** [1] 169:7
**low** [15] 70:10,11 71:12,15 74:9, 15,15,16,18,21,23 82:21 108:8 195:11 215:5
**lower** [6] 62:8,12,17 63:4 70:13, 15
**lunch** [6] 7:4 114:22 115:5 118: 11 126:15 129:2
**luttrell** [1] 22:14

## M

**mad** [2] 132:5 147:13
**made** [43] 44:14,17 47:22 49:13

19
**maiden** [1] 182:19
**main** [2] 1:16 227:8
**major** [6] 10:3,6 12:23 34:10 74:5 151:2
**majority** [1] 52:19
**majors** [27] 43:22 97:8 128:4 180: 2 182:2,2,4,4,10,21 183:9,14,18 184:4,10,16,16 185:13 186:22 197:16 201:14 220:17 221:8,9, 20 222:5 224:15
**make-up** [1] 83:11
**man** [1] 120:22
**manager** [3] 18:6,9,15
**mandatory** [1] 43:19
**manic** [1] 214:23
**manner** [1] 102:5
**many** [15] 23:23 25:11 38:17 51: 22,22 64:6 75:20 85:14 112:19 127:10 135:4,9 153:1 165:23 193:13 222:13
**march** [5] 15:8 33:18,19,23 88:21
**marched** [2] 34:6 167:20
**marching** [19] 21:1,22,22 22:4,13, 15,20 33:22 34:3,4,11,13,15 36: 6,7 42:1 43:2,6 44:14 77:22
**marine** [1] 79:17
**mark** [3] 87:3,5 95:5
**marked** [4] 71:5 95:7,10 102:20
**marker** [5] 113:21,22 115:9,10,17
**married** [2] 132:13 219:13
**mass** [7] 144:22 217:6,6,7,11,12
**masses** [1] 217:12
**masturbated** [1] 148:8
**match** [1] 78:8
**math** [2] 37:13 38:23
**matt** [1] 22:11
**matter** [3] 87:16 101:23 103:8
**mattered** [3] 189:9,11,14,14
**mccreery** [12] 96:19,20 119:15, 17 120:5,13 121:6 128:4 180:2 183:1 201:14 218:9
**mccreight** [2] 1:16 227:5
**mclean** [2] 86:13 87:9
**mean** [68] 20:23 25:2 26:5 27:16 28:11 29:21 30:15 34:23 36:2 38: 22 44:23 45:1,2,16,17 47:17 48: 9 51:13 66:7,10,11 68:8 75:17 79:8 80:3 92:5 94:5 98:3 99:22 107:4 108:18 109:15 117:21 132: 10 135:3 136:7 141:22 148:4 149:12 150:7 152:2,15 154:21 156:10 159:16 160:12 162:4,7, 17 164:11 169:4 170:13,20 172: 6 180:17 188:11,15 192:13 194: 2,6 195:6,16 196:20 204:18 209: 14,21 222:18 223:10
**meaning** [10] 27:4,11,19 29:19 69:4 95:16 97:11 132:20 162:2 175:3 213:22
**meant** [4] 66:3,5 101:6 156:4
**medical** [6] 202:1,6,7,12,14 206:

15

**medically** [1] 215:4
**medication** [1] 215:6
**medicine** [2] 215:10,17
**meet** [7] 69:22 108:9 119:5 123:7 130:21 185:14 200:7
**meeting** [2] 97:9 183:11
**megan** [8] 1:4,11 3:1 182:8,9,14 194:23 227:9
**member** [26] 53:1,17 54:12 56:23 57:9 59:13 60:10,17,21 68:17 72:5 76:12,13 91:16 119:11 120:14 121:2,3,7 127:18 128:6,10 136:1 195:20 225:13 226:6
**members** [49] 32:13 44:21,22 45:1,5,13,22,23 48:6,11,15 49:6 50:9,11,11,17 56:15 57:14,17 60:1 62:9,13 63:5,14 64:2,6,15,20 65:1 76:17,22 77:4,5 78:1 79:6 84:5,17 85:17,19 86:4 91:6 149:21 153:19 193:9,20 196:16 197:11 220:8 221:14
**memorialized** [2] 119:12 218:10
**memory** [1] 87:20
**mental** [5] 202:2,7,15 203:6 214:1
**mentally** [1] 211:17
**messed** [1] 206:7
**messing** [1] 37:1
**met** [2] 130:21 185:12
**method** [2] 70:19 74:19
**methods** [11] 70:10,11 71:15 74:9,15,16,19,21,23 108:9 195:11
**michael** [9] 1:7 46:5 66:22 68:15 71:12 86:14 87:8 138:3 218:15
**mid** [2] 23:18 195:23
**middle** [8] 15:4 54:7 158:22 159:10 166:20 193:12 197:7,8
**midterm** [1] 124:9
**might** [12] 13:1 34:23 55:10,15 105:21 113:23 152:11 170:22 174:5 179:13 212:18,19
**milestones** [1] 107:22
**mill** [4] 131:16,18 132:17,18
**milwaukee** [4] 27:21,22 28:4 30:7
**mind** [2] 34:19 106:15
**mine** [1] 59:17
**minimester** [4] 23:11,12,17 24:1
**minnesota** [3] 147:17,20 186:23
**minor** [3] 10:12,16,17
**minors** [1] 10:8
**minute** [1] 174:4
**minutes** [11] 142:13,15,15 143:2,4,10 145:6 155:20 165:4,6 170:7
**mirror** [1] 157:15
**misconduct** [2] 86:11,12
**miss** [12] 3:8 7:10 35:17 65:22 66:20 71:5 87:5 95:9 113:12 115:5 163:10 210:10
**mode** [2] 99:2,21
**moline** [1] 8:14
**mom** [3] 148:2 149:17 186:8
**moment** [1] 106:8
**momentarily** [1] 73:13
**monday** [6] 123:11 180:17 183:5,9,9 190:15
**money** [4] 21:13,19 22:9 217:22
**month** [12] 7:17 30:17,17 97:18

**months** [4] 19:3,4 23:21 66:12
**mood** [1] 114:11
**morning** [3] 3:8 7:3 183:5
**most** [8] 33:16 79:6 101:3,4 187:19 222:7
**mostly** [2] 88:7 124:17
**mother** [1] 66:8
**mouth** [3] 165:17 171:8 173:17
**move** [6] 27:3 115:6 146:7 148:4,17 161:4 163:11 171:20
**moved** [2] 6:8 18:23
**moving** [3] 117:23 148:1 152:1
**ms** [20] 2:11 3:7 26:1 28:13,22 29:15 35:15 42:10 65:20 70:22 71:3 115:3 152:14 163:5,9 194:18,22 210:8 225:1 226:20
**much** [17] 6:23 25:15 33:20,23 67:3 79:4 123:20 135:4 154:22 156:6 157:4,7 187:17 188:15 210:22 212:7 222:11
**mundane** [3] 176:6,7 177:9
**museum** [1] 51:9,16
**music** [14] 10:7 12:16,20,22 13:5,10,19 23:2,3 24:4 26:3,8,14,14 35:2,21 38:12,13,15,19,21,22 39:3,4,5,15,23 40:3,12,20 41:1,5 43:21 51:12 52:18 53:10 54:23 55:9,13,14,15,16 58:1,1,5 71:11 72:20 73:2 74:5,18 75:21,23 76:2,5,6,20 77:6 78:6,8,9,19 79:3,6,21 82:11,14 84:4 97:3,4 98:5 108:7 110:12,17,20 111:5 121:9 125:8 127:18 130:7 131:5 132:1 135:3 136:13 146:17,19 154:21 155:8,10 156:16 157:23 159:17,23 160:4 181:6,13 182:5 183:23 189:10 191:1 194:7 211:16 212:4 218:18 220:4,8 222:1,22 223:13 224:13 225:20,21 226:1,5
**musical** [3] 33:13 37:7 41:14 135:23 136:15 167:14,16,17 217:2
**musician** [1] 135:10
**musicians** [3] 31:8,16 77:1
**myself** [8] 3:9 33:15 76:23 77:13 88:9 95:14,15 168:21

## N

**name** [19] 3:10 8:16 18:3,4 32:20 52:12 55:3,13 82:17,19 94:3,6,11 99:16 132:12 183:2 203:10 205:10 208:13
**names** [3] 18:8,14 55:4
**nap** [2] 165:11 169:20
**napped** [1] 165:12
**napping** [1] 165:20
**narrative** [3] 185:8,10,23
**narrow** [1] 127:5
**nature** [7] 110:11 133:19 137:18 160:20 169:7 178:5 203:1
**near** [2] 193:19,21
**necessarily** [4] 45:2,2 60:16 87:22
**necessary** [1] 12:11
**need** [16] 6:19 7:4 32:7 42:22 126:19 136:8 145:3 158:2 170:6,9 172:6 173:3,4,5 174:2 198:3

**needed** [11] 20:15 64:2 136:5 142:2 146:21,23 170:15 173:2,12,20 200:11
**neighbor** [1] 120:22
**neither** [2] 4:9 45:5
**nervous** [1] 200:11
**never** [37] 62:14,16 72:3,4 77:18 86:1 99:16 101:6 111:11 120:22 135:17,20 146:4 150:3,6 163:17,18 164:5,6 171:1,2 174:11 191:17 192:13 196:3,9 197:14 211:11,11 212:12 216:8,9,15 220:11,13,15,17
**new** [1] 38:9
**next** [20] 5:5,18 7:17 67:1 105:11 121:18 141:10 145:6,7 150:23 151:2 152:3 165:14,15 169:11 173:18 179:8 180:12 185:20 189:4
**nice** [2] 122:9 126:9
**night** [11] 93:1 139:11,12 143:11 147:6 155:8 156:15 181:11 184:10 185:6 213:23
**nighttime** [2] 225:6,15
**non** [5] 38:19,22 79:23 177:2 188:3
**non-academic** [1] 98:1
**non-depression** [1] 215:3
**none** [2] 148:16 226:20
**noon** [1] 165:1
**nor** [3] 45:5 228:1,2
**normal** [6] 74:3 77:22 107:16,17 166:16,16
**normally** [1] 115:2
**north** [3] 17:9 197:21,23
**noted** [2] 89:18,21
**noteworthy** [3] 116:16 117:6,7
**nothing** [7] 143:9 147:15 148:17 176:2,2,16 227:13
**notice** [1] 1:15
**noticed** [2] 165:8,14
**november** [3] 16:21 198:13
**nowhere** [1] 193:21
**number** [9] 23:20,20 55:16 71:6,23 87:9 183:2 205:15 228:15

## O

**o'brady's** [7] 17:5,14,19 18:2,7 20:4,17
**oath** [2] 3:3 86:21
**object** [3] 28:8,17 29:13
**obviously** [4] 67:20 92:5 138:17 190:2
**occasion** [6] 64:23 80:10 81:12 85:11 218:5 226:1
**occasionally** [1] 20:14
**occasions** [1] 218:4
**occur** [1] 16:3
**occurred** [5] 73:14 92:2 108:2 206:2 207:2
**occurrences** [1] 205:18
**occurring** [1] 208:14
**october** [9] 17:1,1,2 86:23 87:15 89:8,16 213:22,23
**october-ish** [1] 87:2
**odd** [1] 41:22
**offended** [3] 99:1,11 101:5
**offer** [1] 77:4
**offered** [5] 44:3 76:21 148:3 154:

16,19
**offering** [1] 79:22
**office** [14] 3:11 139:17 155:15,22 156:1,19,21 159:21 183:10,17 187:12 197:16 223:13,15
**office's** [1] 197:22
**officers** [1] 152:16
**official** [5] 53:14 86:11,12 225:19,21
**often** [13] 108:15,19 110:12 122:8,16,22 125:18,23 129:17,23 135:1 138:13 220:23
**ogling** [1] 194:5
**okay** [370] 3:17,21 4:17 6:3,7,19 7:1,2,5,10 10:14,21 11:5 13:9 14:3,21 15:6,17 16:19 18:1,6,10,17,21 19:1,9 20:17 21:5,10 22:23 23:9,17 24:3,19 27:1,9 29:11,16 30:18 31:16 32:16 33:17 35:6 36:1,17 37:6,10,18,22 38:11,18 39:3,18,21 40:1,4,7,18 42:14 43:18,20 44:5,14,17 45:7 46:2,5,15,18 47:1,6,15,22 48:2,13,21 49:9 50:4,8 51:7,15,20 52:10 53:3,15,21 54:5,23 55:6,19 56:1,5,9 57:8 59:11 60:7,20 62:21 63:7,10,20 64:4,23 65:11,14 66:17,20 67:1,12 68:4,15 69:11 71:11 72:7,13 73:13 74:14,20 75:9,15,22 76:7,7,4 78:18,22 80:9 81:5 82:10 83:3,13 85:22 86:16 87:16 88:3,10,13 90:14,21 91:20,23 92:2 93:21 94:10 95:3,20 96:7 97:14,22 98:4,21 100:10,12 102:5,8,18 103:2,6,16,21 104:6,8,9,17,18 105:6,8,9,15,20 106:18 107:3,7,9,11,12,23 108:22 110:4,12,19,22 111:14,17,21,23 112:6,10,17,18,22 113:8,16 114:2,7,11,21 115:20 116:9 117:4,20,23 121:11,16 122:7 123:16,22 125:1,23 126:14 127:3 129:1,5,11,20,23 130:15,21 131:1,4 132:20,23 133:4,6,9,15,21 134:9,11,22 136:17 137:4,13 138:5 139:6,9 141:1,10 142:11,19 143:6 144:21 145:4,11,22 150:1,19 151:3,8,12 153:2,4,7 154:12,14 155:5 156:7,13 157:1,6,12,20,23 158:13,19 159:7,12 160:3,6 161:6,12,13,21 162:13 163:1 164:15,20,23 165:14 167:1 169:15 170:5 171:5 172:5,19 173:11 174:21 175:11,19 176:14,19 177:1,4,16,18 178:16 179:8 180:1,6,11,15,22 183:4,15,16,18,21,23 184:17 185:8,10 187:6,9 189:20 190:5,15 191:14 192:7,17,23 194:8,10,14 196:3,12,19 197:17 198:2,10,14 199:2,8,23 200:16 201:4,7,13,23 202:6,12,13,19 203:6,14,17 204:14,22 205:7,15 207:1,9 208:1,10,16 213:17 214:14 216:10,14,19 217:2,13,16 218:8 220:20 221:20 222:1 223:19 224:10 225:12 226:4,18
**old** [5] 37:12,20 80:16,17,20 205:22
**once** [12] 46:10,10 57:21 82:4,6

**94**:11 148:6 151:6 161:23 162:2, 3,18

**one** [83] 6:8 8:8 17:9,10 18:15,16 20:6 24:2,2 46:12 51:10 52:11, 16 53:10,11 54:2,23 55:2 72:22 75:4 76:7,21 77:8,9,16,16 79:5 80:18 82:2,13 84:10,18 91:12 94:1 95:1 103:4,18 104:1 108:10 109:3 113:22 114:1 115:7,20 122:20 128:15 136:18 139:10 142:19 145:7 147:10 149:11 151:2 152:7,22,22 153:3 154:15 157:22 160:7 164:12 167:6,16 169:9 176:3 177:6 178:14 179:6 181:1 191:14 192:21 193:8,19 195:10 197:18 208:19 212:8 217:11, 11 225:5 226:11,12,14

**ones** [8] 33:9 40:13 74:13 77:16, 23 78:6 136:2,3

**ongoing** [1] 210:15

**only** [23] 24:2 27:10 58:20 74:20 81:23 95:1 96:9 105:14 116:1 133:12 149:17 151:6 159:5 165:20 177:12 189:2 191:8,16,19 202:12 217:11 220:1 226:5

**open** [2] 15:19 226:9

**opened** [3] 15:22,23 158:5

**opening** [3] 16:1 51:8,15

**openly** [1] 219:22

**opens** [1] 166:1

**opinion** [1] 131:11

**opportunities** [1] 224:3

**opportunity** [22] 4:6,8 6:15,16 44:3,8 75:10 76:23 87:23 104:14 110:5 126:8,19 135:2 138:2,7,23 150:20 153:12 178:1 193:3 194:10

**opposite** [2] 169:1,2

**option** [1] 84:13

**oral** [10] 140:11,19,20 141:1,4,8 142:21 145:8,10,19

**orbison** [10] 9:8,9,16 27:14 28:5 66:18 201:4 211:5,20,23

**orchestra** [3] 41:15 42:12 77:18

**orchestral** [1] 35:8

**order** [2] 105:8 222:19

**ordered** [1] 103:7

**ordinary** [2] 5:6 176:7

**organization** [7] 30:7 31:5,23 32:10 91:21 92:1 94:14

**originally** [1] 15:22

**other** [153] 18:22 19:9,10 20:23 21:5,10 27:1,14 29:1,3,6 32:14, 14 33:6,15 34:18 36:13,17 40:18 48:15 50:4,6 52:17 53:3 55:1,19, 20 57:8,9,13 61:16,18 62:8,13 63:4,10 64:1,1 66:17 70:6 71:20 74:2,9,10,13,23 75:1,15 76:19 77:4,5 78:1,18,20 79:20,23 80:4 81:18,21,23 82:2,7,11,13 83:13, 14 84:3,8 85:13,15,17,19 86:4 89:18 93:19 96:7,10,15 97:1,14, 19,23 101:21 102:18,20 103:23 104:2 106:22 109:5 110:4,7,8,12, 17 111:5 112:6,13 121:3 124:4 130:3,7 131:5 133:22 134:1 137:5,17 147:7 148:18 150:13,17 152:7 153:19 155:5 158:6 162:14,15 163:22 166:3 169:3,12

**others** [6] 33:11 93:22 96:11,11 104:6 112:10

**otherwise** [6] 12:18 89:23 113:18,19 139:4 153:15

**out** [41] 5:5,12 27:21,23 33:14 41:22 62:18 74:14 84:7 99:4,20 105:7 107:8 114:3 129:11 133:18 138:20 142:10,12 152:4 157:17 160:12,16,18 165:17 170:3 172:12 174:4,17 181:16 184:14 186:10 187:11,18,22 191:1,2 195:13 217:21 223:1

**outcome** [1] 228:2

**outside** [7] 84:16 114:4 116:20 195:9,12 218:6 225:9

**over** [20] 27:17 57:21 59:5 91:3 103:19,22 114:5 115:12 129:2 135:16 151:13 155:10 161:15 163:20 169:11 182:3,6 185:20 200:13 213:9

**overheard** [1] 152:1

**overhears** [1] 131:9

**oversees** [1] 32:13

**oversized** [1] 174:23

**overstuffed** [1] 175:1

**overview** [1] 186:1

**owe** [6] 156:21 159:21 161:23 162:16 173:9,10

**owed** [6] 154:22 155:2,3,6,14 173:8

**own** [1] 42:20

**owner** [1] 18:9

**P**

**p.m** [1] 226:21

**page** [6] 71:7 72:21 87:7,10 96:1 198:7

**paid** [9] 21:8 22:1,6 51:17,19 217:14,16,19 223:11

**pam** [2] 18:3,4

**pam's** [1] 18:9

**panhellenic** [1] 91:16

**pants** [6] 89:5 172:8,13,15,19 185:4

**parent** [1] 149:13

**parking** [9] 107:21 114:4 116:20 118:12 123:19 139:13,16 142:9 200:10

**parson's** [1] 52:12 183:10,17

**parsons** [7] 52:4,5,20 56:20 57:8 63:1,2,3 64:5 77:7,12,15 84:10 128:16 154:19 183:18,22 184:1 191:13,16 200:7 201:14 224:11, 16,21

**part** [23] 13:18 30:13 31:19 40:17, 18 45:4 51:1,3,5,18 91:14 101:20,21,22,23 103:7 119:3 120:8 167:14,15 171:11,13 222:21

**participating** [1] 210:16

**participation** [3] 98:5 222:9,11

**particular** [2] 97:9 134:17

**parties** [1] 228:1

**parts** [1] 30:14

**party** [36] 84:18,20,23 85:11 90:3,

**3**,14,16,18,23 91:5 92:22 93:1,4 97:7,20,23 98:18,19 99:2,21 100:18 102:8,22 103:23 104:1,4,11, 20 105:2,10 108:1 116:11 140:3 207:18,21

**passed** [1] 73:5

**passenger** [1] 139:18

**passing** [2] 128:15,17

**patrick** [3] 203:10,21 205:6

**patrick's** [3] 153:18 161:16 163:12

**pause** [1] 4:2

**pawlicki** [3] 92:17 94:18 96:11

**pay** [1] 22:7

**pending** [2] 1:13 6:22

**penis** [5] 172:12,23 173:16 174:17 185:3

**people** [35] 27:10,14 44:1 46:4 56:15 64:12 87:8 90:19 91:2 92:5 93:19 122:13 124:19 128:16 130:6 133:13 135:7,9 136:5 150:14 151:22 159:20 163:21 164:4 169:18 191:8 192:14 193:13 195:12 199:3,6 212:21 213:9 221:1,2

**people's** [1] 5:13

**peoria** [7] 1:3,17,17 2:3 227:3,9,9

**per** [4] 48:14 120:19 122:15,16

**percent** [2] 63:22 81:8

**percussion** [2] 26:10 40:16

**perform** [25] 31:8,10 36:1,3,19 39:6 47:9 50:5 52:23 55:6,17,20 67:16,18 68:6 82:12 115:20 135:4 140:11,19 141:7,8 142:21 145:10 179:6

**performance** [22] 35:21,22 36:15,20,23 37:8 44:2 46:19 48:8, 14,19 49:3,10,21,23 50:19 51:18 135:2 182:3 184:13,14 193:15

**performances** [10] 43:10 48:21, 22 49:2 50:21 79:15 133:23 217:3,17,18

**performed** [20] 31:19 36:4,6,9, 11,14,22 41:14 44:6,11 47:8 79:16 115:22 116:3,6,15,23 117:4,8 217:9

**performer** [1] 77:1

**performers** [1] 190:23

**performing** [12] 30:16 31:5,15 40:10 41:3 47:12 51:1,2,3 79:18 84:11 117:12

**perhaps** [5] 17:1 74:23 103:22 107:8 108:21

**period** [7] 29:18 66:18 84:1 112:15 121:13,14 128:5

**periods** [2] 215:2,3

**person** [15] 32:5 41:22 59:17 74:20 96:9 103:18 111:15 135:15 138:17 152:22 175:3,13 181:19 191:19 221:21

**person's** [1] 171:21

**personal** [7] 67:5,10,13 68:4,12 101:19,22 138:18 145:17

**personally** [1] 227:7

**ph** [1] 132:14

**phone** [9] 103:22 152:23 153:1, 17 154:3 161:15 178:15 182:8 183:2

**phrases** [2] 4:18,23

**physical** [7] 127:11 156:4,19 208:

17,23

**physically** [3] 187:13 211:20 216:22

**physician** [1] 202:17

**piano** [7] 33:16 36:11 39:12,13, 14,15 40:5

**pick** [1] 27:5

**picked** [2] 121:22 156:15

**picture** [5] 99:6,14,16,18 100:1

**piece** [4] 46:9 104:15 190:20 191:10

**pieces** [4] 51:13 79:11 179:7 190:23

**pin** [2] 216:12,17

**pinkerton** [4] 94:9,17 95:18 96:8

**pinkertons** [1] 94:15

**pioneer** [9] 30:6,10 31:20,22 32:9,17 137:6,10 153:20

**place** [16] 46:22 57:5 65:14 109:16 113:21,22 114:5 115:9,17 117:2 118:13 119:22 146:10 176:16 211:17,18

**plaintiff** [2] 1:5,11

**plaintiff's** [1] 198:5

**planning** [1] 123:7

**play** [26] 22:15 32:22 33:2,3,6,7,8 34:16,19,20,22 35:4 40:14,15 41:19 43:22 49:17,20 50:12,20 51:14 82:16 84:6 158:2,4 169:9

**play/teach** [1] 40:16

**played** [17] 22:20 37:1 42:1,17 45:5 46:9 47:6,13 48:2,3,4,6,10, 18 60:13 82:17 84:15

**player** [5] 34:10,11 60:16 74:4 99:15

**players** [6] 33:19 49:5 74:16 77:13 82:23 83:9

**playful** [4] 160:20,21,22 161:1

**playing** [8] 45:1,3 47:20 48:15 77:1 147:2 158:10 191:12

**plays** [3] 32:9 69:7,13

**please** [5] 5:20 66:3 72:16 75:18 112:15

**plethora** [1] 35:18

**plus** [1] 78:14

**podium** [1] 223:1

**point** [25] 4:2 5:19 6:8 10:20 59:18 84:10 98:12 99:8 100:13 103:1 107:15 128:5 133:8,8 149:14 154:7 166:20 170:7 171:5 172:7 178:7 180:7 181:15,23 190:10

**pointing** [1] 138:20

**points** [1] 222:9

**police** [19] 89:10,12 93:11 103:9 119:3,11,15,23 133:1 147:17 148:12,13 152:12,16 177:14 185:21 186:2 187:18 190:2

**pooled** [1] 139:12

**portion** [2] 32:13

**position** [4] 21:14 96:14 154:16 223:16

**possession** [1] 95:3

**possibility** [1] 86:3

**possible** [27] 15:11 16:5 50:1 54:3,18 57:15,19 62:1 63:17 86:11 97:8 100:9 116:1 117:13 125:11 130:18 135:4 164:11,18 172:18 178:14 187:18 192:3 203:9,19 204:1 206:4

**possibly** [2] 70:18 214:21
**post** [1] 26:19
**potential** [1] 189:3
**potentially** [1] 123:7
**potty** [1] 80:19
**practice** [27] 98:13,15,17 101:2, 10,11,18 102:19 108:12 112:20 130:1,9 131:5 133:22 155:11,13, 17,18 156:10,16 157:2,19 162:7, 9 226:5,9,11
**practicing** [4] 98:13 101:11 108: 12 159:18
**precarious** [1] 214:10
**prepared** [5] 13:14 14:9 135:11 222:12,22
**preparing** [1] 162:6
**prescribed** [1] 215:13
**presence** [2] 192:10 227:16
**present** [12] 52:3 84:17 88:14 92: 4 151:5,19 177:11 192:12 210: 10,14 217:4 220:11
**presently** [1] 215:6
**prestigious** [2] 54:13,13
**pretty** [8] 63:8 107:16,17 130:19 156:3 162:17 208:20 212:7
**previous** [1] 6:12
**previously** [1] 187:7
**price** [1] 82:17
**primarily** [2] 91:20 92:1
**primary** [7] 33:4 56:23 68:23 69: 10,20 72:14 202:17
**printed** [1] 181:16
**prior** [25] 28:5 73:17 80:6 81:6 118:10 120:11 121:4 122:7,18 171:23 179:21 180:1 186:17 187: 1 192:4 198:15 200:18,19 202: 10 204:2,6 205:18 206:3 209:2 215:23
**private** [2] 84:7 94:15
**probable** [1] 91:7
**probably** [21] 7:4 15:4 61:11 74: 6 93:5 122:6 127:12 128:12 142: 6,16,18 143:2 151:2 157:10,10 161:23 162:4 164:14 175:22 206: 6 211:13
**problem** [8] 124:6,13,16 170:6 176:15 181:12 182:9,11
**problems** [3] 181:19 209:20 214: 12
**procedural** [1] 221:13
**proceeding** [3] 86:19 87:7 103: 14
**process** [3] 7:7 13:17 14:19
**productive** [1] 213:15
**professor** [14] 46:15 52:5,14,21 62:23 71:21 136:7,16 179:2,10 220:1 224:12,22 225:16
**professors** [6] 75:21 76:5,7 78: 18 136:5 149:11
**proficient** [4] 33:12,16 35:4 69: 19
**program** [17] 12:20,23 13:10,19 21:19,23 23:3,19 24:4 26:4,8,12 38:12,14,16 39:5 58:2
**programs** [1] 21:20
**promise** [1] 173:15
**promised** [1] 115:6
**protected** [1] 198:1
**provide** [4] 6:15 77:5 126:19 218:

11
**providers** [4] 202:2,6,7 214:1
**proximity** [1] 193:3
**psychiatric** [7] 205:17 206:1 209:11 210:2,20 213:19 214:4
**psychological** [7] 205:17 206:2 209:12 210:2,20 213:19 214:4
**public** [1] 216:8
**published** [1] 179:9
**pulled** [4] 167:8 186:10 187:11, 22
**purely** [1] 75:1
**purpose** [1] 45:19
**pursuant** [1] 1:15
**pursue** [1] 84:12
**push** [4] 168:1,4,8,8
**pushed** [3] 168:1 173:2,13
**pushing** [2] 146:21 168:4
**put** [14] 77:12,12 85:4 107:18,19 141:23 146:1,2 159:18 165:11 167:7 173:12,16 208:19
**putting** [1] 217:22

## Q

**quad** [2] 118:6,7
**quarter** [1] 167:11
**question** [47] 5:8,12,18,19,22,23 6:3,5,6,11,14,22 10:13,15 11:22 12:15,16,17 15:11 25:5 33:21 43:11 50:14 53:6 66:1,2 67:8 69: 10 83:18 90:17 104:11 110:14 115:8,12 120:17 137:21 139:7 152:10 159:13 161:14 184:8 185: 3 209:13,21 210:12 219:19 224: 8
**questioning** [3] 6:9,10 112:12
**questions** [24] 4:1,3,5,7,9 6:12 7: 7 27:7 45:20 67:2 86:17 115:15 119:20 126:17 129:2 185:2 209: 10 218:11 222:13 224:1,4 225:1, 5 226:19
**quick** [1] 194:16
**quintet** [23] 48:1,5,7,11,14 49:3,7, 18,21,23 50:6 53:22 55:17 72:5 73:7 74:12 75:1,4 77:9 83:3,4,9 134:7
**quintets** [8] 43:9 47:15,23 48:3 53:13 72:2,17 83:11

## R

**racougas** [1] 132:14
**raining** [2] 139:21 140:1
**raised** [1] 8:15
**raising** [1] 187:2
**ralph** [1] 2:2
**ran** [1] 94:14
**random** [1] 82:5
**rape** [3] 206:7,20 216:20
**rather** [4] 23:20 132:3 145:19 224:21
**re-appointed** [1] 188:3
**reached** [1] 223:22
**reaction** [1] 181:15
**read** [2] 4:19 187:13
**ready** [2] 13:18 78:9
**real** [2] 152:5 164:1
**really** [29] 78:16 80:18 85:6 99:22 102:17 111:11 121:22 122:15 128:9 132:5 148:14 155:4 159:

10 166:4 170:3 174:6 175:1,21 181:14 186:11 187:16 193:13 195:13 197:14 200:11,20 203:11 209:18 212:2
**realm** [1] 58:1
**reason** [12] 6:19 33:17 100:7 135: 13 150:13 152:5 186:20 189:2 191:12 197:1,4 212:22
**reasons** [2] 25:10 147:9
**reassuring** [1] 178:17
**recall** [65] 6:10 15:12,14,17 46:20 47:12 50:13 54:20 57:16,20 61:4, 10 62:2,3,7 63:8,20 65:4,5,23 73: 15,18,19,22 74:1 75:8,9 78:20, 22 81:16 82:3 88:13,17 89:2,7 90:20 98:9,23 109:4 110:7 111: 10 112:1,6 113:12 114:19 115: 12 116:18 117:14,16 120:11,14 128:6 140:10 141:5 149:23 157: 20 165:12 198:14 203:22 204:2, 5,11,22 205:4 213:21
**recalled** [1] 89:13
**receiving** [1] 62:17
**recital** [47] 58:17,18,20 61:22,23 125:9 151:14,19,21,23 152:8 155:9 162:7 177:20 178:2,8,23 179:4,5,7,8,11,19 180:13,16,20 189:22 190:15,15,18,21,22 191: 3,8,9,18,19 192:5,12,16,21,23 193:6 194:2 200:6,9,11
**recitals** [2] 51:11 178:10
**recognize** [2] 95:11 198:8
**recollect** [1] 119:7
**recollection** [23] 6:17 15:10 16:2, 7 44:9 62:4 65:8 71:14 87:11 88: 15,22 89:12,14 100:23 117:11, 21 121:1 127:17 128:19 162:22 164:16 217:8 224:7
**record** [27] 3:9 25:21 26:2 35:11, 13,16 45:9,11 65:16,18,21,22 70: 22 71:1,4 86:6 114:21 115:1,4 123:12 163:7 194:20 210:4,6,9 212:23 213:5
**recorded** [9] 103:5,9 104:1 152: 18,22 153:4 177:14,20 216:11
**recorders** [1] 37:4
**records** [2] 202:19 206:16
**rectangle** [2] 158:8,20
**rectify** [1] 124:15
**red** [1] 166:21
**reduced** [1] 227:16
**reed** [1] 40:14
**refer** [1] 154:10
**reference** [1] 123:13
**referenced** [1] 82:4
**references** [1] 206:15
**referred** [1] 123:2
**referring** [8] 73:3 81:13 86:11 98: 11 118:17 141:1 205:7 206:18
**refers** [1] 73:7
**refresh** [3] 71:14 87:11 217:8
**refreshed** [2] 89:12,14
**regarding** [3] 107:13 190:18 206: 16
**regards** [1] 193:6
**register** [1] 16:1
**registered** [5] 14:13 56:16 60:3 73:16,20
**registering** [1] 15:2

**registration** [4] 15:11,19,22 16:7
**rehearsal** [15] 46:9,19 107:21 109:9 114:4 135:10 139:11 142: 8 144:5 200:8,9,12 221:7,8 222: 22
**rehearsals** [3] 129:14 139:19 222:20
**related** [6] 103:13 104:3 120:21 177:2 206:17 228:1
**relates** [2] 177:13 211:9
**relating** [4] 88:7 102:21 203:22 223:6
**relationship** [13] 112:2,3 145:18 208:17,18 211:3,7,9 213:18 219: 4,9,17 221:15
**relationships** [4] 110:10,17 112: 2 201:10
**relaxed** [1] 179:1
**relevance** [4] 28:8,17 29:13 218: 16
**relevant** [1] 223:20
**reliable** [1] 135:11
**relieved** [3] 176:19 177:4,7
**relocated** [1] 28:15
**remained** [1] 74:7
**remedial** [2] 43:20,21
**remember** [80] 5:1 15:3 16:5 19: 22 20:2 22:3 51:22 53:23 61:16, 18 65:10,11,13 74:2 81:6,15 82:3 88:16 90:7 92:14 93:7 97:2,13, 14 100:13,16,19,22 101:9 102:4, 5,7 106:20 109:14 112:5,9,10 113:17 119:8 120:8,9 127:16,21 128:9,13 130:12,23 134:13,21 140:7 142:8 143:13,19,22 144:2, 20 145:2,21 153:22 154:3 163: 20 164:19 169:5,6,13 173:10,14 174:7,11,13 178:7,12 186:7 191: 23 192:1,22 195:9 200:20 203: 10,19 224:18
**remembered** [1] 6:13
**reminded** [2] 176:2,3
**remote** [1] 128:1
**remove** [1] 185:3
**renewed** [2] 197:3 212:10
**repeat** [3] 25:15 67:22 120:17
**repeating** [1] 176:10
**rephrase** [5] 5:21 210:12
**report** [8] 118:23 147:17 148:12, 13 163:14,15 208:22 214:22
**reported** [6] 180:3 206:9 208:22 215:2 216:10 227:15
**reporter** [2] 4:10 5:12
**reporting** [1] 213:21
**represent** [1] 3:11
**represented** [1] 3:14
**request** [1] 78:16
**requested** [1] 78:12
**reside** [3] 7:11 8:20,22
**residence** [3] 28:15 66:5,9
**respect** [10] 10:16 40:13 53:4 56: 6 104:20 113:20 118:11 127:22 163:11 221:13 222:18
**respected** [1] 79:14
**respond** [2] 98:7 102:8
**responded** [3] 98:9 212:12 217: 6
**responding** [2] 6:6 67:8
**response** [25] 4:14,22 6:10 43:

11 100:12 102:9 114:7,9 120:3 140:14,15 141:8 144:14 146:15 167:5 172:23 182:15 183:20 189:17 190:6,11 199:2 205:15,20 217:5

**responses** [3] 198:3,15 224:4
**responsibility** [1] 197:23
**responsible** [4] 135:12 136:2,10, 15
**responsive** [7] 6:11,14 65:23 104:11 126:17 129:2 224:7
**rest** [4] 76:22 189:9 191:3 193:20
**restaurant** [2] 17:6,8
**result** [1] 186:17
**returned** [1] 121:11
**returning** [1] 14:17
**revealed** [1] 185:17
**review** [1] 87:23
**reviewed** [2] 198:20,21
**reviewing** [2] 87:10 198:14
**richland** [1] 17:10
**richter** [3] 132:14 180:9 199:10
**rift** [1] 189:8
**road** [4] 7:15 9:13 31:6 130:20
**role** [2] 32:8,8
**room** [62] 21:18 64:12 65:3 98:13, 16,17 101:2,10,11,18 102:19 108:12 109:12 112:20 119:18 148:2,5,7,15 155:13,17 156:10, 16 157:2,3,14,18,21 158:3,7,14, 22 159:3,6,10 160:12,16,19 162:8,9 166:2,3,6 169:4,10,11,11,12 173:1 174:4,7 190:21,22,22 191:4,6,7,18 192:4,10,20 226:5
**rooming** [1] 143:13
**roommate** [2] 66:8 90:22
**rooms** [2] 226:9,11
**row** [3] 152:4 193:13,17
**rule** [1] 42:20
**rumor** [4] 131:16,18 132:17,18
**rumors** [4] 133:2,10,18 212:6
**run** [1] 145:3
**running** [2] 165:2 183:7

---

## S

**sabbatical** [1] 57:4
**safe** [1] 41:13
**safeguards** [1] 221:13
**safety** [2] 216:12,17
**sales** [2] 20:20,23
**same** [25] 5:13,16 48:22 51:3,4,5 56:3 73:9 75:20 90:22 93:1 111:1 146:17 156:22 159:2 174:19 190:12 200:5 205:12 209:10 226:10
**sandy** [1] 18:16
**sarah** [1] 3:10
**sasha** [5] 80:17 149:5 165:10,12, 19 168:20 169:9,20 174:6 176:3
**sat** [16] 46:3 53:16,22 60:11,23 61:19 64:6 75:5 168:16 169:1 170:4 184:15 193:7,16,18 194:9
**saturday** [1] 200:6
**saw** [19] 86:1 98:22 99:2 103:12 108:13,22 129:12 134:4 137:15 138:13 162:3,4,13 203:12,17 206:5 214:16 221:1,19
**sayeth** [1] 226:23
**saying** [19] 4:13 39:18 89:13 114:

---

19 128:14,17 140:7 141:19,22 146:17 147:8 155:5 170:16 173:5 186:7 189:12 195:13 198:20 219:3
**says** [13] 7:3,6 140:19 145:7 206:23 207:9 217:13
**scene** [1] 192:16
**schedule** [1] 136:23
**scheduled** [1] 200:8
**scheduling** [2] 134:19,20
**school** [27] 7:18 8:13,14,16,17 17:22 51:21 52:18 76:4 78:14 84:16 93:12 122:2 129:12 130:10, 10,11,13,17,22 132:11 148:1 153:23 166:16 215:1 224:13,17
**schools** [5] 27:23 78:12,13,14 85:15
**se** [1] 48:14
**season** [1] 19:5
**seat** [1] 169:7
**seats** [3] 193:8,14,19
**second** [11] 2:6 43:6 47:1 54:7 70:18 71:7 72:20 96:1 122:20 125:14 171:10
**secondary** [1] 26:20
**secret** [2] 154:2,9
**secretary** [1] 223:12
**section** [2] 71:7,9
**security** [4] 225:7 226:2,8,12
**see** [26] 42:21 61:2 71:9,11 85:21 102:13 106:21 107:1 108:16,17 125:11,18,22 135:1 162:10 163:1 166:13 167:9 181:8 182:10 183:16 184:11 187:22 191:15 194:7 203:21
**seeing** [2] 133:22 138:17
**seek** [1] 84:7
**seeking** [2] 204:5,11
**seem** [3] 189:7 213:14,14
**seemed** [1] 189:10
**seen** [5] 125:6 202:8,16 221:2,3
**selected** [1] 12:23
**sell** [1] 169:18
**selling** [1] 152:6
**semester** [50] 7:23 10:21 11:14 13:12 14:1,5 15:1,5,20,23 16:4 23:18 25:18 38:2,3,4 46:20 53:23 54:2 55:3 57:4 58:12,17,18, 20 59:10 61:22,23 72:10 84:15 106:10,12,17,23 122:5,19 125:14,17 126:21 128:2 129:8 132:21 138:23 179:5,9,12 195:10 197:5,8 203:18
**semester's** [1] 25:17
**semesters** [8] 11:18 23:9 54:4,5 58:13 59:11 61:19 118:3
**semi-proficient** [1] 39:6
**senior** [7] 11:2,3,3 15:4 37:15,16 54:21
**sense** [7] 35:7 75:19 76:7,23 79:7,8,19
**sent** [4] 27:23 93:23 94:23 98:20
**separate** [5] 41:2 49:4 210:15,18, 22
**september** [2] 213:22,23
**series** [7] 4:5 6:12 45:19 67:1,2 103:19 185:2
**serious** [1] 181:23
**serve** [1] 91:13

---

**served** [1] 214:10
**server** [2] 20:18 21:4
**service** [4] 91:13,20 92:1 136:1
**services** [8] 137:1 202:9,16,20 203:4 204:23 205:5 206:10
**sessions** [1] 205:4
**set** [11] 46:12 64:1 106:22 112:15 136:19 165:22 183:3,11 212:22 213:5 223:13
**setting** [5] 129:13 181:1,5,10 193:16
**seven** [2] 59:5 205:21
**several** [11] 18:12 33:3 42:13 43:9 46:4 48:2,20,21,22 53:17 61:14,20 67:1 92:7 109:15 147:9 163:20 175:18 195:5 224:3
**sex** [11] 140:11,19,20 141:1,4,8 142:21 145:8,10,19 196:5
**sexual** [27] 66:21 67:5,11,13 68:4, 13 116:13 133:19 138:18 140:8 181:17 196:17 207:9,9,11,13,15, 16,20,20,22 208:2,5,7 213:21 214:3,7
**sexually** [35] 67:4,9 104:16,21,22 105:3,12 107:14 108:3 113:20 115:11 116:16,18 117:6 121:18 137:18 138:4,8 139:4 150:23 153:16 155:7 161:8 178:4 184:2, 6,20 185:14,15 190:19 191:5 192:8 193:5 194:11 205:21
**shaking** [1] 4:14
**shane** [38] 96:19,20,23 97:1,9 119:15,17 120:5,13 121:6 128:4 180:2 183:1,12,14 184:3 185:11, 12,14,17,21,21 186:1,4,19 187:1, 6 196:7,13,14,19 197:1,3,9,9,18 201:14 218:9
**shane's** [1] 183:2
**shaped** [1] 193:7
**share** [3] 66:5,15 108:20
**sharing** [1] 66:9
**sharper** [1] 216:15
**she's** [1] 4:11
**sheet** [2] 64:14,18
**sheets** [1] 61:2
**shift** [1] 168:6
**shirt** [1] 89:3,4
**shook** [1] 182:13
**short** [5] 11:21 12:13 65:15,21 195:1
**shorts** [1] 172:20
**shoulder** [4] 107:18 146:22 168:5 173:3
**shoulders** [1] 168:1
**shouldn't** [4] 59:15 110:23 137:8 150:14
**show** [6] 4:21 72:16 87:4 135:8 136:11 145:3
**showed** [6] 183:8 186:9,9 187:12, 13,14
**showing** [6] 71:5 87:6 95:9 136:14 198:5 202:19
**shrugging** [1] 4:15
**shy** [1] 12:11
**side** [7] 158:10 159:2 166:4,7,7 174:18 193:8
**sigma** [2] 91:9,10
**sign** [2] 64:19,23
**sign-up** [1] 64:14

---

**signature** [3] 198:10 226:22 227:20
**signed** [3] 64:9 94:9 198:19
**signing** [1] 198:15
**siri** [14] 100:2 135:18,20 136:17, 18,20 149:1 165:9,20 170:3 176:21 177:2,4,7
**silvis** [2] 8:15,20
**similar** [7] 21:19 23:4 42:12,12 94:14 178:23 196:5
**similarly** [5] 4:17 44:17 117:5 177:8 195:4
**simple** [1] 222:10
**simultaneously** [1] 67:21
**since** [17] 9:19 17:2 21:6 23:7 91:3 146:18 150:16 152:8 153:5 169:21,22 180:16 209:12 213:18 215:20 216:4 221:5
**sing** [1] 44:4
**single** [2] 138:2 149:13
**sit** [25] 16:6 41:8 57:16,20 61:21 62:2 63:14 65:7 69:17 72:9 117:14 157:19 162:21 168:20,23 169:15 174:13 175:7 179:16 193:10, 11,12 221:8,9 224:6
**sits** [2] 59:9,14
**sitting** [15] 41:6 45:17 64:15,21 152:3,3 158:15,15,18 168:17,22 169:13 171:18,19 174:16
**situation** [8] 120:23 122:11,12 162:12 206:7 210:1 211:19 224:16
**six** [1] 162:7
**size** [3] 42:12 174:22 175:3
**skeevy** [1] 164:10
**slide** [1] 158:3
**slot** [1] 64:16
**slots** [2] 64:14,19
**slowly** [1] 42:23
**small** [7] 21:12 22:7 85:3 101:18 157:8 162:11 173:13
**small/medium** [2] 175:3,13
**smaller** [1] 153:4
**so-and-so** [1] 49:3
**socialized** [1] 130:6
**soda** [1] 179:14
**sofa** [2] 171:20,21
**softball** [1] 84:15
**solos** [1] 79:10
**somebody** [1] 195:14
**somehow** [2] 94:12,13
**someone** [15] 20:15 41:5 66:4,12 82:5 92:14 93:11 120:2 121:2,7 133:11 149:13 151:23 188:23 189:12
**sometime** [6] 98:18,18 132:20 133:1 214:19,20
**sometimes** [40] 47:7 50:10,11, 16,16,18,20,22,23 51:1,12,13,14 56:14,22 64:11 77:17 108:9,11 109:1,3 124:2,4 126:21 128:17 131:8,8 135:19,20 156:12 162:10,10 164:13 193:12 195:14 206:4 208:19 220:2 222:9,11
**somewhat** [1] 222:2
**somewhere** [4] 40:5 111:8 113:5 131:21 113:13
**soon** [2] 98:18 154:21
**sooner** [1] 214:12

**sophomore** [12] 54:17,19,21 59:12,16,17 60:8,20 61:17 84:11 209:7 220:5

**sororities** [1] 91:13

**sorority** [5] 91:3,6,8 136:1 181:3

**sorry** [41] 13:1 18:22 19:22 20:9 28:14 32:2 34:21 37:13 39:13 43:1 45:16 53:12 54:9 59:15 68:3 73:16 74:13 75:3 91:15 99:1 101:5 109:23,23 110:3 122:20 139:15 141:15 143:16 154:4 158:6 160:9,17 165:17 171:12 173:14 177:19 186:14 196:13 204:16 209:19 214:20

**sort** [1] 64:14

**sought** [2] 62:18 203:6

**sound** [4] 15:8 86:23 200:8 203:15

**sousa** [2] 77:10,10

**south** [1] 2:6

**space** [4] 101:18,19,22 159:5

**span** [2] 80:13 157:4

**spanish** [2] 10:11,16

**speaking** [3] 67:17 152:15 159:19

**spearhead** [1] 131:16

**specialization** [2] 26:3,9

**specializations** [2] 26:7,11

**specific** [35] 61:18,20 63:14 64:16 65:8 78:20 80:2 83:19 88:7,8, 12 101:1 105:23 109:4 110:7,11 112:6 113:18 117:21 121:1 127:12 128:19 133:19 135:13 137:14, 17 138:16 140:13 162:21 163:17, 22,23 164:14,15 201:8

**specifically** [21] 72:19 88:10,11, 16 90:20 93:17 98:23 116:18 117:16 120:9,11,14 200:22 128:5 140:7 164:6,19 195:15 204:21 209:14 212:20

**specifics** [1] 199:21

**spell** [1] 132:20

**spirals** [1] 123:23

**spoke** [3] 151:13 197:14 199:12

**spoken** [6] 151:6,20 152:8 153:5 177:23 196:9

**sponsored** [2] 43:13 48:8

**spot** [1] 174:19

**sprawled** [1] 169:10

**spring** [62] 10:23 11:3,23 12:2,4, 6 14:4,11 15:1 16:3 21:6 23:11, 13,15 29:20 37:23 38:1,2,3,4 54: 10 58:19,22,23 59:2,3,17 60:8, 20 61:16,18 71:8,18 73:1,2 76: 15 80:20,23 81:7 96:22 97:10 103:1 106:10,14,16,23 118:3 122:4,19 129:7,17 132:20,21 133:5 134:2,16,18 137:4,11 138: 22 200:1 203:18

**st** [3] 153:17 161:15 163:12

**staff** [4] 32:12 153:19,19 202:9

**stage** [7] 191:4,11 190:23 191:12 193:8,9,15

**stairs** [5] 124:2,18,19,20 166:1

**stairway** [2] 108:9 125:4

**stairwell** [14] 108:23 123:3,5,8, 19,23 126:21 127:2,5,11,15 134: 15,20 140:3

**stairwells** [1] 123:18

**stand** [3] 157:15,23 158:4,9,22 159:2,9 160:2,3

**standard** [2] 117:9 174:22

**standards** [1] 181:17

**stands** [1] 168:2

**star** [2] 166:20 168:3

**stared** [1] 194:2

**start** [12] 4:2 5:18 38:8 41:12 63:12 105:1 122:18 126:20 127:1 129:7 141:11 212:2

**started** [10] 4:16 7 17:15 37:15,22 38:4 43:2 114:13 122:2 124:17 129:15 133:2,3,10 142:3 146:8,18 154:22 212:6 223:17

**starting** [3] 105:16 129:5 138:21

**state** [11] 1:8,17 2:5 10:2 67:17 68:17 87:8 173:23 214:9 227:2,9

**state's** [1] 86:13

**statement** [5] 119:6 121:5 141:6, 7 218:8

**states** [3] 1:2,14

**stay** [3] 143:1 176:5 199:18

**stayed** [1] 155:18

**steel** [22] 72:4 77:15 128:23 182: 6,11,18 218:14,16,18 219:6,13 220:3,7,13,18 221:4,10,22 222: 18 223:2,7,20

**steel's** [2] 182:15 220:22

**stenographically** [1] 227:15

**step** [2] 168:12 181:18

**stephen** [1] 52:13

**stepped** [1] 168:15

**steps** [8] 125:16 127:7,7,8 168:14 186:16 188:20 196:23

**steve** [2] 52:13 128:23

**steven** [1] 72:4

**still** [8] 8:20 13:20 17:19 18:19 115:19 125:20,22 134:4,4 137:6, 9 154:2,9 171:21 172:14,15 178:22 189:3,4 197:1,4

**stipend** [1] 21:13

**stipends** [2] 21:18,19

**stomach** [2] 85:4 102:10

**stood** [5] 167:12,21,23 168:15 174:3

**stop** [5] 5:20 6:12 16:22 65:14 75:10 109:19 112:15 162:9 215:16

**stopped** [1] 191:11

**story** [2] 131:21 147:16

**straight** [4] 159:4 166:1 212:23 213:5

**street** [2] 1:16 2:6

**stress** [1] 210:16

**stretch** [1] 30:15

**strike** [7] 11:22 27:2 38:14 59:8 63:11 86:18 95:4

**string** [3] 40:15 95:16 96:5

**stronger** [1] 216:1

**struggles** [3] 203:23 204:3,6

**student** [59] 13:9,14,18,23 14:6, 10 21:14 24:5,7,9,15 32:1,16 35: 2 41:5 47:15 48:3 53:13 60:5 72: 6 74:18 75:23 76:3,3 78:1,10,15, 17 81:23 84:19 92:19 94:8 99:7, 13 110:20 111:13 135:3 191:8 192:23 193:1 196:6 202:9,16 203:3 204:23 205:5 206:9 218: 19,23 219:14,23 220:4,7,14,18 225:12,18,20,22

**student's** [1] 179:4

**students** [39] 44:1,15,18,21 45: 13 47:7,17,18 50:9,10,10,16 56: 16,17 57:18 64:18 77:17 80:9 81: 18,21 82:8,11,14 84:4 85:10,13, 15 99:5 110:13,17 111:5 130:7 131:5 163:22,23 192:19 195:19 198:1 221:14

**studio** [25] 56:3,5,7,11,12,13,14, 21 57:1,3,10,12 58:4,5 59:1, 21,22 60:4 62:22 73:11 84:14,14 147:13 179:2

**studios** [1] 73:10

**study** [1] 22:23

**sub** [1] 77:17

**subject** [1] 101:23

**subjected** [7] 66:21 104:17,23 105:13 138:3 139:4 184:7

**subsequently** [1] 119:12

**successfully** [1] 119:12

**suffered** [4] 205:16 209:11 210:20 213:18

**sufficient** [1] 34:13

**suit** [1] 228:2

**summary** [1] 224:16

**summer** [14] 17:16 19:15,18 23:12 30:20 31:3,3,6,9,12,20 112:22 137:7 212:2

**summers** [1] 17:18

**supervisor** [5] 18:1,6,10 19:20, 23

**supplement** [1] 224:3

**support** [1] 178:12

**supposed** [4] 94:7 165:1 191:7 221:21

**surely** [1] 134:13

**surrounding** [2] 161:17 163:13

**swipe** [1] 226:10

**sworn** [2] 3:17 227:12

**symbol** [1] 167:15

**symphonic** [4] 42:18,18 43:5,5 45:12,15 46:7 47:2,5,6

**symphony** [3] 43:6 46:13 77:18

**system** [3] 91:14 93:12 226:10

## T

**table** [1] 169:11

**tack** [2] 216:12,17

**tail** [1] 133:5

**talked** [19] 73:10 80:5 96:11 97: 22 100:5 101:12 102:19 150:6, 10 169:17 175:20 182:21,23 197: 22 199:5,7 200:14 201:18 202:2

**tap** [4] 187:11,16 189:23 190:12

**task** [1] 191:10

**tasks** [1] 30:16

**tattoo** [9] 166:11,13,14,17,19 167: 2,9,10,13

**tau** [2] 91:9,10

**taught** [21] 27:15,16,17,18,20 28: 3 30:20 35:9 57:3,10,12 69:16 70:7 72:11 74:3,6,10,11,12,21 108:8

**tbs** [2] 180:23 181:2

**teach** [30] 13:18 14:6 21:11 22:4 26:13,14 28:1 31:14 32:13 35:9, 18 39:11,15,23 40:6,12,19,21 41: 1,3,4,6 56:20 76:3 78:2,10,17 79: 18 197:2,5

**teacher** [5] 56:11,12 124:8 189:16 218:22

**teachers** [2] 41:4 78:15

**teaches** [1] 69:15

**teaching** [18] 13:9,14,23 14:10 24:5,7,9,15 26:20 35:5 76:3,4 77:21,22 137:6,9,9 211:13

**team** [2] 41:21 84:16

**tearing** [1] 91:11

**tease** [1] 107:8

**technically** [2] 221:4,6

**telephone** [2] 103:20 163:12

**tend** [1] 20:19

**tense** [1] 179:13

**tenure** [3] 197:10,12,13

**term** [4] 21:16 57:23 71:8 75:19

**terms** [2] 56:6 163:17

**terrible** [2] 37:13 211:17

**test** [2] 142:3 146:20

**testified** [9] 3:3 70:3 88:17,23 152:21 199:6 201:5,18 224:15

**testify** [3] 87:16 110:5 227:12

**testimony** [16] 86:21 87:1,12 88: 1,4,14 89:19 90:8 115:15 119:3, 4,8 156:14 190:8 224:10,18 227: 14,18

**texas** [37] 7:12,15,18,21 8:4,5,8, 10,22 9:3,10 11:13 16:10,18 17: 10,11 19:8,13 21:11,21 22:16,21 23:1,4 24:3 25:1,7 26:7 27:3,5, 11,13 28:6,15 29:2,8 214:17

**text** [1] 96:4

**theory** [9] 39:12,13,14,15 40:3 53:5,9,10 54:23

**therapeutic** [1] 202:15

**therapist** [1] 201:21

**therapists** [2] 208:23 216:10

**therapy** [4] 203:7 204:11,16,18

**thereof** [1] 228:3

**thick** [1] 186:11

**thigh** [4] 141:23 145:23 146:2,10

**thinking** [2] 93:10 190:1

**thinks** [1] 132:3

**third** [6] 40:9 70:19 122:23 175:4, 5 193:17

**though** [5] 7:7 204:15

**three** [23] 39:18,20 80:18 81:3 103:22 108:21 112:21 115:23 125:21 126:4,5,10 127:12,12 128:16 129:19,21 152:21 155:19 175:1 217:16,17 218:4

**throat** [1] 208:20

**throughout** [1] 224:1

**thrown** [1] 185:11

**thumb** [2] 216:12,17

**tied** [1] 210:23

**tiffany** [3] 132:10,15 212:19

**to-wit** [1] 227:6

**today** [5] 3:14,22 88:22 89:8 158:18

**together** [11] 9:9,13,17 51:13 69:16 84:15 90:23 109:13 124:22 143:13 221:1

**took** [14] 10:22 11:17 14:19 57:5 109:16 123:6 136:4,5 154:9 174:17 180:23 181:7 188:16 221:22

**top** [9] 41:15 72:20 77:10 89:4,5 116:18 167:8 193:10,11

**topic** [1] 145:16

**total** [2] 25:18 129:21
**touch** [13] 31:22 107:18 108:14 140:5 146:13 159:12,14 160:6 171:11,12 182:1 184:22 192:8
**touched** [7] 100:21 140:3 141:23 146:11 153:14 156:17,17
**touching** [10] 88:18 102:10 117:17 127:14 146:15 156:9,22 171:13 196:4 208:8
**tour** [1] 212:3
**tours** [5] 30:20 31:3,4,13,20
**toward** [2] 10:17 158:22
**towards** [3] 21:13,18 125:17
**township** [1] 8:17
**track** [1] 191:11
**tract** [7] 12:16,17 13:2 23:8 197:10,13 202:20
**traded** [1] 223:1
**traditional** [2] 83:11,12
**traditionally** [1] 83:5
**trained** [2] 35:18 80:19
**trainer** [1] 20:16
**training** [8] 20:18 39:12,14 40:2 53:5,9,10 55:2
**transcript** [8] 4:19,21 67:21 87:7 88:1 89:19,22 227:18
**transfer** [7] 11:12 25:6,12,16 27:2 28:6,11
**transferred** [3] 11:11 23:7 29:6
**transferring** [2] 24:23 29:2
**trapped** [1] 208:9
**traumatic** [1] 208:21
**travel** [2] 31:7 131:4,7
**treated** [1] 195:4
**treating** [1] 195:3
**treatment** [2] 203:7 204:5
**trial** [12] 86:5,5,10,11,12,17 88:1,4 89:19,21 90:8 106:23
**tried** [2] 124:1 194:6
**trip** [2] 109:10 139:20
**trombone** [34] 33:5,19 34:7,10 36:4 44:6 50:8,12,15,18 51:2 52:5,14,20 56:13,14,15 57:1,3,10 58:4,5 59:1 69:4 74:4,4 83:6 84:12,14 154:16 158:2 224:12,22
**trombones** [3] 33:18,19,20
**trombonists** [1] 157:18
**trouble** [9] 147:15 170:8 187:23 219:5,6,7,12,17 220:2
**true** [2] 150:8 227:17
**trumpet** [2] 32:23 99:15
**trumpets** [2] 83:5,6
**truth** [3] 227:12,13,13
**truthful** [1] 218:11
**truthfully** [1] 187:17
**try** [4] 5:7 124:3 153:8 209:22
**trying** [8] 74:14 124:17,19 135:7 155:20 169:18 178:17 187:17
**tuba** [15] 50:19 69:1,4,15 74:11 79:10,13 83:6 92:19 103:23 104:4,20 105:2,10,16
**tuba/euphonium** [3] 84:14 85:9,12
**tube/euphonium** [1] 85:10
**tug** [2] 160:19 161:3
**tugged** [2] 159:22 160:10
**tuition** [6] 21:13,18 22:2,7,9,10
**tune** [1] 33:14
**turn** [4] 37:14 160:1 198:7 223:2

**turned** [9] 37:17,23 38:3,6 102:13 151:13 152:2,5 166:9
**twice** [4] 57:21 82:4 123:15 162:18
**two** [57] 4:18 5:13 7:17 11:17 18:22 19:3,4,9 23:9 39:18 49:12,12 54:4 70:17 73:8 82:2,13 83:6 103:16,18,22 108:21 111:5 112:21 113:4 115:22,22 116:1 123:15,18 125:1,21 126:3,5,10 129:19,21 133:13 141:15,15 142:17 147:7 152:21,22 153:19 163:20 164:12 165:21 175:22,23 185:16 189:4 195:2 196:7 217:12 218:6 221:9
**tyler** [7] 9:8 27:14 28:14 66:18 201:4 211:5,9
**type** [2] 21:19 38:23
**types** [1] 40:19
**typewriting** [1] 227:17

## U

**u's** [1] 4:20
**u-high** [2] 130:19,20
**ultimate** [1] 185:3
**ultimately** [1] 77:23
**unable** [3] 67:16,17 68:6
**uncomfortable** [35] 67:16 68:6,9,12 93:9 100:15 101:6,13,16 102:2 128:18 134:22 135:16 140:18,21 141:2,9 142:2 144:1 145:1,1 12,17,18,19 163:22 184:23 189:11,16 190:11 195:7,14 199:15,17 207:19 219:1
**under** [9] 26:7 40:23 51:5 86:21 89:3,4 104:21 175:6 223:12
**undergraduate** [5] 21:20 218:18 219:14 220:4,14
**underlying** [1] 184:4
**underneath** [1] 175:8
**understand** [7] 5:19,21,23 6:4 7:22 10:13 11:17,20 13:15,20 14:3 19:16 20:3 21:15 23:17 27:6 28:10 30:13 31:7 32:7 33:17,21 41:23 48:4,17 49:12 50:14 51:15 53:8 64:13 83:18 86:16 90:17 93:18,21,23 94:2 96:5 101:3 103:13 106:13 110:14 111:14 119:10 120:19,20 128:3 132:5 137:22 139:7 141:14,16 151:12 156:14 159:13 164:20 176:22 184:8 187:1,6 188:13 190:8 197:9 209:13,21,23 216:6 219:19 221:12,1,6,20 222:1 223:16
**understandable** [1] 45:21
**understanding** [11] 13:4 49:9,11 55:15 62:4,12 63:3 82:12 131:23 132:1,7
**understood** [6] 49:22 94:17,20 96:8 195:18 216:3
**underwear** [1] 172:17
**unique** [1] 222:2
**united** [3] 1:2,14 8:17
**universities** [3] 27:23 29:1 85:20
**university** [41] 1:8 7:21 8:5,9 10:2 11:13 16:10 21:11,17,20 22:8,16,21 23:1,4 24:3,23 25:7 26:7 29:1,3,7,8 42:6,18 43:3,13,17,18

**44:**10,17,20 45:3 53:1 130:17 185:21 187:4 203:7 223:9 225:20,22
**university's** [1] 181:16
**unless** [3] 160:1 193:11 226:12
**unlikely** [2] 54:15,17
**until** [9] 4:8 15:19 124:3 162:23 164:5 170:17 173:7 212:2 223:1
**untrue** [1] 189:13
**unwanted** [3] 68:9,11 208:8
**unzipped** [1] 172:8
**up** [84] 4:21 38:15 44:14,18 47:22 50:8,15 53:8 55:9,12,16,18 5:1 76:4 81:16 83:3 85:4 99:7 102:23 103:3,4 104:1 108:17 119:5 121:22 123:23 124:1,6,18,19,20 125:16 126:22 127:9,14 128:11 136:18,19 139:18 141:21 148:2,3,4,9,17 149:3,6,7 150:5 152:4 155:15,20 156:1,16,21 159:21 165:23 166:2,7 168:15 173:14,19 174:3 175:8 176:4,5 178:20 181:1,5,10 183:3,8,11 186:8 187:15,21 189:18 191:13 193:9,14 206:7 217:22 222:23
**upcoming** [1] 73:21
**upper** [3] 70:13 74:5 159:19
**upstairs** [3] 165:11,20 174:6
**urinary** [1] 202:20
**using** [4] 34:19 75:19 205:11 216:6
**uta** [1] 76:1
**utilizing** [1] 123:12

## V

**vanguard** [2] 167:18 168:3
**varied** [1] 30:17
**verbally** [2] 208:19 211:20
**verification** [1] 198:16
**versa** [1] 108:11
**versus** [1] 87:8
**vice** [1] 108:11
**vicinity** [2] 92:6,9
**victim** [1] 208:16
**victor** [1] 166:22
**video** [1] 119:21
**videotaped** [6] 119:12,16,19 120:5 121:5 218:8
**viewed** [1] 219:10
**viewing** [1] 169:19
**virgin** [2] 167:12,23
**virtue** [1] 226:5
**visible** [1] 166:17
**vision** [1] 193:18
**visit** [1] 156:1
**visiting** [1] 147:22
**vocal** [1] 44:1
**voce** [1] 79:14
**voice** [1] 26:10
**voices** [1] 5:13
**vs** [1] 1:6

## W

**waist** [1] 107:19
**wait** [2] 124:3 151:9
**waiting** [3] 183:10 185:19 186:13
**waitress** [1] 20:3
**waived** [2] 226:22 227:21
**walk** [3] 80:19 165:23 182:3

**walked** [10] 85:3 90:20,22 91:3 102:14 165:22 166:2,5 169:22 174:4
**wanted** [11] 41:5 114:5 139:19 140:8,11 142:21 145:10 155:15 166:11 167:2 168:19
**wanting** [1] 166:13
**wants** [1] 140:19
**warnings** [1] 150:17
**watch** [1] 192:18
**watched** [2] 89:9 194:3
**watching** [2] 41:4 186:7
**water** [1] 191:2
**way** [52] 5:2,22 10:14 13:22 23:14 29:17 41:12 49:16 55:4 69:10 114:13 120:18 135:17 149:6 156:8,9 165:22 182:6 184:23 187:21 192:9 193:17 208:9 209:23 219:10 223:19 228:1,2
**ways** [4] 94:19 166:6 222:17,19
**weak** [1] 211:18
**wearing** [7] 107:17 109:6 122:10 126:10 172:9,17,19
**wednesday** [1] 123:11
**week** [19] 15:20 56:11 93:3 108:15,21 123:9,15 125:2,17,21 126:4,5,11 130:2 151:21 178:8 180:20 200:13,18
**weekend** [3] 153:18 161:16 163:12
**weekends** [2] 31:1 137:7
**weekly** [1] 133:23
**weeks** [1] 23:20
**weight** [2] 168:6 175:12
**welcome** [1] 6:23
**well-being** [1] 214:8
**west** [1] 77:22
**whatever** [5] 4:13 43:18 58:8 59:18 216:6
**whenever** [4] 59:23 113:2 174:16 207:1
**wherever** [1] 170:9
**whether** [21] 22:8,10 29:5 36:21 54:20 64:9,10 69:17 72:13,13 73:15,19 106:18 120:20 121:1,2 128:6 179:7 188:16 195:23 205:16
**who's** [3] 18:1,10 22:13
**whole** [8] 23:19 33:13 135:22 167:9 169:21 227:13
**whom** [2] 208:12 211:4
**width** [1] 157:4
**wife** [4] 80:10,14 137:2,2
**wild** [6] 19:11,12,17,23 20:4 21:3
**will** [34] 3:9 4:2,6,8 5:1,2,16,21 7:2,2,3 10:14 13:6 24:14 26:13 43:4 53:18 67:23 75:9 90:11,13 95:23 110:5 111:21 112:14 113:10 114:21 120:22 133:21 134:19 173:15 174:2 181:21 210:11
**wind** [5] 43:5 55:17 72:1,18 73:6
**window** [1] 139:18
**winds** [4] 42:19 43:5 47:5,6
**wings** [6] 19:11,12,17 20:1,5 21:1
**winter** [1] 121:12
**wire** [5] 103:11 187:11,16 189:23 190:12
**wisconsin** [1] 27:21

**wise** [1] 121:14

**within** [6] 26:11 93:3 112:14 121:
9 129:12 138:18

**without** [6] 33:2 114:17 149:3,7
166:4 174:1

**witness** [10] 28:10,19 86:19 87:4
123:12 227:11,15,16,18,21

**witnessed** [2] 92:9,12

**women** [2] 195:2,4

**woodwind** [1] 26:10

**word** [5] 119:4 123:20 179:2 211:
17 223:11

**words** [13] 20:23 32:7 85:6 101:1
114:13 140:9,13 149:5 155:1,4
165:17 171:1 225:19

**wore** [1] 103:11

**work** [23] 8:9 10:17 16:13,15 17:
14,21 19:14 20:7 21:8,17,21 29:
16,18 30:10,18 37:19 41:12 56:6
60:4 83:21 137:4 176:22 223:15

**worked** [9] 17:9,12 18:19 19:2,11,
16 20:6 72:4 152:4

**worker** [3] 192:12,21 193:1

**workers** [3] 20:10,11 191:9

**working** [4] 16:22 17:19 30:15
185:21

**works** [6] 19:2,7,21 20:20 26:23
79:9

**world** [7] 76:2,6,20 77:6 78:19 79:
3,21

**worse** [3] 213:8 215:18,19

**worth** [2] 25:17 213:14

**write** [1] 83:7

**written** [2] 179:1 186:19

**wrote** [3] 46:9 197:18 217:21

## Y

**yanking** [3] 160:12,15,18

**year** [43] 8:9,18 12:16,17,17,22
13:2 14:23,23 16:9 17:22 23:8
30:22 37:15,16 54:21 58:11 59:
12,16,17 60:8,20 61:17 70:19,20
77:9 81:6,7 84:11 115:9,13 134:
23 135:16 197:8 206:5,12,20
209:7,7 211:16 212:5 216:18
220:5

**year's** [1] 38:9

**yearly** [1] 202:21

**years** [15] 7:17 12:8,10,19 13:7,
17 23:6 37:20 57:22 70:17 81:3
163:21 185:16 189:4 205:22

**younger** [2] 167:19 195:20

**yourself** [9] 6:21 9:1,3,20 33:10
82:13 122:17 168:8 216:17

## Z

**zachariah** [1] 94:12

**zeek** [4] 94:9,17 95:18 96:8

**zipper** [1] 172:13