E-FILED
Monday, 08 February 2010...
Clerk, U.S. District Court, ILCD

## Student Information

**Megan Marie Hunt**

*Not an official transcript*

### Grades for the Spring 2007 term

| Course | Section | Title | Instructor | Hours | Grade |
|---|---|---|---|---|---|
| HIS 111 | 007 | American Diversity: Contested Visions of the U.S. Experience | David Joseph Carroll | 3.0 | D |
| MUS 116 | 001 | Group Instruction in Double Reed Instruments | Michael Henry Dicker | 1.0 | C |
| MUS 231.50 | 001 | Applied Music (Advanced Trombone) | Stephen B Parsons | 2.0 | A |
| MUS 252 | 001 | Elementary Teaching Methods: General Music | Kimberly A McCord | 2.0 | A |
| MUS 281.06 | 001 | Symphonic Band | Stephen Kay Steele | 1.0 | A |
| MUS 287 | 001 | Independent Study | David Wayne Snyder | 1.0 | B |
| MUS 287 | 002 | Independent Study | William K Koehler | 1.0 | B |
| MUS 287 | 004 | Independent Study | Daniel Andrew Belongia | 2.0 | A |
| MUS 288 | 001 | Civic Chorale | Karyl K Carlson | 1.0 | A |

Hours: 14.0    GPA: 3.07

### Grades for the Fall 2006 term

| Course | Section | Title | Instructor | Hours | Grade |
|---|---|---|---|---|---|
| GEO 135 | 001 | World Geography | David Birath Johnson | 3.0 | WX |
| PSY 110 | 003 | Fundamentals of Psychology | William Joel Schneider | 3.0 | WX |
| MUS 110 | 001 | Recital Attendance | Stephen B Parsons | 0.0 | CR |
| MUS 161 | 001 | Marching Band Techniques | Daniel Andrew Belongia | 2.0 | A |
| MUS 231.50 | 001 | Applied Music (Advanced Trombone) | Stephen B Parsons | 2.0 | A |
| MUS 281.01 | 001 | Marching Band | Daniel Andrew Belongia | 1.0 | A |
| MUS 281.06 | 002 | Symphonic Band | Daniel Andrew Belongia | 1.0 | A |

Hours: 6.0    GPA: 4.00

### Grades for the Summer 2006 term

| Course | Section | Title | Instructor | Hours | Grade |
|---|---|---|---|---|---|
| MUS 152 | 001 | Experiencing Music | Stephen B Parsons | 3.0 | B |

Hours: 3.0    GPA: 3.00

### Grades for the Spring 2006 term

| Course | Section | Title | Instructor | Hours | Grade |
|---|---|---|---|---|---|
| CHE 140 | 001 | General Chemistry I | Lisa F Szczepura | 4.0 | F |
| C&I 212 | 006 | Issues in Secondary Education | Anchalee Jansem | 2.0 | C |
| MUS 110 | 001 | Recital Attendance | James Edward Major | 0.0 | CR |
| MUS 115 | 001 | Group Instruction in Single Reed Instruments/Flute | James Alan Boftos | 1.0 | B |

11/11/2007 10:10 PM

| Course | Section | Title | Instructor | Hours | Grade |
|---|---|---|---|---|---|
| MUS 231.50 | 001 | Applied Music (Advanced Trombone) | Stephen B Parsons | 2.0 | A |
| MUS 254 | 001 | Music History Since 1750 | Arved M Larsen | 3.0 | C |
| MUS 281.06 | 001 | Symphonic Band | Stephen Kay Steele | 1.0 | A |
| MUS 283 | 001 | Chamber Wind Ensemble | Stephen Kay Steele | 1.0 | A |
| | | | | Hours: 10.0 | GPA: 2.07 |

### Grades for the Fall 2005 term

| Course | Section | Title | Instructor | Hours | Grade |
|---|---|---|---|---|---|
| LAN 111.15 | 003 | First-Year Spanish (Part I) | Shannon Andrea Evans | 4.0 | F |
| C&I 210 | 002 | Child Growth and Development | Danielle Marie Devine | 3.0 | B |
| MUS 110 | 001 | Recital Attendance | James Edward Major | 0.0 | CR |
| MUS 113 | 001 | Group Instruction in High Strings | William K Koehler | 1.0 | B |
| MUS 117 | 001 | Group Instruction in Percussion | David Louis Collier | 1.0 | B |
| MUS 167 | 001 | Basic Conducting | Daniel Andrew Belongia | 2.0 | A |
| MUS 231.50 | 001 | Applied Music (Advanced Trombone) | Stephen B Parsons | 2.0 | A |
| MUS 253 | 001 | Music History Until 1750 | Arved M Larsen | 3.0 | C |
| MUS 281.06 | 001 | Symphonic Band | Stephen Kay Steele | 1.0 | A |
| MUS 283 | 001 | Chamber Wind Ensemble | Stephen Kay Steele | 1.0 | A |
| | | | | Hours: 14.0 | GPA: 2.50 |

### Grades for the Spring 2005 term

| Course | Section | Title | Instructor | Hours | Grade |
|---|---|---|---|---|---|
| LAN 111.15 | 001 | First-Year Spanish (Part I) | Michael H Romagnoli | 4.0 | WX |
| MUS 103 | 003 | Computer Skills for Musicians | Afrim Shabani | 1.0 | C |
| MUS 110 | 001 | Recital Attendance | James Edward Major | 0.0 | CR |
| MUS 112 | 001 | Group Instruction in Low Brass | Michael I Forbes | 1.0 | A |
| MUS 122.40 | 001 | Group Piano Music Majors Level IV | Carlyn Gay Morenus | 2.0 | B |
| MUS 131.50 | 001 | Applied Music (Trombone) | Stephen B Parsons | 2.0 | A |
| MUS 181.06 | 002 | Symphonic Band | Matthew David Luttrell | 1.0 | A |
| MUS 183 | 001 | Chamber Wind Ensemble | Stephen Kay Steele | 1.0 | A |
| MUS 214 | 001 | Transcription | David Feurzeig | 1.0 | C |
| MUS 216 | 002 | Non-Western Music Literature | ne Ofortwaa Aduonum | 2.0 | C |
| MUS 221 | 001 | Twentieth-Century Techniques | Charles Frank Stokes Jr | 2.0 | A |
| | | | | Hours: 13.0 | GPA: 3.23 |

### Grades for Fall 2004 term

| Course | Section | Title | Instructor | Hours | Grade |
|---|---|---|---|---|---|
| LAN 111.15 | 005 | First-Year Spanish (Part I) | Farb | 4.0 | F |
| MUS 110 | 001 | Recital Attendance | James Edward Major | 0.0 | CR |
| MUS 122.30 | 002 | Group Piano Level III | Carlyn Gay Morenus | 2.0 | D |

| Course | Section | Title | Instructor | Hours | Grade |
|---|---|---|---|---|---|
| MUS 131.50 | 001 | Applied Music (Trombone) | Gary Howard Hollander | 2.0 | A |
| MUS 181.01 | 001 | Marching Band | Matthew David Luttrell | 1.0 | A |
| MUS 181.06 | 001 | Symphonic Band | Stephen Kay Steele | 1.0 | A |
| MUS 201 | 003 | Music Theory | David Feurzeig | 2.0 | C |
| MUS 207 | 003 | Group Instruction in Basic Musicianship III | David Feurzeig | 1.0 | B |
| MUS 212 | 001 | Introduction to Music Literature | Marie E Labonville | 3.0 | C |
| | | | | Hours: 12.0 | GPA: 1.94 |

### Grades for the Summer 2004 term

| Course | Section | Title | Instructor | Hours | Grade |
|---|---|---|---|---|---|
| BSC 101 | 001 | Fundamental Concepts in Biology | Anne Finn Bettendorf | 3.0 | C |
| POL 101 | 001 | Citizens and Governance | Ronald Russell Pope | 3.0 | B |
| | | | | Hours: 6.0 | GPA: 2.50 |

### Grades for the Spring 2004 term

| Course | Section | Title | Instructor | Hours | Grade |
|---|---|---|---|---|---|
| COM 110 | 051 | Language and Communication | Alexia Joy Vallance | 3.0 | A |
| MAT 120 | 001 | Finite Mathematics | Theodore D Fuller | 4.0 | C |
| MUS 102 | 002 | Music Theory | Thomas J Marko | 2.0 | B |
| MUS 108 | 002 | Group Instruction in Basic Musicianship II | Thomas J Marko | 1.0 | B |
| MUS 110 | 001 | Recital Attendance | James Edward Major | 0.0 | CR |
| MUS 122.20 | 001 | Group Piano Music Majors Level II | Tara Lynn Wells | 2.0 | A |
| MUS 131.50 | 001 | Applied Music (Trombone) | Stephen B Parsons | 2.0 | A |
| MUS 139.70 | 002 | Ensemble (Jazz) | Thomas J Marko | 1.0 | A |
| MUS 181.06 | 001 | Symphonic Band | Stephen Kay Steele | 1.0 | A |
| | | | | Hours: 16.0 | GPA: 3.31 |

### Grades for the Fall 2003 term

| Course | Section | Title | Instructor | Hours | Grade |
|---|---|---|---|---|---|
| ENG 101 | 034 | Language and Composition I | Devon Carol Fitzgerald | 3.0 | B |
| MAT 144 | 004 | Precalculus | Heidi Anne Staebler | 4.0 | WX |
| MUS 101 | 002 | Music Theory | Thomas J Marko | 2.0 | A |
| MUS 107 | 002 | Group Instruction in Basic Musicianship I | Thomas J Marko | 1.0 | B |
| MUS 110 | 001 | Recital Attendance | James Edward Major | 0.0 | CR |
| MUS 131.50 | 001 | Applied Music (Trombone) | Stephen B Parsons | 2.0 | A |
| MUS 139.70 | 001 | Ensemble (Jazz) | Thomas J Marko | 1.0 | A |
| MUS 181.01 | 001 | Marching Band | Matthew David Luttrell | 1.0 | A |
| MUS 181.03 | 001 | University Band | Stephen Kay Steele | 1.0 | A |
| MUS 181.06 | 001 | Symphonic Band | Stephen Kay Steele | 1.0 | A |
| IDS 100 | 080 | Foundations of Inquiry | Roger B Eggleton | 3.0 | A |

|  | Hours: 15.0 | GPA: 3.73 |
|---|---|---|
|  | Not an official transcript | |

Choose a selection: [Show all grades by semester]   Submit

Cumulative Earned Hours: 109.0
Cumulative GPA: 2.97

If you have a questions concerning your grades please write

# E-mail

## Read Email

| Move to Folder | Move |

From: Mike Forbes <miforbe@ilstu.edu>
To: Hunt Megan Marie <mmhunt@ilstu.edu>
Cc:
Subject: Fwd: Tube Party
Date: Mon Feb 21 22:42:27 CST 2005

Hi Megan,

Thanks for the chat earlier today and for ... help with the conference—especially with the clean up! ... ohn and I took so long with Ed Livingston.

Anyway, here's an email I received from ... ymous" student ISU, and I just wanted to make sure we'... ertainly didn't mean to be "unprofessional" with you...no... it that way—thought we're just all in party-mode, and as ...nds and colleagt think things were cool. By the way, I didn't bet Brian that he wou: or would not sleep with you that night—if I were going to bet him, however, I would have bet that he would NOT have ever been so lucky...I hope you don't take offence to all of this silliness. It's a sad time in society when college students and profs can't have a good time socializing any more. I'm sorry if I caused you any issues today in this "high school" we call ... ic school."

See you tomorrow.

Sincerely,
Dr. Forbes

>Date: Mon, 21 Feb 2005 22:47:...
>From: Zach Pinkerton <anon_l... ail.com>
>Subject: Tube Party
>X-Originating-IP: [138.87.210...
>X-Sender: anon_isu@hotmail.co...
>To: miforbe@ilstu.edu
>Bcc:
>X-Originating-Email: [anon_isu@... om]
>Original-recipient: rfc822;miforbe ....edu
>X-OriginalArrivalTime: 21 Feb 20... 22:48:00.0518 (UT...
> FILETIME=[6500DA60:01C51867]
>
>Dr. Forbes,
>
>I wanted to let you know, as a person who admires and respe... s yo
>greatly, that I have fear of your position here at Illinois State
>University. At the party yesterday you may have offended a fe
>female students. Rumors are now circulating that they ... g. to
>some superiors. I felt that I should warn you and mayb... ipolo..
>is in order for these ladies. Please do not respond to ... ail,
>as you will not receive a response.
>
>Respectfully,
>
>Zach Pinkerton
>
>

