

CITY OF
*Saint Peter*
WHERE HISTORY & PROGRESS MEET

Department of
Police

September 26, 2005

Illinois State University Police
Captain Keith Gehrand
█████████
Normal, IL 61790-9240

Re:  Michael Forbes

Dear Captain Gehrand,

   You may recall a short telephone conversation we had on August 29, 2005 regarding Mike Forbes, a staff member at Illinois State University (ISU).

   On April 23rd, 2005, Gustavus Adolphus College (GAC) in Saint Peter, MN presented a program called a Tubonium which included many visiting members of various college staff. This included Michael Forbes, Assistant Professor of Tuba and Euphonium at ISU as well as the ISU Faculty Brass Quintet.

   Following this event, Annika Torkelson, a nineteen year old female student from GAC, alleged that she had a sexual encounter with Mr. Forbes while he was visiting.  Her allegation indicates she felt pressured into performing some sexual acts with Mr. Forbes in her dormitory bedroom.

   Ms. Torkelson has decided against pursuing criminal charges against Mr. Forbes, however, she felt some knowledge of this event should be passed along to the staff at ISU to prevent a repetition of this type of event.

   I spoke with Mr. Forbes by telephone.  In a limited discussion, Mr. Forbes indicated some type of event occurred with Ms. Torkelson but it was he that was "on the spot".  He stated everything that happened was consensual but he didn't think "anything remotely sexual actually occurred".

   As I indicated in my telephone conversation with you, faculty at GAC are aware of the allegation and desire this incident be brought to the attention of ISU law enforcement and faculty.  If you have any questions or comments, please contact me at your convenience.


Sincerely,


█████████
Jerold W. Yushta
Investigative Sergeant


Cc/file
Enc:   File copy SPPD 05002512



PLAINTIFF'S
EXHIBIT
#1

| OFFENSE | | | | | ICR # |
|---|---|---|---|---|---|
| 5th Degree Criminal Sexual Conduct | | ☒ Adult | ☐ Juvenile | | 05-002512 |

| DATE RCVD | TIME RCVD | DATE OCCUR | | TIME OCCUR | MSS |
|---|---|---|---|---|---|
| 05-05-2005 | 1430 hours | 04-23-2005 | | 1515 hrs | 609.3451 |

| LOCATION OF OFFENSE (Address) | | City | State | Zip |
|---|---|---|---|---|
| Norelius Hall 402H | | St. Peter | MN | 56082 |

### CODES:  ARR - BUS – CNF - COM – JV – SUS - VIC - WIT

| Code | Full Name | DOB | Race | Hgt. | Wgt. | Hair | Eyes |
|---|---|---|---|---|---|---|---|
| COM | ANNIKA MARIE TORKELSON | See Supp | W | 508 | 125 | BRO | BRO |
| Sex | Local Address | Home Ph #: | | Driver License #: | | | |
| F | See Supplemental | See Supp | | | | | |
| Code | Full Name | DOB | Race | Hgt. | Wgt. | Hair | Eyes |
|  |  |  |  |  |  |  |  |
| Sex | Local Address | Home Ph #: | | Driver License #: | | | |
|  |  |  |  |  |  |  |  |
| Code | Full Name | DOB | Race | Hgt. | Wgt. | Hair | Eyes |
|  |  |  |  |  |  |  |  |
| Sex | Local Address | Home Ph #: | | Driver License #: | | | |
|  |  |  |  |  |  |  |  |

## VEHICLE INFORMATION

| Year | Make | Model | Style | Color | Lic # | State | Yr. |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

## PROPERTY INFORMATION

| Qty. | Serial # | Make, Model, Description | Value |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## SYNOPSIS

On 05-05-2005, at 1430 hours, Ms. TORKELSON reported an incident that occurred on 04-23-2005 at Gustavus Adolphus College in her dormitory room.  She indicated a visiting professor from Illinois had engaged in sexual contact with her against her will.  See supplemental report for details.

PLAINTIFF'S EXHIBIT
#2

| REPORTS | | |
|---|---|---|
| ☐ Supplement(s) | ☐ Evidence-Property | ☐ Criminal History |
| ☐ Citation | ☐ Statements | ☐ Arrest Photos |
| ☐ Photographs | ☐ Tow Report | ☐ Fingerprints |

| DISPOSITION | |
|---|---|
| ☐ Cleared By Arrest | ☐ Inactive |
| ☐ Exceptionally Cleared | ☐ Unfounded |
| ☐ Refer Other Agency | ☐ Other |

Officer Signature: ██████████        Badge #: _____ 1913 _____

: 00298

| NAME OF COMPLAINANT | CASE NO. |
|---|---|
| TORKELSON, ANNIKA MARIE | 05-002512 |

| OFFENSE | OFFICER /PAGE # |
|---|---|
| 5th Degree Criminal Sexual Conduct | Sgt. Yushta Page 2 |

## DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.,
### (Investigating Officer must sign)

DATE: 05-05-2005

On 05-05-2005, at 1430 hours, I met with Ms. TORKELSON in my office with the Gustavus Adolphus College (GAC) Dean of Students, HANK TOUTAIN. I outlined the method I used in investigating criminal complaints with Ms. TORKELSON. At 1641 hours, I began a taped statement from her.

Ms. TORKELSON stated she wanted Mr. TOUTAIN present as support during her statement.

Ms. TORKELSON stated that on 04-23-2005 at the Tubonium Festival at GAC. She was at the registration table for the Festival near the south entrance to Bjorling Recital Hall. She was with another girl named AMY JANSEN, a junior at GAC. They were taking the registrations.

She overheard a conversation between two people near the table. One of the people, a male adult, was telling the other person that he and his wife had a five-month-old child.

At approximately 1400 hours, the male that had talked about having a wife and child walked up to her at the registration table. He introduced himself as Dr. MICHAEL FORBES and asked where there was a good place to eat in town. She mentioned the GAC cafeteria. He asked if she had eaten lunch. She told him that she had not eaten yet and he asked if he could take her to lunch.

She knew he was a visiting professor because she saw his name in the program for the Festival.

Ms. TORKELSON thought it would be a good idea to go to lunch with him because she was interested in being a music education major so it would be a good opportunity to speak with another music professor and get his insight in music and teaching experience.

Ms. TORKELSON's shift at the registration table was over so she walked with him over to the Cafeteria. As they walked out of Bjorling Hall, he rubbed her back slightly below her shoulder blades with his·hand in a harsh manner. They arrived at the Cafeteria at approximately 1415 hours.

Just outside the Cafeteria, by the east door, he was on her left side, he grabbed her shoulder with his right hand, pulled her over and kissed her in the center of her left ear.

He tried to kiss her again and she told him not to do that because he was married. They went in and got food. They sat at a table and talked about music and school. She asked questions about his life and career experience that related to her desire to have knowledge about her career choice. Dr. FORBES mostly stayed on task. He did mention that his relationship with his wife was not going very well lately. He stated he thinks she is cheating on him. He stated he was not getting much sleep with his new daughter.

Dr. FORBES then asked her questions about whether she had a boyfriend. She responded that she was "single". He asked her where she was going after

: 00299

| NAME OF COMPLAINANT | CASE NO. |
|---|---|
| TORKELSON, ANNIKA MARIE | 05-002512 |

| OFFENSE | OFFICER/PAGE # |
|---|---|
| 5th Degree Criminal Sexual Conduct | Sgt. Yushta Page 3 |

*DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.,*
*(Investigating Officer must sign)*

DATE: 05-05-2005

lunch. She had just come from home the day before and had a lot of stuff with her that needed to go to her dorm room. She told him she was going to her dorm room. He offered to help carry her stuff.

Ms. TORKELSON told him "no" because she figured he would try to do something because they would be alone in her dorm. He asked a lot of times to help her. She gave in figuring they would only be up there a little while. This was at approximately 1500 hours. They walked directly to Norelius 4H, which holds about twenty-four students. The conversation was casual without sexual or troubling comments. Her room is 402, directly inside the section on the right side. Her room has a lockable door and she is the sole occupant.

She unlocked her door and put her backpack on her futon. She does not believe anyone saw them enter his room. She started taking stuff out so she could go back to Bjorling Hall. As she was unpacking, Dr. FORBES stood behind her and began to give her a back rub with both of his hands. She did not want to deal with him so she stood up and turned around. He caught her by the shoulders with both hands and began to make out (kiss) her. She did not tell him no or physically try to stop him. She went along with it for a little while to get it over with and please him because she thought that all he wanted to do was to kiss her. The kissing lasted about one minute and Dr. FORBES was using his tongue. He had his hands on her waist at that point.

Dr. FORBES grabbed her hand and pulled it down to his penis and made her rub his penis on the outside of his clothing. After about five seconds, she told him "I can't do this" so she left the room. She went to the bathroom and locked the door for about one minute to get her bearings.

She went back into the room and Dr. FORBES was lying on her futon. She began to finish putting her stuff together. He pointed to his penis and said, "This is going to hurt later". She said "Yeah, so"?" He said, "Can I come in here". She said "No, can't you do it in the bathroom"? He said "No I have to do it in here". I said, "Fine, just do it".

He asked me to sit down on her futon while he stood up and dropped his pants and boxer shorts (which had fish on them). He began to "jerk off" and he wanted her to look at his penis. He "half" yelled at her because she was not looking. She told him she couldn't because she didn't want to. She stood up next to him so she wouldn't have to look at it. He tried to kiss her again and she told him "No". He had his hand around her waist. He removed that hand and tried to grab her hand to have her help him come but she did not let him and told him "No". He actually got a hold of her hand but she pulled away. He was also feeling her butt while masturbating. He asked her what he should come in. She got Kleenex for him. He laid down on

| NAME OF COMPLAINANT | CASE NO. |
|---|---|
| TORKELSON, ANNIKA MARIE | 05-002512 |

| OFFENSE | OFFICER / PAGE # |
|---|---|
| 5th Degree Criminal Sexual Conduct | Sgt. Yushta Page 4 |

*DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.,*
*(Investigating Officer must sign)*

DATE: 05-05-2005

the futon and finished coming. She indicated that virtually all conversation had ended.

After he ejaculated, he threw away the Kleenex, put his pants back on, she finished getting her stuff taken care of and they walked back to Bjorling Hall. Once they got back to Bjorling Hall, they went separate ways.

At supper that evening, she spoke with BARBARA GUY who lives in Noreluis. She also told RICH AUDY, an Admissions Counselor, and Dr. WARREN FREEDMAN, the Orchestra Director on Sunday evening.

Ms. TORKELSON stated she saw him after the 2130 ending of the recital and he made comments about noticing her dress. He flirted with her a little bit. She stated there were other people there from another school and they told him, "Mike, no!" They were college students from Eau Claire and there were three guys and one girl.

She described Dr. FORBES as being a white male about 5-6, stocky, goatee, dark brown hair. He told her he was thirty years old. He was wearing a black sports coat, black dress slacks. She stated his penis was circumcised. She did not notice any scars or tattoos.

I ended the interview at 1512 hours. I told Ms. TORKELSON that I would need a few days to prepare a report and to consider the options available. I asked her if she would be able to participate in a surreptitious telephone call to Dr. FORBES. She did not feel comfortable with that idea.

On 05-13-2005, at 1355 hours, I met with Ms. TORKELSON in the Interview Room. I explained to her that I would pursue the case by either doing a surreptitious telephone call, interview Mr. FORBES by telephone, or try to get someone from Illinois to do an interview. She indicated she would think on this for the weekend and then call me.

I asked her if she had visited with her mother on the date of the offense. She stated her mother had walked into the cafeteria as she was eating with Mr. FORBES. Her mother told her that she had brought three bags of clothes that were in her vehicle. Ms. TORKELSON walked out with her mother to her mother's vehicle and got the clothes. Her mother asked her what was going on with the man she was having the meal with and her mother cautioned her.

Ms. TORKELSON also provided me with a program from the "Tubonium". This indicated MICHAEL FORBES was going to be a soloist with a Euphonium or Tuba during the event dated April 22-23, 2005.

It further indicated Mr. FORBES was going to perform with the Illinois State Faculty Brass Quintet featuring AAMY GILREATH, ADAM BERGERON, STEPHEN PARSONS, and GARY HOLLANDER

It also indicated Mr. FORBES was the Assistant Professor of Tuba and Euphonium at Illinois State University (ISU).

| NAME OF COMPLAINANT | CASE NO. |
|---|---|
| TORKELSON, ANNIKA MARIE | 05-002512 |

| OFFENSE | OFFICER / PAGE # |
|---|---|
| 5th Degree Criminal Sexual Conduct | Sgt. Yushta Page 5 |

*DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.,*
*(Investigating Officer must sign)*

DATE: 05-05-2005

Ms. TORKELSON indicated she would like some time to consider whether or not she wanted to pursue a criminal investigation of the event. I asked her to contact me when she had determined what she wanted done.

On 05-31-2005 at 1010 hours, I called Ms. TORKELSON and she indicated she did not wish to pursue criminal charges but was concerned about Mr. FORBES behaving in this fashion on other campuses. She asked me to consider advising ISU of the problem and authorized me to do so. I told her I would discuss it with GAC Safety and Security as to an appropriate venue to do so.

On 08-29-2005, at 1515 hours, I spoke with Captain KEITH GEHRAND, Illinois State University Police (309-438-8631) regarding this file. After a short discussion, I indicated I would call Mr. FORBES.
Captain GEHRAND provided an address to forward a copy of the case file to his agency (ISU, ████████, Normal, IL 61790-9240).

On 08-29-2005 hours, at 1550 hours, I called Mr. FORBES at 309-438-5817. An answering machine responded and an adult male voice stated: "Hello, you've reached MIKE FORBES at the Tub-Euphonium Studio at Illinois State University. I'm unable to take your call right now because I am either away from my desk or in the middle of a lesson but please leave your name and a message and I will return your call as soon as I can". I left a message asking him to return my call.

On 08-30-2005, I found a voice message on my phone from MIKE FORBES. "Hi, Sergeant YUSHTA this is MIKE FORBES calling. I got your message on my work message machine. I'm off the road at the moment and I've been trying to catch you here, looks like you had a meeting earlier today, I'm jumping from pay phone to pay phone but my cell phone now has service and I'm gonna give you that number if you want to give me a call back that would be great. The number is 309-287-2006". This was recorded at 3:42 PM on 08-30-2005.

On 08-31-2005, at 1326 hours, I received another call from MIKE FORBES. He identified himself as such when I answered.
I informed Mr. FORBES that I had received a report regarding a contact with Ms. TORKELSON during the Tubonium Festival on 04-22-2005. He confirmed that he was at the event on that date and was a soloist.
He recalled Ms. TORKELSON. I explained that we were not pursuing a criminal complaint however she was concerned about him returning to the GAC campus while she was a student. I further indicated that I only had one

: 000302

| NAME OF COMPLAINANT | CASE NO. |
|---|---|
| TORKELSON, ANNIKA MARIE | 05-002512 |

| OFFENSE | OFFICER /PAGE # |
|---|---|
| 5th Degree Criminal Sexual Conduct | Sgt. Yushta Page 6 |

**DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.,**
*(Investigating Officer must sign)*

DATE: 05-05-2005

side of the story. I offered him the opportunity to tell his side about a sexual incident that occurred in her dormitory at GAC.

Mr. FORBES stated: "I don't have any intention of coming back to the Gustavus campus. I do think that her coming forward with this is a little peculiar cause I felt I was the one being more put on the spot than she was. I'm not sure if she is rebelling in some way because I didn't do what she had kinda hoped to have happen or what but I'm gonna stay clear of it for now. If she wants to leave it as it is, that's fine by me. I'm not going to push anything or I don't intent to come back there in any way, shape, or form. So if you want to relay that to her that the fact that I will stay clear of Gustavus Adolphus for at least the next four years if not more and we'll just leave it at that. If she wants to pursue it further of course I will get my lawyer involved and we'll take it from there, but, I think everything that I know of was consensual, as far as we were involved, and I don't actually think that anything remotely sexual actually occurred".

On 09-05-2005, I met Ms. TORKELSON in front on campus at the intersection of Three Flags Road and Capitol Drive by North Dormitory. I explained where the file was. She indicated she would still like a copy of the file sent to ISU and was not concerned about the information being released with her name visible in the material.

ON 09-26-2005, I mailed the material to ISU via US Postal Service.


Jerold W. Yushta
Investigative Sergeant

April 23, 2005 – Tubonium 2005

Offender: Micheal Forbes – Professor of Music at Illinois State University

It started out by him asking me where a good place in town to eat was. Of course I told

him the cafeteria was a great place to eat. I sensed he was sort of flirting with me

because he said it must not be that good because I'm so slim. I just laughed it off and

told him I've only been here a year. I wasn't done with my shift at the registration table

yet but he asked if I could take him to the cafeteria. Since I hadn't eaten yet I figured it

would be a good deal to have lunch with a music professor to discuss a career in the

music industry. Well on the walk over to the cafeteria he rubbed my back and it wasn't a

calm pat. Later, still on the way to the cafeteria, he grabbed my shoulder and pulled me

toward him and kissed my ear. Then he tried to kiss me again and I pulled away saying

no. I then asked him how his wife and 5-month old are doing. He looked surprised

because he didn't know that I knew. I only knew because I had eves dropped in on one

of his conversations in the music building after he had asked me to go to lunch with him.

So we went to lunch and chatted about music and his career. And he was asking me

personal questions like if I had a boyfriend and how that was going. I realize I should

have lied and not told him that I'm single. Then my mother came to drop off my things

from home. I had to go out the van to get my stuff and my mother was concerned about

the professor being so kind to me. I told her that I had things under control and that he

was just a nice man. I felt like I had enough self-confidence that if anything were to

happen I could tell him no and get out of the situation. But later after the fact I now

know that at that moment I could have easily just left and not gone back to him in the

cafeteria. But I went back to him and he asked me where I was going to go after lunch. I told him (regretfully) that I had to go back to my dorm to take my stuff up there and then back to the music building. He asked me if he could come up with me. He said he would help me carry my stuff. And at first I'm like no, he would probably try something and we'd be all alone. But he kept pushing it on me for quite awhile and I kept saying that I wouldn't let us get into that situation because he's married but, finally I'm like fine, just to get my stuff up there and then we leave. I knew that he was going to try and kiss me again but I figured I could handle that and that would be it. So when we got up to my room as I was organizing my things I was bending over my backpack and he started giving me a backrub. I just ignored him. Then when I stood up he caught my shoulders and made out with me. He kept saying how beautiful I was and then he pulled my hand down to his penis and forced me to rub it. I then stepped back and told him I couldn't do this. So I stepped out of the room. When I came back he was laying on my futon and as I was packing up some more of my things he pointed to his penis and he's like, "you know, this is really going to hurt later." And I'm like, yeah, so? He said, well can I come in here? I said, well can't you just do it in the bathroom? He said, no. So I'm like fine just do it here. He asked me to sit down but I didn't watch it like he wanted me to. And he even said, "You're not watching it!" So I stood up so I wouldn't have to watch it. I stood next to him and he tried kissing me again but I didn't let him and he even tried to grab my hand to help him on but I said no. I got Kleenexes for him to come in and I turned my back when he actually had his orgasm.

Then he got his pants back on and we headed back to the music building. On the way there he asked me how I was feeling and I said fine. And he was like don't you need to

get off too? And laughing, "or are you just going to do it later?" I'm like, "No, I feel fine." After we got out of my dorm room I hadn't said much to him, and he said I was acting all cold and now he felt bad for what he did. And I'm like, well what do you expect? Then he made me promise that I wouldn't tell a soul. So, I promised just to make him happy and he also promised that he wouldn't tell anyone either.

About 5 1/2 hours later (after the final recital of the conference) as I was waiting to talk to a performer, Forbes found me and started chatting with me again. He kept saying how nice it was to have met me and noticed that I had changed (which I did, to something not as flattering as my dress slacks and coat, which I had on before) and that I had a retainer in. There were other college students around me (tuba and euphonium players from Eau Claire U.) and I think they picked up on the fact that Forbes was flirting with me because one of them smiled and shook his head saying, "No, Mike". Then he finally left.

#: 200606356            Illinois State University PD                    200606356

Date:05/02/2006    13:30    Start Date: 04/22/2006    12:00
                            End Date:  04/22/2006    14:00   Case Status: 200606356 03 - Cleared by adult arrest

ary:  F/W STUDENT REPORTED M/W PROFESSOR HAS MADE A SERIES OF UNWANTED SEXUAL COMMENTS, HAS
      OPENLY PROPOSITIONED HER FOR SEX, AND HAS MADE UNWANTED SEXUAL CONTACT TO INCLUDE
      PENETRATION ON AT LEAST TWO OCCASIONS.

t Type:

## Incident Location

ess:        ███████████

section:

        BLOOMINGTON, IL  61701                              Distance:

        Beat: 2 -

## Incident Offenses

l    Original Report    0260    CRIMINAL SEXUAL ASSAULT

temarks:

## Officers Involved

| |
|---|
| eporting INVEST. CAPTAIN DONALD KNAPP - ISU - 101 - Original Report |
| pproving INVEST. CAPTAIN DONALD KNAPP - ISU - 101 - Original Report |
| supplemental Reporting OFFICER TIMOTHY CARLTON - ISU - 143 - Supp. #2 |
| Approving INVEST. CAPTAIN DONALD KNAPP - ISU - 101 - Supp. #2 |
| Supplemental Reporting INVEST. CAPTAIN DONALD KNAPP - ISU - 101 - Supp. #3 |
| Approving INVEST. CAPTAIN DONALD KNAPP - ISU - 101 - Supp. #3 |
| Supplemental Reporting INVEST. CAPTAIN DONALD KNAPP - ISU - 101 - Supp. #4 |
| Approving INVEST. CAPTAIN DONALD KNAPP - ISU - 101 - Supp. #4 |
| Supplemental Reporting OFFICER TIMOTHY CARLTON - ISU - 143 - Supp. #5 |
| Approving INVEST. CAPTAIN DONALD KNAPP - ISU - 101 - Supp. #5 |
| Supplemental Reporting INVEST. CAPTAIN DONALD KNAPP - ISU - 101 - Supp. #6 |
| Approving INVEST. CAPTAIN DONALD KNAPP - ISU - 101 - Supp. #6 |
| Supplemental Reporting INVEST. CAPTAIN DONALD KNAPP - ISU - 101 - Supp. #7 |
| Approving INVEST. CAPTAIN DONALD KNAPP - ISU - 101 - Supp. #7 |
| Supplemental Reporting INVEST. CAPTAIN DONALD KNAPP - ISU - 101 - Supp. #8 |
| Approving INVEST. CAPTAIN DONALD KNAPP - ISU - 101 - Supp. #8 |
| Supplemental Reporting CORPORAL JULIE SHEPPELMAN - ISU - 114 - Supp. #9 |
| Approving CORPORAL JULIE SHEPPELMAN - ISU - 114 - Supp. #9 |
| Supplemental Reporting CORPORAL JULIE SHEPPELMAN - ISU - 114 - Supp. #10 |



PLAINTIFF'S
EXHIBIT
#3

Approving CORPORAL JULIE SHEPPELMAN - ISU - 114 - Supp. #10

Supplemental Reporting INVEST. CAPTAIN DONALD KNAPP - ISU - 101 - Supp. #11

Approving INVEST. CAPTAIN DONALD KNAPP - ISU - 101 - Supp. #11

Supplemental Reporting INVEST. CAPTAIN DONALD KNAPP - ISU - 101 - Supp. #12

Approving INVEST. CAPTAIN DONALD KNAPP - ISU - 101 - Supp. #12

Supplemental Reporting INVEST. CAPTAIN DONALD KNAPP - ISU - 101 - Supp. #13

Approving INVEST. CAPTAIN DONALD KNAPP - ISU - 101 - Supp. #13

Supplemental Reporting INVEST. CAPTAIN DONALD KNAPP - ISU - 101 - Supp. #14

Approving INVEST. CAPTAIN DONALD KNAPP - ISU - 101 - Supp. #14

Supplemental Reporting CORPORAL JULIE SHEPPELMAN - ISU - 114 - Supp. #15

Approving CORPORAL JULIE SHEPPELMAN - ISU - 114 - Supp. #15

## Incident People

**Suspect**   **MICHAEL  I  FORBES**

Sex M   Race: W   DOB ██/1973   Age: 32   SSN: ██2851   Original Report          100413315

Address:   ████ ███ ███   04/11/2003
           BLOOMINGTON, IL  61701

Home Phone:   (309) 829-9116   04/11/2003

Hgt: 509, Wgt: 200, Brown Eyes, Brown Hair                                                                04/11/2003

**Victim**   **MEGAN  MARIE  HUNT**

Sex  F   Race: W   DOB ██1985   Age: 21          Original Report          100492572

Address:   ███ ████   12/10/2005
           BLOOMINGTON, IL  61704

Home Phone:   (309) 738-3455   05/02/2006

Hgt: 510, Wgt: 135, Brown Eyes, Brown Hair                                                                12/10/2005

Witness      **MICHAEL S MCCREERY**                        |||||||||||||||||||||||||||

Sex M     Race: U     DOB████/1975     Age: 31     SSN: ████27104    Supp. #3            100277172

Address: ██████████████  05/25/2000

    MASON CITY    , IL  62664

Home Phone:  (217) 482-3310       05/10/2006               Business Phone: (309) 438-7011        05/10/2006

Employment: INTERIM DIRECTOR, OFFICE FOR DIVERSITY AND AFFIRMATIVE ACTION, ISU,         05/10/2006

Hgt: 603, Wgt: 170                                                                      05/25/2000

---

Interviewed    **KELLY  LYNN  RICHTER**                     |||||||||||||||||||||||||||

Sex F     Race: W     DOB████1984     Age: 21     SSN: ████5494    Supp. #5            100505130

Address: ██████████████  05/10/2006

    NORMAL, IL  61761

Home Phone:  (309) 838-5293       05/10/2006

Employment: ISU - STUDENT,  NORMAL, IL  61761 Business: () -   Date of info:09/20/2004         05/10/2006

Hgt: 506, Wgt: 115, Medium, Blue Eyes, Brown Hair, Shoulder Hair, None, Fair Skin      05/10/2006

---

Witness      **MEREDITH  G  MELVIN**                        |||||||||||||||||||||||||||

Sex F     Race: U     DOB:████/1983     Age: 22              Supp. #12            100501586

Address: ██████████████  09/11/2006

    NORMAL, IL  61761

Home Phone:  (309) 337-9226       09/11/2006

Hgt: 507, Wgt: 155, Green Eyes, Brown Hair                                              03/29/2006

---

Witness      **DAKOTA  MICHAEL  PAWLICKI**                  |||||||||||||||||||||||||||

Sex M     Race: W     DOB████986     Age: 19              Supp. #13            100516172

Address: ██████████████  09/13/2006

    ILLINOIS STATE UNIV., IL  61790

Home Phone:  (815) 245-3222       09/13/2006

Employment: ISU STUDENT,  NORMAL, IL  61761 Business: () -   Date of info:05/14/2005         09/13/2006

---

**Incident Property**     Total Value

## Associated LEA Cases

| LEA Case Number: | LEA Case Summary: |
|---|---|
| 200606356 | ISU, Review Status: Cleared, Case Status: Cleared by adult arrest 06/15/2006 |
| **Assigned To:** | DONALD KNAPP - ISU INVEST. CAPTAIN - ID #101 |

### Incident Narrative 1 05/02/2006   15:16

### Reporting INVEST. CAPTAIN DONALD KNAPP - ISU, ID # 101

At or about 1:30PM, April 2, 2006, Megan Hunt came to the police department with Shane McCreery, Director, Diversity and Affirmative Action to report incidents which have occurred between her and Dr. Michael Forbes, a music professor.

Hunt was advised that we wanted to record her interview and consented. A digital recording of her interview was made and labeled. Her consent is present on the recording.

Hunt said that there have been a series of incidents with Forbes which have escalated in sexual content and contact beginning in about February, 2005.

At the first incident on 2-19-05, Forbes was at a party at the "Tuba House" during which a lot of people were drinking. It was crowded and Forbes noticeably rubbed up against her. She felt the contact was purposeful, but did not make much of it.

There were several other incidents during which Forbes made sexually suggestive comments to Hunt. Some of those were in the presence of other people and can be documented later. One of these occasions was on 12-24-06 at Epiphany Church. Another was during a Brass Band trip to Kentucky and Indiana. That trip was about a month after the incident at Epiphany Church.

Also around that same time, near Cook Hall on one rainy evening, Forbes got into Hunt's car with her and they had a lengthy conversation. She said that was the first time he overtly propositioned her to have sex with him. He told her on that occasion that we wanted to have oral sex with her. During that encounter he fondled her breasts under her shirt. She believes Cary Ruklic and Dakota Rawlicki both saw him in the car with her. Also on that occasion, Forbes told her if she ever told anyone about his advances to her he could lose his job and his family. He knew she grew up in a single parent household and said he knew she would not want Forbes' daughter to grow up that way.

He also told her about two other students who had made sexual harassment/sexual misconduct allegations against him and that nothing had happened as a result of those complaints.

During the performance at Epiphany Church, Forbes had talked to Hunt about a performance for which she would be paid $250. She worked the event and was paid the money. On April 9, 2006, Forbes found her in a practice room in Cook Hall. He tried to get her to go to his office with him because she "owed" him for the $250 job her got her. She refused to go.

On April 22, 2006, Hunt agreed to baby-sit for Forbes' daughter at his residence. She arrived a few minutes after noon. Forbes' wife was gone and the baby was sleeping. Forbes continued to remind Hunt that she owed him for the $250 job and first got her to let him kiss her. He next convinced her to kiss him. While she did both of those acts, she protested that he need to leave and indicated reluctance. He also knew she has a tattoo below and to the right of her navel. He had never seen the tattoo and insisted she let him look at it. She allowed him to pull the waist of her pants low enough to see the tattoo. During that event, he also rubbed her crotch with his hand on the outside of her pants. He also put his hands under her shirt and fondled her bare breasts. He next convinced her to sit on the sofa with him. He then unfastened his pants and exposed his erect penis. He ask her to "kiss it", explaining that he meant his penis. She remembered he was wearing boxers, but could not recall the color. After some discussion she allowed him to briefly put his penis in her mouth. At that point she said she firmly told him to leave. He told her she couldn't just leave him that way, that she needed to "finish him off". She interpreted this to mean he wanted her to bring him to ejaculation. She refused and he did finally leave. Hunt said Forbes never threatened or physically forced her to do anything, but from the beginning he was always between her and the door. Hunt is about 5'6", 135 pounds. Forbes is about 5'10", 200 pounds. She said when he wanted her to "kiss it" he grabbed her by the arm and pulled her towards him.

She said the last contact she has had with Forbes was on April 24, 2006 when she was performing at a recital. He showed up in the "green room" prior to her performance. He then went and sat a few rows in front of everyone else directly in her line of sight so she was looking at him during the whole performance.

Hunt said Forbes called her numerous times after the incident at the apartment for no real reasons. She feels he is trying to find ways to make contact with her in order to find out if she has told anyone about the encounter. She said at first she did not tell anyone. About two days afterwards, she told her boyfriend, Bryan Flick. On the same day she told Dr. Major, Director of the School of Music, she also told her friend Kelly Richter.

Hunt also stated she thinks another student, Kayla Johnke has babysat for Forbes. She does not know if there has been any sexual contact between them.

000013

### Incident Narrative 2  05/09/2006    15:09

### Supplemental Reporting OFFICER TIMOTHY CARLTON - ISU, ID # 143

On Tuesday, 05/09/06, at 1430 hours, I met with Kelly Lynn RICHTER at ISU PD. I asked her to tell anything she was told by Megan about this incidents regarding Dr. Forbes.

Richter said the first time Megan ever talked to her about Dr. Forbes was after a party she attended. Megan said that he was the only professor there at the time and he was intoxicated. I asked Richter what brought the conversation up and she said Megan was 'wierded out' about having an intoxicated professor at a student party. Also, Megan told her that another student pulled a female away from Dr. Forbes, at the end of the party. Richter said the party took place in the last weeks of the Spring Semester 2005. Richter said Megan brought the conversation up sometime in the Summer of 2005.

Richter went on to say that Megan started talking to her again about different situation, involving Dr. Forbes in March 2006. Megan told Richter that Dr. Forbes 'cornered' her in a practice room and said suggestive comments about sex that bothered Megan. Megan went on to tell Richter, "Don't tell anyone or else you will ruin my career, my wife, and my life."

The next incident was about when Megan gave Dr. Forbes a ride and were parked outside of Cook Hall. Again Dr. Forbes asked to do sex acts with Megan; however, Megan kept telling Dr. Forbes to get out of the car. Richter said that Megan would not go into detail about what happened in the car besides the conversation. Again Dr. Forbes said, "Don't tell anyone you will ruin me."

The next incident was during Megan' s Spring Recital. Dr. Forbes went into the 'Green Room' and was told by Megan to leave. Dr. Forbes left and went all the way to the front of the auditorium and sat down. Richter said this out of the ordinary because all the teachers sit in the back, in order to relax the students. At the same time Megan told Richter about the recital, Megan told her limited information about when she baby sat for him, two days prior.

Megan told Richter that she told him to leave several times after he asked to be given oral sex. Richter said this was after he already kissed Megan. Dr. Forbes said, "There are things I expect out of you before I leave."

At the same time, Dr. Forbes was pulling down his pants and exposed his erect penis to Megan. Megan told Richter that after he finally left that Dr. Forbes called Megan 4 times in a hour, to check on her. Richter said that after this Megan did not talk about the incident for a couple of days. Megan told Richter that she wanted all of this to go away and was frightened about the entire incident. Richter recommended she tell one of the other Music Directors. Megan made an appointment with Dr. Majors but then cancelled it, due to be frightened. Megan then went back to Richter and the two went spoke with Dr. Belongia. It was decided at this time to speak with Dr. Majors, which they did later that night.

Richter said that Megan usually came to her approximately 2 days after the incidents occurred. In the mean time, Richter noticed a real difference in the way Megan acted. Richter said Megan was vague about the details at first, due to Megan not wanting Richter to think less of her because of what Dr. Forbes made her do. After Megan was reassured by Richter, Megan opened up to her a little more. Richter does believe that Megan still has not told her all of the details regarding Dr. Forbes.

I ended this interview at this time.

5/18/05

- Matt Doughterg ] → Clint Meyer
                              house to

- came ofta people

- Tusa quatet - + ~~Stevso~~ John Stevenson ]

- I remember him +

  ( I was around to keep it to dull
                        · naar

                                usually two
                                of them together

  ( I saw him for

                              Nat
       he was talking w/ tusa - ~~Matte~~
                                  player
  he's
  in quartet    in main room

Nat
McIntosh    - They were progressively trying to leave
            - in kitchen for a while then
            ~~$~~ next thing I know they were
                        gone

PLAINTIFF'S
EXHIBIT
#4
PENGAD 800-631-6989

: 00333

_Tony mentioned
that she was the[?]

Kristina — she came w/ Tony Hernandez

I didn't see her until later

→ Didn't see
nor hear

Kiss??

Meredith
Milton

5/18/25 ✓                            Dr. Forbes

                                    Tuba

                                    Studio

→ around 9:30 - 10:00

                                    — (Junior)

Who's
present
- Matt D.
~ Eric Jordan
  Clintmeyer
- Griffin James
- Kristina Carbia

Kristina B - I didn't see her @ party

- I was outside + inside

- Dr. Forbes - was w/ his grad std,
                    Prof. from Red. Wisc
        I was talking to him

→ Kiss - didn't see

→ Never heard anything @ Dr. Forbes

→ Talisha Borenaz - were good of studio but
                                                    not now?   Don't
                                    she I don't        ::::::

5/14/05  Midwest Tuba (Feb 17-19)   ~~There for @~~ an hour

Dr. Forbes
                              Conv.
                                   - 16 diff't univers.
                                   - 22 f. + 14 a guest acts ⟩ 280 ppl.

                        Matt
                        After conference — mixer gathering +
                                                    networking
                              - Some students @ ISU
                                   supposedly — those who were
                                          in band concert

                    — as ertend was long
                        or she was long

I think I only saw her outside (Environment)
        I did not see Tabitha @ gath.
              I don't recall

I thought she was on an interval (got battle
      this whole semester) — I guess she
                              was @ an whole
                                    town!

                                                    00336

with

Spent (most of night) — w Prof. Thurman +

⤷ Stevens — mentor


- I will admit - Laura Hall
  (Kiss)
  ⤷ she was helper
  - gave a kiss on cheek
  - she wanted

Why wd I want to be pin (kiss) wgo since
2002


" - I only remember her outside - don't recall
  any interactions inside "


- School of music is smaller if this did
  happen
  (if it) It wd have gotten around
  happened

: 00337

Tuba Turkey

Previous Prof - woman - Huff (she sort of it)

(no - 2 interviews)

- Began accepting some ~~fee~~
  support
- Some women in Studio upset when
  Huff gone

A half through semester - I started
to realize not success
Tabita - not come to
lessons prepared

Prof folks
can
miss
only 1/one
lesson
↻

Tuba Turkey - right prior - Concert
she slept through 1/2

- Party next day - @ one pt
  circle - students ask
  why miss
  - How much
  - another guy ~~xxxxx~~

"We better stop this B/4 any more nudity breaks out."

i but she was in circle
maybe felt "on pressure"
if people put in circle
+ put pressure

(#) Carrie Warren — on — other hand I was crashing down on w/ scho

note — A Abbie Benson
pnts — T. Brawners (#) K.B — others want to b. Mjr

K B ( she didn't want to go others
Abbie said she spoked to K B
try to get her to go to Mjr

I do know — marijuana use — people talk in hall
— I believe Matt Lothell had a to do a drug intervention
It may have been Tabitha

I ~~have~~ have smelled pot on her jean jacket
& I never called her on it
I don't have
prbl w/ +

- She told me in our lessons in 2002
- I think b/4 the event
asked her when someone transfers in
why
- I think she told ~~me~~ prev.
Tuba Milliken
Jackson

2002
Dr. ~~I think~~ told him other women came to me
Major to tell him " tell him to
. take clothes off "

Jennings
on - She ~~sa~~ was having prbl. w/ internship
chaplant
+

00340

~~Stephen~~ She scared of parents — she didn't graduate

maybe (motiv.)

~~~~~~~~~~~~~~~~

[Circle Students] — I know who moved
every batch

graduate — Mike McDermott
  "    — Kent Crousey
[Tony Hernandez] — he may
  have been here too

Still ~~too~~ — Eric Somodi
@ISU    [I don't know if he was
             in circle

(Grades)

~~Grades actually~~
~~did not have any~~
~~issues~~        b/c I     [I dismissed her from studies   Tabita B may have been in circle
                  dismissed  last semester — I suggested
                  a lot recently            massage
             I know                      business
             myself well
                    dismissed from
                    comment

                              T.H — I treated to
                              him like others
                              he was seen as
                              troublestar —
                              seemed to
                              not like
                              how recently

                                              Kept in
                                              contact
                                              w/ KB.

00341

I probably did ask her if she made appt
- when one on one talking is
easier if know issues

if come to lesson "dazed + confused"
although know I now

she is often
"dazed confused"

Matt Luthy[?]
└─> is faculty advisor - long p A2

People new @ kiss w/ Laura Hall

Matt Daugherty — ~~two~~ asked @ how
@ kiss

Small ] if w/ KB — it would have
set up   gotten

[ Tabitha
Boorma ]  ✓

→ Tabitha - went w/ Kristha -

Tony Hernandez (graduated)

[5/25/05]

- We were there until 2:05
    - ½ people left
        @ some pt.

- Layout of house

    Front porch
    → door
        Rt Staircase

    ↑ left
    Lroom → Bedroom

→ Dr. Forbes - was there b/4 we got there
    - when we walked in
    - where he was
        @ pretty much he was
            close to the _____
                (the living/dining
        @ Enclosed area (foyer)

00344

Was usually w/ guys who live in
house, — Attic + anders
a prof — quintet
in staves
Keg

- Students around enclosed

Pat - lived
Eric Jordan
Meredith Melvin - in Studio
people from studio

grad
stud
- Griffin - grad
- Brian - L Name ?.

— I was in studio this sem.
just to go to conference

— Krishna - not in studio for awhile

— Not participated in studios b/c of h—
— he wld say

→ She was uncomfortable - I think it
                              happened

Tuba Turkey thg

            - its like an initiation
        to studis - make you
                drink allot +
            blow smoke in face

        - I didn't go - other women

    - She stayed outside - other girls

    - Dr. Forbes -
                    her
    - she told him -
            - to make out of Eric
        - then to make out of Jerry
                            one then

    - She talked

· Recently Disd. that he had talked to her
even

— She continued taken lessons from him
She didn't know what to do

⟶

00347

⟹ Where you

(?)

Floated Between Kitchen + dining room

— close proxmt
— w/n eye

When in kitchen can see in
enclosed area — door/in
windows

— Can see living room + from kitchen
Kit. @ edge of room so
close to DR

⟹ See Krishna talk to Dr. Forbes
in Kitchen not long
she walked away

— cdn't hear
— Made some comnt @ how she
lost a lot of weight — "how skinny
she was —

I was drifting @
party Donly

00348

one
blonde 1/2 bottles → She came up to me in LR
Thurs. 2:00 . it was late - she was gor'

- she was really upset
Where - "Dr. Forbes come up + was
she was really upset
is ☺ may have kissing me" -
assumed

- I got mad - went outside
to yell @ him but
he was gone

I don't know who may have been around

I think Thurman still there.

- He was inappropr - Mr. ☺ Melvin was
called w/ gone - she went of stay
Meredith from one of our studio
on 6/11/02 members - I kind saw
→ Not
finished
problems in LR she was damaging
party ☺ - He wd give if she makes out
won't do w/ Smithy quartet
quartet
- Ask Meredith do you want
to hook up w/ some quartet

Meredith
she was talk - "No" -

00349

- I remember Trombone player being mad

@ student issue

(can't remember her name) — had dated/grad Brian

I saw her talking to party.

~~her ya~~
later she told

Dr. Forbes - Ketv w/
∴ Brian that
he cd sleep w/ her
again b/c
she was @
party drinking

I've known since (2nd semester) freshman year
— ~~we had~~

→ Started living out ... 2nd se junior
+ moved together

00350

— She was trying to get racial figured —

She stopped going to racial b/c Forbes

→ In November ? 's

@ party ?

(she tell anybody until after it happened)

~ I had music history w/ her

Girl (my roommate?) — was student teaching — trial — no? — @ ? — argued? — b/c of testimony of one guy — student — not in front @ now yes (Eric Sweat...

Ellen

Abbie Benson

Can't remember last name

Confused @ Forbes — he didn't like Eric's

— Other guy in picture (Can't remember

— Dr Forbes — was the advisor of (Symphonics) Phi Mu Alpha

100351

Nat McIntosh

3/25/05

→ late - around 11:00 - 1:00 AM ] left? wasn't staying for maintenance here = it was full when left

→ Dr Forbes - since '95 - '96

→ Small - outdoor patio - how we got in
Walked in Kitchen
↓
living room
(Keg)

→ Mostly stayed together ↗ John Stevens m.f
Patric Schultz

→ always in m ☐ sight

Did you see any stuff act

advancing comment - put hand on arm
I was — be seductive
b/c we had u/n s/t - but
a lot experience I remember one in particular - not a
member of studio - but maybe he didn't
know

appearance can't remember -

00352

where? in living room { close to
keg

Dr. v/Major
Re: Blankenfeld / Forbes

5/2/05

→ 3 [2002]                                          (change of studio)

Dr. Major → took out of his class — she never reported — dr. major reported to card charles
                                    — she wd. do something mental
                                    — next year she wanted to be
                                      placed back in studio (i think —
[never Forbes]              2 c) wanted back int mike forbes        Fall '04
                           told major        mike forbes studio     → she went to take appl.
                                                                    Tuba → considerin
→ She said she left Milik — for                     sex assault
                                                                    I said talk
            she rptd this was (sex harass)                          to studio
                      was in why left milik

→            I go from one place to next — I thought it was
2002              going to be ok here + it's not
                              — She saw Dr. Major


            Steve Parsons [trombone — took her into studio
                    miss'd lessons]   marginal studio

Music - Student teacher supervisor

Thur or Fri
Before start

— August
Send email

McS.　roomates - since  
- college → particular; croft

→ M.　→ arrive after 11:00

5/18/04

- counseling std
- always in eyesight
- talk @ 1/2 hour - w/group of std
  otherwise

(?) @ Kiss

John Stevens is like our dad - the likelihood
of that is slim to
none

can't misbehave in front of your
parents

Dr Stevens ✓

→ - came w/ Mike Foley → then mingled, but small
                                    house - proximity

5/25/05  → Known him - since 1997

↓  A lot of people there - '                    So crowded

~ Mingling (?) - small house - [3 or 4]
                                    proximity

→ Not see ~ anything out of ordinary
        "        ~ kiss

→ Talked to a lot of people - all of them

00357

Laura
Hall

arrived 10.00
left @ 11:35

5

- In - didn't hang around (Prof.

  - he was w/ other adults
  - ~~occasion~~ occasionally seen w/
    students - can't recall

- Junior in 2002 - Didn't stay for pics
  after recital

: 00358

## POLICE & FIRE

# Ex-ISU teacher faces misconduct charge in incident

### By Greg Cima
qcima.@pantagraph.com

NORMAL — A former Illinois State University professor is accused of convincing an undergraduate student to perform a sex act on him as repayment for his help in getting her a paid musical performance, authorities said.

Michael I. Forbes, 33, of the ██████ of North Fell Street in Bloomington, has been charged with official misconduct. A warrant was sworn out as a result of an indictment handed down on Wednesday, said ISU Police Captain Don Knapp.

Forbes was booked Sunday and released after he posted $500, 10 percent of the $5,000 bond set by the court.

A court file says Forbes solicited the student to go to his office to perform the sex act after he helped her acquire a job performing a musical performance, which paid $250.

"He resigned May 15," said Jay Groves, an Illinois State University spokesman on Friday night. He said that was all he was able to say.

"In the performance of his job as a music teacher, he got this student to do something he shouldn't have," Knapp said.

Forbes was an assistant professor of Tuba and Euphonium in the School of Music at ISU.

*Reporter William Barker contributed to this story.*


PLAINTIFF'S EXHIBIT

## Brushing up on the big to



Jason Westerfield of Bloomington spent some of a hot day last week br part of Bloomington Tent and Awning's routine maintenance.


**Check out**

# GO!

Every Thursday and Sunday in your Pantagraph.


# CLOSE OU
MONDAY, JUNE 19 THROUG
Everyth

RC CARS

TRAINS

# His 'n Hers
Crossroads
Suite A103, Normal
Monday-Saturday 10
www.hisnhershob
All Fixtures Mu


# Call Us Before You Overpay!!
• Free Estimates • ASE Certified
_Guaranteed_ ████
TCB Auto 454-7618 • ██████, Normal


# CELEBRATE WITH US!
BroMenn Thrift Shop
Anniversary Sale

Cast vo

281