**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| MEGAN HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-1095 |
| ) | |
| MICHAEL I. FORBES, in his ) | |
| individual capacity, and ) | |
| ILLINOIS STATE UNIVERSITY, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Comes now the Plaintiff, MEGAN HUNT, by her attorney, Ralph D. Davis of the JANSSEN LAW CENTER, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and files this notice of dismissal of claim as against Defendant MICHAEL I. FORBES only.

Defendant Forbes has not served a motion for summary judgment upon Plaintiff, and the aforementioned rule permits Plaintiff to dismiss this action without a court order. Furthermore, this court ordered on April 26, 2010 that Plaintiff either file a Notice of Dismissal or otherwise take action to proceed against Defendant Forbes within 7 days. The instant notice of dismissal complies with the April 26, 2010 order.

Respectfully submitted,

  s/ Ralph D. Davis
Ralph D. Davis
Illinois Bar #6196388
The Janssen Law Center
333 Main Street
Peoria, IL 61602
(309) 676-2341 (phone)
(309) 676-7678 (fax)
rdavis@jjlaw.com
ralph.d.davis@gmail.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 29, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sarah R. Kerley
ILLINOIS ATTORNEY GENERAL
500 S. Second St.
Springfield, IL 62706
217-782-9026
217-524-5091 (fax)
skerley@atg.state.il.us

    And notification of such filing shall be sent to the following on April 29, 2010 by depositing same in the U.S. Mail:

Michael Forbes
56 Waunana Woods Ct.
Madison, WI 53713

                                          s/ Ralph D. Davis
                                          Ralph D. Davis
                                          Bar. No. 6196388
                                          The Janssen Law Center
                                          333 Main St.
                                          Peoria, IL 61602
                                          309-676-2341 (phone)
                                          309-676-7678 (fax)
                                          Email: rdavis@jjlaw.com