**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| MEGAN HUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 07-1095 |
| | ) |
| MICHAEL I. FORBES, in his | ) |
| individual capacity, and | ) |
| ILLINOIS STATE UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEAL**

Notice is hereby given that MEGAN HUNT, Plaintiff, by and through her attorney, Ralph D. Davis, of THE JANSSEN LAW CENTER, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in favor of Defendant, Illinois State University, on April 26, 2010 and all previous orders.

Respectfully submitted,

s/ Ralph D. Davis
Ralph D. Davis
Illinois Bar #6196388
The Janssen Law Center
333 Main Street
Peoria, IL 61602
(309) 676-2341 (phone)
(309) 676-7678 (fax)
rdavis@jjlaw.com
ralph.d.davis@gmail.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 17, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sarah R. Kerley
ILLINOIS ATTORNEY GENERAL
500 S. Second St.
Springfield, IL 62706
217-782-9026
217-524-5091 (fax)
skerley@atg.state.il.us

                                        s/ Ralph D. Davis
                                        Ralph D. Davis
                                        Bar. No. 6196388
                                        The Janssen Law Center
                                        333 Main St.
                                        Peoria, IL 61602
                                        309-676-2341 (phone)
                                        309-676-7678 (fax)
                                        Email: rdavis@jjlaw.com