**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| MEGAN HUNT, )<br>)<br>        Plaintiff, )<br>)<br> vs. )<br>)<br>MICHAEL I. FORBES, in his )<br>individual capacity, and )<br>ILLINOIS STATE UNIVERSITY, )<br>)<br>        Defendants. ) | Case No. 07-1095 |

**DOCKETING STATEMENT**

    Comes now the Plaintiff, MEGAN HUNT, by her attorney, Ralph D. Davis, of THE JANSSEN LAW CENTER, and pursuant to Circuit Rule 3 ( c ) (1) sets forth her docketing statement.

1. The district court had jurisdiction to hear Plaintiff's case under 42 U.S.C. § 1983 and the Fourth and Fourteenth Amendments to the United States Constitution pursuant to 28 U.S.C. §§ 1331 and 1343.

2. The district court entered an opinion and order on April 26, 2010 granting Defendant ILLINOIS STATE UNIVERSITY's motion for summary judgment. The district case terminated the case on April 29, 2010.

3. Plaintiff filed a notice of appeal on May 17, 2010 within 30 days of the April 26, 2010 summary judgment order. The court of appeals has jurisdiction over the appeal under 28 U.S.C. § 1291.

                                Respectfully submitted,

                                  s/ Ralph D. Davis

Ralph D. Davis  
Illinois Bar #6196388  
The Janssen Law Center  
333 Main Street  
Peoria, IL 61602  
(309) 676-2341 (phone)  
(309) 676-7678 (fax)  
[rdavis@jjlaw.com](rdavis@jjlaw.com)  
[ralph.d.davis@gmail.com](ralph.d.davis@gmail.com)

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 17, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sarah R. Kerley
ILLINOIS ATTORNEY GENERAL
500 S. Second St.
Springfield, IL 62706
217-782-9026
217-524-5091 (fax)
skerley@atg.state.il.us

                                        s/ Ralph D. Davis
                                        Ralph D. Davis
                                        Bar. No. 6196388
                                        The Janssen Law Center
                                        333 Main St.
                                        Peoria, IL 61602
                                        309-676-2341 (phone)
                                        309-676-7678 (fax)
                                        Email: rdavis@jjlaw.com