## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

May 17, 2010

**To:** Pamela E. Robinson
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 10-2209

Caption:
MEGAN HUNT,
Plaintiff - Appellant

v.

MICHAEL L. FORBES, in his individual capacity, and
ILLINOIS STATE UNIVERSITY,
Defendants - Appellees

---

District Court No: 1:07-cv-01095-MMM-JAG
District Judge Michael Mihm
Clerk/Agency Rep Pamela Robinson
Court Reporter Jennifer Johnson

Date NOA filed in District Court: 05/17/2010

If you have any questions regarding this appeal, please call this office.

CC:

form name: **c7_Docket_Notice_short_form** (form ID: **188**)