IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MEGAN V. HUNT, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 07-1095 |
| MICHAEL I. FORBES, in his individual capacity, and ILLINOIS STATE UNIVERSITY, | ) ) ) ) | |
| Defendants. | ) | |

Judgment having been entered in the above entitled action on **April 26, 2010** against **Plaintiff, Megan Hunt**, the Clerk is requested to tax the following as costs:

## BILL OF COSTS

| | |
|---|---|
| Fees for service of summons and subpoena ................................. | $ _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ................................. | $ __2688.50__ |
| Fees and disbursements for printing ................................. | $ _____ |
| Fees for witnesses (deposition and testimony) ................................. | $ _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in case ................................. | $ __160.00__ |
| Other costs (please itemize) ................................. | $ _____ |
| TOTAL ................. | $ __2848.50__ |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories. Briefs should also be submitted supporting the necessity of the requested costs and citing cases supporting taxation of those costs.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: **all parties of record**.

Signature of Attorney: __/s/ Sarah R. Kerley__

Name of Attorney: __Sarah R. Kerley__

For: __Defendant, ISU__  Date: __5-21-10__
     Name of claiming party

Cost are taxed in the amount of _____ and included in the judgment

_____  By: _____  _____
Clerk of Court                Deputy Clerk              Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name and Residence | Attendance | | Subsistence | | Mileage | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

**FORM C-13** 5 PART (Rev. 4-96)
**STATE OF ILLINOIS**

# Invoice Voucher

Illinois State University
208 Hovey Hall, Campus Box 1010
Normal, IL 61790-1010

The preparation instructions for vendors are on the back of the last Copy

| | | |
|---|---|---|
| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  2a. TIN Type<br>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 | Important See instructions on back of page 5 for completion of boxes 2 and 2a |
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 301LCS 540/1. | 3. Vendor or Payee<br>LAST NAME     FIRST NAME     MIDDLE INITIAL<br>OR BUSINESS NAME<br>GRAMANN              REPORTING<br>710 N. PLANINTON AVE., SUITE 710<br><br>MILWAUKEE, WI 53203 | |
| Disposition of Copies<br>1 Comptroller     5-Agency<br>2-Agency<br>3-Agency<br>4-Remittance Copy | | |

4. Voucher No. _____
5. Voucher Date _____
6. Appropriation Account Code _____
7. Invoice Number 175069
8. Invoice Date 8/21/09

| 10. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Copy of deposition transcript of Michael Forbes | | | | 607.50 |
| Exhibit copies | | | | 33.75 |
| Postage and Handling | | | | 10.00 |
| Forbes v. ISU, et al., 07-MR-366 and Hunt v. ISU, et al., 07-1095 | | | | |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | | 651 | 25 |
| | | | | | | 16. Discount/ Deduction | | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | 17. Total Amount | $651.25 | |

26. For Agency Use Only

Approved for Payment

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met,

Receiving Officer _____  Date _____  Clerk _____

Head of Unit or Authorized Agent _____  Date _____  (Date) _____  Agency Head (Signature) _____

COPY 1

| | | |
|---|---|---|
| FORM C-13 5 PART (Rev. 4-96) STATE OF ILLINOIS | **Invoice Voucher** Illinois State University 208 Hovey Hall, Campus Box 1010 Normal, IL 61790-1010 | The preparation instructions for vendors are on the back of the last Copy |

| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number 37-1216421 | 2a. TIN Type | Important See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No _____ |
|---|---|---|---|---|
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 301LCS 540/1. | 3. Vendor or Payee LAST NAME  FIRST NAME  MIDDLE INITIAL OR BUSINESS NAME ALLIANCE  REPORTING  SERVICE 6746 N. FROSTWOOD PARKWAY | | | 5. Voucher Date _____ 6. Appropriation Account Code |
| Disposition of Copies 1 Comptroller   5-Agency 2-Agency 3-Agency 4-Remittance Copy | PEORIA   IL   61615 | | | 7. Invoice Number 40262 8. Invoice Date 8/25/09 |

| 9. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Original transcript of the deposition of Megan Hunt Forbes v. ISU, et al., 07-MR-366 and Hunt v. ISU, et al., 07-1095 | | | | 756.60 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | 756 | 60 |
| | | | | | 16. Discount/ Deduction | | |
| 20. Total Exp. | | | 25. Total Payment Amount | | 17. Total Amount  $756.60 | | |

26. For Agency Use Only

Approved for Payment

Receiving Officer _____ Date _____ Clerk _____

Head of Unit or Authorized Agent _____ Date _____

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met,

(Date) _____ Agency Head (Signature) _____

COPY 1

| FORM C-13 5 PART (Rev. 4-96) | **Invoice Voucher** | | The preparation instructions for vendors are on the back of the last Copy |
|---|---|---|---|
| STATE OF ILLINOIS | Illinois State University | | |
| | 208 Hovey Hall, Campus Box 1010 | | |
| | Normal, IL 61790-1010 | | |

| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number<br><br>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 | 2a. TIN Type | Important<br>See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No_____ |
|---|---|---|---|---|
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 301LCS 540/1. | 3. Vendor or Payee<br>LAST NAME        FIRST NAME      MIDDLE INITIAL<br>OR BUSINESS NAME<br>ADVANGTAGE    REPORTING    SERVICE | | | 5. Voucher Date _____<br><br>6. Appropriation Account Code<br>_____ |
| | 110 SW JEFFERSON, SUITE 430 | | | 7. Invoice Number_____ |
| Disposition of Copies<br>1 Comptroller    5-Agency<br>2-Agency<br>3-Agency<br>4-Remittance Copy | PEORIA        IL       61602 | | | 8. Invoice Date  9-25-09 |

| 10. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Transcript copies for the depositions of Dr. Major and Shane McCreery<br>Taken on 9-10-09<br><br>Forbes v. ISU, et al., 07-MR-366 and Hunt v. ISU, et al., 07-1095 | | | | $551.75 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | 15 Subtotal | |
|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | 551 | 75 |
| | | | | | 16. Discount/ Deduction | |
| | | | | | 17. Total Amount | |
| 20. Total Exp. | | | 25. Total Payment Amount | | $551.75 | |

| 26. For Agency Use Only | Certification of Receiving Agency |
|---|---|
| Approved for Payment | I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met, |
| Receiving Officer            Date            Clerk | |
| Head of Unit or Authorized Agent     Date     (Date) | Agency Head (Signature) |

COPY 1

FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

# Invoice Voucher

Illinois State University
208 Hovey Hall, Campus Box 1010
Normal, IL 61790-1010

The preparation instructions for vendors are on the back of the last Copy

| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number<br>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 | 2a. TIN Type | Important See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No_____ |
|---|---|---|---|---|
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 301LCS 540/1. | 3. Vendor or Payee<br>LAST NAME  FIRST NAME  MIDDLE INITIAL<br>OR BUSINESS NAME<br>ADVANGTAGE   REPORTING   SERVICE | | | 5. Voucher Date _____<br>6. Appropriation Account Code _____ |
| Disposition of Copies<br>1 Comptroller  5-Agency<br>2-Agency<br>3-Agency<br>4-Remittance Copy | 110 SW JEFFERSON, SUITE 430<br><br>PEORIA   IL   61602 | | | 7. Invoice Number _____<br>8. Invoice Date 10-21-09 |

| 0. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Transcript copy for the deposition of Ira Schoenwald on October 9, 2009<br><br>Forbes v. ISU, et al., 07-MR-366 and Hunt v. ISU, et al., 07-1095 | | | | $241.35 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | 241 | 35 |
| | | | | | 16. Discount/ Deduction | | |
| 20. Total Exp. | | | 25. Total Payment Amount | | 17. Total Amount  $241.35 | | |

26. For Agency Use Only

Certification of Receiving Agency

_____
Approved for Payment

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met,

Receiving Officer                    Date          Clerk

Head of Unit or Authorized Agent       Date          (Date)                    Agency Head (Signature)

COPY 1

| FORM C-13 5 PART (Rev. 4-96) | **Invoice Voucher** | The preparation instructions for vendors |
|---|---|---|
| STATE OF ILLINOIS | Illinois State University | are on the back of the last Copy |
| | 208 Hovey Hall, Campus Box 1010 | |
| | Normal, IL 61790-1010 | |

| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number<br><br>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 | 2a. TIN Type | Important<br>See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No._____ |
|---|---|---|---|---|
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 301LCS 540/1. | 3. Vendor or Payee<br>LAST NAME            FIRST NAME       MIDDLE INITIAL<br>OR BUSINESS NAME<br>ADVANGTAGE     REPORTING      SERVICE | | | 5. Voucher Date_____<br><br>6. Appropriation Account Code<br>_____ |
| Disposition of Copies<br>1 Comptroller      5-Agency<br>2-Agency<br>3-Agency<br>4-Remittance Copy | 110 SW JEFFERSON, SUITE 430<br><br>PEORIA         IL         61602 | | | 7. Invoice Number_____<br><br>8. Invoice Date  1-4-10 |

| 10. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Transcript copy of deposition of Donald Knapp, Index, Exhibits & Postage Taken on 12-15-09<br><br>Forbes v. ISU, et al., 07-MR-366 and Hunt v. ISU, et al., 07-1095 | | | | $155.75 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | | 155 | 75 |
| | | | | | | 16. Discount/ Deduction | | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | 17. Total Amount | $155.75 | |

26. For Agency Use Only                                                                                          Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met,

Approved for Payment

Receiving Officer                                        Date                  Clerk

Head of Unit or Authorized Agent                         Date                  (Date)                                        Agency Head (Signature)

COPY 1

| | | |
|---|---|---|
| FORM C-13 5 PART (Rev. 4-96) | **Invoice Voucher** | The preparation instructions for vendors are on the back of the last Copy |
| STATE OF ILLINOIS | Illinois State University | |
| | 208 Hovey Hall, Campus Box 1010 | |
| | Normal, IL 61790-1010 | |

| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  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 | 2a. TIN Type | Important See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No._____ |
|---|---|---|---|---|
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 301LCS 540/1. | 3. Vendor or Payee  LAST NAME   FIRST NAME   MIDDLE INITIAL  OR BUSINESS NAME  LINDA       JENNINGS      CSR | | | 5. Voucher Date _____  6. Appropriation Account Code |
| **Disposition of Copies**  1 Comptroller    5-Agency  2-Agency  3-Agency  4-Remittance Copy | 313 LAW & JUSTICE CENTER   BLOOMINGTON    IL    61701 | | | 7. Invoice Number _____  8. Invoice Date 02/19/08 |

| 10. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Report of Proceedings of the Continued Bench Trial in State of IL v. Michael I. Forbes, 07-CF-55  Forbes v. ISU, et al., 07-MR-366 and Hunt v. ISU, et al., 07-1095 | | | | 208.80 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | | 208 | 80 |
| | | | | | | 16. Discount/ Deduction | | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | 17. Total Amount | $208.80 | |

26. For Agency Use Only

Approved for Payment

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met,

Receiving Officer         Date         Clerk

Head of Unit or Authorized Agent     Date     (Date)     Agency Head (Signature)

COPY 1

| FORM C-13 5 PART (Rev. 4-96) | **Invoice Voucher** | The preparation instructions for vendors are on the back of the last Copy |
|---|---|---|
| STATE OF ILLINOIS | Illinois State University | |
| | 208 Hovey Hall, Campus Box 1010 | |
| | Normal, IL 61790-1010 | |

| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number<br><br>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 | 2a. TIN Type | Important<br>See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No._____ |
|---|---|---|---|---|
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 301LCS 540/1. | 3. Vendor or Payee<br>LAST NAME    FIRST NAME    MIDDLE INITIAL<br>OR BUSINESS NAME<br>AMY         JENNINGS      RPR CRR | | | 5. Voucher Date _____<br><br>6. Appropriation Account Code<br>_____ |
| Disposition of Copies<br>1 Comptroller     5-Agency<br>2-Agency<br>3-Agency<br>4-Remittance Copy | 427 LAW & JUSTICE CENTER<br>104 WEST FRONT STREET<br>BLOOMINGTON    IL    61701 | | | 7. Invoice Number_____<br>8. Invoice Date 3/4/08 |

| 0. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Report of Proceedings of the Bench Trial in State of IL v. Michael I. Forbes, 07-CF-55 for the dates of 10/25/07 and 12/17/07<br><br>Forbes v. ISU, et al., 07-MR-366 and Hunt v. ISU, et al., 07-1095 | | | | 123.00 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | | 123 \| 00 |
| | | | | | | 16. Discount/ Deduction | |
| | | | | | | 17. Total Amount | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | | $123.00 |

26. For Agency Use Only

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met,

Approved for Payment

Receiving Officer          Date          Clerk

Head of Unit or Authorized Agent     Date     (Date)     Agency Head (Signature)

COPY 1

OFFICE OF THE ATTORNEY GENERAL
**REQUEST FOR ADVANCE OF FUNDS**
STATE OF ILLINOIS

| Date | Bureau/Division |
|---|---|
| 3/17/08 | General Law - Springfield |

Case Name and Number
Megan V. Hunt v. Michael I. Forbes, et al., USDC ILCD No. 07-1095

Court
Federal Court, Central District of IL

An advance of $ 40.00 ; (Forty &00 / 100 dollars)
is required under the authority of 15 ILCS 205/4a for:

(Check one and fill in the blanks)

☒ Payment of Witness Fee*           Normal Police Department
                                     NAME OF WITNESS

☐ Advancement of Fee                witness fee
                                     TYPE OF FEE

☐ Purchase of Evidence

   Type of Evidence                  _____

   Purpose                           Any and all records of complaints made by or regarding Megan Hunt.

Make Check Payable to               Normal Police Department
                                     NAME OF WITNESS/COURT

Requested by      _____
                  SIGNATURE OF ASSISTANT ATTORNEY GENERAL/INVESTIGATOR

Approved by       _____
                  BUREAU CHIEF OR DESIGNEE

*IF $250 OR MORE*

Approved by       _____
                  Chief of Staff; Chief Deputy Attorney General; or Deputy Chief of Staff, Administration

# OFFICE OF THE ATTORNEY GENERAL
# REQUEST FOR ADVANCE OF FUNDS
# STATE OF ILLINOIS

| Date | Bureau/Division |
|---|---|
| 3/17/08 | General Law - Springfield |

| Case Name and Number |
|---|
| Megan V. Hunt v. Michael I. Forbes, et al., USDC ILCD No. 07-1095 |

| Court |
|---|
| Federal Court, Central District of IL |

An advance of $ 40.00 ; ( Forty &00 / 100 dollars)
is required under the authority of 15 ILCS 205/4a for:

(Check one and fill in the blanks)

☒ Payment of Witness Fee*   McLean County State's Attorney
                            NAME OF WITNESS

☐ Advancement of Fee         witness fee
                            TYPE OF FEE

☐ Purchase of Evidence

Type of Evidence   _____

Purpose   A copy of their case file for McLean Co. No. 07-CF-55

Make Check Payable to   McLean County State's Attorney
                        NAME OF WITNESS/COURT

Requested by   _____
               SIGNATURE OF ASSISTANT ATTORNEY GENERAL/INVESTIGATOR

Approved by    _____
               BUREAU CHIEF OR DESIGNEE

*IF $250 OR MORE*

Approved by    _____
               Chief of Staff; Chief Deputy Attorney General; or Deputy Chief of Staff, Administration

# OFFICE OF THE ATTORNEY GENERAL
# REQUEST FOR ADVANCE OF FUNDS
# STATE OF ILLINOIS

| Date | Bureau/Division |
|---|---|
| 3/17/08 | General Law - Springfield |

| Case Name and Number |
|---|
| Megan V. Hunt v. Michael I. Forbes, et al., USDC ILCD No. 07-1095 |

| Court |
|---|
| Federal Court, Central District of IL |

An advance of $40.00 ; (Forty &00 / 100 dollars) is required under the authority of 15 ILCS 205/4a for:

(Check one and fill in the blanks)

☒ Payment of Witness Fee*     McLean County Circuit Clerk
                              NAME OF WITNESS

☐ Advancement of Fee          witness fee
                              TYPE OF FEE

☐ Purchase of Evidence

  Type of Evidence            _____

  Purpose                     A certified copy of the case file for McLean Co. No. 07-CF-55

Make Check Payable to         McLean County Circuit Clerk
                              NAME OF WITNESS/COURT

Requested by _____
             SIGNATURE OF ASSISTANT ATTORNEY GENERAL/INVESTIGATOR

Approved by _____
            BUREAU CHIEF OR DESIGNEE

*IF $250 OR MORE*

Approved by _____
Chief of Staff; Chief Deputy Attorney General; or Deputy Chief of Staff, Administration

Rev. 4/6/06

# OFFICE OF THE ATTORNEY GENERAL
# REQUEST FOR ADVANCE OF FUNDS
# STATE OF ILLINOIS

| Date | Bureau/Division |
|---|---|
| 3/17/08 | General Law - Springfield |

| Case Name and Number |
|---|
| Megan V. Hunt v. Michael I. Forbes, et al., USDC ILCD No. 07-1095 |

| Court |
|---|
| Federal Court, Central District of IL |

An advance of $40.00 ; (Forty &00 / 100 dollars)
is required under the authority of 15 ILCS 205/4a for:

(Check one and fill in the blanks)

☒ Payment of Witness Fee*           Bloomington Police Department
                                    NAME OF WITNESS

☐ Advancement of Fee                witness fee
                                    TYPE OF FEE

☐ Purchase of Evidence

Type of Evidence                    _____

Purpose                             Any and all records of complaints made by or regarding Megan Hunt.

Make Check Payable to               Bloomington Police Department
                                    NAME OF WITNESS/COURT

Requested by        _____
                    SIGNATURE OF ASSISTANT ATTORNEY GENERAL/INVESTIGATOR

Approved by         _____
                    BUREAU CHIEF OR DESIGNEE

*IF $250 OR MORE*

Approved by         _____
                    Chief of Staff; Chief Deputy Attorney General; or Deputy Chief of Staff, Administration

Rev. 4/6/06

| STATE OF ILLINOIS | ) | *Megan Hunt v. Michael Forbes, in his individual* |
| | ) | capacity and ISU |
| COUNTY OF SANGAMON | ) | USDC-CDIL Case No. 07-1095 |

## AFFIDAVIT

I, Sarah R. Kerley, having first been duly sworn upon oath, do hereby depose and state:

1. I am of legal age and would be competent to testify in the matters and things set forth herein if called as a witness in this cause.

2. The transcripts and subpoenaed records were used in preparing for this cause and were necessary to address the issues that were pending at the time.

3. The aforementioned costs were necessarily incurred in this case and the services for which fees have been charged were actually and necessarily performed.

4. I have knowledge of the foregoing paragraphs, and they are true and accurate to the best of my belief.

FURTHER AFFIANT SAYETH NOT.

/s/ Sarah R. Kerley

Sarah R. Kerley

Subscribed and sworn to before me
this 21st day of May, 2010.

/s/ Theresa M. Flinn
Notary Public



OFFICIAL SEAL
THERESA M. FLINN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-12-2011