AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| MEGAN V. HUNT, Plaintiff | ) | |
| | ) | |
| v. | ) | Case No.: 07-1095 |
| MICHAEL I. FORBES, in his individual capacity, | ) | |
| and ILLINOIS STATE UNIVERSITY | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  04/26/2010  against  Plaintiff, Megan Hunt ,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................... | $ _____ |
| Fees for service of summons and subpoena ................................. | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 2,688.50 |
| Fees and disbursements for printing ..................................... | _____ |
| Fees for witnesses *(itemize on page two)* ................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................. | 160.00 |
| Docket fees under 28 U.S.C. 1923 ...................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ........................... | _____ |
| Compensation of court-appointed experts ................................. | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs *(please itemize)* ........................................... | _____ |
| TOTAL $ | 2,848.50 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service  ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:  /s/ Sarah R. Kerley

Name of Attorney:  Sarah R. Kerley

For:  Defendant, ISU  Date:  05/24/2010
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____  By: _____  _____
*Clerk of Court*  *Deputy Clerk*  *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |

<small>Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)</small>

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| | | | |
|---|---|---|---|
| FORM C-13 5 PART (Rev. 4-96) STATE OF ILLINOIS | **Invoice Voucher** Illinois State University 208 Hovey Hall, Campus Box 1010 Normal, IL 61790-1010 | | The preparation instructions for vendors are on the back of the last Copy |

| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number 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 | 2a. TIN Type | Important See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No. _____ |
|---|---|---|---|---|
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30ILCS 540/1. | 3. Vendor or Payee LAST NAME / FIRST NAME / MIDDLE INITIAL OR BUSINESS NAME GRAMANN       REPORTING 710 N. PLANINTON AVE., SUITE 710 | | | 5. Voucher Date _____ 6. Appropriation Account Code _____ |
| Disposition of Copies 1 Comptroller   5-Agency 2-Agency 3-Agency 4-Remittance Copy | MILWAUKEE, WI 53203 | | | 7. Invoice Number 175069 8. Invoice Date 8/21/09 |

| 10. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Copy of deposition transcript of Michael Forbes | | | | 607.50 |
| Exhibit copies | | | | 33.75 |
| Postage and Handling | | | | 10.00 |
| Forbes v. ISU, et al., 07-MR-366 and Hunt v. ISU, et al., 07-1095 | | | | |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | | 15 Subtotal | 651 | 25 |
|---|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | 16. Discount/ Deduction | | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | 17. Total Amount | $651.25 | |

26. For Agency Use Only

Approved for Payment

_____
Receiving Officer       Date       Clerk

_____
Head of Unit or Authorized Agent    Date

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met,

(Date)       Agency Head (Signature)

COPY 1

| | | |
|---|---|---|
| FORM C-13 5 PART (Rev. 4-96) | **Invoice Voucher** | The preparation instructions for vendors are on the back of the last Copy |
| STATE OF ILLINOIS | Illinois State University<br>208 Hovey Hall, Campus Box 1010<br>Normal, IL 61790-1010 | |

| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  2a. TIN Type<br>37-1216421 | Important<br>See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No _____ |
|---|---|---|---|
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 301LCS 540/1. | 3. Vendor or Payee<br>LAST NAME          FIRST NAME          MIDDLE INITIAL<br>OR BUSINESS NAME<br>ALLIANCE          REPORTING          SERVICE | | 5. Voucher Date _____<br>6. Appropriation Account Code _____ |
| **Disposition of Copies**<br>1 Comptroller      5-Agency<br>2-Agency<br>3-Agency<br>4-Remittance Copy | 6746 N. FROSTWOOD PARKWAY<br><br>PEORIA          IL          61615 | | 7. Invoice Number 40262<br>8. Invoice Date 8/25/09 |

| 0. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Original transcript of the deposition of Megan Hunt<br><br>Forbes v. ISU, et al., 07-MR-366 and Hunt v. ISU, et al., 07-1095 | | | | 756.60 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | | 756 | 60 |
| | | | | | | 16. Discount/ Deduction | | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | 17. Total Amount | $756.60 | |

| 26. For Agency Use Only | Certification of Receiving Agency |
|---|---|
| Approved for Payment | I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met, |
| Receiving Officer          Date          Clerk | |
| Head of Unit or Authorized Agent          Date          (Date) | Agency Head (Signature) |

COPY 1

# Invoice Voucher

**FORM C-13 5 PART (Rev. 4-96)**
**STATE OF ILLINOIS**

Illinois State University
208 Hovey Hall, Campus Box 1010
Normal, IL 61790-1010

The preparation instructions for vendors are on the back of the last Copy

| | | |
|---|---|---|
| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  2a. TIN Type<br><br>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 | Important — See instructions on back of page 5 for completion of boxes 2 and 2a |
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30ILCS 540/1. | 3. Vendor or Payee<br>LAST NAME  FIRST NAME  MIDDLE INITIAL<br>OR BUSINESS NAME<br>ADVANGTAGE  REPORTING  SERVICE<br><br>110 SW JEFFERSON, SUITE 430<br><br>PEORIA  IL  61602 | |

**Disposition of Copies**
1 Comptroller  5-Agency
2-Agency
3-Agency
4-Remittance Copy

4. Voucher No. _____
5. Voucher Date _____
6. Appropriation Account Code _____
7. Invoice Number _____
8. Invoice Date 9-25-09

| 10. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Transcript copies for the depositions of Dr. Major and Shane McCreery Taken on 9-10-09<br><br>Forbes v. ISU, et al., 07-MR-366 and Hunt v. ISU, et al., 07-1095 | | | | $551.75 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | | 551 | 75 |
| | | | | | | 16. Discount/Deduction | | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | 17. Total Amount  $551.75 | | |

26. For Agency Use Only

Approved for Payment

Receiving Officer _____ Date _____ Clerk _____

Head of Unit or Authorized Agent _____ Date _____

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met,

(Date) _____ Agency Head (Signature) _____

COPY 1

| | | |
|---|---|---|
| FORM C-13 5 PART (Rev. 4-96) | **Invoice Voucher** | The preparation instructions for vendors are on the back of the last Copy |
| STATE OF ILLINOIS | Illinois State University | |
| | 208 Hovey Hall, Campus Box 1010 | |
| | Normal, IL 61790-1010 | |

| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  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 | 2a. TIN Type | Important See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No._____ |
|---|---|---|---|---|
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30ILCS 540/1. | 3. Vendor or Payee  LAST NAME         FIRST NAME         MIDDLE INITIAL  OR BUSINESS NAME  ADVANGTAGE      REPORTING         SERVICE | | | 5. Voucher Date _____ |
| | | | | 6. Appropriation Account Code _____ |
| | 110 SW JEFFERSON, SUITE 430 | | | 7. Invoice Number _____ |
| **Disposition of Copies**  1 Comptroller          5-Agency  2-Agency  3-Agency  4-Remittance Copy | | | | 8. Invoice Date 10-21-09 |
| | PEORIA        IL        61602 | | | |

| 9. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Transcript copy for the deposition of Ira Schoenwald on October 9, 2009  Forbes v. ISU, et al., 07-MR-366 and Hunt v. ISU, et al., 07-1095 | | | | $241.35 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | | 241 | 35 |
| | | | | | | 16. Discount/ Deduction | | |
| | | | | | | 17. Total Amount | $241.35 | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | | | |

| 26. For Agency Use Only | Certification of Receiving Agency |
|---|---|
| Approved for Payment | I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met, |
| Receiving Officer          Date          Clerk | |
| Head of Unit or Authorized Agent          Date | (Date)          Agency Head (Signature) |

COPY 1

| FORM C-13 5 PART (Rev. 4-96) | **Invoice Voucher** | The preparation instructions for vendors |
| STATE OF ILLINOIS | Illinois State University | are on the back of the last Copy |
|  | 208 Hovey Hall, Campus Box 1010 |  |
|  | Normal, IL 61790-1010 |  |

| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  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 | 2a. TIN Type | Important See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No_____ |
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 301LCS 540/1. | 3. Vendor or Payee LAST NAME / FIRST NAME / MIDDLE INITIAL OR BUSINESS NAME ADVANGTAGE  REPORTING  SERVICE | | | 5. Voucher Date_____  6. Appropriation Account Code_____ |
| Disposition of Copies 1 Comptroller  5-Agency 2-Agency 3-Agency 4-Remittance Copy | 110 SW JEFFERSON, SUITE 430  PEORIA   IL   61602 | | | 7. Invoice Number_____  8. Invoice Date 1-4-10 |

| 0. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Transcript copy of deposition of Donald Knapp, Index, Exhibits & Postage Taken on 12-15-09  Forbes v. ISU, et al., 07-MR-366 and Hunt v. ISU, et al., 07-1095 | | | | $155.75 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | 15 Subtotal | |
|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | 155 | 75 |
| | | | | | 16. Discount/ Deduction | |
| | | | | | 17. Total Amount | $155.75 |
| 20. Total Exp. | | | 25. Total Payment Amount | | | |

26. For Agency Use Only

Approved for Payment

Receiving Officer            Date          Clerk

Head of Unit or Authorized Agent      Date     (Date)

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met.

Agency Head (Signature)

COPY 1

| | | |
|---|---|---|
| FORM C-13 5 PART (Rev. 4-96) | **Invoice Voucher** | The preparation instructions for vendors are on the back of the last Copy |
| STATE OF ILLINOIS | Illinois State University | |
| | 208 Hovey Hall, Campus Box 1010 | |
| | Normal, IL 61790-1010 | |

| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  2a. TIN Type  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 | Important See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No. _____ |
|---|---|---|---|
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 301LCS 540/1. | 3. Vendor or Payee  LAST NAME     FIRST NAME     MIDDLE INITIAL  OR BUSINESS NAME  LINDA         JENNINGS       CSR | | 5. Voucher Date _____  6. Appropriation Account Code _____ |
| Disposition of Copies  1 Comptroller     5-Agency  2-Agency  3-Agency  4-Remittance Copy | 313 LAW & JUSTICE CENTER | | 7. Invoice Number _____  8. Invoice Date 02/19/08 |
| | BLOOMINGTON     IL     61701 | | |

| 10. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Report of Proceedings of the Continued Bench Trial in State of IL v. Michael I. Forbes, 07-CF-55  Forbes v. ISU, et al., 07-MR-366 and Hunt v. ISU, et al., 07-1095 | | | | 208.80 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | | 15 Subtotal | 208 | 80 |
|---|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | 16. Discount/ Deduction | | |
| | | | | | | 17. Total Amount  $208.80 | | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | | | |

26. For Agency Use Only                                    Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met,

Approved for Payment

Receiving Officer                    Date           Clerk

Head of Unit or Authorized Agent     Date           (Date)                Agency Head (Signature)

COPY 1

| FORM C-13 5 PART (Rev. 4-96) | **Invoice Voucher** | The preparation instructions for vendors |
|---|---|---|
| STATE OF ILLINOIS | Illinois State University | are on the back of the last Copy |
| | 208 Hovey Hall, Campus Box 1010 | |
| | Normal, IL 61790-1010 | |

| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  2a. TIN Type<br><br>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 | Important<br>See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No._____ |
|---|---|---|---|
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30ILCS 540/1. | 3. Vendor or Payee<br>LAST NAME        FIRST NAME        MIDDLE INITIAL<br>OR BUSINESS NAME<br>AMY            JENNINGS        RPR  CRR | | 5. Voucher Date_____<br><br>6. Appropriation Account Code<br>_____ |
| **Disposition of Copies**<br>1 Comptroller    5-Agency<br>2-Agency<br>3-Agency<br>4-Remittance Copy | 427 LAW & JUSTICE CENTER | | 7. Invoice Number_____ |
| | 104 WEST FRONT STREET | | 8. Invoice Date 3/4/08 |
| | BLOOMINGTON    IL    61701 | | |

| 0. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Report of Proceedings of the Bench Trial in State of IL v. Michael I. Forbes, 07-CF-55 for the dates of 10/25/07 and 12/17/07<br><br>Forbes v. ISU, et al., 07-MR-366 and Hunt v. ISU, et al., 07-1095 | | | | 123.00 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | | 15<br>Subtotal | | |
|---|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | | 123 | 00 |
| | | | | | | 16. Discount/ Deduction | | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | 17. Total Amount  $123.00 | | |

| 26. For Agency Use Only | Certification of Receiving Agency |
|---|---|
| _____<br>Approved for Payment | I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met, |
| _____         _____    _____<br>Receiving Officer       Date       Clerk | |
| _____         _____    (Date) <br>Head of Unit or Authorized Agent    Date | _____<br>Agency Head (Signature) |

# OFFICE OF THE ATTORNEY GENERAL
# REQUEST FOR ADVANCE OF FUNDS
# STATE OF ILLINOIS

| Date | Bureau/Division |
|---|---|
| 3/17/08 | General Law - Springfield |

| Case Name and Number |
|---|
| Megan V. Hunt v. Michael I. Forbes, et al., USDC ILCD No. 07-1095 |

| Court |
|---|
| Federal Court, Central District of IL |

An advance of $40.00 ; (Forty &00 / 100 dollars)
is required under the authority of 15 ILCS 205/4a for:

(Check one and fill in the blanks)

☒ Payment of Witness Fee*    Normal Police Department
                             NAME OF WITNESS

☐ Advancement of Fee         witness fee
                             TYPE OF FEE

☐ Purchase of Evidence

Type of Evidence    _____

Purpose             Any and all records of complaints made by or regarding Megan Hunt.

Make Check Payable to    Normal Police Department
                         NAME OF WITNESS/COURT

Requested by    _____
                SIGNATURE OF ASSISTANT ATTORNEY GENERAL/INVESTIGATOR

Approved by     _____
                BUREAU CHIEF OR DESIGNEE

*IF $250 OR MORE*

.Approved by    _____
                Chief of Staff; Chief Deputy Attorney General; or Deputy Chief of Staff, Administration

Rev. 4/6/06

# OFFICE OF THE ATTORNEY GENERAL
# REQUEST FOR ADVANCE OF FUNDS
# STATE OF ILLINOIS

| Date | Bureau/Division |
|---|---|
| 3/17/08 | General Law - Springfield |

**Case Name and Number**
Megan V. Hunt v. Michael I. Forbes, et al., USDC ILCD No. 07-1095

**Court**
Federal Court, Central District of IL

An advance of $40.00 ; (Forty &00 / 100 dollars)
is required under the authority of 15 ILCS 205/4a for:

(Check one and fill in the blanks)

☒ Payment of Witness Fee*       McLean County State's Attorney
                                NAME OF WITNESS

☐ Advancement of Fee            witness fee
                                TYPE OF FEE

☐ Purchase of Evidence

  Type of Evidence              _____

  Purpose                       A copy of their case file for McLean Co. No. 07-CF-55

Make Check Payable to           McLean County State's Attorney
                                NAME OF WITNESS/COURT

Requested by  _____
              SIGNATURE OF ASSISTANT ATTORNEY GENERAL/INVESTIGATOR

Approved by   _____
              BUREAU CHIEF OR DESIGNEE

*IF $250 OR MORE*

Approved by   _____
              Chief of Staff; Chief Deputy Attorney General; or Deputy Chief of Staff, Administration

Rev. 4/6/06

# OFFICE OF THE ATTORNEY GENERAL
# REQUEST FOR ADVANCE OF FUNDS
# STATE OF ILLINOIS

| Date | Bureau/Division |
|---|---|
| 3/17/08 | General Law - Springfield |

| Case Name and Number |
|---|
| Megan V. Hunt v. Michael I. Forbes, et al., USDC ILCD No. 07-1095 |

| Court |
|---|
| Federal Court, Central District of IL |

An advance of $40.00 ; (Forty &00 / 100 dollars)
is required under the authority of 15 ILCS 205/4a for:

(Check one and fill in the blanks)

☒ Payment of Witness Fee*      McLean County Circuit Clerk
                                NAME OF WITNESS

☐ Advancement of Fee           witness fee
                                TYPE OF FEE

☐ Purchase of Evidence

   Type of Evidence            _____

   Purpose                     A certified copy of the case file for McLean Co. No. 07-CF-55

Make Check Payable to          McLean County Circuit Clerk
                                NAME OF WITNESS/COURT

Requested by    _____
                SIGNATURE OF ASSISTANT ATTORNEY GENERAL/INVESTIGATOR

Approved by     _____
                BUREAU CHIEF OR DESIGNEE

IF $250 OR MORE

Approved by     _____
                Chief of Staff; Chief Deputy Attorney General; or Deputy Chief of Staff, Administration

Rev. 4/6/06

# OFFICE OF THE ATTORNEY GENERAL
# REQUEST FOR ADVANCE OF FUNDS
# STATE OF ILLINOIS

| Date | Bureau/Division |
|---|---|
| 3/17/08 | General Law - Springfield |

**Case Name and Number**
Megan V. Hunt v. Michael I. Forbes, et al., USDC ILCD No. 07-1095

**Court**
Federal Court, Central District of IL

An advance of $ 40.00 ; (Forty &00 / 100 dollars) is required under the authority of 15 ILCS 205/4a for:

(Check one and fill in the blanks)

☒ Payment of Witness Fee*        Bloomington Police Department
                                 NAME OF WITNESS

☐ Advancement of Fee             witness fee
                                 TYPE OF FEE

☐ Purchase of Evidence

Type of Evidence  _____

Purpose           Any and all records of complaints made by or regarding Megan Hunt.

Make Check Payable to            Bloomington Police Department
                                 NAME OF WITNESS/COURT

Requested by  _____
              SIGNATURE OF ASSISTANT ATTORNEY GENERAL/INVESTIGATOR

Approved by   _____
              BUREAU CHIEF OR DESIGNEE

*IF $250 OR MORE*

Approved by   _____
              Chief of Staff; Chief Deputy Attorney General; or Deputy Chief of Staff, Administration

Rev. 4/6/06

| STATE OF ILLINOIS | ) | *Megan Hunt v. Michael Forbes, in his individual* |
| --- | --- | --- |
|  | ) | capacity and ISU |
| COUNTY OF SANGAMON | ) | USDC-CDIL Case No. 07-1095 |

## AFFIDAVIT

I, Sarah R. Kerley, having first been duly sworn upon oath, do hereby depose and state:

1.  I am of legal age and would be competent to testify in the matters and things set forth herein if called as a witness in this cause.

2.  The transcripts and subpoenaed records were used in preparing for this cause and were necessary to address the issues that were pending at the time.

3.  The aforementioned costs were necessarily incurred in this case and the services for which fees have been charged were actually and necessarily performed.

4.  I have knowledge of the foregoing paragraphs, and they are true and accurate to the best of my belief.

FURTHER AFFIANT SAYETH NOT.

/s/ Sarah M. Kerley
Sarah R. Kerley

Subscribed and sworn to before me
this 21st day of May, 2010.

/s/ Theresa M. Flinn
Notary Public

OFFICIAL SEAL
THERESA M. FLINN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-12-2011