**E-FILED**
Thursday, 10 June, 2010  03:38:15 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS



FILED
JUN - 9 2010
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT  IN A CIVIL CASE

**Megan Hunt**

        vs.

Case Number:  **07-1095**

**Michael I Forbes** in his individual capacity,
**Illinois State University**

  **DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that on 4/26/10, Summary Judgment was granted in favor of Defendant Illinois State University.  On 4/29/10, Defendant Michael I. Forbes was voluntarily dismissed. It is further ordered that on 6/8/10, costs are taxed in favor of Defendant Illinois State University and against Plaintiff in the amount of $2,848.50.

ENTER this 9th day of June, 2010.

PAMELA E. ROBINSON, CLERK

S/ S. Marvel

BY:  DEPUTY CLERK

07-1095 proposed JGM.wpd